# IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

## CRIMINAL DIVISION

CP-02-MD - 1943 -2016

Application and Order of Authorizing Disclosure of Records Concerning Electronic Communication Service

Filed on behalf of the Commonwealth of Pennsylvania

STEPHEN A. ZAPPALA, JR.
District Attorney

LISA A. MANTELLA
Assistant District Attorney
Pa. I.D. #203643

Office of the District Attorney of Allegheny County
1444 Hillsdale Avenue
Pittsburgh, Pennsylvania 15216

(412) 388-5300



EXHIBIT A

006665

## APPLICATION FOR DISCLOSURE OF RECORDS CONCERNING ELECTRONIC COMMUNICATION SERVICE

AND NOW, to-wit, this 6 day of April 2016, comes the Commonwealth of Pennsylvania, by its attorneys, STEPHEN A. ZAPPALA, JR., District Attorney of Allegheny County, Pennsylvania, and Lisa A. Mantella, Assistant District Attorney, designee under the Act 1988, October 21, P.L. 1000, No.112, Section 3-10, Amended 1994 December 12, P.L. 1248, No. 148 (18 Pa.C.S. §5701 et. seq.), (hereinafter referred to as the Act), whereof we move your Honorable Court to grant an Order to authorize Governmental Access and requests this Honorable Court to issue an Order directing the disclosure of records concerning electronic communication service as provided in Section 5743 of the Wiretapping and Electronic Surveillance Control Act, 18 Pa.C.S. § 5743, based upon the following averments:

1. Members of the Allegheny County Police Department are currently conducting an investigation into the murder of five adults and one unborn child in a mass shooting in Wilkinsburg Borough on March 9, 2016.
2. This investigation has developed information indicating that there is reason to believe that cellular number 412-378-3461 was used to further the illegal activity hereinbefore referred to in paragraph one (1) above.
3. Detective Patrick Miller of the Allegheny County Police has prepared a sworn Affidavit, which is attached to this Application, incorporated herein by reference and labeled as "Exhibit A" setting forth specific and articulable

1

facts establishing reasonable grounds to believe that the records and other information sought by the Commonwealth are relevant and material to an ongoing criminal investigation.

4. It is believed and therefore averred that the telephone subscriber and billing records and call detail records, including text message call detail, and cell site information for this number, reflecting the time, date, duration and number called from and to this telephone; the associated cell site data for said call detail records (including text message call detail), along with the information pertaining to the subscribers of the telephone numbers called, will further the investigation by pinpointing the target's whereabouts during the time of the shooting and enable detectives to determine who, if anyone, the target had called or attempted to call during the relevant time period.

5. Your Applicant certifies that there is reason to believe that the telephone billing records and call detail records (including text message call detail), the associated cell site data and information pertaining to the subscribers of the telephone numbers obtained from these records are relevant to a legitimate investigative or law enforcement inquiry.

6. Your applicant further certifies that there are reasonable grounds to believe that the records and other information sought by the Commonwealth are relevant and material to an ongoing criminal investigation.

Wherefore, the Commonwealth respectfully requests the Court to issue an Order directing T-Mobile to disclose and furnish to Detective Patrick Miller, through the

2

006667

Allegheny County Police Department in electronic format, if possible, all telephone subscriber and billing records and call detail records, including text message call details, cell site locations for call detail records from March 8, 2016 at 12:01 AM through the time of this Court Order for telephone number 412-378-3461.

It is further requested that the Court issue an Order directing all other providers of electronic communication service, as listed in "Exhibit B", to disclose and furnish in electronic format, if possible, both published and non-published information pertaining to the subscribers of telephone numbers, including, but not limited to, the billing name and address and the service address, if applicable, obtained from the telephone billing records and/or any other call detail records herein furnished Detective Patrick Miller through the Allegheny County Police Department upon request.

It is further requested that this Application and the Court's Order be sealed until otherwise directed by the Court and that 412-378-3461 and all other providers of electronic communication service be ordered not to disclose the existence of this request or the investigation to the subscribers or any other person unless or until otherwise ordered by the Court.

STEPHEN A. ZAPPALA, JR.
DISTRICT ATTORNEY

By: *[signature]*

3

# AFFIDAVIT

I, Detective Patrick Miller, am a law enforcement officer of the Commonwealth of Pennsylvania within the meaning of Section 5702 of the Pennsylvania crimes Code and, as such, am empowered to make arrests for criminal offenses enumerated therein. I have been a Police Officer with the Allegheny County Police Department for 19 years, and have been a Detective for 14 years. I am currently assigned to the Homicide Squad. During the time I have been assigned to the Detective Division I have conducted investigations involving violations of the Pennsylvania Crimes Code and/or the Controlled Substance, drug, Device, Cosmetic Act. All of the information contained in this affidavit was learned directly by your affiant or received by this affiant from other investigators and police officers involved in this investigation.

On March 09, 2016 at approximately 10:54PM, Wilkinsburg police were called to 1304 Franklin Ave in Wilkinsburg for numerous deceased victims as a result of multiple gunshot wounds. The Wilkinsburg Police Department requested the investigative assistance of the Allegheny County Police Homicide Unit. Numerous items of ballistic evidence were recovered at the scene, including spent 7.62X39 caliber casing and .40 caliber casings in two separate locations, indicating that two separate actors were involved in the shooting. At this time five adults and an unborn child are deceased; two adults are currently in the hospital and one adult was treated and released from the hospital.

Officer Adams of the Wilkinsburg Police Department was on routine patrol when he heard numerous gunshots in the area of Franklin Ave. He immediately drove to that area before being dispatched and as he arrived in the area he observed a black male, thin build and short or no hair walking casually on Franklin Ave. The male then got into a white Lincoln Continental and drive away. Officer Adams recorded the license plate number of the vehicle and it is PA JBP2200. A check of that registration reveals that the vehicle is registered to Brittany D Shelton & Desdrene M Smith 1214 Nolan Ct Pittsburgh Pa 15208.

During the course of the investigation, Detectives received numerous anonymous tips in reference to the murders. Many of the tips indicated that the actors were from an area commonly referred to as "Hill Top" i.e. the Homewood North Section of the City of Pittsburgh. The tips stated the actors lived on Nolan Ct. and further indicated that the shooting was in retaliation for a previous murder that took place in the Homewood North section of the City of Pittsburgh.

Based on the knowledge of Officer Adams observations and the numerous anonymous tips, Detective McCue observed surveillance video of Nolan Ct. While

1



COMMONWEALTH'S EXHIBIT
1
006669

observing that video, Detective McCue observed a sedan that pulled into Nolan Ct on March 9, 2016 at approximately 8:48AM. A female got out of the car and went into 1214 Nolan Ct. This vehicle matched the description of the vehicle that Officer Adams observed the night of the murders. That vehicle remained in the parking lot until approximately 10:28PM on March 9, 2016 when a black male exited 1214 Nolan Ct and got into the vehicle. The male moved the vehicle onto a concrete pad between 1200 and 1208 Mohler Street. The male then got out of the car and ran behind 1214 Nolan Ct and into the back yard of 1214 Nolan Ct where he recovered a long, slender, ridged object that appears to be covered by something. The male then got back into the vehicle with the object and drove away at approximately 10:30PM. The vehicle did not return until 2:57AM on March 10, 2016 when the same black male, previously seen in the video, again exited the vehicle and went into 1214 Nolan Ct.

On March 12, 2016 Detectives showed Officer Adams a still image of the male observed on the Nolan Ct surveillance video. Officer Adams stated that the male in the video fit the same physical description and clothing of the male he observed gets into the Lincoln Continental with PA Registration JBP2200.

During the course of the investigation your affiants learned that one of the victims, Lamont Powell had been a suspect in a murder that had occurred in the City of Pittsburgh on October 15, 2013. The victim was Calvin Doswell and the murder occurred in the 1300 block of Oberlin Street in the Lincoln-Lemington section of the City of Pittsburgh. This information was confirmed by City of Pittsburgh Detective Robert Shaw.

On Saturday, March 12th 2016, ACPD Homicide Detectives Todd Dolfi & Scott Towne interviewed Brittney Shelton at the ACPD Homicide Office regarding the person captured on video coming from behind 1214 Nolan Court on Wednesday, March 9th 2015 at 10:29 pm. Upon viewing the video Ms. Shelton stated that the male in the picture appeared to be her brother, Cheron Shelton.

A query of PA Department of Motor Vehicles revealed that Cheron Lamont Shelton, B/M/29, DOB: 01/27/1987, OLN# 28399695 address: 7167 Ross Garden Road Pittsburgh PA 15206. Cheron Lamont Shelton's residence was confirmed by his mother, Desdrene Michelle Smith.

Detectives went to 7167 Ross Garden Road and encountered Chanel Falls. Detective Steven Hitchings interviewed Chanel Falls. Falls is the mother of Cheron Shelton's children. Falls stated that Shelton left the residence the night of the homicide at approximately 9:00pm. She stated that he returned home at 4:00am and was wearing a different set of clothing from what he had worn when he had left the previous evening. Falls also stated that she texted Shelton multiple times that evening on 412-892-0447;

2

she has him listed as "Baby Cakes" on her phone. Your affiant verified that number 412-892-0447 belongs to T-Mobile, USA. Falls also stated during her interview that Shelton has made statements that he was going to get the guy that killed his friend Calvin Doswell. Falls knew that the person who Shelton believed killed Calvin Doswell is Lamont Powell.

Allegheny County Homicide Detectives obtained call detail records from T-Mobile for 412-892-0447 by way of an Order of Court authorized by the Honorable Judge David R. Cashman. Call detail records were analyzed and revealed frequent contact with the phone 412-378-3461 prior to and after the commission of the homicides. The last contact between the two telephones ceased at 9:50 p.m. on March 9, 2016 and resumed again at 11:19 p.m. on March 9, 2016. The shooting occurred at approximately 10:54 p.m. on March 9, 2016. The aforementioned phone number of 412-378-3461, was identified as a T-Mobile phone number. The number was checked through the Locate Plus database and showed that it belonged to a female, Lisa Passafiume. Further research showed that Ms. Passafiume died in 2011 thus the number has been recycled. Link analysis on both Cheron and Brittany Shelton's cell phones showed contact with the 412-378-3461 phone number.

It has been the experience of your affiant in conducting homicide and death investigations that individuals who have committed the crime of homicide often have telephone contact with the homicide victim, persons who may have witnessed and/or assisted them with the homicide. It has been your affiant's experience that cellular telephone companies provide varying degrees of information pertaining to the usage of cellular telephones to include incoming and outgoing call records, text message records, text message details, cellular tower site data and location information. Your affiant contends that often time's criminals use cellular telephones in the planning and commission of crimes.

Surveillance video of Nolan Ct from March 9, 2016 shows Cheron Shelton and an unknown black male emerge from the wood line at 11:45 p.m., jump a fence and enter the rear of 1214 Nolan Ct. The unknown black male had a distinctive pair of tennis shoes visible on the video. On 04/04/2016 Allegheny County Homicide Detectives arrested Robert Thomas and took him into custody at 7754 Tioga St. in the Homewood section of the City of Pittsburgh. He was charged with one count each of PACC 3925(a) Receiving Stolen Property, PACC 903(a)(1) Criminal Conspiracy, 35 780-113(a)(30) Prohibited Acts-Possession with Intent to Deliver, 35 780-113(a)(16) Prohibited Acts-Possession, 35 780-113(a)(32) Prohibited Acts.

He was transported back to ACPD Headquarters for an interview. Thomas was advised of his Miranda warnings and agreed to answer questions. Thomas was asked about his whereabouts on the night of March 9, 2016. When confronted with the security

3

006671

video he admitted to being with Shelton the night of the homicides and that it was him who was observed on the video jumping over the fence with Shelton at 11:45 p.m., less than one hour after the homicides. During his interview, Thomas admitted that the aforementioned 412-378-3461 was in fact his cell phone number.

Taking the above facts and circumstances into consideration your affiant respectfully requests that a Court Order be issued for any and all subscriber information and for all call detail records (including SMS detail) and cell tower location records for T-Mobile cell phone number 412-378-3461 from March 8, 2016 at 12:01 AM to the date and time of this Court Order.

Phone records often contain vital information relative to a suspect's activities prior, during and after a criminal act. Execution of the above court order will enable investigators to definitively pinpoint Robert Thomas' whereabouts before, during, and after the homicide and to determine who, if anyone, Thomas had called or attempted to call during this time period and also who had called or attempted to call Thomas.

These records will also potentially lead to additional witnesses or person(s) who may have knowledge to the above shooting or other pertinent information to the investigation.

_____
Detective Patrick Miller
Allegheny County Police

SWORN TO AND SUBSCRIBED
BEFORE ME THIS __6__ TH
DAY OF April, 2016.

_____ A.J.

4

006672

IN THE COURT OF COMMON
PLEAS OF ALLEGHENY COUNTY

IN THE MATTER OF THE APPLICATION :
OF THE COMMONWEALTH OF :
PENNSYLVANIA, FOR AN ORDER : CP – 02 – MD-            2016
AUTHORIZING THE ACCESS TO
RECORDS CONCERNING WIRE
AND/OR ELECTRONIC
COMMUNICATION SERVICE

## ORDER

AND NOW, this 6TH day of April, 2016, IT IS HEREBY ORDERED AND DECREED that the above-captioned Application and Order of the Commonwealth for an order authorizing the access to records concerning wire and/or electronic communication service be sealed until further Order of this Court.

BY THE COURT:

_____
Judge

IN THE COURT OF COMMON PLEAS OF
ALLEGHENY COUNTY, PENNSYLVANIA

ORDER FOR DISCLOSURE OF
RECORDS CONCERNING ELECTRONIC
COMMUNICATION SERVICE

This Court, upon review of the Commonwealth's Application For Disclosure of Records Concerning Electronic Communication Service and Affidavit in support thereof, and pursuant to Section 5743 of the Wiretapping and Electronic Surveillance Control Act, 18 Pa.C.S. § 5743, makes certain findings and enters the following orders:

This Court finds that there is reason to believe that the records and other information sought by the Commonwealth are relevant to a legitimate investigative or law enforcement inquiry and that, based upon the specific and articulable facts offered in support of the Commonwealth's Application, there are reasonable grounds to believe that the records and other information sought by the Commonwealth are relevant and material to an ongoing criminal investigation.

WHEREFORE, IT IS ORDERED that T-Mobile shall disclose and furnish to Detective Patrick Miller through the Allegheny County Police Department in electronic format, if possible, telephone billing and subscriber records, call detail records (including text call detail) and cell site information for each incoming and outgoing call

006659

for cellular telephone number 412-378-3461 reflecting the time, date and numbers called from and to this telephone with cell site location; the account number, subscriber name and address; the billing name and address and service address, if applicable from March 8, 2016 at 12:01 AM through the date and time of this Order of Court for telephone number 412-378-3461.

IT IS FURTHER ORDERED that the records be provided to Detective Patrick Miller of the Allegheny County Police Department on electronic media (i.e. floppy disks or CDs) when such media is readily available and does not increase the cost to the providers, or via the internet, delivered to patrick.miller@alleghenycounty.us when properly encrypted and secure.

IT IS FURTHER ORDERED that all other providers of electronic communication service, as listed in "Exhibit B", to disclose and furnish in electronic format, if possible, both published and non-published information pertaining to the subscribers of telephone number, including, but not limited to, the billing name and address and the service address, if applicable, obtained from the telephone billing records and/or any available stored call detail records herein furnished to Detective Patrick Miller through the Allegheny County Police Department upon request.

IT IS FURTHER ORDERED that the Application, along with this Order, be sealed until otherwise directed by the Court and that T-Mobile and all other providers of electronic communication service shall not disclose the existence of this request or the investigation to the subscribers or any other person unless or until otherwise ordered by

the Court.

So ORDERED this 6TH day of April, 2016, at 2:00 A.M./P.M.

BY THE COURT,

_Cushman, A.J._
DAVID R. CASHMAN
(please print name)

006661

# AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA   :
                                                         : SS
COUNTY OF ALLEGHENY              :

BEFORE me, the undersigned authority, personally appeared, Lisa A. Mantella, who, being duly sworn according to law, deposes and says that the statement contained in the foregoing Application for Court Order is true and correct to the best of her knowledge, information and belief.

*[signature: Lisa A. Mantella]*

SWORN to and subscribed
before me this 10TH
day of April, 2016.

*[signature: Diana Colosimo]*
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Diana Colosimo, Notary Public
Dormont Boro, Allegheny County
My Commission Expires July 23, 2018
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

4

006664