007128



# Allegheny County Jail
## Pod 7D    Cells 119 - 124
### 4/06/16

DATE PRINTED: 5/21/2018

**119**

| BED | DOC # | NAME | MOVE DATE | VACATE DATE |
|---|---|---|---|---|
| L | 167494 | BROWN, BISHOP | 3/30/16 21:07 | 4/6/16 11:49 |
| U | 149746 | THOMAS, ROBERT | 4/6/16 11:49 | 4/7/16 19:55 |

**120**

| BED | DOC # | NAME | MOVE DATE | VACATE DATE |
|---|---|---|---|---|
| L | 180082 | PARKER, GREGORY | 3/24/16 12:45 | 4/25/16 10:42 |

**121**

| BED | DOC # | NAME | MOVE DATE | VACATE DATE |
|---|---|---|---|---|
| L | 174586 | LEERBERG, JOHN | 4/5/16 12:57 | 4/11/16 12:48 |
| U | 171996 | VENSON, MARK | 4/5/16 20:11 | 4/9/16 11:31 |

**122**

| BED | DOC # | NAME | MOVE DATE | VACATE DATE |
|---|---|---|---|---|
| L | 114284 | MIKELL, KENDALL | 3/18/16 17:32 | 4/7/16 3:41 |

**123**

| BED | DOC # | NAME | MOVE DATE | VACATE DATE |
|---|---|---|---|---|
| L | 3021 | SOWINSKI, TIMOTHY * | 3/4/16 18:04 | 5/20/16 9:45 |

**124**

| BED | DOC # | NAME | MOVE DATE | VACATE DATE |
|---|---|---|---|---|
| L | 87391 | COLLINS, FREDERICK | 3/24/16 14:15 | 6/15/16 17:22 |

TOTAL NUMBER OF INMATES: 8