Sus01.jpg



Sus02.jpg

Sus03.jpg