

# COUNTY OF ALLEGHENY
## OFFICE OF THE MEDICAL EXAMINER

1520 PENN AVENUE • PITTSBURGH, PENNSYLVANIA 15222
PHONE (412) 350-4800
EMAIL webmaster.me@alleghenycounty.us



ASCLD/LAB-*INTERNATIONAL*
ACCREDITED TESTING LABORATORY
SINCE 2014

**ABDULREZAK SHAKIR, M.D.**
DEPUTY MEDICAL EXAMINER

**KARL E. WILLIAMS, M.D., M.P.H.**
MEDICAL EXAMINER

**ROBERT HUSTON**
DIRECTOR OF LABORATORIES

# CONFIDENTIAL

Submitted herewith please find the confidential Report of Laboratory Findings of this laboratory's examination conducted in connection with the following case:

| Lab Case No. | Report No. | Case Name | Report Date |
|---|---|---|---|
| 16LAB02222 | 5 | JERRY MICHAEL SHELTON | April 11, 2016 |

| | Agency Case No. | Agency | | Case Officer |
|---|---|---|---|---|
| | 16-0335 | ALLEGHENY COUNTY POLICE | | HITCHINGS, STEVEN J. |
| | 16COR01957 | ALLEGHENY COUNTY MEDICAL EXAMINER | | |

**Victim(s)**
JERRY SHELTON
BRITTANY POWELL
CHANETTA POWELL
SHADA MAHONE
TINA SHELTON
TONJIA CUNNINGHAM
LAMONT POWELL
JOHN ELLIS

**Suspect(s)**                                OTN
CHERON SHELTON
DONTAY REED
ROBERT THOMAS

**The Crime Lab User Fee:**     $4,000.00

## IMPORTANT NOTICE

The Division of Laboratories must be notified when an OTN becomes available for the suspect(s) / defendant(s) in this case.
Please call (412) 350-4800 or FAX (412) 350-3861 this information immediately.

*******

Unless special arrangements have been made, THE EVIDENCE MUST BE REMOVED WITHIN 10 DAYS of the above date or DISPOSAL OF THE EVIDENCE MAY RESULT.

Report Page 1 of 4

001065




**COUNTY OF ALLEGHENY**
OFFICE OF THE MEDICAL EXAMINER
DIVISION of FORENSIC LABORATORIES

**REPORT of LABORATORY FINDINGS**

ASCLD/LAB-INTERNATIONAL
ACCREDITED TESTING LABORATORY
SINCE 2014

| Lab Case No. | Report No. | Case Name | Agency Case No. |
|---|---|---|---|
| 16LAB02222 | 5 | JERRY MICHAEL SHELTON | 16-0335 |

## FORENSIC BIOLOGY SECTION REPORT
### Report of PCR-STR Analysis

### Items Received:
The following items were submitted after processing in the Serology unit:

| Extract | Item # | Description |
|---|---|---|
| *1602222_2A | 2A | Suspected saliva from rear yard 1306 |
| 1602222_58 | 58 | Buccal Collector from Robert Thomas |

### Results:
DNA was isolated from the items listed above. DNA from each of the items was amplified using PCR technology and typed for Amelogenin and the following 15 genetic loci: D3S1358, TH01, D21S11, D18S51, Penta E, D5S818, D13S317, D7S820, D16S539, CSF1PO, Penta D, vWA, D8S1179, TPOX and FGA. The PowerPlex® 16 System was used in the analysis. The types detected for each sample can be found in the attached table.

*Refer to 16LAB02222 Report #3, dated March 29, 2016, for the DNA result obtained from this item.

### Conclusions:
*Suspected saliva from rear yard 1306*
A single source DNA profile was obtained from the suspected saliva from rear yard 1306 (Item 2A). Robert Thomas is excluded as the contributor of the DNA obtained from this item.

### CODIS Eligibility
The following samples has not met eligibility requirements and will not be entered into the CODIS database:
1602222_58: Buccal Collector from Robert Thomas

### Disposition of Evidence:
The evidence samples not consumed during analysis will be disposed of after the issuance of this report. The extracts of all evidence samples consumed in analysis will be retained by this laboratory indefinitely.

Report Page 2 of 4



*ERW*

001066



**COUNTY OF ALLEGHENY**
OFFICE OF THE MEDICAL EXAMINER
DIVISION of FORENSIC LABORATORIES

**REPORT of LABORATORY FINDINGS**



ASCLD/LAB-*INTERNATIONAL*
ACCREDITED TESTING LABORATORY
SINCE 2014

| Lab Case No. | Report No. | Case Name | Agency Case No. |
|---|---|---|---|
| 16LAB02222 | 5 | JERRY MICHAEL SHELTON | 16-0335 |

## FORENSIC BIOLOGY SECTION REPORT

Respectfully submitted,

*Elizabeth R. Wisbon* (signature)

Elizabeth R. Wisbon
Scientist

The results, conclusions, interpretations and/or opinions in this Report of Laboratory Findings are those of the above signed author.

Report Page 3 of 4

ERW

001067




COUNTY OF ALLEGHENY
OFFICE OF THE MEDICAL EXAMINER
DIVISION of FORENSIC LABORATORIES

REPORT of LABORATORY FINDINGS

ASCLD/LAB-INTERNATIONAL
ACCREDITED TESTING LABORATORY
SINCE 2014

| Lab Case No. | Report No. | Case Name | Agency Case No. |
|---|---|---|---|
| 16LAB02222 | 5 | JERRY MICHAEL SHELTON | 16-0335 |

## FORENSIC BIOLOGY SECTION REPORT

### PowerPlex® 16 Table

| Case Items | 1602222_58<br>Buccal Collector from Robert Thomas |
|---|---|
| D3S1358 | 14, 16 |
| TH01 | 6, 7 |
| D21S11 | 28, 31.2 |
| D18S51 | 13, 21 |
| Penta_E | 11, 16 |
| D5S818 | 11, 12 |
| D13S317 | 11, 12 |
| D7S820 | 8, 11 |
| D16S539 | 9, 11 |
| CSF1PO | 7, 11 |
| Penta_D | 9, 11 |
| AMEL | X, Y |
| vWA | 15 |
| D8S1179 | 9, 12 |
| TPOX | 8, 11 |
| FGA | 21, 24 |

Results **do not** reflect intensity differences. Allele frequencies compiled from Pennsylvania State Police Database STR3.



Report Page 4 of 4



EJW

001068



# COUNTY OF ALLEGHENY
## OFFICE OF THE MEDICAL EXAMINER

1520 PENN AVENUE • PITTSBURGH, PENNSYLVANIA 15222
PHONE (412) 350-4800
EMAIL webmaster.me@alleghenycounty.us



ASCLD/LAB-*INTERNATIONAL*
ACCREDITED TESTING LABORATORY
SINCE 2014

**ABDULREZAK SHAKIR, M.D.**
DEPUTY MEDICAL EXAMINER

**KARL E. WILLIAMS, M.D., M.P.H.**
MEDICAL EXAMINER

**ROBERT HUSTON**
DIRECTOR OF LABORATORIES

# CONFIDENTIAL

Submitted herewith please find the confidential Report of Laboratory Findings of this laboratory's examination conducted in connection with the following case:

| | | | |
|---|---|---|---|
| **Lab Case No.** 16LAB02403 | **Report No.** 2 | **Case Name** 1214 NOLAN COURT | **Report Date** April 11, 2016 |
| | **Agency Case No.** 16-0335 | **Agency** ALLEGHENY COUNTY POLICE | **Case Officer** DOLFI, TODD D. |

**Victim(s)**
JERRY SHELTON
CHANETTA POWELL
BRITTANY POWELL
TINA SHELTON
SHADA MAHONE
TONJIA CUNNINGHAM
LAMONT POWELL
JOHN ELLIS

**Laboratory Cross Reference (if applicable)**
16LAB02222
16LAB02223
16LAB02224
16LAB02225
16LAB02245

**Suspect(s)**
CHERON SHELTON

OTN

**Location**
1214 Nolan Court

**The Crime Lab User Fee:** $250.00

## IMPORTANT NOTICE

The Division of Laboratories must be notified when an OTN becomes available for the suspect(s) / defendant(s) in this case.
Please call (412) 350-3734 or FAX (412) 350-3861 this information immediately.

Report Page 1 of 3

001069