# ALLEGHENY COUNTY POLICE DEPARTMENT

## ALLEGHENY COUNTY POLICE DEPARTMENT
## INTERVIEW

| | | | |
|---|---|---|---|
| **Case No.:** | CR-000785-16 | **Case Date:** | 3/9/2016 |
| **Event No.:** | EVENT-004404-16 | | |
| **Officer Name:** | SERGEANT DOLFI, TODD | **Activity Date/Time:** | 2/15/2018 12:51:24 PM |
| **Shield No.:** | 619 | **Serial No.:** | 037063 |
| **Activity Type:** | INTERVIEW | | |

**Activity Description:** INTERVIEW OF GREGORY PARKER

**CASE: CRIMINAL HOMICIDE-GSW**
**VICTIM: BRITTANY POWELL ET AL**

On the listed date and time Detectives Dolfi and Foley along with ADA Alicia Werner spoke to Gregory Parker at the Allegheny County District Attorney's Office in Dormont.

Parker advised City of Pittsburgh Police Detectives that he had information regarding the Wilkinsburg Homicide where 6 people were killed. Detectives Dolfi and Foley along with ADA Werner went to Dormont to speak with Parker who agreed to have his interview audio recorded. The following is a summary of that interview.

Parker stated that he is from the Homewood area of the City of Pittsburgh. He stated he was arrested and placed on POD 7D a PC POD at the Allegheny County Jail. He stated that "Millhouze" was on his POD as well and began talking to him about the murders that occurred in Wilkinsburg at the BBQ and this was in March of 2016.

Parker continued to say that "Millhouze" and "Cwiz" made an oath to kill "Murder" because "Murder" killed Calvin "Calio" in Pittsburgh. Parker said that "Millhouze" and "Cwiz" got information from a female that "Murder" was going to be at a BBQ in Wilkinsburg. He said "Millhouze" told him they went to where the BBQ was going to be and waited in a garage. "Millhouze" he was afraid he left DNA in garage because he took a piss in the garage. Parker stated "Millhouze" had a handgun and "Cwiz" had a "chopper" with extra clips in his pockets.

According to Parker, "Millhouze" said he fired the first the shots with the handgun and he was just trying to kill "Murder" but "Cwiz" opened fire with the "Chopper" and tried to wipe out the whole family. After the shootings he said "Millhouze" told him that they returned to "Hilltop" and climbed over a fence to get in and changed clothes. Parker was asked about the guns and he stated he thought "Millhouze" said they got rid of them but he did not know where.

Parker stated two other inmates were around when "Millhouze" was talking about the incident on the POD. Parker said "Millhouze" told him "Cwiz" wrote him a letter while in jail but he never got it and he thinks the police got it.

Parker was asked if he knew if any of the other inmates that were around when "Millhouze" began talking about this talked to the police and he stated he did not know.

A copy of the audio recording will attached to this report and placed into the case file.

*DEFENSE COPY* (watermark)

Printed On: 1/28/2020 4:39:51 PM



| Status: | Signature of Reporting Officer: | Signature of Approving Officer: |
|---|---|---|
| CLOSED | | |