## Chernosky, Kevin A.

**From:** Broman, Russ
**Sent:** Thursday, August 30, 2018 8:34 AM
**To:** Chernosky, Kevin A.
**Subject:** Parker

Kevin: Just touching base as I hear you are using Parker as well. So far everything Parker has testified to has born out on my vigil case. I promised him nothing but will bring his cooperation to the court's attention which if I go first probably in Jan or Feb he should present a good appearance to Bork as I have corroborated him as best I can with cell towers, clip extenders, jail calls etc. Let me know if you need anything. Good luck. Russ

Russ Broman
Special Assistant District Attorney
401 Courthouse
436 Grant Street
Pittsburgh, PA 15219
412-350-4385

DEFENSE COPY

1