## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT THOMAS,

               Plaintiff,           Docket No.: 2:22-CV-00196

     v.

COUNTY OF ALLEGENY, *et. al.*,

               Defendants.


### CONCISE STATEMENT OF UNDISPUTED MATERIAL FACT[1]

AND NOW comes Plaintiff, Robert Thomas, by and through his undersigned counsel, Max Petrunya, Esquire; Max Petrunya, P.C.; Paul Jubas, Esquire; Paul Jubas Law; and submits the within Concise Statement of Undisputed Material Facts, averring as follows:

1.     On March 9, 2016 at approximately 10:54 p.m., five adults and one unborn child were murdered at a backyard cookout at 1304 Franklin Ave. in Wilkinsburg. *See* Criminal Complaint, Ex. 1 and Initial Investigation Report, Ex. 2.

### ***Wilkinsburg Police Officer Michael Adams observes black male casually entering white Lincoln a block from the scene two minutes after the shooting***

2.     Wilkinsburg Police Sergeant Michael Adams was on patrol in his police vehicle a few blocks from the scene with the windows down when he heard the shots fired. *See* 3/9/16 Adams Report, Exhibit 3.

3.     Approximately two minutes after the homicides and one block from the scene, Sgt. Adams observed a black male wearing a black shirt and gray pants casually walking to and entering

---

[1] Given the relatedness of the *Shelton* (22-cv-266) case, Plaintiff is utilizing the same material facts and exhibits for both the instant matter and the Shelton case.

a white Lincoln parked on Franklin Ave. *See Id.*; *see also* 1214 Nolan Court Search Warrant Affidavit at paragraph 4, Exhibit 4.

4.      Officer Adams noted the license plate as JPB2200, then provided this information to Allegheny County Detectives upon his arrival at the scene. *See* Exhibit 3.

5.      The license plate was traced to Desdrene Smith and Brittany Shelton at 1214 Nolan Court, in the Hilltop section of Pittsburgh. *See* 3/12/16 1214 Nolan Court Search Warrant at DA002777, Exhibit 4.

### *Wilkinsburg Massacre crime scene investigation*

6.      Officers from the Wilkinsburg Police Department were the first responders to the scene of 1304 Franklin Avenue shortly before 11:00 p.m. *See* Exhibit 1.

7.      The Wilkinsburg Police immediately requested the assistance of the Allegheny County Police (ACP) who requested the assistance of the Allegheny County Medical Examiner's Office Mobile Crime Unit (MCU). *See* 5/5/16 Mobile Unit Report at p. 2 of 8, Exhibit 5.

8.      Several uniformed ACP officers, Wilkinsburg officers, and officers from other departments arrived at the scene. *Id.*

9.   The ACP Homicide Unit was represented at the initial crime scene by:

    a.  Homicide Lt. Andrew Schurman;

    b.  Sgt. Scherer;

    c.  Detective Dolfi;

    d.  Detective Foley;

    e.  Detective Caruso;

    f.  Detective Miller;

    g.  Detective Towne;

    h.  Detective McCool.

    *Id.*

10.     ACP Homicide personnel began briefing the MCU on the details of the incident. *Id.*

11.     The evidence collected at the scene of the Wilkinsburg Massacre indicated that the victims gathered for a backyard barbeque when shots were fired from Hazel Way, an alley along the rear of the property on Franklin Ave. *Id.*

12.     Ballistic evidence showed that two shooters were involved; one wielding a handgun and the other an assault rifle. *See* Exhibit 1 at p. 3.

13.     The initial shooter aimed and shot victim Lamont Powell numerous times with a handgun. Powell, who was the suspected target of the shooting, ultimately survived. *Id.*

14.     The initial shooter left eighteen spent 40 S&W caliber cartridge cases which were scattered along Hazel Way. *Id.*

15.     While the initial shots were fired, the other victims fled onto the back porch of 1304 Franklin Avenue toward the safety of the interior of house. *See* 3/9/16 ACP Homicide Initial Report, Exhibit 6 at 1.

16.     From behind a chain link fence next door to the backyard of 1306 Franklin Avenue immediately adjacent to the porch where the victims were funneled, a rifleman unloaded a second volley of thirty shots. *Id.* at 2.

17.     Blood, bone, and tissue from the victims sprayed through the chain link fence, creating a pile among the spent shell casings at the feet of the rifleman. *Id.*

18.     A pool of saliva was found among the pile of blood, bone, tissue fragments, and shell casings. *Id.*

19.     Spent 7.62x39 mm caliber cartridge cases were observed and collected from where the rifleman stood. *See* Exhibit 5 at p. 3 of 6.

20.     Detectives theorized that the saliva found next to the chain-link fence and casings may have been left by the rifleman. Accordingly, the Mobile Crime Unit collected DNA swabs from all victims and first responders to rule them out as potential contributors. *See* 2/6-14/2020 N.T. at 156-157, Exhibit 7.

21.     Four of the victims were pronounced dead at the scene. *See* Exhibit 5 at 2.

22.     Investigators later learned that one of the victims was approximately eight months pregnant at the time of the shooting. *Id.*

23.     Two other victims were transported from the scene to local hospitals, one of which eventually died from their wounds. *Id.*

24.     Scaled photographs were taken of two impressions of footwear along Hazel Way, and casts of each impression were made. *Id.* at 3 of 6.

25.     The next day after the Wilkinsburg Massacre on March 10, 2016, the MCU returned to the scene for a daylight search of the area. *See* Exhibit 5 at 5 of 6.

26.     The MCU collected a 9mm caliber Leinad M-11 pistol with a magazine and cartridges, which was discovered by Detectives on the second floor of 1321 Chelsea Street, a vacant resident that anyone could walk into. *Id.* at 5-6.

### *Detectives quickly identify Lamont "Murder" Powell as target of the massacre; confiscate Powell's cellphone*

27.     Lamont Powell (nicknamed "Murder") was one of the surviving victims of the massacre. *See* Ex. 1 at 3 of 13.

28.     Detectives knew of Powell's violent history and that he had made a lot of enemies during his time as a stick-up boy throughout the neighborhood and in the City of Pittsburgh. *See* 5/21/24 N.T. Detective Hoffman Deposition, Exhibit 8.

### *Kevin Stevenson tells Detective Hitchings about*
### *silver Ford Taurus speeding away from vicinity of the scene*

29.     Detective Hitchings interviewed Kevin Stevenson at the Wilkinsburg Police Department. *See* Kevin Stevenson Interview Report, Exhibit 9.

30.     Mr. Stevenson stated that on the night of the Wilkinsburg Massacre he was driving home from Foley's Diner in Swissvale around 11:00 p.m. to 11:30 p.m. on Princeton Blvd. when a 2005-2007 silver Ford Taurus with a PA plate and off-white frame around the plate turned into Princeton Boulevard from either Hazel Way or Franklin Street at a high rate of speed. *Id.*

31.     Mr. Stevenson continued to state that the vehicle made a right turn onto Penn Avenue and continued outbound on Penn Avenue at a high rate of speed, running a red light at the intersection of Penn Avenue and Findley Streets. *Id.*

32.     Mr. Stevenson added that the vehicle made a last-minute turn onto Jackson Street, then continued straight on Penn Avenue. *Id.*

33.     Mr. Stevenson told Detectives that the vehicle was occupied by three black males and two of which appeared to have hats on. *Id.*

34.     Mr. Stevenson said that he didn't observe any damage to the vehicle and that the door handles may have been chrome. *Id.*

### *Cookout attendee Carla Lee gives Detectives their first lead into "Razor" and purported*
### *Facebook posting; Lee suspected the shooting was retaliation for murder of Calvin Doswell*

35.     Carla Lee, a neighbor that attended the backyard cookout but left around 10:00 p.m., gave two interviews to detectives within 24 hours of the Wilkinsburg Massacre. *See* 3/10/16 12:03 a.m. Carla Lee Interview Report, Exhibit 10; *see also* 3/10/16 11:11 a.m. Carla Lee Interview, Exhibit 11.

36.    In her second interview (Ex. 11), Ms. Lee told Detectives that victim Brittany Powell and Lamont Powell posted something on Facebook about having a cookout throughout the day. *Id.*

37.    Ms. Lee stated that two black males, one that goes by the name "Ace" and another that goes by the name "Razor" attended the cookout. *Id.*

38.    Ms. Lee told Detectives that she thinks the shooting was retaliation from people that believed that Lamont killed a boy named "Calio" from Hilltop. *Id.*

39.    Ms. Lee also provided consent to search her cellphone. *See* Carla Lee Consent to Search Form, Exhibit 12.

### *Neighbor Justin McEarchen tells Detectives about black male running from scene*

40.    Justin McEarchen lived close to the scene of the Wilkinsburg Massacre and told Detectives that he was sitting at his window when he heard 35-40 shots coming from the alleyway across from his residence. *See* 3/10/16 Justin McEarchen Interview Report, Exhibit 13.

41.    Mr. McEachern told Detectives that shortly after hearing the gunfire, he observed a light skinned black male wearing a blue hoodie and dark colored jeans run from the alley and up Midland St. away from the gunfire. *Id.*

42.    Mr. McEachern stated that the black male was approximately 5'8" to 5'9" and weighed approximately 170 to 180 lbs. *Id.*

43.    Mr. McEachern went on to add that this individual was running with both of his hands inside his hoodie's pocket. *Id.*

44.    Mr. McEachern did not see anyone else with the individual or around the area and added that he did not hear a vehicle speeding away. *Id.*

***Anonymous tipster "VC" tells Det. Dolfi that she heard that "Rhino" and "Chubbs"
committed the Wilkinsburg Massacre in retaliation for
victim Lamont Powell killing "Calvin" from Hilltop***

45.    A tip from an anonymous female caller referred to as "VC" informed Detective Dolfi that she was at a niece's apartment and that one of Tina Shelton's sons was there. *See* 3/10/16 Interview Report of VC, Exhibit 14.

46.    "VC" elaborated that she overheard them saying that "Rhino" and "Chubbs" killed everyone in Wilkinsburg. *Id.*

47.    "VC" further stated that it was in retaliation for Lamont killing "Calvin" from Hilltop a couple years ago. *Id.*

48.    "VC" added that "Rhino and Chubbs" are from Hilltop and she did not know "Chubbs'" real name, but that she believed "Rhino's" name to be Ryan Gomez. *Id.*

***Detectives receive Pittsburgh Police investigative file on Calvin Doswell Homicide***

49.    At some point during the investigation, Detectives from Allegheny County obtained the investigative case file from the Pittsburgh Police. *See* Doswell Homicide File, Exhibit 15.

50.    The case file contains no evidence related to Lamont Powell or any other suspects. The case file does not include Lamont Powell's name and does not list him as a suspect for the murder of Calvin Doswell. *Id.*

***Detectives conduct unrecorded interview of
Lanear "Ace" Merida, learn more about "Razor"***

51.    Mr. Merida was interviewed by Detectives from the ACP and told Detectives that he was with Carla Lee and a friend named "Razor" at the cookout. *See* 3/11/16 Lanear "Ace" Merida Interview Report, Exhibit 16.

52.    Mr. Merida was not familiar with the victims of the Wilkinsburg Massacre. *Id*

53.    Mr. Merida went on to tell Detectives that "Razor" drives a blue SUV, possible a Ford Explorer, that has tainted windows. *Id.*

54.    Mr. Merida described "Razor" as a medium skinned black male around 40 years old. *Id.*

55.    Mr. Merida stated that "Razor" was his ride home from the cookout and that they left around 9:00 p.m. and did not learn about the shooting until the next day. *Id.*

### *Detective Dolfi performs time and distance studies from Nolan Court to Franklin Avenue*

56.    Detective Dolfi and his partner performed three time and distance studies between Nolan Court and the crime scene on Franklin Avenue. *See* 3/11/16 Time and Distance Study Follow Up Report, Exhibit 17.

57.    Test 1 began at Brushton and Mohler in the Hilltop neighborhood and ended at 1304 Franklin Avenue, resulting in a distance of 2.3 miles and a time of 11:54. *Id.*

58.    Test 2 began at 1304 Franklin Avenue and ended at Brushton and Mohler, with a distance of 3.9 miles and a time of 9:35. *Id.*

59.    Test 3 began at Brushton and Mohler and ended at 1304 Franklin, with a distance of 3.6 miles and a time of 10:28. *Id.*

### *Detective Dolfi interviews anonymous tipster*

60.    Detective Dolfi interviewed a woman that requested to remain anonymous at the Emiliano's restaurant on March 11, 2016. *See* 3/11/16 Information Received Report, Exhibit 18.

61.    The woman's friend told her that on the night of the shooting she was at a "Beer House" in Wilkinsburg. *Id.*

62.    The woman's friend said that two black males came in seeming very upset, and argued when one of the males said, "I'm turning myself in." *Id.*

63.     The males were in their late 20's early 30's. *Id.*

64.     The unnamed friend felt very strongly that the males were involved in the Wilkinsburg Massacre incident on Franklin. *Id.*

65.     Detective Dolfi asked the individual to speak to her friend and attempt to gain more information about the individuals and their interaction at this "Beer House." *Id.*

### *March 11: Detectives observe Hilltop surveillance video after tracing white Lincoln back to 1214 Nolan Court*

66.     After tracing the White Lincoln observed by Officer Adams to 1214 Nolan Court, Detective McCue reviewed surveillance video from the Nolan Court and surrounding housing complexes in Hilltop. *See* Exhibit 1.

67.     Detective McCue observed video beginning in the morning of March 9, 2016 through the morning hours of March 10, 2016. *See* 7/29/16 N.T. at 64, Exhibit 19.

68.     At approximately 8:48 a.m. the white Lincoln was seen arriving at Nolan Court, then parking in front of 1248 Nolan Court. *Id.*

69.     An unknown black female exits the White Lincoln and enters 1214 Nolan Court. *Id.*

70.     A vague black object is seen being dropped from a window or doorway into the back yard of 1214 Nolan Court. During his observation of the video, Detective McCue couldn't tell what the black object was; whether it was covering something; and if it was covering something, Detective McCue couldn't identify what the object was covering. *Id.* at 81.

71.     Detective McCue observed that the vehicle remained stationary until 10:28 p.m. on March 9, 2016 until an unknown black male left the residence at 1214 Nolan Court wearing a black shirt, light colored pants and enters the White Lincoln video. *Id.* at 64.

72.    The vehicle then makes a left off of Nolan Court onto Mohler Street and backs onto a concrete pad off of Mohler Street. *Id.*

73.    The unknown black male then exits the White Lincoln, runs behind the Nolan Court complex, and retrieves a black object, runs back to the vehicle, places the black object in the vehicle, then drives off at approximately 10:30 p.m.. *Id.* at 68.

74.    At approximately 11:45 p.m. on March 9, 2016, Detective McCue next observed two unknown black males, one of which jumped over a fence towards the rear wooden line of Nolan Court. *Id.* at 68-75.

75.    The first male stayed to the rear of the building as the second male stayed to the front of the buildings. *Id.* at 69.

76.    Shortly after jumping the fence, the first black male entered the rear of 1214 Nolan Court, and about a minute after the second male entered the rear of 1214, Nolan Court. *Id.* at 69.

77.    Two unknown black males were next seen exiting 1214 Nolan Court. One of the individuals places a black object in the trunk of a Gold Chevy Impala, then both individuals depart Nolan Court in the Impala. *Id.* at 68.

### *March 12, 1:15 p.m.: Detective Hitchings refers to black male from surveillance video as Cheron Shelton before evidence of Shelton's name enters investigation*

78.    Three days after the shooting, on March 12, 2016, Detective Hitchings was purportedly conducting surveillance on the White Lincoln at 1214 Nolan Court. *See* 3/12/16 Detective Michael Adams Interview Report, Exhibit 20.

79.    Even though Cheron Shelton's name had yet to enter the landscape of the investigation, Detective Hitchings reported that:

> On Saturday, March 12th, 2016 at 1:15 p.m. I … contacted Wilkinsburg Detective Michael Adams regarding the black male he observed getting into the white Lincoln in the 1400 block of Franklin Avenue while responding to the scene.

10

…
I emailed two photographs of Cheron Shelton that were obtained from the Nolan
Court video camera on March 9th 2016 at 10:29 pm by ACPD Detective James
Holman.

Upon reviewing the photographs Detective Adams informed me that Shelton was
same male he observed getting into the white Lincoln after the shooting on Franklin
Avenue.

ATTACHMENTS: 1) Two photographs of Cheron Shelton.

*Id.*

### *March 12, 5:55 p.m.: Detectives obtain search warrant for 1214 Nolan Court and the white Lincoln based on Detective Adams' identification of still images*

80.    Detectives Dolfi and Foley authored the affidavits in support of a search warrant
for 1214 Nolan Court and the White Lincoln after Detective Adams confirmed that the black male
in the still images [taken before the Wilkinsburg Massacre] was the same black male he observed
shortly after the shooting calmly walking to his car. *See* 3/12/16 1214 Nolan Court Search Warrant
Affidavit, Exhibit 4.

81.    The affidavit did not refer to the black male as Cheron Shelton. *Id.*

82.    Detectives Dolfi and Foley noted that, according to Officer Adams, the black male
from the still images taken at Nolan Court before the Wilkinsburg Massacre was wearing the same
clothing as the black male that he observed calmly entering the White Lincoln shortly after the
shooting. *Id.*

83.    Detectives confiscated numerous items from the 1214 Nolan Court residence
pursuant to the search and warrant, including:

i.      A Colt .22 long rifle
ii.     Magazine with .22 long rifle bullets
iii.    Magazine for 7.62 x 39 rifle
iv.     Drum magazine with 7.62 x 39 bullets
v.      Drum magazine with 12 gauge shot shells
vi.     Black bag with miscellaneous live rounds, a scope, and gun parts
vii.    A small amount of marijuana from purse in basement

      viii.    Century Chevrolet envelope with writings
      ix.     Bullet proof vest
      x.      Brittany Shelton ID
      xi.     Cheron Shelton ID photo
      xii.    Mail with Cheron Shelton ID

*See* 3/12/16 Search Warrant Inventory, Exhibit 21.

### *Detective Hitchings conducts unrecorded interview with Cheron Shelton's mother Desdrene Smith*

84.     Ms. Smith stated that Cheron Shelton comes and goes from her residence at 1214 Nolan Court all the time. *See* 3/12/16 Interview Report of Desdrene Smith, Exhibit 22.

85.     Ms. Smith told Detective Hitchings that her daughters, Brittany Shelton and Ashley Smith, live with her and that her son Cheron Shelton lives with his girlfriend Channel Falls in Lincoln. *Id.*

86.     Ms. Smith said that Cheron was at her house on March 9, 2016. *Id.*

87.     Ms. Smith stated that Cheron has access to her White Lincoln. *Id.*

88.     Ms. Smith was purportedly shown still images of the black male behind 1214 Nolan Court to which she said the male looks like Cheron but that she isn't sure. Ms. Smith did positively identify the White Lincoln as her vehicle. *Id.*

89.     Ms. Smith went on to tell detectives that the Wilkinsburg Massacre victims' sister named "Millie" lives next door to her at 1216 Nolan Court. *Id.*

90.     Ms. Smith purportedly stated that if there's a gun at the house, it belongs to Cheron. *Id.*

### *Detective Dolfi interviews Cheron Shelton's sister Brittany Shelton and obtains consent to search her phone*

91.     One of the residents of 1214 Nolan Court, Brittany Shelton, gave a recorded interview on the day of the search and gave police consent to download her phone. *See* 3/12/16

Brittany Shelton interview Report, Exhibit 23; *See also* 3/12/16 Brittany Shelton Consent Form, Exhibit 24; *see also* Brittany Shelton Cellphone Download, Exhibit 25.

92.    Brittany Shelton told detectives that she drives a Chevy Impala and that her mom drives the White Lincoln. *See* Exhibit 23.

93.    Ms. Shelton told detectives that her brother Cheron visited 1214 Nolan Court on March 9, 2016 and that he was still there around 9:00 p.m. when she went to bed. Ms. Shelton was not sure if he came into the house during this visit. *Id.*

94.    Ms. Shelton confirmed that Cheron borrows the white Lincoln. *Id.*

95.    Ms. Shelton confirmed that the individual from the photos shown to Officer Adams has the same features as her brother Cheron. *Id.*

96.    Detectives confiscated the white Lincoln for forensic testing. See 3/12/16 White Lincoln Search Warrant, attached as Exhibit 26.

### *Cheron Shelton's sister Ashley Smith provides interview and consent to search phone*

97.    In addition to Cheron Shelton operating the White Lincoln on March 12, 2016, Mr. Shelton is also identified as operating a Gold Impala vehicle registered to his sister, Ashley Smith, on March 10, 2016. *See* 3/12/16 Interview of Ashley Smith, Exhibit 27.

98.    Along with the White Lincoln, the Gold Impala was also confiscated for forensic testing. *See* 3/21/16 Search Warrant, Exhibit 28.

99.    Ashley Smith also consented to a cellphone download and provided an interview. *See* Ashley Smith Cellphone Download, Exhibit 29.

## *Detectives Dolfi and Hitchings obtain and execute search warrant at 7167 Ross Garden Avenue – residence of Cheron Shelton and girlfriend Channel Falls*

100.    After speaking with Brittany Shelton, Detectives ran a DMV query for Cheron Shelton, revealing an address of 7167 Ross Garden Road in Pittsburgh. *See* 3/12/16 Search Warrant for Ross Garden Road, Exhibit 30.

101.    Detectives Dolfi and Hitchings authored the affidavit. *Id.*

102.    Detectives confiscated a passport belonging to Cheron Shelton, indicia for Channel Falls, PPM 10mm ammunition, and magnum 50 ammunition. See 3/12/16 Inventory of Seized Property, Exhibit 31.

## *Detectives interview Shawn Falls, father of Cheron Shelton's girlfriend Channel Falls*

103.    Shawn Falls is the father of Cheron's girlfriend Channel Falls. *See* 3/13/16 Shawn Falls Interview Report, Exhibit 32.

104.    Ms. Falls stated that he had a close relationship with Channel, and that he never had any problems with Cheron who was always respectful towards him. *Id.*

105.    Mr. Falls stated that Cheron he knew Cheron to run with the Hilltop boys. *Id.*

106.    Shawn Falls told Detectives that Channel recently had a domestic issue with Cheron and that she was also having problems with Cheron's family. *Id.*

107.    Mr. Falls said that his daughter Channel had not confided anything to him about massacre or Cheron Shelton's involvement in the massacre. *Id.*

108.    Mr. Falls denied any knowledge about the ammunition found at the residence. *Id.*

***Detective Hitchings learns Cheron Shelton's phone number by interviewing***
***his girlfriend and consensually obtaining her cellphone***

109.    After the nighttime search warrant was executed, Detective Hitchings interviewed Channel Falls, Cheron Shelton's girlfriend. *See* 3/13/16 Channel Falls Interview Report, Exhibit 33.

110.    Channel Falls told Detective Hitchings that Cheron Shelton had just got out of jail on March 8, 2016, one day before the Wilkinsburg Massacre. *Id.*

111.    Ms. Falls told Detective Hitchings that she, Cheron Shelton, and their two children went to 1214 Nolan Court around 6:00 p.m. on March 9, 2016. *Id.*

112.    Ms. Falls stated that Cheron was going back and forth between Nolan and Farris Court – both in the Hilltop neighborhood – to hang out with friends that evening. *Id.*

113.    Ms. Falls told Detective Hitchings that around 9:30 p.m. Cheron left the house to pick up hamburger buns. At the time Cheron Shelton left, he was wearing light colored pants and a black t-shirt. *Id.*

114.    Ms. Falls stated that Cheron returned home around 4:00 a.m. the next morning, March 10, 2016. *Id.*

115.    Ms. Falls told detectives that she questioned Cheron about why he changed his clothes between that time frame. *Id.*

116.    The following conversation occurred between Detective Hitchings and Channel Falls regarding whether she suspected that Cheron Shelton was involved in the Wilkinsburg Massacre on March 9, 2016:

> Q: And you know why that happened? What the ultimate goals were that night?
> A: I don't know what the goal was. But I know a guy he didn't like was there.

Q: Right. How did you know he was there?

A: Oh, I don't know.

Q: Okay. Do you know why he didn't like him?

A: Because of his other friend died.

Q: And who is that? Is that Calvin?

A: Yeah.

Q: Well, tell me what you know about what happens that night after he leaves your house and before – and when he comes back at 4:00.

A: We were arguing. But I though he was out drinking at his mom's house like he always is. So, we got in an argument about that and, you know, just coming home late. And i had to work the next day, so I didn't know nothing until I went to work.

Q: And when you come home do you confront him about it?

A: About what I seen on the news?

Q: Yeah.

A: No. I didn't confront him about it. I just said that it was a tragedy that it happened.

Q: Did he tell you what happened?

A: No.

…

Q: Did he – was he wearing different clothes from what he had on before?...

A: Yeah.

Q: What did he have on at this time now?

A: Black sweatpants and a long john shirt on and looked like slippers.

Q: Did you question him like, what are you doing, why do you have those clothes on?

A: Yea. He said he spit up on himself.

*See* 3/13/16 Transcript of Channel Falls Interview at 9-10, Exhibit 34.

117.    The questioning between Channel Falls and detectives continued:

> Q: What time do you go to work?
>
> A: I get to work at 7:00 [a.m. on March 10].
>
> Q: Okay. So, you got to work around 7:00. Do you see the news, or are people talking about it?
>
> A: I see the news.
>
> Q: Okay. and you immediately call him?
>
> A: No.
>
> Q: Text him?
>
> A: No. I didn't talk to him until around like 9:30.
>
> Q: Did you talk to him or text him?
>
> A: Talk to him.
>
> Q: What's he say? What'd you say to him?
>
> A: Asked him what he was doing. I knew where he was at. He was at his mom's. And I just asked him are you watching the news. And he said, yeah. I said, you don't have anything to do with that, do you. He said, no, this is all news to me.

*Id.* at 29.

118.    Detective Hitchings then asked Channel Falls if the pressed Cheron about his potential involvement in the shooting:

> Q: And then does it ever get weird? Do you ever press him to say that was you? I mean, you told me before that you knew that he had a problem with the dude.
>
> A: Right, I mean, after he told me he didn't have nothing to do with it, I kind of believed him.

*Id.* at 30.

119.    Detective Hitchings then pressed Channel Falls on whether Cheron had a problem with the whole [Powell] family:

> Q: How do you know he had a problem with that family?

A: He had a problem with the dude –

Q: Right?

A: – because he was still talking about the death of his friend Calvin.

Q: And, I mean, what would he say about the death of Calvin?

A: He was just mad at him.

*Id.* at 31-32.

120.    Detective Hitchings next asked if Cheron Shelton or his friends ever talked about retaliating against Lamont Powell:

Q: He ever talk about getting Monty for that?

A: He would INAUDIBLE like he wanted to, but he didn't say he was going to.

Q: So he would say that he wanted to get Monty, but that was about it, never –

A: Yeah.

Q: Any of his friend ever talk about – or always talk about getting him for killing Monty – or killing Calvin?

A: No. I don't INAUDIBLE.

*Id.* at 32.

121.    Detective Hitchings asked whether Cheron talked about the massacre after their conversation, as well as firearms:

Q: At no time during any of this does he ever say anything about it?

A: No.

Q: INAUDIBLE suspicion or speculation that he may have something to do with it?

A: INAUDIBLE.

Q: He ever talk about choppers or anything before? Drones or anything like that?

…

Q: Different code names for guns.

A: Oh, no.

Q: AK, or –

A: No.

> Q: The guns at his mom's house, did he ever talk about having stuff over there?
>
> A: No.

*Id.*

122.    Channel Falls then gave Detective Hitchings consent to search her phone and told Detective Hitchings that Cheron's phone number was saved in her phone as "Baby cakes." *Id*. at 43-44; *see also* 3/13/16 Channel Falls Consent to Search, Exhibit 35.

123.    After downloading Channel Fall's cellphone on March 14, 2016, Detectives found that Baby Cakes was saved as 412-____0447. *See* Channel Falls Cellphone Download Event Report, Exhibit 36.

### *Detective Hitchings authors report containing incorrect details of Channel Falls interview*

124.    In his interview report following his interview of Channel Falls, Detective Hitchings affirmatively stated, "Ms. Falls said after hearing about shooting in Wilkinsburg she thought Cheron had something to do with it. She said the guy that lived, 'Monte' (Lamont Powell) shot and killed Cheron's best friend, Calvin (Doswell) and Cheron always said he was going to get him. *See* 3/13/16 Channel Falls Interview Report, Exhibit 33.

### *MCU processes Buick Lacross confiscated from Cheron Shelton's residence at 7167 Ross Garden Road*

125.    The MCU photographed the interior and exterior of the tan and black Buick Lacross. *See* 5/5/16 Buick Lacrosse Mobile Unit Report at 2, Exhibit 37.

126.    Three sets of wet/dry swabs were collected from the interior driver, front passenger, and rear driver side door panels as Laboratory Item 1. *Id.*

127.    A set of wet/dry swabs was also collected from the steering wheel and gear shift as Laboratory Item 1. *Id.*

128.    A water bottle (Laboratory Item 2) from the center console. *Id.*

129.    All four interior door windows and door trims were processed for latent prints with no friction ridge detail being recovered. *Id.*

130.    The dashboard trim was also processed for latent prints but not friction ridge detail was developed. *Id.*

### *Detective Dolfi interviews Ryan "Rhino" Gomez*

131.    Ryan Gomez voluntarily spoke with detectives and provided information about his whereabouts on the night of the Wilkinsburg Massacre on March 9, 2016, including the individuals that he was with. *See* 3/13/16 Ryan Gomez Interview Report, Exhibit 38.

132.    Mr. Gomez confirmed that he knew Cheron Shelton, Calvin Doswell, and Lamont Powell. *Id.*

133.    Mr. Gomez stated that his street name was "Rhino", and that he had nothing to do with the massacre, which is why he agreed to do an interview to clear his name. *Id.*

134.    Mr. Gomez told Detectives to speak with his wife. *Id.*

135.    Mr. Gomez further stated that he did not hear anything about the massacre. *Id.*

### *Detectives confirm Cheron Shelton's phone number after obtaining consent to search Channel's cellphone*

136.    The day after Ryan Gomez' interview with detectives on March 14, 2016, Channel Falls' cellphone was downloaded. *See* Event Report, Exhibit 39.

137.    Review of Ms. Falls' cellphone download for "Baby Cakes" revealed that the contact was saved to phone number 412-892-0447. *See* Channel Falls Cellphone Download at 5, Exhibit 36.

***Detective Dolfi obtains consent to search Carla Lee's cellphone***

138.    Detective Dolfi next obtained consent to search Carla Lee's cellphone. *See* 3/14/16 Carla Lee Consent to Search, Exhibit 12.

139.    The following day on March 15, 2016, Detective Hitchings delivered Carla Lee's cellphone to ACP's cellphone analyst Matthew Rosenberg, who downloaded the contents of the cellphone. *See* 3/15/16 Rosenburg Event Report, Exhibit 40.

***Detective Dolfi receives forensic report tying AK-47 used in Wilkinsburg Massacre to other shootings in the region***

140.    On March 15, 2016, Detective Dolfi received a Firearm & Toolmarks Section Report from the Office of the Medical Examiner. *See* 3/15/16 Firearms & Toolmarks Section Report, Exhibit 41.

141.    The report analyzed entries into ATF's NIBIN (National Integrated Ballistic Information Network) system from the spent cartridges from the 40 caliber S&W pistol, as well as the thirty spent 7.62x39 mm caliber cartridges from the aK-47 used in the Wilkinsburg Massacre murders. *Id.* at 2 of 3.

142.    According to the NIBIN report, the casings found at the scene of the Wilkinsburg Massacre indicated potential hits for the AK-47 cartridges for three regional shootings:

> a.    Shots fired on 9/3/11 at 2104 Arlington Avenue;
>
> b.    Homicide of Donald Russell on 12/31/11;
>
> c.    The Wilkinsburg Massacre on 3/9/16.

*Id.*

***Detective Dolfi interviews victim family member David Shelton***

143.    Detective Dolfi next interviewed a family member of the victims, David Shelton. *See* 3/15/16 David Shelton Interview Report, Exhibit 42.

144.    David Shelton stated that he's heard rumors about the shooting, including that the shooting happened in retaliation for the murder of "Calvin." *Id.*

145.    David Shelton added several names he heard related to the Wilkinsburg Massacre such as "Ace" and "Little Rick" and "Rhino." *Id.*

146.    David Shelton also heard that it was the guy who lives next door to "Millie" on Nolan Court. *Id.*

147.    David Shelton stated that the day before the murders, he received a phone call from somebody in Nolan Court saying that "Monte" and his nephew Brian were in Nolan Court doing doughnuts in "Monte's" Lincon. *Id.*

148.    The caller told David Shelton that Monte was screaming, "You know where I'm at, come and get me." *Id.*

149.    David Shelton noted that Monte is the key to the case, and that it could have been anyone at Hilltop. *Id.*

150.    David Shelton added that he saw a Facebook post from Brittany and saw a picture of Monte cooking. *Id.*

### ***Detectives send court order to T-Mobile for cellphone records for Cheron Shelton's 412-892-0447***

151.    Also on March 15, 2016, Detectives obtained a court order for Shelton's 412-892-0447. *See* 3/15/16 Court Order for T-Mobile Records for 412-892-0447, Exhibit 43.

152.    The Order for this cell phone number was then faxed to T-Mobile. *See* 3/15/16 Follow Up Report, Exhibit 44.

***Detective Hitchings arrests Cheron Shelton's associate
Shaquan Roberts; Roberts provides interview and consent to search phone***

153.    While searching for suspect Dontay Reed at 1244 Nolan Court, Detective Hitchings came into contact with Shaquan Roberts, an associate of Lamont Powell, Dontay Reed, and Cheron Shelton. *See* 3/15/16 Shaquan Roberts Case Report at 3, Exhibit 45.

154.    Detective Hitchings arrested Shaquan Roberts because he had marijuana in his possession. *See* 3/15/16 Shaquan Roberts Arrest Report at 5, Exhibit 46.

155.    Mr. Roberts was brought into headquarters where he provided an interview to detectives and consented to a download of his cell phone. *See* 7/9/18 Shaquan Roberts Follow Up Report, Exhibit 47.

156.    Detective Hitchings briefed Detective Hoffman on Mr. Roberts prior to Detective Hoffman's interview with Roberts. *See* 5/21/24 N.T. Detective Hoffman Deposition at p. 61, Exhibit 8.

157.    Mr. Roberts provided a phone number of 412-926-9750. *See* Transcript of Shaquan Roberts Interview at 1-2, Exhibit 48.

158.    Mr. Roberts stated that he was currently on probation for selling crack. *Id.* at 3.

159.    Mr. Roberts told Detectives that he got to Ferris Court in the Hilltop neighborhood around 6:00 p.m. on March 9, 2016, the night of the shootings. *Id.* at 5.

160.    Mr. Roberts added that his mother lives in Hilltop at 1235 Mohler. *Id.* at 6.

161.    Mr. Roberts stated that on the night of the shooting he was with four other black males, all from Hilltop: Reo, Tom, Maleek, and G. *Id.* at 7-8, 11.

162.    Mr. Roberts told detectives that they were all in Hilltop until about 1:00 a.m. on Thursday morning when Toya drove Roberts, Tom and Dudie to IHOP in Homestead in a four-door blue Malibu or Impala. *Id.* at 8-11.

23

163.    Dudie, first name Rasheed, was not from Hilltop. *Id.* at 12.

164.    Mr. Roberts said that they stayed at IHOP for about an hour, then Toya dropped off Roberts first at his mom's house. *Id.* at 13.

165.    Mr. Roberts confirmed that he knew Dontay Reed, who was at one time his step brother. *Id.* at 16.

166.    He stated that he last saw Reed yesterday at Toya's baby shower. Id. at 17-18.

167.    Roberts confirmed detectives' information about Lamont Powell's history as a stick-up boy with a lot of enemies. *Id.* at 66.

168.    Shaquan Roberts disagreed with the detectives' theory that the shooters came from Hilltop because Powell had so many enemies. *Id.* at 33, 35, 36-37, 58 – 59.

169.    Shaquan Roberts confirms knowing Cheron Shelton and casts doubt on Cheron Shelton, or anyone from Hilltop, being involved in the massacre because of the volume of enemies that Lamont Powell had. *Id.* at 33, 58, 62-63.

170.    The download obtained by detectives of Shaquan's cellphone revealed his phone number as 412-926-9750. See Shaquan Roberts Cellphone Download at 1, Exhibit 49.

171.    Detective Patrick Miller was present and waiting outside of the interview room while Detectives Hoffman and Caruso interviewed Shaquan Roberts. *See* 5/21/24 N.T. Hoffman Deposition at 26, Exhibit 8.

172.    After the interview, Detective Hoffman passed on the information about Shaquan Roberts and the individuals he was with to lead Detective Dolfi. *See* Exhibit 8 at 26.

### *Detectives remove the Shaquan Roberts evidence from the massacre investigation casefile*

173.    At some point after Shaquan Roberts was interviewed, Detective Hoffman placed Mr. Robert's entire case file, including his interview and cell phone download, in a miscellaneous folder, instead of the massacre investigation file. *See Id*. at 48-51, 57.

174.    This information was not included with the materials provided to the District Attorney's office when the casefile was turned over for prosecution, nor was this information provided to defense counsel for Cheron Shelton or Robert Thomas in the underlying Wilkinsburg Massacre prosecution.

### *Detectives attempt unsuccessfully to interview victim/target Lamont Powell*

175.    On March 18, 2016, Detectives attempted to interview victim/target Lamont Powell about the Wilkinsburg Massacre. *See* 3/18/16 Lamont Powell Interview Report, attached as Exhibit 50.

176.    At the time of the interview, Mr. Powell was being treated for his injuries from the shooting at UPMC Mercy. *Id.*

177.    Detectives were informed by Mr. Powell's social worker at the time that he did not wish to speak with them, and Mr. Powell confirmed his reluctance to be interviewed with a moaning sound. *Id.*

### *Detective Hitchings conducts unrecorded interview of victim and target Lamont Powell; decline confiscating Lamont Powell's cellphone*

178.    Three days after ACP's unsuccessful attempt at interviewing victim and target Lamont Powell, Detective Hitchings finally spoke with him on March 21, 2016. *See* 3/21/16 Lamont Powell Interview Report, Exhibit 51.

179.    According to Detective Hitchings' report, Lamont Powell told him that he had no idea why the shooting occurred and that he didn't kill Calvin Doswell. *Id.*

180.   Lamont Powell further added that he stays out of Hilltop because of the drama. *Id.*

181.   Lamont Powell also purportedly stated that he posted on Facebook on March 9th, "its hot out here and where's the cookout." *Id.*

182.   At the time of this interview, Detective Hitchings declined to confiscate Lamont Powell's cellphone. *Id.*

### *Detectives interview surviving victim John Ellis and obtain his cellphone for download*

183.   Detectives interviewed one of the surviving victims, John Ellis, at UPMC Mercy on March 22, 2016. *See* 3/21/16 John Ellis Interview Report, Exhibit 52.

184.   Mr. Ellis stated that he wasn't familiar with anyone at the cookout, and that he wasn't aware of the motive for the shooting. *Id.*

185.   During his interview, Detectives confiscated numerous items from Mr. Ellis, including his two cellphones. *Id.*

186.   Mr. Ellis's cellphones were subsequently downloaded by ACP cellphone specialist Matthew Rosenburg. *See* John Ellis Cellphone Event Report, Exhibit 53.

### *Detective Dolfi receives latent prints report tying*
### *Cheron Shelton to firearm from 1214 Nolan Court*

187.   On March 21, 2016 Detective Dolfi received the latent prints report detailing the forensic examination conducted by the Medical Examiner's Office for the items confiscated from the search conducted at 1214 Nolan Court. *See* 3/21/16 Latent Prints Report, Exhibit 54.

188.   The Medical Examiner Office's investigation concluded that Cheron Shelton's thumb print was found on the frame above the magazine slot of one of the firearms confiscated from 1214 Nolan Court. *Id.* at 2-3 of 6.

### *Office of Medical Examiner begins analysis of 2007 Chevy Impala*

189.    On March 22, 2016, the Allegheny County Medical Examiner's Office Mobile Crime Unit (MCU) received an assistance request from ACP. *See* 4/26/16 Medical Examiner's Office Mobile Unit Report, Exhibit 55.

190.    The request for assistance related to a Gold Impala which belonged to Cheron Shelton's sister, and which surveillance video from March 10, 2016 reviewed by Detectives reportedly showed a suspected actor putting some sort of bag in the trunk of the vehicle not long after the massacre. *Id.* at 2 of 3.

191.    In addition to the contents of the trunk, ACP was interested in searching for any potential gunshot residue evidence and potential biological material inside the vehicle related to the Wilkinsburg Massacre. *Id.*

192.    The MCU began processing the Impala, including the trunk of the vehicle. *Id.*

193.    A GSR (gunshot residue) stub (Lab Item 14) was used on the edge of the trunk that would typically be handled when opening or closing the trunk. *Id.*

194.    The contents of the trunk were then searched, yielding:

> Lab Item 15: a red/brown stained multi-colored towel;
> Lab Item 16: a red/brown stained pillow case;
> Lab Item 17: a white re/brown stained pillow case;
> Lab Item 18: another red/brown multi-colored towel;
> Lab Item 19: a black thermal-like "AVIREX" shirt with brownish staining.

*Id.*

195.    A section of the shirt containing the stain (Lab Item 19) was cut and tested for the presumptive presence of blood, but the test was negative so the shirt was not collected. *Id.*

196.    The MCU continued processing on the interior of the Impala, using GSR stubs on:

Lab Item 14:  interior driver's door panel, seat and steering wheel;

the interior front passenger door panel, seat and glovebox;

the interior rear passenger door panel and seat;

the interior rear driver-side door panel and seat.

*Id.*

197.    The interior of the Gold Impala was searched for any additional evidence but none was collected. *Id.*

### *Detectives receive alibi for suspect Dontay Reed from his girlfriend Lavandra Carpenter and consent to search her cellphone*

198.    Detectives next interviewed Lavandra Carpenter, the girlfriend of suspect Dontay Reed, on March 22, 2016. *See* 3/22/16 Lavandra Carpenter Interview Report, Exhibit 56.

199.    Ms. Carpenter told Detectives that she saw Reed the night before on Nolan Court, but that he fled when Detectives were seen conducting a search down the street. *Id.*

200.    Ms. Carpenter showed Detectives a picture taken by Mr. Reed on her cellphone of himself dated 3/9/16 at 10:49 p.m. at her residence, which she said should prove that he could not have been involved in the Wilkinsburg Massacre shooting. *Id.*

201.    Ms. Carpenter then provided Detectives with consent to search her cellphone. *Id.*

### *Detectives interview Dontay Reed's other girlfriend Tresha Coates*

202.    Dontay Reed was taken into custody by Detectives at the residence of Tresha Coates on or about March 22 or 23, 2016. *See* 3/23/16 Tresha Coates Interview Report, Exhibit 57.

203.    Ms. Coates stated that she was with Reed that day, and numerous times throughout the previous week, and that his demeanor was "cool." *Id.*

***Detective Dolfi interviews suspect Dontay Reed and
confiscates his cellphones for download***

204.    On March 23, 2016, ACP Detectives and the Allegheny County Sheriff's Office

Fugitive Task Force conducted a search for Dontay Reed in the Homewood section of Pittsburgh.

*See* 3/23/16 Dontay Reed Memo to File, Exhibit 58.

205.    Detectives searched from the 1800 block of Frankstown Avenue and moved to the

1800 block of Conemaugh Steet, finally locating and arresting Reed at Tresha Coates's residence

at 8149 Conemaugh Street in Pittsburgh. *Id.*

206.    Detectives confiscated, *inter alia*, three cellphones and a pair of Nike Air Max shoes

from Mr. Reed. Id; *see also* 3/23/16 Dontay Reed Consent to Search, Exhibit 59.

207.    During his interview with detectives, Mr. Reed stated that he had a warrant out for

his arrest because of a confrontation was involved in with his baby's mother. *See* 3/23/16 Dontay

Reed Interview Report, Exhibit 60.

208.    Mr. Reed stated that he was last in Hilltop about a month ago. *Id.*

209.    Mr. Reed told detectives that on March 9, 2016, he was in Ferris Court with

Lavandra Carpenter between 6:00 p.m. and 8:00 p.m. before returning to Ms. Carpenter's house

where he remained for the rest of the night. *Id.*

210.    Mr. Reed told Detective Dolfi that he was wearing a black Bob Marley shirt and

that Detectives would be able to see him on surveillance video. *Id.*

211.    Mr. Reed stated that after learning about the Wilkinsburg Massacre shootings the

next morning on Facebook, he made a Facebook status about the shootings, and that he didn't

understand why everyone thinks he is involved. *Id.*

212.    Mr. Reed gave consent to search his phones and told Detective Dolfi to check the

video and his phones. *Id.*

213.    Mr. Reed stated that the streets are saying that, "Cheron, Ryan and [Reed]" are involved in the shooting. *Id.*

214.    Mr. Reed added that people are only saying his name because of the Facebook post. *Id.*

215.    Mr. Reed stated he does not like Cheron Shelton because Cheron talks down to him, and that Reed hadn't seen Cheron in a long time. *Id.*

### ***Detectives obtain Cheron Shelton phone records; pinpoint phone number 412-378-3461 other suspect phone***

216.    Also on March 23, 2016, Detectives received from T-Mobile the cellphone records connected to Cheron Shelton's 412-892-0447. *See* 3/23/16 T-Mobile Records for 412-892-0447, Exhibit 61.

217.    The records include the timing of calls and text messages, but they don't include the content of the calls or texts. *See* Exhibit 1 at 7 of 13.

218.    The records also contain cell site location data. *See* 3/23/16 T-Mobile Records for 412-892-0447, Exhibit 61.

219.    After reviewing Cheron Shelton's cellphone records, Detectives pinpointed 412-378-3461 as the other "suspect phone" number that Shelton communicated with in order to purportedly plan and carry out the Wilkinsburg Massacre. *See* N.T. 7/29/16 Preliminary Hearing at 97-103, Exhibit 19.

### ***"Suspect phone" 412-378-3461 found in numerous witnesses' cellphone downloads***

220.    Detectives discovered the phone number 412-378-3461 in numerous witness's cellphone downloads:

       i.    <u>Brittany Shelton</u>: 412-378-3461 was not saved as a contact in her phone, but she did receive a text message from the suspect phone on February 1,

2016, which said, "Hay it Rob, need you to call me." *See* Brittany Shelton

Cellphone Download at 820, Exhibit 25.

  ii.  <u>Ashley Smith</u>: 412-378-3461 was not saved in her phone, but there were

    communications with the "suspect phone number." *See* Ashley Smith

    Phone Download at 67, 563, 567, 877, 886, 914, 1691, Exhibit 29.

  iii.  <u>Shaquan Roberts</u>: 412-378-3461 was saved in his phone as "Millhouze",

    and there were numerous communications between he and the suspect

    phone number. *See* Shaquan Roberts Cellphone Download at 6, 7, 10, 12,

    14, 15, 18, 19, 108, 109, 117, 119, 122-124, 127, 140-142, 241, 244,

    Exhibit 49.

### *Detectives decide against following up with any of the witnesses that were in contact with "suspect phone" 412-378-3461*

221.  Even though Detectives had three strong leads with witnesses that provided thorough interviews and consent to search their phones, Detectives never followed up interviews with any of these witnesses to ask them who "suspect phone" 412-378-3461 belonged to, and for what purposes they were communicating with the number.

### *Detective Grill confiscates Lamont Powell's cellphone for "safe keeping" without downloading it*

222.  Three days after Detective Hitchings interviewed victim/target Lamont Powell, Detective Grill went to UPMC Mercy where Powell was being treated and confiscated his cellphone. *See* 3/24/16 Lamont Powell Cellphone Memo to File, Exhibit 62.

223.  Inexplicably, Detective Grill sent Powell's cellphone to the property room for "safe keeping" instead of having it downloaded. *Id.*

31

### *Cheron Shelton arrested on probation violation*

224.    An arrest warrant for a probation violation was issued for Cheron Shelton after his thumbprint was found on the magazine well of a firearm confiscated from 1214 Nolan Court. *See* Cheron Shelton Arrest Warrant, Exhibit 63.

225.    Cheron Shelton was arrested at 6914 Hartman's Lane in Pittsburgh on March 25, 2016 and taken into custody due to a probation violation. *See* 3/25/16 Cheron Shelton Arrest Report, Ex. 64.

226.    At the time of his arrest on March 25, 2016, Mr. Shelton was not charged with the Wilkinsburg Massacre before being placed in Allegheny County Jail. *Id.*

227.    Mr. Shelton was initially housed in Pod 7D in cell 121 during lockdown/sleeping hours at 12:05 a.m., then transferred to Pod 8E at approximately 5:37 a.m. *See* ACJ Housing History for Cheron Shelton at 2, Exhibit 65.

228.    Also, in Pod7D at the time, were two experienced jailhouse witnesses, Freddie Collins and Kendell Mikell. *See* Pod 7D Inmate Housing List, Exhibit 66.

### *Shelton's girlfriend Channel Falls and her father Shawn Falls arrested for hindering apprehension; Channel Falls cellphone seized*

229.    Channel Falls was arrested for hindering apprehension related to the location and arrest of Cheron Shelton. *See* 3/25/16 Channel Falls Interview Report, Exhibit 67.

230.    Detectives also confiscated her cellphone, but she did not provide an interview. *Id.*

231.    Ms. Fall's father, Shawn Falls, was also arrested and declined speaking with Detectives. *See* 3/25/16 Shawn Falls Interview Report, Exhibit 68.

### *Detectives reinterview Tresha Coates about possible connection to Lamont Powell victim*

232.    On March 28, 2016, Detectives conducted a follow up interview with Tresha Coates, an associate of Dontay Reed, to see if she was related to Daniel Coates, a possible victim of Lamont Powell. *See* 3/28/16 Tresha Coates Follow Up Report, attached as Exhibit 69.

### *Detective Dolfi receives DNA report for saliva potentially linked to the shooter*

233.    On March 29, 2016, Detective Dolfi received a Report of PCR-STR Analysis from the Forensic Biology section of the Allegheny County Office of the Medical Examiners regarding the fresh saliva obtained from the location where the rifleman was standing. See 3/29/16 Report of PCR-STR Analysis Report, attached as Exhibit 70.

234.    A single source DNA profile from an unknown male was obtained from the suspected saliva. *Id.*

### *Detective Grill and partner Detective Kinavey interview Penn Hills Police Officers about field contact with Cheron Shelton during early morning hours of March 10, 2016*

235.    Officer David Pine told Detective Grill that on March 10, 2016 at 2:18 a.m. he was dispatched to 3017 Hebron Drive for a suspicious male standing in the neighbor's yard. *See* 3/29/16 Officer David Pine Interview Report, attached as Exhibit 71.

236.    Officer Pine, Officer David Klobuchar's K9 vehicle, and Officer Dennis Robl's vehicle all pulled up to 3020 Hebron at about the same time, where they encountered Cheron Shelton standing in front of a vacant house. *Id.*

237.    Officer Pine stated that he spoke with Shelton, who told Pine that he was there looking for his cellphone that he lost in the grass earlier. *Id.*

238.    Cheron Shelton told Officer Pine that he was there with a friend drinking earlier and lost his cellphone, but that he just found it. *Id.*

239.    Officer Pine said that Shelton didn't have ID on him, but provided the name Cheron Shelton, his date of birth, as well as a cellphone number 412-606-7112. *Id.*

240.    Officer Pine returned to his vehicle and confirmed Shelton's information. *Id.*

241.    Officer Pine stated that Cheron Shelton cooperated and didn't seem to be intoxicated at the time of the interview. Id.

242.    Officer Pine added that Shelton left the area without further incident by walking South on Hebron towards Crab Hollow Road. *Id.*

243.    Officer Dennis Robl was interviewed by Detective Kinavey about his interaction with Shelton that evening. *See* 3/29/16 Officer Dennis Robl Interview Report, Exhibit 72.

244.    In addition to Officer Pine's description, Officer Robl added that Shelton seemed calm and overly friendly. *Id.*

245.    Officer Robl added that, upon reaching Crab Hollow Road, he believed that Shelton turned right away from their location. *Id.*

246.    The Detectives also observed the dashcam video from one of the officer's vehicles. *See* 3/29/16 Officer David Klobuchar Interview Report, Exhibit 73.

### ***Detectives receive information that massacre was in retaliation for homicide on the North Side of Pittsburgh***

247.    On March 30, 2016, Detectives interviewed inmate Thomas Gill at the Pennsylvania State Police's Butler headquarters. *See* 3/30/16 Thomas Gill Interview Report, Exhibit 74.

248.    Mr. Gill stated that he was recently in an outpatient rehab facility in Wilkinsburg with James Mankin. *Id.*

249.    According to Mr. Gill, Mankin saw a news clip about the massacre investigation and said that the shooting was in retaliation for the murder that he (Mankin) and Lamont Powell had committed in the Northside. *Id.*

250.    Mankin said that he and Powell chased the man down and shot him in the head while the man was on his knees in an alley by a firehouse. *Id.*

### *Detectives confiscate Shelton's jail mail; find letter instructing girlfriend's father to call "his #" 412-513-6784 to dispose of something*

251.    Detectives obtained a search warrant for Cheron Shelton's jail mail, and intercepted two jail letters written by Cheron Shelton on April 1, 2016. *See* 3/29/16 Shelton Jail Mail Search Warrant, Exhibit 75.

252.    The letters were addressed to Pat "Annie" Taylor at 6914 Hartman Lane in Pittsburgh, the address where Cheron Shelton was arrested. *See* Exhibit 1 at 6 of 13.

253.    One letter was directed to "Brown Sugar", Shelton's girlfriend Channel Falls, and the other letter was addressed to "Pops", the father of Channel Falls, Shawn Falls. *Id.*

254.    In the letter addressed to "Pops", included an instruction for Pops to help a Shelton associate get rid of something:

> "Round the corner at Bubbie house I got something there that I was workin on getn rid of… you don't got to do nutn but open the door and guide my n*gga to it. Its downstairs next to the lawn mower wrap & ready to be toss."

*Id.*

255.    Shelton further instructed Pops to call 513-6784, which he indicated is "his #", or 651-5092 which he indicated is "girl #" and ask for "house." *Id.*

***Detectives revitalize 2013 Wilkinsburg Police criminal case against Cheron Shelton, Robert
Thomas, and others that had been dismissed twice previously***

256.    Detective Hoffman was instructed by the DA and Lieutenant Schurman to refile

2013 drug charges against Robert Thomas. *See* Deposition of Hoffman at 106-116, Exhibit 8.

257.    At the time he was given these instructions, Detective Hoffman questioned whether

these charges could even be refiled given the 2-year Statute of Limitations for drug charges had

elapsed when he was instructed to refile this 2013 case in April 2016. *Id.*

258.    Cheron Shelton, Ashley Smith [not previously charged either time before], Robert

Thomas, and Justin Gomez were charged with the 2013 drugs and gun case. *Id.*

***Detective Hitchings does not ask Robert Thomas's girlfriend about his
cellphone number(s) and nickname(s); does not confiscate her cellphone***

259.    On April 5, 2016, Robert Thomas was arrested for the 2013 case at his girlfriend

Tara Gomez's house at 7754 Tioga Street in Pittsburgh. *See* Exhibit 1 at 7 of 13.

260.    Detective Hitchings conducted an unrecorded interview with Gomez. *See* 4/6/16

Tara Gomez Interview Report, Exhibit 76.

261.    Ms. Gomez purportedly indicated to Detective Hitchings that Lamont Powell had a lot of

enemies and that anyone could have done the massacre. *Id.*

262.    Ms. Gomez purportedly indicated that she was at her brother Justin Gomez's house

in Rankin attending a family cookout. *Id.*

263.    Detective Hitchings did not ask Ms. Gomez about Robert Thomas's phone number(s) or

his nickname(s). *Id.*

264.    Detectives also decided not to confiscate Gomez's cellphone. *Id.*

***Detective Hitchings interrogates Robert Thomas; Hitchings pressures Thomas to cooperate against Shelton; Hitchings provides non-public details of investigation; Thomas proclaims innocence; Thomas provides conflicting answers about "suspect phone" 412-378-3461***

265.    Detective Hitchings interviewed Robert Thomas on April 5, 2016 following his arrest for the re-filed 2013 charges. The interview began by gathering basic information from Thomas:

> Q: What's happening, man? Let me get your info off you real quick. What's your name?
>
> A: Robert Thomas.
>
> Q: What do they call you?
>
> A: What do they call me?
>
> Q: What's your nickname?
>
> A: Don't got one.
>
> …
>
> Q: And a phone number for you?
>
> A: 412-953-1023.
>
> Q: What is the other number you have?
>
> A: I don't know that number.

*See* Transcript of 4/5/16 Thomas Interview at 3-4, Exhibit 77.

266.    After providing basic information, Thomas began asking a question, but was interrupted by Detective Hitchings:

> A: What is –
>
> Q: We are coming to talk to you. I have to run a couple things, and then we will be able to explain everything to you. Do you want anything to drink or anything?
>
> A: No. I'm fine. Can I go to the bathroom?
>
> Yeah. One second.

*Id.* at 4.

267.     After returning to the interview room, Detective Hitchings instructed Robert

Thomas to take his shoes off, then threw them into the hallway:

> Q: Kick them shoes off.
>
> A: Why do I have to take them off?
>
> …
>
> Q: That way we won't get something on these….

*Id.* at 5.

268.     Detective Hitchings read Robert Thomas his Miranda rights then informed Robert

Thomas of why he was being questioned:

> Q: Okay. All right. Obviously, we are here about Cheron and about the Powell
>
> family and the Shelton family. Okay. That's going back to March 9th.

*Id.* at 6-7.

269.     Detective Hitchings then offered for Robert Thomas to cooperate against Cheron

Shelton in the massacre investigation:

> Q: Now, I mean, this isn't going to be easy for you, but listen. As everyone
>
> knows, the first one in with us is going to get the – going to get the deal. All
>
> right? And I can – I'm going to show you some things and – to make you believe
>
> I'm not trying to trick you. I'm not trying to bullshit you or anything like that,
>
> okay?
>
> A: Okay.
>
> Q: But let's start out… What happens? Just tell me honestly. Because honestly, I
>
> don't think you, I don't think Cheron or anyone else that's involved, if there is
>
> anyone else involved, meant to kill four innocent people, one that's pregnant.
>
> A: I don't know nothing about none of that, sir.
>
> …
>
> A: I was doing other things.

*Id.* at 7-8.

270.    Detective Hitchings then returned to questions about Robert Thomas's phone

number:

> Q: What phone number did you have back then? Now listen, I'm asking you these
> questions, I kind of think you should understand, I kind of know the answers
> already. All right?
> A: Phone number?
> …
> Q: Need me to help you?
> A: Yes.
> Q: 37 – number started with a 3 – 412-378?
> A: No.
> Q: Never you?
> A: No.

*Id*. at 8.

271.    Detective Hitchings next discussed the surveillance video that shows two

individuals walking into 1214 Nolan Court approximately an hour after the shooting:

> Q: … When did you buy those shoes?
> A: I've had them for a while.
> Q: Uh huh. So if I show you a video of someone that looks just like you running
> in the back door of Justin – or Cheron's mom's house – there is a little more than
> I have that – I don't want to see you.
> A: What do you have?
> Q: On the 9th into the 10th. I have you jumping over the fence down by 1244.
> A: I don't know. I was doing other things sir.
> Q: Why were you jumping over the fence? Were you running from somebody?
> A: No.
> Q: Why were you jumping over the fence then?
> A: I came up from the bottom of the hill; walked up through the woods.

> Q: Came from the bottom of the hill and walked up through the woods. Where
> were you coming from?
> A: Partying with my girlfriend.
> Q: Who is your girlfriend?
> A: Tara.
> ….
> A: Yeah. She locked me out, so I was wondering around.

*Id*. at 8-9.

272.    Detective Hitchings transitioned to asking Robert Thomas about meeting up with

Cheron Shelton and indicated that he wasn't sure what Thomas's purported role in the shooting

was:

> Q: I mean, why would you – when did you hook up with Cheron?
> A: He had dropped me off earlier that day.
> Q: No. He jumped over the fence with you. Listen brother, I have so much more.
> It is almost like I don't want to spoon feed you or make it sound like I'm trying to
> tell you everything that I want you to say, but you need to tell me honestly. If
> there is a way to clear you in this, I will clear you in it. I promise you that. And I
> will move you far away from here; you never have to be seen or heard from again.

*Id*. at 9.

273.    Robert Thomas began responding, but Detective Hitchings interrupted him with

more details of the investigation:

> A: I was just –
> Q: Bro – look, there comes a time, you know, if it was just Lamont that got killed.
> You know, Lamont killed your best friend or one of your guy's best friends. So it
> is kind of like eye for an eye, you know what I mean? We don't justify it. We
> were going to work the case hard, but Lamont put himself in that situation.

Because I read the city homicide case for Calvin. And I.. know he was a suspect and I know he did it.[2] They just couldn't prove it.

*Id*. at 9-10.

274.    Robert Thomas again denied having knowledge of the massacre and being at the crime scene:

Q: Dude, that's not you. You're not built like that at all.

A: No sir.

Q: I don't think Cheron is built like that at all. It is just a situation went bad. I'm sure Lamont had a gun that day. I'm sure he did. I'm positive he did. I know the way Lamont is. I know who he is. I know what he does. And the people just got caught up in a cross fire. It was an accident. There was no intent there. So you just need to tell me so we can clear this up, dude?

A: I didn't have nothing to do with that, sir.

Q: But you was there.

A: I wasn't there.

*Id*. at 10-11.

275.    Detective Hitchings confronted Robert Thomas about jumping over a fence after the shooting:

Q: Bro, you're not going to jump over the fence, run into the house with him right after.

A: He is a good friend of mine. I didn't know nothing about that.

Q: You just didn't happen across him in the woods at that time. That just doesn't happen that way.

A: I was walking up – I was walking up the hill.

*Id.* at 11.

---

[2] The City's homicide file on the Calvin Doswell case did not include a single reference to Lamont Powell. See Calvin Doswell Homicide File, attached as Exhibit 15.

276.    Detective Hitchings transitioned to pressing Robert Thomas about Cheron Shelton's jail letter and hiding evidence connected to the Wilkinsburg Massacre:

> Q: I have you. I have Cheron. Cheron wants to play tough guy. He has a lot more to lose. I have Cheron leaving with the gun. He tell you that?
> A: No. I haven't – I haven't talked to him.
> Q: And then we captured a letter from Cheron from jail. Guess who he is concerned about? I'm looking at him. All right. He put some things up somewhere, you and him both put some things up somewhere.
> A: (Inaudbile). All I do is sell drugs.
> Q: Where is the drugs at?
> A: All gone.

*Id*. at 12-13.

277.    Detective Hitchings next told Thomas what he believes to be Thomas's nicknames:

> Q: Your nickname is "House." They call you "Millhouse"? Like the Simpsons character?
> A: Something like that.

*Id*. at 13.

278.    Robert Thomas continued to deny involvement while Detective Hitchings again revealed that he wasn't quite sure what role Detective's theorized Thomas to have purportedly played in the shooting:

> Q: … If you was there, you were driving, tell me that, and we will give you the ride.
> A: I wasn't there.
> Q: You were. Bro, I'm not going to sit there and let you say – and insult me and insult you and say you weren't there. I know you were there.
> A: I wasn't there. I wasn't. I wasn't there.

*Id*. at 14.

279.     Detective Hitchings continued to summarize the evidence that purportedly showed Robert Thomas's involvement:

> Q: I'm not even going to go back, you happened upon Cheron walking through the woods. That story is to the point where I'm going to say it is unbelievable. A normal person is not going to believe that.
>
> A: Why?
>
> Q: And then afterwards, I got you guys on video coming out with a bag full of fucking goodires, wearing different shit. At least, the jackets aint on. I know Cheron is changed for sure. I cant tell about you, but I know one thing you still have, right?
>
> A: What's that?
>
> Q: Them mother fucking Air Maxes out there. I know that for a fact… As soon as I seen those shoes, I knew what kind of shoes they were. And I have been looking for them.
>
> A: I had nothing to do with this.

*Id*. at 14-15.

280.     Detective Hitchings next indicated to Robert Thomas that he was going to be on the hook for the death penalty, to which Robert Thomas asked if he was being charged:

> Q: Again, you put yourself into this because you were there. I'm not going to let you sit there and hang yourself, dude. Because they are going to fucking hang you is what they are going to do.
>
> A: Am I being arrested for this?
>
> …
>
> Q: You're being arrested.
>
> A: For murder, homicide?
>
> …
>
> Q: Well, depends on which way you want to go here. I don't want to arrest you for murder.
>
> A: I don't have nothing – I didn't have nothing –

*Id*. at 15-16.

281.    Detective Hitchings returned to Mr. Thomas coming through the woods:

Q: Dude, you were coming up through the woods and you were jumping over the fence at the same exact time. Running into – not even running. Walking pretty fast to the back of his house. why did you go to his house?

A: I just seen him, saying, "Yo, check it out." I'm a good friend.

*Id*. at 16.

282.    Detective Hitchings transitioned to the phone number that he theorized belonged to Robert Thomas, to which Robert Thomas again denied owning:

Q: Oh, you're a good friend. I know that. So don't bullshit me about the phone number either.

A: I don't have no – I never had that phone number in my life.

*Id*.

283.    Thomas continued to deny that 412-378-3461 was his phone number:

Q: No. what about "ReRe"?

A: He is a good friend too.

Q: He list you in his phone as "Millhouse," you think?

A: (Inaudible).

Q: What phone number does he have for you, before he went to jail? You aint going to see that mother fucker for a long time again.

A: I don't know the name, man. I don't know.

Q: He have the 387-3461?

A: Don't ring no bells to me.

Q: No? None at all?

A: None at all.

*Id*. at 16-17.

284.    Detective Hitchings then told Robert Thomas about the other phones connected to

412-378-3461, causing Robert Thomas to dither about whether the number was his:

> Q: Well, it is in that phone, then you're talking to – do you know who Brittany is?
>
> A: I know a couple Brittanys.
>
> Q: Someone that ran with Cheron?
>
> A: Yeah.
>
> Q: Do you know who Ashley is?
>
> A: Yea.
>
> Q: Who is she?
>
> A: [Cheron's/Brittany's] sister.
>
> Q: Uh huh. They have your number in their phone too, to include Cheron. Pretty good chance that's your number, right? Can we agree about that?
>
> A: I guess so.
>
> Q: I don't want you to guess; I want you to be for sure.
> Again, what I'm doing it I'm not trying to mind-fuck.
>
> A: I'm not –
>
> Q: Clearly it could have been your number on March 9th?
>
> A: Possibly.

*Id*. at 17.

285.    Robert Thomas continued to dither as Detective Hitchings pressed him on 412-

378-3461 by misrepresenting the evidence contained within Brittany Shelton's, Ashley Smith's,

and Cheron Shelton's phones:

> Q: Because everyone had that phone number listed as either "House,"
> "Millhouse" or "Rob." All right? Where is that phone at?
>
> A: I don't know.
>
> Q: No?
>
> A: I don't know. It was (inaudible).
>
> Q: Is it at your dad's house?
>
> A: No. It's in the garbage somewhere.

*Id*. at 17-18.

286.    Detective Hitchings turned to the topic of what Robert Thomas and Cheron

Shelton took from 1214 Nolan Court after the time of the shooting:

> Q: Then what do youns take from the house, put it into Brittany's car or Ashley's
> car, whatever one you want to say?
> A: I don't know what it was.
> …
> Q: I can show you the video so you know I'm not bullshitting you. I don't think
> you want to see the video because it is bad.
> A: I left the jacket at the house.

*Id*. at 18.

287.    Detective Hitchings transitioned to where Shelton and Thomas went after leaving

1214 Nolan Court:

> Q: You left the jacket at the house. and then youns get in that car. And where do
> you go to?
> A: He dropped me off at some chick's house.
> Q: Who's that?
> …
> Q: Who's house? What's the girl's name?
> A: Some little – some chick about my age.
> Q: Where does she live at?
> A: She live at Regent Square.

*Id*. at 18-19.

288.    Hitchings next pressed Thomas by misrepresenting that Detectives had cell site

location data for 412-378-3461:

> Q: … Before the end of the night – I have been doing this for 27 years. You're
> going to trust me enough that you're going to tell me a lot of things you probably

would never think you would tell me before. All right. So you're doing the right thing and you're listening to me and following me and you know I'm not bullshitting you; right? What do you know about cellphones?

A: (Inaudbile).

Q: No. what if I told you – now, you don't have your phone on you, they are out there. But I have my phone right now. Okay. And whether this is a smart phone, whether it is a flip phone, whatever, do you know what cell phones work off of? How they connect calls? If I punch in a number in New York, what happens? Once I punch that number, it happens real quick probably, because the phone rings.

A: It hits off a cell tower.

Q: Exactly, guess where cell phone towers are? Everywhere. So you know about cell phones. So what if it was to say I got Cheron's phone number hitting off a tower over on Frankling, and let's say I got your phone number hitting off a tower off of Franklin, on March 9th in around 10:41 is whenever he drives past, and around 10:50 is when the shooting is. Now, you cant lie about that. You cant lie about cell towers. They are not going to bounce from here – if I'm here, my phone is not going to hit on a tower over in the Hill District. Its going to hit off of a tower right here, because there is towers everywhere.

A: Yeah.

Q: That's bad. That's bad for you...

*Id.* at 19-20.

289.    Detective Hitchings next told Thomas about other details of the investigation, including the Wilkinsburg officer that observed Shelton getting into the white Lincoln after the shooting:

Q: Who do you think seen him getting into the car? See, Cheron is fucked, because you know why and I know why. Because all this stuff, plus who is coming down the street when he was getting into the car?

A: I don't know.

> Q: He didn't tell you?
>
> A: No, sir. (Inaudible).
>
> Q: A Wilkinsburg policeman, seen him get in the car and drive away. Guess what he got? You [k]now how [w]e got on his mom's house so quick? How do you think that happened? Because the policeman wrote down the license plate number. White Lincoln. Come back to where? Then guess what we did after that? See, because what we do here is not rocket science, dude… But common sense. Check the cell towers for Cheron. Once we got Cheron's phone number, check that. See who he is talking to. Check them. Get the video. That freaking [H]illtop is like a freaking casino. There is cameras everywhere, right? They capture everything. So guess what we got? We get the cameras and capture everything, because I need to hold a couple things back, just so you now I'm not bullshitting you.

*Id*. at 20-21.

290.    Hitchings next pressed Thomas with the prospect of life in prison. *Id*. at 22.

291.    Detective Hitchings again indicated that Detectives didn't have a set theory about Thomas's purported involvement in the massacre:

> Q: …So it is time for you to step up and do what you have to do. If all you did was drive over there, just tell me that, dude.
>
> A: I was not there. (Inaudible).

Id. at 22-23.

292.    Hitchings next confronted Thomas with purported details from his unrecorded interview with Thomas's girlfriend Tara Gomez, as well as the non-existent[3] cellphone records:

> Q: Where were you at? You told me you were on the North Side, so I know you're lying already. I know you don't want to tell me this. I know – your girlfriend told me you weren't on the North Side. I know you wasn't on the North

---

[3] As discussed, *infra*, cell phone records, including cell site location data, were not obtained by ACP Detectives until April 21, 2016, 16 days after Thomas's interview. *See* Ex. 80 (Search Warrant for Cell Phone), 109, 110, and 111.

Side because I know you were on the phone and I know where your phone was
pinging at.

A: I wasn't on the phone. I wasn't on the phone.

Q: It doesn't matter…. Even if you're not using it, they are sending a signal and it
is hitting the tower… okay… Your phone is always reaching out for a signal
wherever you're at. So I'm not saying you were on the phone at the time. Your
phone was over there though. I can tell you that. There is no doubt. There is no
ifs, ands or buts about that.

*Id*. at 23.

293.    Detective Hitchings continued to dither on ACP's theory on Thomas's involvement
in the massacre, as well as hinting at potential additional suspects beyond Cheron Shelton:

Q: What you need to tell me is if you just drove over there, didn't know what the
fuck – they were fucking going to get Lamont and that was it, just tell me that.

A: I wasn't there, sir.

Q: Maybe you were parked around the bend so that don't put you there.

A: I wasn't driving (inaudible).

*Id*. at 23-24.

294.    Detective Hitchings continued to press the 412-378-3461 evidence purportedly
belonging to Thomas, as well the video evidence:

Q: Rob, I don't know how to stress anymore how much this means to you right
now. I mean, listen. One, we got numerous phone calls before the murder to
Cheron. Then at one point we got both of your phones over on Franklin Avenue.
There is a tower right there…. Then I have you jumping over the fence together at
the exact same time, one on this time, one on this side of the house, jumping over
the fence at the same exact time. You know what time it was? Let me tell you,
11:45. Then you walk this way; he comes this way. You cut down, go to the back.
He comes in first. You sit down by the wall. You get up and he opens the door,
whatever, and then you go in. I know you agree that's the way it went down

because it is on video. Youns are in there for a period of time, reappear at the
front door. Different cloths. You know what that is?

A: I didn't have different clothes on.

Q: You didn't have the jacket on no more.

A: I took it off.

Q: You know what that is?

A: What's that?

Q: That's consciousness of guilt… I want you to be with me. I told you, I want
you to be right over there with me (indicating).

A: Yeah. But I cant personally –

Q: No. you just didn't happen upon him in the woods.

A: I did, sir. I did.

Id. at 25.

295.    Detective Hitchings and Thomas then continued to argue about the details of
Thomas coming upon Shelton later in the evening. *Id.* at 25-16.

296.    Detective Hitchings explained that he does this a lot with other kids, and that what
he's saying is the truth:

Q: … I'm going to keep trying to prove to you that you need to trust me, because
there is a lot more. It is not like I'm just making this shit up. You know I'm not
making it up, right? You can agree that everything I'm telling you is pretty much
gospel. Do you believe in church – God?

A: Yes, I do.

*Id.* at 28.

297.    Detective Hitchings continued to press Thomas with details of the investigation,
including the non-existent cell site location data for 412-378-3461, as well as Thomas's
whereabouts at the time of the shooting:

Q: So you believe the gospel; right? So if someone tell you your name is.. Robert Thomas, that's pretty much gospel; right, because that's your name. I'm telling you that at 11:45, I got you hopping the fence. I'm telling you I got you going to the back of the house. I'm telling you I got you wearing them shoes. I'm telling you your phone is pinging on Franklin Avenue. That's gospel. To me, I'm preaching to you.

A: How did my phone ping? I don't know nothing (inaudible).

Q: I can tell you someone that knows the number, because you fucking knew the hell out of fucking Cheron's number and he knew your number. And I can get you the cell records. Do you want to see them, so you know I'm not bullshitting you. Youns talk to each other a ton. He only gets out of jail on the 8th. I have his phone records. What's his number? 0447; right?

A: I don't know.

Q: Come on, Bro. I mean, you gotta agree with me. I'm not just making this shit up.

A: I'm being honest. I don't know.

Q: Well I'm telling you, his last four digits of his phone number are 0447. I know how much you two talked. I know when and.. what time you were together based on the video. Video doesn't lie. I know two places you weren't. you weren't on the North Side, and you weren't with Tara.

A: I was definitely on the North Side. I had some business.

Q: What's that?

A: I said I was definitely on the North Side.

Q: You could have been on there, but you weren't over there at the time of the shooting?

A: Yes, I was.

Q: No.

A: I wasn't with Tara but she knew.

Q: Where was you at?

A: I was running around. I told you I was around on business that day. I was
doing a couple things, run to the North Side, head up on East Liberty, and I ran a
couple places. Its something I do.

Q: And I have no problem with that. I know at one point in time you hook up with
Cheron and you go up on Franklin Avenue.

A: No, sir.

*Id*. at 28-30.

298.    The interview next moved to the informal taxi service (jitney) that Thomas used to

get around:

Q: What car were you driving around on that day?

A: I ride with jitneys.

…

Q: What jitney number do you call?

A: 241-3198.

*Id*. at 30.

299.    Detective returned to pressing Thomas on his whereabouts at the time of the

shooting and whether he jumped over the fence with Cheron after the shooting:

Q: Because right now, you tell me you were on the North Side. I disproved that
already. We agree with that; right? On the 9th, what time were you on the North
Side until?

A: I don't know what time it was. I'm not sure about the time.

Q: Then I know you weren't at Tara's house.

A: No, I wasn't. she locked me out.

…

Q: And then you're walking through the woods; you were running into Cheron;
right? That's what you're telling me you want me to believe? It is an unbelievable
story, dude.

A: I'm not saying I never ran into Cheron that night.

Q: Well, you fucking jump over – did you see him jumping over the fence?

A: No.

Q: Did he see you jumping over the fence?

A: No.

Q: Then how did you know to go to his house?

A: I just seen hm coming and I said, "Hey, what's up?"

Q: You didn't see him coming. You couldn't see each other.

*Id*. at 31.

300.    Detective Hitchings returned to pushing Thomas toward indicating that he was only minimally involved, and that Cheron and at least one other suspect were the shooters:

A: It is your show, baby. Come on. I'm telling you, I can take you and put you over here with me. I just need you to believe me. And if all you did was drive, if all you did was go there, you never got out of the car, you didn't even drive; you didn't know what the fuck was going on, that's what you need to tell me. Because you need to save your ass right now and not worry about nobody else but you. If all you did was say – he said, "Come on. Go for a ride." And you jump in the car and go for a ride, the next thing you know, they are coming back saying, "Oh fuck." Then just tell me that, I'll believe you.

A: I wasn't there, sir. I was not there. I didn't have nothing (inaudible).

*Id*. at 32-33.

301.    Hitchings again returned to pressing Thomas with non-existent cell site location data for 412-378-3461:

Q: How did – was you in the car with him before then and then you fucking left your phone in there?

A: I must have. I don't have that phone.

Q: Oh, you had the phone before and after, dude. I can prove all that. I mean, I'm not trying to trick you here. I can prove all that, that you had the phone well after the shooting. And you're talking to him.

*Id*. at 33.

302.    Robert Thomas indicated his confusion after Detective Hitchings misrepresented the contents of the jail letter that was confiscated from Cheron Shelton:

> Q: He is 100 percent worried about us getting to you, and guess what? We got to you.
>
> A: (Inaudible).
>
> Q: Listen, he – listen to me, and I'll show you the letter. He is worried about you.
>
> A: I'm fine.
>
> Q: No. No. He is worried about us getting to you, because he knows you – you hold the keys.
>
> A: I'm lost.
>
> Q: Cheron, C-Wiz, whatever you want to call him, wrote a letter, all right?
>
> A: Okay
>
> Q: In the letter, he is worried about "House." you need to get "House," is what he tells them. Because "House aint going to stand up to it. You need to get him before they do." You know who "They" is? "They" is me. Because he knows I'm right on – I'm on that mother fucker's back quicker than shit. And we are taking – anyone in his path, we are taking. If Cheron would have been in jail on March 9th, guess what? You wouldn't be sitting here right now, and all them people wouldn't be dead. Do you agree [with] that?
>
> A: I don't know.

*Id*. at 33-34.

303.    Hitchings next turned to the Hilltop neighborhood and Calvin Doswell, ACP's purported motive theory:

> Q: … How are you associated with Hilltop?
>
> A: I lived up there.
>
> …
>
> Q: How good did you know Calvin?
>
> A: Seen him around a couple times.

Q: How good do you know Cheron?

A: Pretty good.

Q: Obviously you knew Gomez good enough. I mean, you have kids with her sister and everything.

*Id*. at 34-35.

304.    Detective Hitchings returned to invoking the Bible. *Id*. at 35-36.

305.    Detective Hitchings next asked Thomas if he could get consent to search the phones that were confiscated from Thomas upon his arrest. *Id*. at 36.

306.    Thomas replied by asking what he was being arrested for:

Q: … Can I have consent to search your phones right now?

A: Am I being arrested?

Q: You are under arrest, yes.

A: For what?

Q: Now for the murder right now. I can tell you that. For some firearms violations.

A: Firearm violations?

Q: I'll explain all that to you. I'm not not even going to talk – I don't want to talk to you about that yet, but I will. But what I want right now, can I have consent to look at your phones that you had on you?

A: For what?

Q: To see what's in them.

*Id*. at 36.

307.    Thomas again expressed his confusion:

Q:… Is there something in there [Thomas's phones] you don't want me to see? Is there any pass codes on them or anything?

A: You probably already looked at them.

Q: We didn't look at them, dude. We don't do things like that. It is just me and my partner back here. He is sitting here probably watching this on video.

> A: I just don't understand.

*Id.* at 36-37.

308.     Thomas again denied any involvement the shooting after Hitchings pressed him

on Shelton's and a third suspect's potential involvement:

> Q: I'm trying to let you understand. Look at me. I'm just trying to let you
> understand, dude, that whether it is you, whether it is Cheron, whether it is
> somebody else, somebody is going to jump on the bus for – … this aint no joke.
> This aint no little stint somewhere. This is as real as it gets. And I', offering you
> that right now.
> A: I cant tell you because I wasn't there.

*Id.* at 37.

309.     Detective Hitchings returned to where Thomas was taken by Shelton at some point

on March 9th:

> Q: … This is another one of those fucking holes, all right. Youns leave Cheron's
> mom's house. Do you follow me? On video at 12:24 a.m. Okay? Where does he
> take you?
> A: He took me to see some chick.
> Q: Where does she live at?
> A: Regent Square.
> Q: Regent Square. You know how I know that's a lie.
> A: No, its not.
> Q: Because at 12:32, which would be 8 minutes, you know where Regent Square
> is; right?
> A: Uh huh.
> Q: Guess where Cheron is at and guess where you're not at?
> A: Where?
> Q: At Josie's?
> A: At Josie's.

Q: Uh huh.

A: Who is Josie?

Q: Jocey, Josie. Speak easy up on Harcourt with a camera right in front of where Big Cheese is at. You know Big Cheese?

A: No.

Q: You don't. you know where Harcourt is?

A: Yes.

Q: You know the girl over there that sells beer?

A: Yes.

Q: That's where he is. On video, plain as day… he jumps out. You aint there, but he hangs with his boys for a while and walks up to her door, gets himself a cold 45, c omes back and hangs out in the lot for a little bit. Aint no way he is making it to Regent Square and back.

A: Well, that's Regent Square (inaubdible).

Q: I know where Regent Square is. It aint right there.

A: That's where I was.

Q: How did you get there?

A: He dropped me off.

*Id*. at 39-41.

310.    Thomas was dismayed when Detective Hitchings finally told him why he was being arrested:

Q: … I mean, you're in trouble right now. You understand that? Do you understand you're under arrest?

A: Okay.

Q: And you're under arrest for some firearms and drugs?

A: What firearms and what drugs?

…

Q: Let's just say it is something from your past we brought up again.

A: How is that?

57

Q: Because the charges were withdrawn at the magistrate. They were never re-filed because the policeman retired. Remember when your charges got dropped because the policeman never showed up?

A: That was never an issue.

…

Q: Why was it dismissed?

A: The Judge dismissed it.

Q: The Judge dismissed the case. You know why?

A: She said – she said it was something about there wasn't enough evidence or something.

Q: It's those charges. We are going to hold you guys. They are getting re-filed.

…

A: Wow! So how is that? How is that?

…

Q: Because it should never – they should have been re-filed way back then, and they weren't.

*Id*. at 41-42.

311.    Detective Hitchings returned to pressing Thomas on the non-existent cell site location data, and Thomas's phone at the time of the shooting:

Q: Then your phone is pinging over on Franklin Avenue.

A: That's not me. I don't know what to say, because that's not me.

Q: That's not you? Who had your phone that day?

A: I don't know. I lost that phone. I don't know who – that phone was lost a long time ago. I don't know nothing.

Q: Listen, I'm telling you right now, the phone might be off, the phone might be gone, but the records don't go away.

A: Okay, but I don't know nothing about nothing.

Q: What kind of phone was it?

A: I don't know. An old flip phone.

Q: Just a little prepaid flip?

A: Uh huh.

Q: Where did you buy it at?

A: I bought it at Walmart.

Q: Which Walmart? The one at North Versailles?

A: Yes.

Q: How long you had that phone?

A: About a month.

*Id*. at 43-44.

312.    Detective Hitchings and Thomas then briefly discussed the girl that Thomas claimed he went to see. *Id*. at 44-45.

313.    Detective Hitchings and Thomas next bickered over whether Cheron Shelton dropped him off in Regent Square. *Id*. at 45-46.

314.    Robert Thomas then denied talking to Shelton on March 9th as often as Detective Hitchings portrayed:

Q: … There are phone calls and then the next morning you talk again. I mean, you usually talk a lot when you're together.

A: (Inaudible), you know what I mean. We both have different type of (inaudible).

Q: Let me go get these phone records. If I tell you you talked to him 23 times prior to the shooting, would you agree with that? Is that a lot, or that not a lot?

A: That's a lot, but I know I didn't talk to him that many times.

*Id*. at 47.

315.    Detective Hitchings then expressed the possibility that the suspect phone number was instead used by Thomas's girlfriend, Tara Gomez:

Q: Could have been Tara? She was with you?

A: No. She wouldn't talk to him like that.

*Id*.

316.    Thomas asserted his innocence one last time:

Q: Listen. It looks bad, and I'm not telling you – I'm just telling you what it looks –

A: I'm telling you from me, I had nothing to do with none of that. I don't know nothing about none of that. I don't know nothing about no guns. I don't get into none of that stuff.

Q: And I can agree with that, but on this night, you were pulled into it.

A: No I wasn't, sir.

*Id*. at 48.

317.    The interview was concluded after Thomas asked for his attorney. *Id*. at 49.

318.    Notably, Detective Hitchings did not ask Thomas a single question about 412-513-6784. *Id*. at 1-50.

### *Detective Hitchings authors interview report for Robert Thomas*

319.    In his interview report, Detective Hitchings stated, "[d]uring the course of the interview Thomas stated… his nickname is "Millhouze". *See* 4/5/16 Interview Report, attached as Exhibit 78.

320.    No reference is made in Hitchings' report to 412-513-6784 nor to the nickname "House." *Id*.

321.    Detective Hitchings stated, "When asked what his phone number was on March 9th, 2016 he could not remember. I asked Thomas if it was [412-378-3461] and he agreed that it could have been." *Id*. at 1-2.

322.    Detective Hitchings also stated, "Thomas was asked if he was with Calvin Doswell aka "Calie" and Thomas said he was good friends with Doswell and he said that he is certain that Lamont Powell killed Doswell. *Id*. at 2.

323.    Detective Hitchings also referred to cell site location evidence that Detectives did not have, stating, "During the interview, Thomas was asked why his cellular telephone [412-378-3461] was hitting off of the cell tower on Jackson Street in Wilkinsburg which is across from Frankling Street at the time of the shooting and Thomas said he must have left his cellphone in Shelton's car." *Id.*

### *Detectives reinterview Ashley Smith; decide against asking her about "suspect phone" 412-378-3461*

324.    Ashley Smith was also arrested on the 2013 Wilkinsburg case. *See* 4/5/16 Ashley Smith Interview Report, Exhibit 79.

325.    Even though Smith's phone was one of four phones in contact with "suspect phone" 412-378-3461, Detectives chose not to ask her about the number. *Id.*

### *Detective Miller takes over cellphone investigation into Robert Thomas; obtains court order for records for "suspect phone" 412-378-3461*

326.    The day after Robert Thomas's interview, Detective Hitchings applied for a court order to obtain cell phone records from T-Mobile for "suspect phone" 412-378-3461, the number that Detectives theorized belonged to Thomas. *See* 4/6/16 Affidavit and Court Order for 412-378-3461 Records, attached as Exhibit 80.

327.    In the affidavit, Detective Miller noted that link analysis on both Cheron and Brittany Shelton's cellphones showed contact with 412-378-3461. *Id.* at 3.

328.    Detective Miller did not mention that 412-378-3461 was in Shaquan Roberts' cellphone. *Id.*

329.    Detective Miller added that during Thomas's admitted during his interview with Detective Hitchings that 412-378-3461 was his cellphone number. *Id.* at 4.

***Detectives video record jail visit between Cheron Shelton and his father Robert Shelton***

330.    Throughout audio-less jail visit, Detectives interpreted various hand gestures and body language as admissions to his involvement in the massacre. *See* Exhibit 1 at 7-8 of 13.

***Cheron Shelton and Robert Thomas both briefly housed in same pod with prolific jailhouse witnesses Kendall Mikell (Witness 1) and Frederick Collins (Witness 2)***

331.    Upon their arrests, Cheron Shelton and Robert Thomas were both housed in Pod 7D in ACJ along with two prolific jailhouse witnesses. *See* Cheron Shelton ACJ Housing Report, attached as Exhibit 65; *see also* Robert Thomas ACJ Housing Report, attached as Exhibit 81.

332.    Cheron Shelton was housed in Pod 7D in cell 121 on March 26 from 12:05 a.m. until 5:37 a.m., then was transferred to Pod 8E. *See* Exhibit 65 at 2.

333.    Robert Thomas was housed in Pod 7D in cell 119 on April 6 from 8:24 a.m. through 11:49 a.m., then was transferred to Pod 6F. *See* Exhibit 80 at 2.

334.    Witness 1, Kendall Mikell, was already cooperating with law enforcement on other cases. *See* 2/5/20 Kendall Mikell Transcript at 3, attached as Exhibit 82.

335.    Witness 2, Frederick Collins was described by Sgt. Scherer as, "kind of a nut… Freddie was always trying to reach out to give information. So I would not have used him." *See* 3/20/24 N.T. Sgt. Scherer Deposition at 75, attached as Exhibit 83.

***Kendall Mikell's testimony in 2015 case suppressed; Mikell designated by Allegheny County Court of Common Pleas Judge as Agent of State***

336.    In 2014, Kendall Mikell cooperated with law enforcement by obtaining information from Rodney Howard while the two were housed in ACJ. *See* 6/21/17 Commonwealth of Pennsylvania v. Rodney Howard at 1, attached as Exhibit 84.

337.    In November 2015, after a hearing, an Allegheny County Judge granted a defense suppression motion, finding that Mikell's testimony violated the Defendant's sixth amendment right to counsel. *Id*. at 3.

338.    The Judge denied a subsequent motion for reconsideration from the Commonwealth. *Id*.

339.    According to the Judge in the *Howard* case:

> there was an understanding on Mikell's part that providing information to law enforcement regarding various inmate could be valuable in seeking a recommendation for a sentence reduction. In addition, it is clear that law enforcement conveyed to Mikell, at least by implication, that it was willing to receive information regarding various inmates, as it did not only on Little Proctor, but also on Mitchell, McGraw and Howard.

*Id*. at 5.

340.    The Commonwealth unsuccessfully appealed to the Pennsylvania Superior Court, who affirmed Mikell's designation as an Agent of State on June 21, 2017. *Id*. at 1-6.

### Kendall Mikell (Witness 1) and Frederick Collins (Witness 2) form agreement to corroborate each other's statements

341.    The two experienced jailhouse witnesses agreed prior to their interviews to corroborate each other's statements about the purported confessions they obtained from Shelton and Thomas during the few hours that each spent on Pod7D. *See* Freddie Collins Interview at 1:54:15 – 1:55:00, attached as Exhibit 88.

### Kendall Mikell (Witness 1) forms agreement with Detectives to provide statement about Robert Thomas in exchange for transfer out of danger from ACJ to SCI Houtzdale

342.    After coming back from working with law enforcement on a case, Mikell was accidentally placed in ACJ, even though he wasn't supposed to be in ACJ for his protection due to his cooperation with law enforcement. *See* Exhibit 82 at 3.

343.    Mikell was soon after stabbed in ACJ. *Id.*

344.    Shortly after Thomas was placed in Pod 7D, Mikell purportedly began speaking with him, then contacted ACJ's internal affairs. *Id.* at 4

345.    ACJ's internal affairs then pulled Mikell upstairs to a different part of the jail. *Id.*

346.    According to Mikell, the internal affairs officer asked Mikell to go back down to Pod 7D and talk to Thomas, and to try to get Thomas close to a cell, and for Mikell to use his hands and talk with body language so that camera can pick up on the non-verbal cues. *Id.* at 4-5.

347.    The officer told Mikell that he was aware that Mikell shouldn't be in ACJ, and that if Mikell does this, then the officer will get Mikell out of jail tomorrow. *Id.* at 5.

### *Homicide Sargeant knew Frederick Collins (Witness 2) and would not have used him in this case*

348.    During his deposition, Sgt. Schere was asked whether he knew of Frederick Collins. See N.T. Deposition of Sgt. Scherer at 75, attached as Exhibit 83.

349.    Witness #2, Freddie Collins "was kind of a nut… Freddie was always trying to reach out trying to give information. So, I would not have used him." *Id.*

### *Frederick Collins gives statement to Detectives about receiving jailhouse confession from Cheron Shelton*

350.    Detectives interviewed Frederick Collins at 11:30 a.m. on April 7, 2016. *See* 4/7/16 Frederick Collins Follow Up Report, attached as Exhibit 87.

351.    According to Collins, Cheron Shelton was placed in Collins' Pod – 7D – in cell 121 at approximately 3-4 a.m. on March 26, 2016. *Id.*

352.    Collins was in cell 124, which was separated from cell 121 by about 15-20 feet and three other cells and two water tank rooms. *Id.* at 11:39:45.

353.    According to Inspector Palmer, ACP's command level supervisor at ACJ, he would be surprised if a conversation could be held by inmates on the same block in separate cells without screaming through the food slot. *See* 3/18/24 N.T. Inspector Palmer Deposition at 79, attached as Exhibit 89.

354.    The cell doors were locked because it was the early morning hours, so Collins and Shelton were unable to see each other. *See* 4/7/16 Frederick Collins Interview at 11:41:38 – 11:41:42.

355.    Immediately upon entering cell 121, Collins purportedly began speaking with Shelton. *Id*. at 11:32:00 – 11:34:00.

356.    According to Collins, Shelton first claimed that his nickname was "OG" from Hilltop. *See* 4/7/16 Frederick Collins Follow up Report at 1, attached as Exhibit 87.

357.    Collins stated that he used to hang out at Hilltop, so he purportedly told Shelton that he knew that there was no one from Hilltop with that nickname. *Id.*

358.    Collins told Shelton that his nickname was "Psyco", to which Shelton purportedly responded "Psyco from St. Clair" as if he knew Collins previously, then followed up by telling Collins that his (Shelton's) nickname was "C-Wiz." *Id*.

359.    According to Collins, he and Shelton had a prior history since they met between March and May of 2015, including hanging out and dealing drugs together. *See* Frederick Collins Interview at 11:32, 11:42:10, attached as Exhibit 88.

360.    Collins stated that he learned Shelton's first name because Collins requires his associates' first names if they're going to deal drugs together. *Id*. at 11:43.

361.    He stated that he knew Shelton's last name because he asked a Correction's Officer what his last name was, and the officer told him, "Shelton." *Id*. at 11:43:25.

362.    Collins purportedly asked Shelton what he was in for, to which Shelton replied that he was in on a probation violation, and that police are trying to get him for that "Wilkinsburg shit that's been all over the news. *See* 4/7/16 Frederick Collins Follow Up Report at 1, attached as Exhibit 87.

363.    Shelton then purportedly asked Collins if Collins heard about "that Calio shit." *Id.* at 1.

364.    Collins stated that Calio was C-Wiz's man and was robbed and killed by "Murder" (Lamont Powell) a few years ago. *Id.*

365.    Shelton purportedly told Collins that he and the other shooter received a call on the day of the shooting from someone that had seen Lamont Powell on Facebook posting about the cookout, and that's how they got the drop on Powell. *Id.* at 2.

366.    According to Collins, Shelton and his associate ambushed the victims – Shelton's "man" shot them with a handgun, and Shelton wielded the "chopper.' *Id.*

367.    Shelton purportedly told Collins that Shelton wanted Powell's entire family gone because he wanted the entire family to go through what he went through. *Id.*

368.    Collins told Detectives that another inmate heard part of his conversation with Shelton. *See* 4/7/16 Video of Frederick Collins Interview at 11:40, attached as Exhibit 88.

369.    He told Detectives that he and the other inmate (Kendall Mikell) agreed to "corroborate." *Id.* at 1:54:26.

370.    Collins stated, and Detective Foley agreed, that inmates are allowed out of their cells for breakfast around 7:00-7:30 a.m. *Id.* at 2:56:45 – 2:58:02.

371.    Collins told Detectives that when he was let out for breakfast, he went into Shelton's cell 121 because Shelton hadn't yet come out. *Id.*

372.    According to Collins, Shelton wasn't eating, so Collins brought in a tray for Shelton to eat. *Id*.

373.    Collins explained in detail how Shelton had barely eaten anything on his tray. *Id*.

374.    Collins stated that Inspector Palmer confirmed that he is on video entering Shelton's cell in the morning. *Id*. at 2:58:15.

375.    Collins also told Detectives about other cases that he had cooperated on. *Id*. at 4:18:40.

### *Frederick Collins (Witness 2) tells Detectives that he also received jailhouse confession from Robert Thomas*

376.    Collins transitioned to the April 6 jailhouse confession that he purportedly received from Thomas. *Id*. at 11:46:00 – 11:46:15.

377.    According to Collins, Thomas's nickname was "House." *Id*. at 12:01:15 – 12:01:27.

378.    Collins said that Thomas told him that Detectives arrested him on an old 2013 case so that they could get information from him on the Wilkinsburg case. *Id*. at 11:46:45 – 11:47:15.

379.    Collins told Detectives that he started speaking with Thomas about his case after lunch around 12:00 p.m. – 12:15 p.m. on April 6, about 10 minutes after Thomas was already transferred out of Pod 7D. *Id*. at 11:46:30 – 11:46:45; 11:48-11:48:46.

380.    According to Collins, he was able to make Thomas comfortable to talk by telling Thomas that he knew "C-Wiz's" real name, and that he knew Shelton's sisters, Brittany and Ashley. *Id*. at 11:47:20 – 11:47:55.

381.    Collins said that he told Thomas what Shelton had told him about their involvement in the massacre. *Id*. at 11:47:40 - 11:47:59.

382.    Collins added that a couple of the inmates in the pod then vouched for Collins, confirming for Thomas that Collins was Cheron's man, which caused Thomas to take a liking to Collins. *Id*. at 11:48:00 – 11:48:

383.    Collins purportedly vouched for Mikell by telling Thomas that Mikell was his brother. *Id*. at 11:46:50.

384.    Thomas purportedly told Collins that Shelton's jail letter showed that Rob was involved in the massacre. *Id*. at 11:48:55 - 11:49:20.

385.    Collins stated that, according to Thomas, Brittany Shelton, Ashley Smith and Cheron Shelton all had Thomas's phone number saved in their phones as "House." *Id*. at 12:01:30 – 12:01:43.

386.    Prior to taking a break, Collins asked the Detectives if he gave them enough to give Detectives what they wanted. *Id*. at 12:02.30.

### ***Collins uses ACP cellphone to call his girlfriend, daughter, lawyer and sex worker(s)***

387.    During breaks between questioning, Detectives provided Collins with a cellphone with which Collins made numerous calls to his attorney, a sex worker(s), his daughter, and others. *Id*. 3:17:20 – 4:10:00.

388.    Collins called his attorney and told him to prepare a bond motion since Collins was providing information on this case. *Id*. at 3:17:20.

389.    Collins' lawyer instructed him to provide information on other cases. *Id*.

390.    Collins called a girlfriend and told her that he would be coming home in a couple weeks on bond because he was cooperating on a case. *Id*. at 3:03.

391.    Collins discussed making money through drug dealing with one of the recipients of his calls. *Id*. at 4:00.

392.    He solicited at least one of these individuals for sex, including asking the female for her bra and "ass" size; the size of her friends' bra and "ass" sizes; and asked her to send him pics. *Id*. at 3:45:15; 3:54:15; 3:55, 3:57:20; 4:04:25;

393.    Collins had the time to plan out a relationship with this sex worker when he gets out of jail. *Id*.

394.    While speaking with the sex worker on the ACP cellphone, Collins also made plans to deal drugs and share the proceeds with the sex worker. *Id*. at 4:00.

395.    Collins spent well over an hour on the phone talking about dealing drugs, calling girlfriends, and having phone sex. *Id*. at 3:45:15; 3:54:15; 3:55, 3:57:20; 4:04:25; 4:36:10-5:17.

### *Detectives Foley and Grill interview Kendall Mikell*

396.    According to Mikell, prior to his interview, a Detective gave him instructions about how to act during the interview. *See* 2/5/20 Mikell Transcript at 7, attached as Exhibit 82.

397.    According to Mikell, the Detective told him certain questions that they were going to ask him, and instructed Mikell as to how Detectives needed him to respond. *Id*.

398.    Mikell stated that the Detective told him that the interview room is being recorded, so he and Mikell won't be able to talk in the interview room like they were talking at the time. *Id*.

399.    Mikell stated that the Detective told him how to avoid certain things in the interview because it wouldn't hold up in court. *Id*. at 7-8.

400.    The Detective also instructed Mikell not to mention that he was cooperating on other cases. *Id.* at 8.

401.    Mikell said that the Detective also told Mikell to not say that they sent Mikell back into Pod 7D to talk to Thomas. *Id*.

402.    The Detective then purportedly instructed Mikell to gather information from Thomas, or anyone else connected to the massacre, if Mikell is ever on the same pod with them in the future. *Id*.

403.    According to Mikell, the Detective indirectly promised to get Mikell off probation, and that if Mikell looked out for the Detectives, then the Detectives would look out for Mikell. *Id*.

404.    Mikell was on federal probation at the time. *Id*. at 9.

405.    Detective Foley began the interview by asking Mikell if he knows "why you came back." *See* 4/7/16 Mikell Interview at 1:38:00-1:38:15, attached as Exhibit 90.

406.    Mikell stated that he's housed on Pod7D and has been there for 2.5 weeks. *Id*. at 1:40:15 – 1:40:23.

407.    Mikell said that Thomas came in yesterday [April 6] and amazingly spoke openly about the Wilkinsburg homicides. *Id*. at 1:40:39 - 1:41:09.

408.    He stated that Thomas came out early in the morning along with the other inmates to eat, when Collins started talking to Thomas. *Id*. at 1:41:10 – 1:41:35.

409.    According to Mikell, Collins started talking to Thomas by asking why he was in ACJ, to which Thomas replied he was in because of an old case. *Id*. at 1:41:40 – 1:41:51.

410.    Mikell said that Thomas told them that Detectives had just come to take his DNA for the Wilkinsburg case. *Id*. at 1:42:15 – 1:42:23.

411.    Mikell stated that Collins asked if Thomas was involved in the massacre, to which Thomas froze up and said, "nah." *Id.* at 1:42:23 – 1:42:35.

412.    Mikell told Detectives that Collins is "mental health" and that Collins is "a little off." *Id*. at 1:42:40.

413.    Mikell then purportedly asked Thomas if he left any DNA on the scene, to which Thomas replied that he pissed at the scene. *Id*. at 1:43:00 – 1:44:11.

414.    According to Mikell, Collins began by telling Thomas what Shelton had told Collins previously, but that Mikell zoned out during this exchange. *Id*. at 1:44:35 – 1:44:53.

415.    At this time, according to Mikell, he got up and stared at the camera to signal to law enforcement that Thomas was talking about the Wilkinsburg shooting. *Id*. at 1:44:54 – 1:45:02.

416.    Mikell then purportedly sat down and began sending signals to the camera by pointing at his own head, while asking Thomas about whether his conscious was bothering him. *Id*. at 1:45:03 – 1:45:16.

417.    According to Mikell, he and Thomas went to the lab library and the conversation became about how long urine would last for purposes of a DNA test. *Id*. 1:47:00 – 1:47:20.

418.    Mikell then stated that as Thomas was reading in the law library, Mikell went into his cell and got on the phone. *Id*. at 1:47:20 – 1:47:27.

419.    Mikell next claimed that he pointed to his head again in front of the camera and asked Thomas if it was messing with his head, to which Thomas purportedly responded that its killing him and that he's trying not to become a vegetable. *Id*. at 1:47:28 – 1:47:55.

420.    Mikell then said that he got back on the phone, and "made that call." *Id*. at 1:47:55 – 1:48:03.

421.    At this point, Mikell pulled back from the conversation, and told Collins to stop talking to Thomas about the shooting. *Id*. at 1:48:04 – 1:48:11.

422.    According to Mikell, he, Collins and Thomas began having the big conversation later that night around 7:00 p.m., and that Mikell was performing for the cameras because he was trying to help Detectives as best he could. *Id*. at 1:48:12 – 1:48:37.

423.     Mikell instructed Detectives to view the cameras between 7:00 p.m. and 7:30 p.m., because he tried to perform hand gestures for the cameras in conjunction with Thomas making admissions and nodding his head. *Id*. at 1:48:38 – 1:48:49.

424.     Mikell stated that Thomas was upset that Shelton was writing him letters from jail because Thomas was off Detectives' radar at that time. *Id*. at 1:49:05 – 1:49:35.

425.     Mikell told Detectives that Shelton was on their block for a few hours and that Collins was talking to Shelton. *Id*. at 1:49:05 - 1:50:09.

426.     Mikell denied having knowledge of what Collins and Shelton purportedly discussed. *Id*. at 1:50:09 – 1:50:25.

427.     According to Mikell, Thomas said that Detectives would have to go deep sea diving to find the pistol he used in the massacre. *Id*. at 1:50:48 – 1:51:01.

428.     Mikell stated that he then asked Thomas if he was the one with the handgun, while performing a handgun motion with his hands for the camera. *Id*. at 1:51:01 - 1:51:12.

429.     According to Mikell, Thomas answered that he was the one with the handgun. *Id*.

430.     Mikell said that the topic turned back to Thomas urinating in the garage. *Id*. at 1:51:18.

431.     Mikell stated that Thomas indicated with his hands that the garage was close to the crime scene. *Id*. at 1:51:18 – 1:51:40.

432.     Thomas also purportedly told Mikell that the garage didn't have a roof. *Id*. at 1:51:50 – 1:51:57.

433.     Thomas next purportedly told Mikell that he peed in the garage because he was holding it for about 30 minutes. *Id*. at 1:51:58 – 1:52:06.

434.    According to Mikell, Thomas then told Mikell that the guilt was eating at him, because Thomas was not the one that "got nasty", but rather, it was Cheron Shelton that was the main aggressor. *Id*. at 1:52:10 – 1:52:32.

435.    Mikell then purportedly asked whether Facebook was how Thomas and Shelton got the drop on the victims, to which Thomas replied that they received a call, that it wasn't from Facebook. *Id*. at 1:52:33 - 1:52:43.

436.    Mikell claimed that, while making handgun gestures, he said to Thomas, "They been making it seem like the person with the handgun was the one that started firing first and pushed them toward the chopper." *Id*. at 1:52:50 – 1:53:01.

437.    According to Mikell, Thomas agreed, and added that no one died from his handgun, then noted that he hit target Lamont Powell who was released from the hospital a couple of days later. *Id.* at 1:53:02 – 1:53:25.

438.    Thomas purportedly said that, although Cheron Shelton had intentions to kill everything, Thomas didn't think he would actually do it. *Id*. at 1:53:25 – 1:53:37.

439.    Mikell next purportedly asked Thomas about Calvin Doswell. Id. at 1:53:38 – 1:57:55.

440.    Thomas purportedly replied that "Murder" robbed and killed Doswell without even getting anything, and that he and Shelton have been hunting "Murder" for two years. *Id*. at 1:53:55 – 1:54:13.

441.    According to Mikell, Thomas next described with hand gestures how he shot Lamont Powell in the neck, shoulder, leg, arm and hand. *Id*. at 1:54:18 - 1:54:37.

442.    Mikell next purportedly asked whether that's when Cheron started shooting the victims with the chopper, which Thomas confirmed while nodding his head. *Id*. at 1:54:37 – 1:54:55.

443.    Mikell said that Thomas and Shelton ran to the white Lincoln, but that Thomas didn't get in. *Id*. at 1:55:48 – 1:55:56.

444.    Thomas purportedly added that Shelton told him later that Shelton thinks that a cop saw him getting into his car. *Id*. at 1:55:56 – 1:56:13.

445.    Mikell said that Thomas added that Shelton wanted to shoot the victim's funeral up because Shelton wanted to eliminate their whole blood line like the Jews. *Id*. at 1:56:20 – 1:56:36.

446.    Mikell next said that Thomas told him that he and Shelton parked the car, jumped a fence together in the woods with a duffle bag, then went into the house. *Id*. at 1:56:37 – 1:56:53.

447.    Mikell said that Thomas purportedly told him that Shelton changed his clothes, but that Thomas did not change his clothes. *Id.* at 1:56:54 - 1:57:00.

448.    Mikell purportedly asked why they didn't get rid of the chopper, to which Thomas replied that they were about to get rid of it a few days later. *Id*. at 1:57:10 – 1:57:30.

449.    Thomas purportedly further explained that he and Shelton were on their way to get rid of the chopper in a car a few days later at 2 a.m., but that a cop started questioning Shelton. *Id*. at 1:57:30 – 1:57:51.

450.    Thomas purportedly added that he ducked down in his seat and the cop didn't see him. *Id*.

451.    Mikell told Detectives that the chopper was in the same area in which the cops stopped and questioned Shelton. *Id*. at 1:57:50 – 1:57:57.

452.    Mikell told Detectives that he used body language while speaking to Thomas because he knows that the prosecutor would be able to use his body language to help with the case. *Id.* at 1:58:30.

453.    Mikell told Detectives, "I'm thinking for ya'll, I did the best I can." *Id.*

454.    Mikell asked Detectives if he is definitely going back to Houtzdale. *Id.* at 2:02:00.

455.    Detective Grill confirmed that the Wilkinsburg Massacre was the worst he had ever seen. *Id.* at 2:40:20; 3:16:40.

456.    Detective Grill told Mikell that Detectives are going to charge Shelton and/or Thomas. *Id.* at 2:42:45.

457.    Detective Grill informed Mikell that Detectives would personally drive him to SCI Houtzdale and get him something to eat. *Id.* at 3:15:40.

458.    Mikell continued to press Detectives on the effectiveness of Mikell's hand gestures, asking:

> Mikell: Wasn't it smart of me making them body movements and everything?
> Grill: Yeah… I'm going to tell you personally, we're grateful."

*Id.* at 3:16:40.

459.    Mikell also explained how he is in danger from some of the cases that he cooperated on. *Id.* at 3:18:00.

460.    Detective Grill responded that Detectives were going to try to help Mikell get out of Pennsylvania. *Id.* at 3:18:30.

461.    Detective Grill informed Mikell that Grill's partner, Detective Kinavey, would be taking Mikell to SCI Houtzdale. *Id.* at 3:20:30.

462.    Mikell continued to stress the importance of getting out of ACJ:

Mikell: I need to get out of County.

Grill: We'll do whatever it takes. We give you our word.

*Id*.

463.    Mikell then explained how he wasn't even supposed to be in ACJ because of his cooperation on the Rodney Howard case. *Id.* at 3:21:45.

464.    Kendall Mikell explained that he was stabbed two weeks ago, and that Detectives came and took pictures of his injuries. *Id*. at 3:21:35.

465.    Kendall Mikell continued to stress his desire to be transferred, saying "I don't want to go back to County.' *Id*. at 3:22:45.

466.    Detective Grill told Mikell that his name is Grill, and that Mikell could call him if he needed anything. *Id*. at 3:26:40.

467.    Kendall Mikell explained the garage that Thomas and Shelton purportedly waited in, stating that there was no roof, and that Thomas indicated that the garage was next door to the victims. *Id.* at 4:13:50.

468.    Kendall Mikell again stressed that he used hand gestures because he thought it would be helpful for law enforcement. *Id*. at 4:16:20; 4:23:40.

469.    Kendall Mikell told Detectives that upon Thomas's arrest, the top DA told Thomas to enjoy his last breath of fresh air. *Id*. at 4:29:40.

470.    Kendall Mikell was then provided by ACP with a cellphone to make calls. *Id*. at 5:20:30.

471.    Kendall Mikell appears to have called his girlfriend, and stated, "I'm making moves, on my way back up to Houtzdale." *Id*. at 5:21:05.

472.    When Mikell asked Detective Foley if this was the biggest murder he had ever seen, Detective Foley replied, "Yeah, pretty much." *Id*. at 5:32:45.

473.    After the interview, while Detectives were walking with Mikell down the hall, Mikell told Detectives that Collins statement wouldn't hold up because Shelton didn't say anything to Collins. *See* 2/5/20 Mikell Transcript at 12, attached as Exhibit 82.

474.    Kendall Mikell said that he told Detectives that Collins was just doing this because Mikell told Collins his plan to obtain information from Thomas and provide it to police. *Id*.

475.    According to Mikell, the Detective responded that they'll let the lawyers' figure that out. *Id*.

***Detective Dolfi, with help of other Detectives, authors first draft of affidavit of probable cause in support of charging Cheron Shelton and Robert Thomas for the Wilkinsburg Massacre on April 7, 2016***

476.    Detective Dolfi, the lead investigator, believed that Detectives had probable cause to charge Shelton and Thomas in early April. *See* 11/17/23 N.T. Deposition of Detective Dolfi at 46.

477.    According to Detective Dolfi, each of the Detectives that worked on the case helped to author the affidavit of probable cause. Id. at 56.

478.    On the same day that the two jailhouse witnesses provided their statements, Detective Dolfi and the other Detectives working the case began the first draft of the affidavit of probable cause to charge Cheron Shelton and Robert Thomas with the Wilkinsburg Massacre. *See* 4/7/16 First Draft of Criminal Complaint Affidavit, attached as Exhibit 91.

479.    Regarding the 412-513-6784, one of the numbers Detectives attributed to Robert Thomas, Detective Dolfi wrote:

> In the letter addressed to "Pops" Cheron Shelton writes that he needs him to do "some real shit." He writes that "Round the corner at Bubbie house I got something there that I was workin on getn rid of." Cheron Shelton continues "you don't got to do nutn but open the door & guide my n*gga to it. Its downstairs next to the lawn mowers wrap & ready to be toss." Cheron directs to call 513-6784 that he indicates is 'his #' or 651-5092

which he indicates is 'girl #' and ask for 'house.' Through the course of this investigation, your affiant knows 412-513-6784 and the nickname 'millhouse' or 'house' (sometimes spelled with a 'z') and the number to be associated with Robert Thomas DOB 9/6/1988 and the number 412-651-5092 to be associated with Tara Gomez, Robert Thomas' girlfriend.

*Id*. at 4 of 10.

480.    Detective Dolfi's first draft of the affidavit of probable cause for the criminal complaint did not reference a connection between Robert Thomas and 412-378-3461, nor the nickname "Millhouze", nor did it reference the communications between Cheron Shelton and 412-378-3461 on the night of the massacre. *Id*. at 1-10.

481.    The affidavit also included four pages of information provided by the two jailhouse informants earlier that day, without corroborating any of their statements. *Id*. at 6-10.

### *Carla Lee reinterviewed; tells Detectives that Thomas's nickname is "Scrob"*

482.    Three days after Thomas's April 5, 2016 interrogation, Detectives reinterviewed Carla Lee on April 8, 2016 in what would be her third interview throughout the investigation. *See* 4/8/16 Interview Report, attached as Exhibit 93.

483.    When asked if she knew Mr. Thomas or his nickname, Ms. Lee told Detectives that Robert Thomas's nickname was "Scrob." *Id*.

484.    Ms. Lee also stated that Cheron Shelton's nickname was C-Wiz. *Id*.

485.    Ms. Lee stated that she knew both of them, and that neither of them had been to her residence in Wilkinsburg, which is next door to the crime scene. *Id*.

### *Detective Miller obtains search warrant for phone number for Thomas's LG smartphone*

486.    On April 8 at 9:30 a.m. Detective Miller authored a report about obtaining a search warrant for the retrieval of the cellphone number from an LG smartphone that was confiscated from Robert Thomas during his arrest on April 5. *See* 4/8/16, 9:30 a.m. Search warrant Report, attached as Exhibit 94.

487.    Detective Miller's 9:30 a.m. report indicated that ADA Chernosky signed off on the affidavit and the Honorable David Cashman issued the warrant for the phone number. *Id*.

488.    Detective Miller noted that the warrant was subsequently taken to the Criminal Court Records Office and Sealed. *Id*.

489.    Detective Miller added that a copy of the search warrant was placed into a manila envelope and attached to this supplemental report. *Id*.

490.    On April 8 at 9:55 a.m., twenty-five minutes after Detective Miller's report, the Honorable David Cashman issued the warrant for the cellphone number. *See* 4/8/16 9:55 a.m. Search Warrant for Phone Number for Robert Thomas LG Smartphone, attached as Exhibit 95.

491.    Detective Miller's affidavit in support of the warrant provided ACP's first timeline of communications between Cheron Shelton and 412-378-3461:

> The records show frequent contact between Cheron Shelton and a number identified as 412-378-3461 to include prior to and after the homicides. There was a break on communication between the Cheron Shelton and the unknown number between the time frame of 9:50 p.m. and 11:19 p.m. on 3/9/16.

*Id*. at DA002935.

492.    Detective Miller next explained how Robert Thomas was purportedly connected to 412-378-3461 through confiscated cellphones from witnesses and Thomas's own purported admissions:

> Upon his interview Robert Thomas was asked about phone number 412-378-3461. That number was found in several witness contact information as "MILLHOUZE" and in Cheron Shelton's phone records.
> Upon confronted with the information about the phone number, does belong to him however, the two phones in his possession during his interview were not the phones associated with 412-378-3461…

*Id*.

493.    Detective Miller concluded by requesting that a search warrant be issued for the retrieval of the phone number connected to Thomas's confiscated LG smartphone. *Id*.

### *Detective Miller connects Thomas's LG smartphone to 412-513-6784 in search warrant affidavit for full cellphone download*

494.    Four hours after obtaining the search warrant for the phone number for Thomas's LG smartphone, Detective Miller authored an affidavit in support of a search warrant for the full cellphone download for Thomas's LG smartphone. *See* 4/8/16 1:55 p.m. Search Warrant for Full Download of Robert Thomas, attached as Exhibit 96.

495.    Detective Miller's affidavit mirrored his other April 8 affidavit, with the following addition:

> On 04/08/2016, a search warrant was applied for and granted by the Court of Common Pleas by the Honorable David Cashman. The warrant was for the retrieval of the phone number contained in the LG smartphone seized from Robert Thomas. Your affiant has verified that the phone number in the LG smartphone is 412-513-6784 and the subscriber as Sprint Wireless. Your affiant respectfully requests that a search warrant be issued for the complete downloading of said LG smart phone and its proprietary files be transferred to new media in a useable navigational mode.

*Id*. at DA002940.

496.    Approximately twenty minutes before the search warrant was issued, Detective Miller authored a search warrant report commemorating the warrant that he claimed was issued by the Honorable David Cashman for the cellphone download of the LG smartphone confiscated from Thomas. *See* 4/8/16 1:35 p.m. Search Warrant Report, attached as Exhibit 97.

497.    The report noted that the warrant was approved by ADA Chernosky and taken before the Honorable David Cashman who also reviewed and issued the warrant. *Id*.

498.    Detective Miller noted that the warrant was then taken to the Criminal Court Records Office and sealed, and that a copy of the search warrant was placed into a manila envelope and attached to this supplemental report for inclusion in the case file. *Id*.

499.    At 1:55 p.m., twenty minutes after Detective Miller filed the above report, Judge Cashman signed and issued the warrant for the download of Rob Thomas's LG smartphone. *See* 4/8/16 1:55 p.m. Search Warrant for Robert Thomas LG Smartphone at DA002938, attached as Exhibit 96.

500.    At 1:56 p.m., the order sealing the warrant was signed. *Id*. at DA002937.

### *Detective Hitchings receives DNA report excluding Robert Thomas as contributor to saliva*

501.    On April 11, 2016, Detective Hitchings received the results of the Medical Examiners comparison of Robert Thomas's buccal swab to the saliva found at immediately below the location the rifleman fired from. *See* 4/11/16 Report of PCR-STR Analysis, attached as Exhibit 98.

502.    Robert Thomas was excluded as the contributor of the DNA collected from the saliva. *Id*.

### *Detective Hitchings misspells Shaquan Roberts name in report*

503.    The next day, Detective Hitchings attended a hearing on the Shaquan Roberts marijuana case. *See* 4/12/16 Court Case Disposition, attached as Exhibit 98.

504.    Detective Hitchings misspelled Roberts' name as "Shaquan Rodgers." Id.

505.    This was the only evidence pertaining to Shaquan Roberts that was disclosed to the prosecution and defense in the underlying criminal matter.

### *Detective Miller receives DVDs purportedly containing Robert Thomas's LG smartphone download*

506.    On April 12, Detective Miller received two DVDs containing the purported cellphone download from Thomas's LG smartphone. *See* 4/12/16 Cellphone Download Report, attached as Exhibit 100.

507.    Detective Miller noted that the file was entered into ACPD's evidence system, and that the working copy accompanied Miller's report for inclusion in the case file. *Id.*

### *Detective Miller interviews Tyrone Pugh about contact with Cheron Shelton's phone*

508.    On April 14, Detective Miller interviewed Tyrone Pugh about cellphone communications from Cheron Shelton cellphone records. *See* 4/14/16 Tyrone Pugh Interview Report, attached as Exhibit 101.

509.    Pugh stated that the number belonged to his father, Vernes Pugh. *Id.*

510.    Tyrone stated the he has heard of Cheron Shelton, but that he doesn't know him. *Id.*

511.    Pugh told Detective Miller that Pugh is related to the Shelton's that were victims of the shooting, namely that he and Tina Shelton share the same father. *Id.*

512.    Pugh did not know why his father would be contacting Cheron Shelton. *Id.*

### *Detective Miller authors affidavit for court order for cellphone records for 412-513-6784*

513.    The next day, Detective Miller continued his cellphone investigation by authoring an affidavit in support of a court order for 412-513-6784 for various cellphone records from the wireless carrier. *See* 4/15/16 Court Order for 412-513-6784, attached as Exhibit 102.

514.    In the supporting affidavit, Detective Miller wrote about the purported connection between Thomas and 412-378-3461:

> …When confronted with the security video [Thomas] admitted… that it was him who was observed on the video jumping over the fence with Shelton after the homicides at 11:45 p.m. less that one hour after the homicides. During his interview, Thomas admitted the aforementioned 412-378-3461 was in fact his cell phone number…

*Id.*

515.    Detective Miller next referenced the purported connection between Thomas and 412-513-6784:

> Additionally, when arrested for weapons charges, Robert Thomas had in his possession a blue LG smart phone. Your affiant obtained a search warrant for the telephone number stored within said LG smart phone. The phone number associated with the phone was identified as 412-513-6784. Your affiant obtained a second search warrant for the downloading of the contents stored within the LG smartphone (412-513-6784). The download of 412-513-6784 showed an activation date of 3/11/2016 at 2:18 p.m. Link analysis was conducted by Matthew Rosenburf from the ACPD Mobile Data Forensic Unit.

*Id.* at 4.

516.    Detective Miller concluded by requesting a Court Order for any and all subscriber information and for all call detail records (including SMS detail) and cell tower location records for Sprint Wireless cellphone number 412-513-6784 from March 8, 2016 at 1:01 a.m. to April 15, 2016. *Id.* at 5.

### ***Detective Miller interviews Jamaica Blackburn about contact with Cheron Shelton's phone***

517.    On April 18, Detective Miller interviewed Jamaica Blackburn about her contact with Cheron Shelton. *See* 4/18/16 Jamaica Blackburn Interview Report, attached as Exhibit 103.

518.    Blackburn said that the phone has been in the possession of her boyfriend Garland Woods for quite some time. *Id.*

519.    Blackburn speculated that Woods would arrange for jitney rides, and that maybe that is why he was in contact with Cheron Shelton. *Id.*

***Detective Miller interviews Sherry Bradshaw about contact with Cheron Shelton's phone***

520.    Immediately after the Blackburn interview, Detective Miller interviewed Sherry Bradshaw. *See* 4/18/16 Sherry Bradshaw Interview Report, attached as Exhibit 104.

521.    Detective Miller told Bradshaw that a search for a phone number in contact with Shelton revealed that the number belonged to her. *Id*.

522.    Bradshaw replied that she does not know Cheron Shelton and that the phone number was not hers. *Id*.

***Detective Miller receives requested cellphone records for 412-513-6784 from Sprint***

523.    Shortly after the Bradshaw interview, Detective Miller received an email copy from Sprint of the records he requested on April 15. *See* 4/18/16 Follow Up Report, attached as Exhibit 105.

524.    Detective Miller noted that the records were placed onto a DVD and placed into the case file. Id.; *see also* 4/18/16 Sprint Correspondence with Miller and Subscriber Information, attached as Exhibit 106.

***Detective Miller interviews Sandi Samuels about contact with Cheron Shelton's phone***

525.    Two days after the Bradshaw interview, Detective Miller interviewed Sandi Samuels about a phone number in her name communicating with Cheron Shelton on March 10, the day after the massacre. *See* 4/20/16 Sandi Samuels Interview Report, attached as Exhibit 107.

526.    Samuels responded that she provides a jitney service and may have given Shelton a ride. *Id*.

527.    After Detective Miller showed her a picture of Shelton, Samuels confirmed that he has on occasion given Shelton rides from Homewood, but that she didn't recall the last time she gave him a ride anywhere. *Id.*

528.    Samuel stated that her car was a grey 2011 Chevy Malibu. *Id*.

### *Detective Dolfi authors second draft of criminal complaint affidavit against Shelton and Thomas*

529.    On April 20, Detective Dolfi and the other Detectives working the case authored the second draft of the affidavit in support of criminal charges for Shelton and Thomas. *See* 4/20/16 Draft of Criminal Complaint Affidavit, attached as Exhibit 108.

530.    Like the first draft, the second draft made no mention of Thomas's connection to "suspect phone" 412-378-3461, the calls between Cheron Shelton and 412-378-3461, nor to the nickname "Millhouze." *Id*.

### *Detective Miller receives cellphone records for "suspect phone" 412-378-3461*

531.    On the morning of April 21, Detective Miller received that T-Mobile records he had requested for "suspect phone 412-378-3461. *See* 4/21/16 Cellphone Records Follow Up Report, attached as Exhibit 108; see also 412-378-3461 Cellphone Records, attached as Exhibit 110.

### *Detectives' cellphone investigation expands with records for "suspect phone" 412-378-3461*

532.    After comparing the records for "suspect phone" 412-378-3461 with the other cellphones and cellphone numbers collected by Detectives throughout the investigation, Detectives learned found that 412-378-3461 was in contact with Cheron Shelton's associate Shaquan Roberts in the hours leading up to the shooting on March 9, and in the days following the shooting. *See* 4/21/16 Records of Communication between 412-378-3461 Cellphone Records – Communications with Shaquan Roberts, attached as Exhibit 111.

***Detective Hitchings receives Medical Examiner Report about processing samples for testing;
OME advises additional information could be obtained through
comparison of Lamont Powell DNA***

533.    On April 21, 2016, the Office for the Medical Examiner collected and prepared numerous pieces of evidence collected by ACP throughout the investigation for forensic testing. *See* 4/21/16 Forensic Biology Section Report, attached as Exhibit 112.

534.    While evidence collected from the vehicles, the suspects Shelton and Thomas, and most of the victims were included in the evidence to be tested, forensic evidence from Lamont Powell was not. *Id*. at 9 of 10.

535.    According to the Medical Examiner's Office, "[a]dditional information may be obtained through comparison" of a DNA reference for Lamont Powell. *Id*.

536.    The following items were collected and sampled:

> (4) Sunglasses from Hazel Way;
>
> (17) 9mm Keinad Model M-11 Pistorl with mag and CTGS from 1321 Chelsea;
>
> (41) One sealed plastic tube which contained one reference sample from Jerry Shelton;
>
> (51) One sealed paper bag which contained one black ANABIL USE t-shirt;
>
> (51A) Swabbing of the black shirt;
>
> (51B) numerous irregularly shaped brown stains, approximately .4 cm by 0.6 cm in size, on the majority of the shirt;
>
> (51C) several crusty red-brown stains, ranging in size from approximately 0.1 cm by 0.2 cm to 0.4 cm by 0.3 cm, on the bottom of the shirt;
>
> (55) One sealed envelope which contained one buccal collector from Cheron Shelton;
>
> (57) One sealed envelope which contained one white envelope addressed to 'Pat "Annie" Taylor';

(57A) Cutting of the envelope flap (possible saliva);

(59) One sealed paper bag which contained one blue, white, and grey left Nike sneaker;

(59A) One irregularly shaped red-brown stain, approximately 0.7 cm by 0.3 cm in size, on the left side of the sneaker;

(59B) Irregularly shaped orange-brown staining on the sole of the sneaker;

(60) One sealed paper bag which contained one blue, white, and grey right Nike sneaker;

(60A) One irregularly shaped red-brown stain, approximately 0.7 cm by 0.4 cm in size, on the sole of the sneaker;

(61) One sealed envelope which contained one buccal collector from Det. McKenith;

(62) One sealed envelope containing one buccal collector from Sgt. Cuiffi;

(63) One sealed envelope containing buccal collector from Det. Rourke;

(64) One sealed envelope containing buccal collector from Sgt. Morrison;

(65) One sealed envelope containing buccal collector from Office Don Hanlin;

(66) One sealed envelope containing buccal collector from Det. Mike Adams;

(74) One sealed envelope containing buccal collector from John Ellis;

16LAB02223-11: One sealed plastic tube containing reference sample from Chanetta Powell;

16LAB02224-21: One sealed plastic tube containing reference sample from Brittany Powell;

16LAB02225-14: One sealed plastic tube containing reference sample from Tina Shelton;

16LAB02245-14: One sealed plastic tube containing reference sample from Shada Mahone;

16LAB 02403-10: One sealed envelope which contained [incomplete]

16-LAB02403-10A: One sealed envelope containing two swab heads with grey staining;

16-LAB02403-10B: One sealed envelope containing two swab heads with grey staining;

16-LAB02403-10C: One sealed envelope containing two swab heads with grey staining;

16-LAB02403-10D: One sealed envelope containing two swab heads with grey staining;

16-LAB02403-10E: One sealed envelope containing two swab heads with grey staining;

16LAB02403-15: One sealed paper bag containing one multicolored towel with floral patter;

16LAB02403-15A: Two clear circular, dark red-brown stains, appox. 1.5 cm by 1.0 cm in size

16LAB02403-15B: Numerous irregularly shaped lighter red-brown stains covering majority of the towel;

16LAB02403-15C: Several irregularly shaped red-brown stains, ranging in size from approximately 3.5 cm by 7.0 cm to 8.0 cm by 12.5 cm, along the edges of the towel;

16LAB02403-16: One sealed paper bag which contained one light blue pillowcase;

16LAB02403-16A: Numerous irregularly shaped light red-brown stains covering majority of the pillowcase;

16LAB02403-17: One sealed paper bag containing one off white pillowcase;

16LAB02403-17A: Several near circular light red-brown stains, ranging in size from approximately 0.4 cm by 0.6 cm to 2.0 cm by 2.2 cm, on the center of the pillowcase;

16LAB02403-17B: One irregularly shaped red-brown stain, approximately 4.0 cm by 4.5 cm in size;

16LAB02403-17C: One linear red-brown stain, approximately 0.5cm by 3.4 cm in size;

> 16LAB02403-18: One sealed paper bag containing one portion of multicolored Essential Home brand towel;
>
> 16LAB02403-18A: Irregularly shaped faint red-brown staining, measuring approximately 4.5 cm by 6.5 cm overall, on the underside of the towel;
>
> 16LAB02404-1: Items A-D: Four sets of wet/dry swabs from Buick Lacrosse;
>
> 16LAB02404-2: Item B: Water bottle from cup holder in Buick Lacrosse;

*Id*. at 2-8 of 10.

537.    Of those items, the Medical Examiner's Office identified the following items as suitable for DNA testing at this time:

> 16LAB02222: 41, 55, 57A, 74;
>
> 16LAB02223: 11;
>
> 16LAB02224: 21;
>
> 16LAB02225: 14;
>
> 16LAB02403: 10A through 10E, 15A through 15C, 17A, 17B.

*Id*. at 9 of 10.

### *Detective Dolfi adds cellphone communications between Shelton and 412-378-3461 to third draft of affidavit in support of criminal complaint*

538.    Detective Dolfi added the following information pertaining to 412-378-3461 to the third draft of the affidavit in support of criminal complaint:

> Detectives applied for a Court Order for cellphone records belonging to T-Mobile number 412-892-0447... The records revealed multiple contacts with a number belonging to Robert Thomas on March 9, 2016.
>
> For the time period between 8:04 p.m. and 11:45 p.m. on March 9, 2016 there were 31 calls and/or text messages between the two numbers. At approximately 10:32 a text message was sent from Shelton to Thomas, at approximately 10:34 PM there was a text message from Thomas to Shelton. At approximately 10:46 p.m. there was a 4 minute and 33 second call from Shelton to Thomas. This call

ended minutes prior to the shooting. During the time of the shooting there was no contacts between Thomas or Shelton. Following the shooting there was a missed phone call from Thomas to Shelton approximately 10:56 and approximately 23 seconds later an answered phone call from Shelton to Thomas. Following this group of calls there were a total of 14 calls or texts over the next 29 minutes. At approximately 11:4 there was an unanswered call from Shelton to Thomas and approximately 30 seconds later there was a 3 second phone call from Shelton to Thomas. This was less than a minute prior to the video recovered from Nolan Court where Shelton and Thomas jumped the fence behind the building.

*See* 4/23/16 Third Draft of Affidavit in Support of Criminal Complaint, attached as Exhibit 113.

### *Detective Miller interviews Robert McNeal about contact with one of Robert Thomas's phone numbers*

539.    On May 3, Detective Miller began speaking to Robert McNeal about a 911 call McNeal made on April 26. *See* 5/3/16 Robert McNeal Interview Report, attached as Exhibit 114.

540.    McNeal provided Detective Miller with his phone number, but the number is redacted in the interview report. *Id*.

541.    McNeal told Miller that he is familiar with both Cheron Shelton and Robert Thomas. *Id*.

542.    McNeal stated that he has family in the Hilltop neighborhood and that's how he met them. *Id*.

543.    He stated that he would mainly call Thomas from time to time to purchase marijuana, and that he would also do jitney runs for Thomas and Shelton so they could sell drugs. *Id*.

544.    Detective Miller asked why he called Thomas on the day of the murders multiple times, and McNeal answered that he was trying to call Thomas to purchase marijuana, but that Thomas didn't answer so he kept calling him.

545.    Detective Miller did not clarify in his report which phone number for Thomas he was referring to. *Id*.

546.    McNeal stated that the first call around 6:30 p.m. on March 9 was when he got home from work, and the subsequent calls around 9:30 p.m. was after he got his kid ready for bed. *Id.*

### ***Detective Grill obtains search warrant for forensic testing of White Lincoln***

547.    About two months after Detectives confiscated the white Lincoln, Detective Grill applied for and obtained a search warrant for forensic testing. *See* 5/9/16, 11:00 a.m. Search Warrant Report, attached as Exhibit 115.

548.    The warrant was executed at ACP's Medical Examiner's garage. See 5/9/16, 3:54 p.m. Search Warrant Report, attached as Exhibit 116.

549.    Scientist William Best processed the vehicle and conducted chemical testing that revealed possible blood samples. *Id*.

550.    Scientist Best collected Exhibit 21B: front passenger floor mat that contained possible biological material. *Id*.

551.    Exhibit 21C included front passenger floor carpet that also possibly contained biological material. *Id*.

552.    Detective Grill collected indicia, including a registration card for Desdrene Smith and Brittany Shelton, as well as an identification card belonging to Cheron Shelton found in the glove box. *Id*.

553.    The evidence was sent to the crime lab for testing. *Id*.

### *Allegheny County Medical Examiners process*
### *White Lincoln and Chevy Impala for trace evidence of gunshot residue*

554.    The next day, the Medical Examiners conducted forensic testing on the white Lincoln then authored a report on their findings. *See* 5/10/16 Trace Evidence Section Report, attached as Exhibit 117.

555.    Samples were taken from Item 11, the white Lincoln:

> (11A) Trunk;
>
> (11B) Rear driver's side floor mat;
>
> (11C) Rear passenger side floor mat;
>
> (11D) Rear seat;
>
> (11E) Under rear seat;
>
> (11F) Control

*Id*.

556.    Samples taken from Item 14, the Chevy Impala:

> (14A) Trunk;
>
> (14B) Driver's seat, door, steering wheel;
>
> (14C) Front passenger seat, door, and glovebox;
>
> (14D) Rear passenger door and seat;
>
> (14E) Rear driver's side door and seat.

*Id*.

557.    The samples were placed into the chamber of a scanning electron microscope, equipped with an automated stage, backscattered electron (BSE) detector, and an energy dispersive spectrometer (EDS) with an automated Gunshot Residue (GSR) analysis software package. *Id*.

558.    Lead (Pb), antimony (Sb), and barium (Ba) are elements commonly found in the primer mixtures of ammunition cartridges.

559.    Medical Examiners tested the items for traces of lead (Pb), antimony (Sb) and Barium (Ba); specifically, when these three elements combine into a single particle, the particle is defined as being characteristic of Primer GSR (P-GSR_, barring elemental tags from other sources. *Id*. at 2 of 5.

560.    Particles containing two of these three elements with high-temperature or "molten-type" morphology are classified as consistent with P-GSR. *Id*.

561.    Particles containing only one of these elements are classified as single component particles. *Id*.

562.    After testing of the white Lincoln, the Medical Examiner concluded:

> (11A) Trunk;
>> -    Single component particles were present.
> (11B) Rear driver's side floor mat;
>> -    No P-GSR-related particles were confirmed.
> (11C) Rear passenger side floor mat;
>> -    One single component particle was confirmed.
> (11D) Rear seat;
>> -    No P-GSR-related particles were confirmed.
> (11E) Under rear seat;
>> -    No P-GSR-related particles were confirmed.
> (11F) Control
>> -    No P-GSR-related particles were detected.

*Id*. at 4 of 5.

563.    After testing the Chevy Impala, the Medical Examiner concluded:

> (14A) Trunk;
>> -    No P-GSR-related particles were confirmed.
> (14B) Driver's seat, door, steering wheel;
>> -    One particle confirmed as being consistent with P-GSR was confirmed. Single component particles were also present.

(14C) Front passenger seat, door, and glovebox;

- One single component particle was confirmed.

(14D) Rear passenger door and seat;

- One particle confirmed as being consistent with P-GSR was present.

(14E) Rear driver's side door and seat.

- Single component particles were present.

*Id*.

564.    The Medical Examiner noted that P-GSR can be deposited from the discharge of a firearm, having been in the vicinity of a firearm when it was discharged, or from having made contact with a surface being P-GSR. *Id*.

565.    The report further noted that particles consistent with P-GSR and single-component particles are found in P-GSR, but may also originate from other sources. *Id.*

566.    Finaly, the report noted that the absence of P-GSR does not eliminate the possibility that the subject may have handled or discharged a firearm. *Id*.

### *Allegheny County Medical Examiners process various items for DNA*

567.    Ten days later, the Medical Examiner's Office conducted DNA testing on the following items, with the corresponding results:

(2A) Suspected saliva from rear yard 1306 Franklin:

- **a single source profile was obtained; Cheron Shelton was excluded as a contributor to the saliva**.

(41) Reference sample from victim Jerry Shelton;

(55) Buccal collector from Cheron Shelton;

(57) Cutting of envelope flop (possible saliva):

94

- the DNA obtained from the envelope matched Cheron Shelton; the unknown male from Item 2A, the suspected saliva from yard 1306, are excluded as the contributor of the DNA from this item;

(58) Buccal collector from Robert Thomas;

(74) Buccal collector from John Ellis;

(11) Reference sample from Chanetta Powell;

(21) Reference sample from Brittany Powell;

(14) Reference sample from Tina Shelton;

(14) Reference sample from Shada Mahone;

(10A) Swabbing of front passenger door of white Lincoln:

-   A partial profile was obtained; The result from this sample does not contain adequate information to support the possible inclusion or exclusion of the DNA profile obtained from: Robert Thomas, Jerry Shelton, Cheron Shelton, John Ellis, Chanetta Powell, Brittany Powell, Tina Shelton, Shada Mahone, or the unknown male from item 2A, the suspected saliva from rear yard 1306.

(10B) Swabbing of rear passenger side door of Lincoln:

-   The data indicates that DNA from more than one contributor was obtained from the swabbing of the rear passenger door. A partial profile was obtained. Due to the complexity of the data caused by a low template value, no conclusions could be made regarding the possible inclusion or exclusion of the DNA profiles obtained from Robert Thomas, Jerry Shelton, Cheron Shelton, John Ellis, Chanetta Powell, Brittany Powell, Tina Shelton, Shada Mahone, or the unknown male profile obtained from item2A, the suspected saliva from rear yard 1306.

(10C) Swabbing of the rear driver side door of Lincoln:

-   The data indicated that DNA from three or more contributors was obtained from the swabbing of the rear driver side door of the Lincoln. Due to the complexity of the data caused by a low template value, no conclusions could be made regarding the possible inclusion or exclusion of the DNA profiles obtained from Robert Thomas, Jerry Shelton, Cheron Shelton, John Ellis, Chanetta Powell, Brittany Powell, Tina Shelton, Shada

95

Mahone, or the unknown male profile obtained from Item 2A, the suspected saliva from rear yard 1306.

(10D) Swabbing of driver door of Lincoln:

- The data indicated that DNA from three or more contributors was obtained from the swabbing of the rear driver side door of the Lincoln. Due to the complexity of the data caused by a low template value, no conclusions could be made regarding the possible inclusion or exclusion of the DNA profiles obtained from Robert Thomas, Jerry Shelton, Cheron Shelton, John Ellis, Chanette Powell, Tina Shelton, Shada Mahone, or the unknown male profile obtained from Item 2A, the suspected saliva from rear yard 1306.

(10D) Swabbing of steering wheel and gear shift of Lincoln:

- The data indicated that DNA from more than one individual was obtained from the swabbing of the driver door of the Lincoln. The DNA profile of the major contributor to this mixture was resolved at each of the 15 tested STR loci. Robert Thomas, Jerry Shelton, Cheron Shelton, John Ellis, Chanetta Powell, Brittany Powell, Tina Shelton, Shada Mahone, and the unknown male profile obtained from Item 2A, the suspected saliva from rear yard 1306, are excluded as the major contributor of the DNA obtained from this mixture profile. There was insufficient data to include or exclude Robert Thomas, Jerry Shelton, Cheron Shelton, John Ellis, Chanetta Powell, Brittany Powell, Tina Shelton, Shada Mahone, or the unknown male profile obtained from Item 2A, the suspected saliva from rear yard 1306, as a possible minor contributor to the DNA obtained from this sample.

(15A) Possible bloodstaining on the towel;
(15B) Possible bloodstaining on the towel;
(15C) Possible bloodstaining on the towel:
- The DNA profiles obtained from the possible bloodstaining on the towel from Items 15A-C match each other. This profile is from an unknown female. Robert Thomas, Jerry Shelton, Cheron Shelton, John Ellis, Chanetta Powell, Brittany Powell, Tina Shelton, Shada Mahone, and the unknown male profile obtained from Item 2A, the suspected saliva from rear yard 1306, are excluded as the contributor of the DNA obtained from these items.

(17A) Possible bloodstaining on center of pillowcase:

- The data indicated that DNA from more than one individual was obtained from the possible bloodstaining on the center of

the pillowcase. The DNA profile of the major contributor matches the DNA profile of the unknown female obtained from possible bloodstaining on the towel at items 15A-C. Robert Thomas, Jerry Shelton, Cheron Shelton, John Ellis, Chanetta Powell, Brittany Powell, Tina Shelton, Shada Mahone, and the unknown male profile obtained from Item 2A, the suspected saliva from rear yard 1306, are excluded as the major contributor of the DNA obtained from this mixture profile. There was insufficient data to include or exclude Robert Thomas Jerry Shelton, Cheron Shelton, John Ellis, Chanette Powell, Brittany Powell, Tina Shelton, Shada Mahone, or the unknown male profile obtained from Item 2A, the suspected saliva from rear yard 1306, as a possible minor contributor to the DNA obtained from this sample.

(17A) Possible Bloodstaining on the pillowcase:

- The data indicated that DNA from more than one individual was obtained from the possible bloodstaining on the center of the pillowcase. The DNA profile of the major contributor to the mixture matches the DNA profile of the unknown female obtained from the possible bloodstaining on the towel at items 15-A-C. Rober Thomas, Jerry Shelton, Cheron Shelton, John Ellis, Chanetta Powell, Brittany Powell, Tina Shelton, Shada Mahone, and the unknown male profile obtained from Item 2A, the suspected saliva from rear yard 1306, are excluded as the major contributor to the DNA obtained from this mixture profile. There was insufficient data to include or exclude Robert Thomas, Jerry Shelton, Cheron Shelton, John Ellism Chanetta Powell, Brittany Powell, Tina Shelton, Shada Mahone, or the unknown male profile obtained from Item 2A, the suspected saliva from rear yard 1306, as a possible minor contributor to the DNA obtained from this sample.

(17B) Possible bloodstaining on the pillowcase:

- The data indicated that DNA from four or more contributors was obtained from the possible bloodstaining on the pillowcase. Due to the complexity of the mixture, no conclusions can be made regarding the possible inclusion or exclusion of the DNA profiles obtained from Robert Thomas, Jerry Shelton, Cheron Shelton, John Ellis, Chanetta Powell, Brittany Powell, Tina Shelton, Shada Mahone, or the unknown male profile obtained from Item 2A, the suspected saliva from rear yard 1306.

*See* 5/20/16 Forensic Biology Section Report at 2-5 of 11, attached as Exhibit 118 (emphasis added).

### *Detectives were aware of Shaquan Roberts evidence despite it being in two separate casefiles*

568.    At some point in the investigation, Detective Hoffman removed the Shaquan Roberts casefile from the massacre investigative file to a miscellaneous file. *See* 5/21/24 N.T. Detective Hoffman Deposition at 48-50, attached as Exhibit 8.

569.    According to Detective Hoffman, "… at the time, everybody knew that it was two separate files." and "[t]he fact that they knew we interviewed Shaquan, that he was stopped inside the residence 1244 Nolan Court… our squad is huge, so I'm not going to say everybody. That's kind of an exaggeration. I would say a majority of people involved in this case probable knew. *Id*. at 62-63.

570.    Detective Hoffman stated that Detectives were in the hallway asking about the interview with Roberts. *Id*. at 70.

571.    Detective Hoffman identified Detective Miller as one of the detectives in the hallway at 2:07:07 p.m. of the recording of Shaquan Roberts interview. *Id*. at 125.

### *Detective Dolfi and other Detectives finalize affidavit of probable cause for criminal complaint charging Cheron Shelton and Robert Thomas for the Wilkinsburg Massacre*

572.    Cheron Shelton and Robert Thomas were charged with the massacre on June 23, 2016, based on the affidavit of probable cause authored by Detective Dolfi, who received help from the other detectives that worked on the investigation. *See* N.T. 11/17/23 Detective Dolfi Deposition at 56, attached as Exhibit 92; *see also* 6/23/16 Criminal Complaint, attached as Exhibit 1.

***Probable cause affidavit ¶¶ 1-7: affiant biographical information; crime scene investigation; and victim autopsies***

573.    Detective Dolfi dedicated the first page and first paragraph of the second page to the affiants' biographical information and description of the crime scene investigation. *See* 6/23/16 Criminal Complaint at 3-4, attached as Exhibit 1.

574.    Specifically, he noted that it was determine that the first eighteen (18) shots came from the .40 caliber weapon and the next thirty (30) were discharged from a 7.62 caliber assault rifle. Id. at 3.

575.    Detective Dolfi noted the victims and their injuries. *Id*.

***Probable cause affidavit ¶ 8: Detective Adams observation of black male in white Lincoln near crime scene; vehicle traced to Brittany Shelton and Desdrene Smith in Hilltop neighborhood***

576.    Detective Dolfi next stated that, at about 10:53 p.m. Wilkinsburg Police Officer Adams was on routine patrol when he heard shots coming from the Franklin Avenue area. *Id*. at 4.

577.    While driving to the scene, Officer Adams observed a black male, thin build and short or no hair walking casually on Franklin Ave. *Id*.

578.    The male got into a white Lincoln with license plate JBP2200, which Officer Adams noted as the vehicle drove away. *Id.*

579.    A registration check revealed that the vehicle was registered to Brittany Shelton and Desdrene Smith at 1214 Nolan Court in Pittsburgh. *Id.*

***Probable cause affidavit ¶ 9: Anonymous tips indicate shooters came from Hilltop neighborhood***

580.    Detectives received numerous anonymous tips in reference to the murders. *Id*.

581.    Many of the tips indicated that the shooters came from the Hilltop section of Pittsburgh. *Id*.

582.    The tips indicated that the shooting was in retaliation for a previous murder that took place in the Hilltop neighborhood. *Id*.

***Probable cause affidavit ¶¶ 10-12: Hilltop surveillance video prior to shooting shows black male at 1214 Nolan Court obtaining black object at approximately 10:30 p.m. on March 9, then driving away in white Lincoln; time-distance indicate approximate 10-minute drive***

583.    Based upon Officer Adams observations and anonymous tips, Detectives reviewed surveillance video from March 9 for the Nolan Court housing project in the Hilltop neighborhood. *Id.* at 4.

584.    The video depicted a white Lincoln sedan pull into Nolan Court on March 9 at approximately 8:48 a.m. *Id*.

585.    A female exited the car and entered 1214 Nolan Court. *Id*.

586.    The vehicle matched Officer Adams' description from the night of the murders. *Id*.

587.    The white Lincoln remained in the parking lot until approximately 10:28 p.m. on March 9, when a black male identified as Cheron Shelton exited 1214 Nolan Court and entered the vehicle. Id. Shelton moved the vehicle onto a concrete pad between 1200 and 1208 Mohler Street. *Id*.

588.    Shelton then exited the car and ran behind 1214 Nolan Court and into the back yard of 1214 Nolan Court where he recovered a long, slender, ridged object that appears to be covered by a piece of clothing. *Id*.

589.    Shelton then got back into the vehicle with the object and drove away at approximately 10:30 p.m. *Id*.

590.    Detectives recovered video from private residence on Franklin Avenue depicting a vehicle matching white Lincoln description pulling onto Franklin Avenue at 10:42 p.m. *Id*.

591.    Detective Dolfi's time-distance studies between Shelton's location and the crime scene showed that Franklin Avenue is approximately 3 miles and 10 minutes away from Nolan Court. *Id.*

***Probable cause affidavit ¶ 13-14, 17: Hilltop surveillance video after the shooting; Shelton and Thomas seen together at 11:45 p.m. on March 9 entering 1214 Nolan Court; Shelton and Thomas seen driving away at 12:23 a.m. on March 10 in gold Impala; Shelton and Thomas seen drinking in Hilltop at 12:37 a.m.***

592.    The Hilltop surveillance video reviewed from the timeframe after the shooting showed Robert Thomas and Cheron Shelton coming from the direction of the woods behind Nolan Court, then jumping over a fence at 1244 Nolan Court at 11:45 p.m., nearly an hour after the shooting. *Id.* at 4.

593.    Cheron Shelton entered the rear of 1214 Nolan Court at 11:46 p.m. *Id.*

594.    Robert Thomas entered the rear of 1214 Nolan Court at 11:47 p.m. *Id.*

595.    The white Lincoln was not observed. *Id.*

596.    At 12:23 a.m. on March 10, Shelton and Thomas exited 1214 Nolan Court carrying a black bag, which they placed in the trunk of a gold Chevy Impala, then left Nolan Court in the Impala. *Id.* at 4-5.

597.    At 12:32 a.m., Shelton and Thomas pulled into Heart Court in the Hilltop neighborhood, where they were seen drinking beer at 12:34 a.m., then leaving Heart Court at 12:37 a.m. in the Impala. *Id.* at 5.

598.    At 2:57 a.m. on March 10, Shelton returned to Nolan Court driving the white Lincoln, exited the vehicle, and entered 1214 Nolan Court. *Id.*

***Probable cause affidavit ¶ 15: Penn Hills Police encounter and speak with Shelton at 2:18 a.m. on March 10***

599.     On March 10 at 2:18 p.m., after receiving a phone call for a suspicious person in a yard, Penn Hills Police Officers encountered Shelton at 3017 Hebron Drive in Penn Hills while Shelton was on foot and appeared to be talking on the phone. *Id*. at 5.

***Probable cause affidavit ¶ 16: Brittany Shelton interviewed; identifies black male in surveillance video as her brother Cheron Shelton***

600.     On March 12, Detective Dolfi interviewed Brittany Shelton, where she identified the black male in the surveillance video as her brother, Cheron Shelton. *Id*. at 5.

***Probable cause affidavit ¶¶ 18-19: motive for shooting was retaliation against victim Lamont Powell for killing Hilltop resident Calvin Doswell in 2013; Shelton and Doswell were friends***

601.     During the course of the investigation, Detectives learned that Lamont Powell was a suspect in the Calvin Doswell murder in Pittsburgh. *Id*.

602.     No one had been arrested for the crime. *Id*.

603.     City of Pittsburgh Detective Robert Shaw confirmed the information. *Id*.

604.     Juwanda Doswell, Calvin Doswell's mother, told Detectives that her son and Shelton were best friends and that Shelton still checks on her family regularly. *Id.*

605.     During their interviews, Justin and Ryan Gomez confirmed that they and Shelton were all friends with Calvin Doswell. *Id.*

***Probable cause affidavit: ¶¶ 20-22: Officer Adams confirms surveillance image as male he saw on March 9; Detectives confiscate firearms during search of 1214 Nolan Court; no evidence connected to massacre found in search***

606.     On March 12, Detectives showed Officer Adams a still image of the male observed in the Nolan Park surveillance video. *Id*.

607.     Officer Adams confirmed that the male in the video fits the same physical description and clothing of the male he observed get into the white Lincoln on March 9. *Id*.

608.    Detectives subsequently obtained and executed a search warrant for 1214 Nolan Court, where they discovered a firearm, ammunition, a black bag with miscellaneous gun parts, and a bullet proof vest. *Id*.

609.    Indicia of residency for Cheron Shelton were also found. *Id*.

### *Probable cause affidavit ¶ 23: Detectives obtain arrest warrant for Cheron Shelton for probation violation*

610.    On March 21, Detectives learned from the Allegheny County Crime Lab that Shelton's left thumb print was discovered on the magazine well of a firearm confiscated from 1214 Nolan Court. *Id*. at 6.

611.    This resulted in a probation violation since Shelton was convicted of felony possession with intent to deliver, making him a person not to possess a firearm. *Id*.

### *Probable cause affidavit ¶¶ 24-35: Detectives obtain and execute search warrant at Shelton's residence*

612.    Detectives Hitchings and Dolfi obtained an executed a search warrant for Shelton's residence at 7167 Ross Garden Road in Pittsburgh. *Id*.

613.    The following evidence was confiscated from Shelton's residence:

- Indicia of residency for Cheron Shelton;
- One box of 10mm PPU ammunition with 50 rounds;
- One box of 20 Magnum Research Inc. 50 caliber ammunition with 14 rounds.

    *Id*.

### *Probable cause affidavit ¶ 26: Cheron Shelton arrested on probation violation*

614.    On March 26, the Allegheny County Sheriff's Fugitive Task Force arrested Shelton after receiving information that he was located at 6914 Hartmans Lane in Pittsburgh. *Id*.

615.    During an interview after his arrest, Shelton said that he didn't have a phone at the time of the murders. *Id.*

616.    Cheron Shelton's girlfriend, Channel Falls, stated that she bought him a phone on March 8, 2016. *Id.*

### *Probable cause affidavit ¶ 27: Cheron Shelton calls Brittany Shelton from jail and tells her to lookout for a jail letter*

617.    After being placed in ACJ for the probation violation, Shelton called his sister Brittany Shelton. *Id.*

618.    Cheron Shelton spoke in code to his sister, explaining that he will write a "kite", a term used in jail to describe and letter, and "lay it all out." *Id.*

### *Probable cause affidavit ¶ 28-29: Detectives confiscate Shelton jail letter; link Thomas to 412-513-6784 found in Shelton jail letter*

619.    On April 1, Detectives executed a search warrant on Shelton's outgoing mail from ACJ. *Id.*

620.    Cheron Shelton addressed the letter to (Pat "Annie" Taylor) 6914 Gartman Lane in Pittsburgh, the address where he was arrested. *Id.*

621.    There were two individual letters inside the envelope, one to his girlfriend Channel Falls "Brown Sugar", and the other to Adrien Falls "Pops", her father. *Id.*

622.    In the letter addressed to Pops, Shelton wrote that he needed him to do "some real shit." *Id.*

623.    Cheron Shelton wrote that "round the corner at Bubbie house I got something there that I was workin on getn rid of." *Id.*

624.    Cheron Shelton continued, "you don't got to do nutn but open the door & guide my n[- - - - -] to it. Its downstairs next to the lawn mowers wrap and ready to be toss." *Id*

625.    Cheron Shelton then directed "Pops" to call 513-6784 that he indicated is "his number" or 651-5092 which he indicated is "girl #" and ask for "House." Id.

626.    Through the course of this investigation, affiants know 412-513-6784 and the nickname "millhouse" or "house" (sometimes spelled with a "z") and the number to be associated with Robert Thomas, and the number 412-651-5092 to be associated with Tara Gomez, Thomas's girlfriend. Id. at 6-7.

627.    Cheron Shelton continued by writing about money owed and for "Pops" to take care of his children, signing off on the letter with "burn this when done reading LOL." Id. at 7.

### Probable cause affidavit ¶ 30-31: Robert Thomas arrested and interviewed

628.    Thomas was arrested at 7754 Tioga Street in Pittsburgh, interviewed by Detective Hitchings at ACP headquarters. Id.

629.    Robert Thomas admitted that he was the person on video jumping over the fence and entering 1214 Nolan Court with Cheron Shelton less than an hour after the shooting. Id.

### Probable cause affidavit ¶ 32: Detectives obtain cellphone records for Cheron Shelton's 412-892-0447; records purportedly indicate numerous calls between Shelton and Thomas on night of shooting

630.    Detectives applied for an obtained a Court Order for cellphone records pertaining to 412-892-0447, the cellphone purchased for Shelton by his girlfriend Channel Falls. Id.

631.    The records revealed multiple contacts with a number belonging to Robert Thomas on March 9, the night of the shooting. Id.

632.    For the time period between 8:04 p.m. on March 9, there were 31 calls and/or text messages between the two numbers. Id.

633.    Calls and/or texts were exchanged between the two numbers at the following times:

- 10:32 p.m. text from Shelton to Thomas;
- 10:34 p.m. text from Thomas to Shelton;

- 10:46 p.m. 4 minute 33 second call from Shelton to Thomas;
- No calls/texts during time of shooting;
- 10:56 p.m. missed call from Thomas to Shelton;
- 10:56 p.m. answered call from Shelton to Thomas;
- 14 calls or texts over the next 29 minutes;
- 11:44 p.m. unanswered call from Shelton to Thomas; and
- 11:44 p.m. 3 second call from Shelton to Thomas.

*Id*. at 7.

### *Probable cause affidavit ¶ 33-38: Detectives video record jail visit between Shelton and his father; Shelton makes hand gestures indicating firearm*

634.    Detectives applied for and were granted a search warrant for placement of a video recording device in ACJ's visitation room to record a pre-scheduled visit between Shelton and his father Robert Shelton. *Id*.

635.    Throughout the course of the approximately hour-long visit, Shelton used various hand signals and/or appeared to mouth various things to Robert Shelton. *Id*.

636.    Shelton did not use the telephone receiver which would have recorded his conversation with his father. *Id*.

637.    Detective Dolfi noted the following highlights from the video recording:

- 10:14:16: Shelton makes hand signals instructing his father to write with a pen. Shelton began to not and stare intensely at his father before getting a shocked look on his face and mouthing a phrase. Shelton became noticeably agitated by standing up and throwing things in the interview room. Affiants believed that Shelton's father was aware of Shelton's intercepted mail;
- 10:17:06: Shelton pantomimed holding a rifle and squeezing the trigger multiple times;
- 10:19:08: Shelton pantomimed a lawn mower motion, then a tossing motion. The apparent message of this communication is similar to

Shelton's jail letter intercepted by Detectives. Combined with the previous

pantomime, it is believed that that object is a rifle;

*Id*. at 7.

### ***Probable cause affidavit ¶¶ 39-48: Witness #1, Kendall Mikell 's first purported conversation with Thomas during the morning of April 6***

638.    Detective Dolfi dedicated three pages of information provided by Witness 1

Kendall Mikell about two purported conversations he had with Robert Thomas on April 6 while

housed in Pod 7D. *See* 6/23/16 Criminal Complaint at 8-11, attached as Exhibit 1.

639.    The first eight paragraphs in Detective Dolfi's affidavit pertaining to Mikell

describe Mikell's purported daytime conversation with Thomas on April 6. *Id*. at 8-9.

640.    The first eight paragraphs explain that, according to Mikell, Thomas told Mikell

that:

- Thomas came onto the pod during the morning of April 6;
- Thomas was from Homewood/Hilltop;
- Mikell started talking to Thomas during breakfast;
- Thomas was concerned that Detectives took his DNA because Thomas urinated in the garage right next to the crime scene;
- Mikell asked Thomas if he was involved in the Wilkinsburg shooting and Thomas froze up;
- Thomas was arrested on an old case;
- Mikell helped Thomas look up information on DNA in the law library;
- Mikell called the investigations office while Thomas was in law library;
- Thomas's consciousness was killing him over the massacre.
- At approximately 12:10 p.m. Mikell made gestures for the camera while Thomas admitted that the massacre was crushing his conscience, and that he was trying not to think about it.

*Id*.

***Probable cause affidavit ¶¶49-61: Witness #1, Kendall Mikell purportedly obtains confession from Thomas during their second conversation around 7:00 p.m. on April 6***

641.    Detective Dolfi dedicated the remaining thirteen paragraphs to the bulk of Mikell's purported conversation with Thomas, which took place after 7:00 p.m. on April 6. *Id.* at 9-11.

642.    From the 7:00 p.m. portion of Mikell and Thomas's purported conversation, Detective Dolfi highlighted the following facts as being corroborated or as non-public information known only to investigators:

- That the AK-47 had not been recovered;
- The details of the injuries suffered by victim and target Lamont Powell;
- That Officer Adams of the Wilkinsburg Police observed an individual near the scene of the shooting entering a vehicle;
- That Cheron Shelton was field contacted on March 9 at approximately 2:18 a.m. by officers of the Penn Hills Police Department after a report of a suspicious individual near a vacant house;
- That Lieutenant Schurman told Thomas to take a deep breath on his way to the police vehicle because it would be the last breath of fresh air that he would breathe for some time.

   *Id*.

643.    Regarding the remainder of the purported 7:00 p.m. conversation between Mikell and Thomas, Detective Dolfi noted:

- When Thomas came out at dinner he didn't talk much, until he and Mikell began speaking by the back window at 7:00 p.m. – 7:30 p.m.;
- Mikell began acting through hand gestures what Thomas was telling him about the incident;

- Thomas was upset that Cheron Shelton wrote him jail letters because Thomas was off the radar at the time;
- Police intercepted the letter and Thomas became a suspect;
- Various pieces of advice from Mikell to Thomas;
- Thomas said that Detectives would have to go deep sea diving to find the firearm he used;
- Thomas confirmed that he used the handgun after Mikell made hand gestures portraying a pistol for the camera;
- Thomas showed Mikell using hand gestures that the garage that he and Cheron Shelton waited in prior to the shooting was very close to the crime scene;
- Thomas and Shelton waited in the garage for approximately 30 minutes;
- The garage did not have a roof;
- Thomas peed because he was holding it for about an hour;
- Shelton was the one that "got nasty with it";
- Thomas wanted to leave, but Shelton convinced him to wait;
- That they received a phone call about the cookout, they didn't learn about it through Facebook like the news is saying;
- Thomas explained that he was the one that shot first with the handgun, pushing the victims toward the AK-47;
- No one died from the handgun;
- Thomas made hand gestures while describing Lamont Powell's injuries from the handgun;
- The target, Lamont Powel, was released from the hospital a few days after the shooting;
- Cheron Shelton had intentions of killing everyone, but Thomas didn't think he'd do it;
- Details of the details of how Lamont Powell killed their friend Calvin Doswell;
- Thomas and Shelton had been hunting Lamont Powell;

- Thomas and Shelton were unable to get rid of the AK-47, but Thomas got rid of the handgun;
- Thomas and Shelton ran to the car, but that Thomas didn't get in and instead met up with Shelton later that night;
- Upon meeting up again that night, Shelton told Thomas that he thinks a cop saw him;
- Thomas talked Shelton out of shooting up the victim's funeral;
- Shelton wanted to eliminate the victims' entire blood line;
- Shelton and Thomas parked the vehicle, went into the woods, and jumped a fence with a duffle bag;
- They went into the house where Shelton changed clothes, but Thomas did not change clothes;
- They came out of the house and left;
- Shelton and Thomas were in a vehicle driving to get rid of the AK-47, when they were stopped and questioned by police;
- Thomas ducked down in his seat and the officer could not see him;
- The cop let them go after a discussion with Shelton;
- The AK-47 is still in a duffle bag in that area;
- Detectives took Thomas's shoes during his interview, but they were new, not the ones he wore that night.

*Id*. at 9-11.

### *Probable cause affidavit ¶¶ 62-65: Witness #2 Frederick Collins obtains confession from Cheron Shelton immediately after Shelton is placed in Pod 7D*

644.    On April 7, Detectives interviewed Frederick Collins, who first told them about the confession that Cheron Shelton gave him on March 26, immediately after Shelton was placed on Pod 7D. *Id*. at 11.

645.    While speaking to Shelton, Collins realized that they knew each other, and that Shelton is "C-Wiz" from Hilltop. *Id*.

646.    Frederick Collins said that he later learned Cheron's last name was Shelton. *Id*.

110

647.    Cheron Shelton purportedly told Collins that he was incarcerated on a gun charge and parole violation, and that police were trying to get him for the "Wilkinsburg shit that's been all over the news." *Id.*

648.    Cheron Shelton purportedly asked Collins if he's heard about the "Calio shit" referring to Calvin Doswell who was allegedly murdered by Lamont "Murder" Powell, one of the victims of the massacre. *Id*.

649.    Shelton purportedly said that they got the drop on Powell after receiving a phone call from someone that saw Powell on Facebook at a cookout in Wilkinsburg. *Id*.

650.    Shelton purportedly said that he and someone else went to the cookout and ambushed the victims. *Id*.

651.    Shelton purportedly added that his man shot them with a handgun. And that Shelton used a "chopper" or AK-47. *Id*.

652.    Shelton purported stated that he wanted everyone gone, didn't care who got hit, and that he wanted the victims' family to go through what he went through. *Id*. at 11.

#### *Probable cause affidavit ¶¶ 66-75: Witness #2 Frederick Collins obtains confession from Robert Thomas immediately after Thomas is placed in Pod 7D*

653.    Collins also purportedly obtained a confession from Robert Thomas on April 6. *Id*. at 12.

654.    Robert Thomas purportedly said that he was from Hilltop and that his nickname was "House." *Id*.

655.    Thomas told him that he was incarcerated for a gun case and that police were trying to question him about something. *Id*.

656.    After confirming that Thomas was C-Wiz's man, Collins purportedly told Thomas what Shelton had told Collins previously about the Wilkinsburg shooting. *Id*.

657.    After some time, Thomas felt comfortable and told Collins what happened. *Id*.

658.    Thomas purportedly said that they got a call from a chick who saw "Murder" on Facebook at a cookout in Wilkinsburg, then grabbed guns and drove to the cookout where they waited in a nearby garage. *Id*.

659.    Thomas purportedly added that they waited in the garage for a long time until Rob saw "Murder". *Id*.

660.    Thomas purportedly ran out and began shooting at "Murder" while Shelton followed him and ran up to the neighbor's yard and started shooting everyone with the chopper. *Id*.

661.    Thomas purported said that he and Shelton went to the car, but that a cop saw Shelton's face, so Thomas decided against getting in the car, and instead agreed to meet with Shelton later. *Id*.

662.    Thomas purportedly told Collins that he was questioned by police about the Wilkinsburg shooting, but that Rob didn't tell them anything more than what they already know. *Id.*

663.    Thomas purportedly said that the police knew that he and Shelton jumped the fence at Hilltop one hour after the shooting, went into a house, and that Shelton was carrying a bag. *Id*.

664.    Thomas purportedly indicated to Collins that the chopper was in Shelton's bag. Id.

665.    Thomas purportedly told Collins that Cheron Shelton, Brittany Shelton, and Ashley Smith all have Thomas's number saved in their phones as "House." *Id*.

666.    Thomas purportedly added that he threw that phone away and got two new phones. *Id*.

667. Thomas purportedly said that Shelton wanted to shoot up the victim's funeral but that Thomas talked him out of it. *Id*.

668. Thomas purportedly indicated that detectives learned of his involvement through Shelton's confiscated jail letter. *Id*.

### *Detective Miller provides false testimony that Thomas is connected to 412-378-3461 through "Millhouze" contact in Brittany Shelton's phone*

669. At Cheron Shelton and Robert Thomas's preliminary hearing, Detective Miller testified to the purported connection between Robert Thomas and 412-378-3461:

> Q: During the course of your investigation did you develop information for a cell phone number that was associated with Rob Thomas?
>
> A: Yes.
>
> Q: What was that number?
>
> A: 412-378-3461
>
> …
>
> Q: How is it that you developed Robert Thomas's cellphone during the time of the murders?
>
> A: Through a phone download of Brittany Shelton's phone.
>
> …
>
> Q: What do the cell download records reveal with regards to Robert Thomas?
>
> A: Well, first it revealed a contact in her contact log as Millhouze, M-i-l-l-h-o-u-z-e, with that associated phone number.
>
> Q: What was the associated phone number?
>
> A: 412-378-3461.

*See* 7/29/16 N.T. at 96-97, Exhibit 19.

670. Detective Miller added testimony regarding one of the texts Brittany Shelton received from 412-378-3461:

> A: A text message received on February 1 of [2016] from Millhouze, same
> 378 number. In the… body of the text, it said, "Hey, its Rob. I need you to
> call me.

*Id.* at 97.

671.    Detective Miller also testified about Thomas's purported confirmation of a nickname:

> Q: … are you aware of an interview of the defendant Rob Thomas himself
> wherein he was asked if he went by any nicknames?
> A: Yes sir.
> Q: And did he acknowledge in that interview that he goes by the nickname
> Millhouze or Houze?
> A: Yes, he did.

*Id.* at 100.

672.    Detective Miller then testified about whether Thomas confirmed 412-378-3461 as his number:

> Q: Further, are you aware that he was connected with this phone number
> itself and asked if that was his phone number at the time?
> A: Yes, he was.
> Q: And are you aware of what his response in that regard was?
> A: He stated that he agreed with the detective that that probably was his
> number at the time of the homicides.

*Id.*

### *ADA Chernosky highlights importance of cellphone and nickname evidence in the cases against Cheron Shelton and Robert Thomas*

673.    During his closing argument, ADA Chernosky argued:

> … if you want to turn to one damning piece of evidence, it's the letter that
> Cheron Shelton sends… seeking someone to reach out to his co-defendant
> Houze. We know that's his nickname because he acknowledges it. The

114

> letter contains information about getting rid of something. Now, right, its
> speculation, but I think that we can fairly speculate that its evidence of
> some sort. The real problem or the real reason that he reaches out to
> Houze is one, because he trusts him. But, two, it requires the least amount
> of explaining. I don't have to explain to this person how serious this is.
> They'll just know. All you got to do is lead him to it. That is the import of
> that letter.

*Id*. at 168-69.

674.    Judge Cashman then asked the prosecution specifically for argument pertaining to

Robert Thomas, to which ADA Chernosky replied:

> [Robert Thomas] is tied to this by the phone communications, Your
> Honor, by the number we've associated with him, and I've had the
> detective detail it for you, but it's a phone number that's programmed into
> his phone. And the phone number that's programmed into his phone or
> programmed into other people's phone as Millhouze has a text that says,
> "It's Rob. Give me a call back. Then Mr. Thomas acknowledges he goes
> by the name Millhouze. So he is loosely associated with that number, and
> they're in contact pursuant to the time frame I've laid out…

*Id*. at 171-172.

### *Prosecution concedes misrepresentations in Detective Miller's April 6 affidavit*

675.    In its response to Thomas's motion to suppress evidence connected to 412-378-

3461, the prosecution stated,

> In response to Defendant's argument that Defendant did not confirm in his
> interview that 412-378-3461 was in fact his own, the Commonwealth
> concedes. Defendant Robert Thomas never confirmed nor denied that
> (412) 378-3461 was in fact his phone number.

*See* 7/6/18 Commonwealth Response to Thomas Motion to Suppress at 4, Exhibit 119.

***Prosecution drops theory connecting Thomas to 412-513-6784 and the nickname "House"***

676.    In the days leading up to trial, Thomas filed a petition for a Writ of Habeas

Corpus after the prosecution dropped the third of its jailhouse witnesses. *See* 1/31/20 N.T. at 5-8,

attached as Exhibit 120.

677.    The court asked for the prosecution's response to Thomas's petition on the record

during a hearing. *Id*.

678.    The prosecution summarized the remaining evidence against Thomas without

referencing Shelton's jail letter, 412-513-6784, nor the nickname "House." *Id*.

679.    The prosecution altered its position on 412-378-3461 by arguing that Thomas

"tacitly admitted that the number was his." *Id.*

680.    Counsel for Thomas responded to the prosecution's argument connecting Thomas

to 412-378-3461:

> As far as the April 6th interview that my client, Mr. Thomas, had with
> Detective Hitchings, in a previous filing… they conceded to the fact that
> my client did not admit that the phone number was his phone number.
> They finally conceded that the phone number was talked about however
> my client adamantly denies that that is, in fact, his phone number…

*Id*. at 11.

681.     Counsel also drew attention to the lack of substance within the phone records of

calls and texts with the "suspect phones" during the timeframe in question. *Id*. at 11-13.

682.    Counsel for Thomas did not address Shelton's jail letter, 412-513-6784,

Millhouze, nor House during his argument because each were dropped from the evidentiary

landscape by the prosecution. *Id*.

### *Judge Borkowski grants Thomas's petition for Writ of Habeas Corpus*

683.    After listening to the parties' summaries of the case against Robert Thomas, the court took the weekend to review the entire record. On Monday the court dismissed all charges against Robert Thomas for lack of evidence. *See* 2/3/20 N.T. at 2-3, attached as Exhibit 121.

### *Prosecution attempts to authenticate 412-378-3461 as Robert Thomas's phone during Cheron Shelton's trial*

684.    The prosecution called Robert McNeal, a jitney driver who regularly communicated with Shelton and Thomas. *See* 2/3-5/20 N.T. at 499, attached as Exhibit 122.

685.    McNeal could recall neither his number nor Thomas's number at the time of the incident. *Id.* at 499-501.

686.    Mr. McNeal recalled that Detectives showed him records of his cellphone number communication with Thomas on the day of and night of March 9, 2016, but he couldn't remember what either number was at the time. *Id*. at 503.

687.    Detective Foley testified about a consensually obtained cellphone download from Ashley Smith. *See* 2/6-14/20 N.T. at 15-26, attached as Exhibit 7.

688.    The prosecution submitted an exhibit showing contact between Ashley Smith and Tara Gomez's number 412-651-5092. *Id*. at 21-23.

689.    Detective Dolfi testified about Brittany Shelton's consensually obtained cellphone download. *Id.* at 26-35.

690.    Detective Dolfi described the message in Brittany Shelton's phone from 412-378-3461 saying, "hey, its Rob, need you to call me. *Id*. at 30.

691.    The prosecution submitted certified T-Mobile records for 412-378-3461 prior to Detective Miller's testimony. *Id*. at 86.

692.    Cheron Shelton's counsel objected on authentication grounds. *Id*. at 86-87.

693.    The court overruled Shelton's objection on the grounds that the prosecution was trying to authenticate the number circumstantially. *Id*. at 87.

694.    Detective Miller testified about communications between Tara Gomez and 412-378-3461 on the night of the massacre. *Id*. at 89.

695.    The prosecution submitted an exhibit showing contact between the two phones. *Id*.

696.    The court admitted the exhibit subject to the prior authentication discussion. *Id*. at 89-90.

### *Closing argument regarding 412-378-3461*

697.    The prosecution closed on the communications between Shelton and 412-378-3461 on the evening of the massacre. *Id*. at 395-396.

698.    The prosecution referred to Shelton's jail letter but did not connect it to Thomas; neither through 412-513-6784, nor the nickname "House." *Id*. at 399.

699.    No mention was made by the prosecution of a purported connection between Thomas and the nicknames "Millhouse" or "House." *Id*.

### *Jury questions T-Mobile phone records prior to returning not guilty verdict*

700.    During deliberations, the jury asked for copies of T-Mobile phone records and highlighters, which were provided by the Judge. *Id*. at 457, 459.

701.    The jury subsequently acquitted Cheron Shelton of all charges. *Id*. at 470.

### *Detective Hitchings provides Plaintiffs with previously undisclosed Shaquan Roberts cellphone evidence used by Detectives to connect Robert Thomas to 412-378-3461*

702.    During discovery in the instant civil matter in March 2024, Detective Hitchings provided Plaintiffs with a purported copy of the case file pertaining to Shelton's associate Shaquan Roberts. *See* Shaquan Roberts Case File, attached as Exhibit 123.

703.    A PDF of his cellphone download was also included in the file. *See* Shaquan Roberts Cellphone Download, attached as Exhibit 49.

704.    Detective Hitchings explained during his deposition that the casefile should have been disclosed to the prosecution and defense, but that it was removed by someone from the casefile and placed in a miscellaneous file instead. *See* 3/14/24 N.T. Hitchings Deposition at 13, attached as Exhibit 124.

***Lieutenant Schurman confirms that Detective Miller misrepresented cellphone evidence connecting Robert Thomas to 412-378-3461; testifies to corrective measures he would have taken had he known about misrepresentations***

705.    During discovery of the present civil matter, Plaintiffs deposed Lieutenant Schurman, who oversaw the investigation generally and the cellphone aspect of the investigation specifically. *See* 4/9/24 N.T. Lt. Schurman Deposition at 20, attached as Exhibit 125.

706.    Lt. Schurman read Detective Miller's testimony regarding the purported "Millhouze" contact saved in Brittany Shelton's cellphone. *Id*. at 65.

707.    Lt. Schurman then was shown Brittany Shelton's cellphone download. *Id*. at 66-67.

708.    After looking at the two pieces of evidence, Lt. Schurman agreed that Detective Miller's representations about Brittany Shelton's phone and 412-378-3461 were inaccurate:

> Q: Okay. So can we agree that Brittany Shelton's cellphone did not contain the suspect phone number saved as Millhouse?
> A: This document [Brittany Shelton's cellphone download] does not.
> Q: Okay. Is it fair to say that Detective Miller did not get Millhouse associated with the suspect phone number from Brittany Shelton's cellphone download?
> A: From this document [Brittany Shelton cellphone download], correct.

*Id*. at 67-68.

709.    Lt. Schurman testified that he would have stopped the misrepresentations in 2016 had he known about them:

> Q: Had you known back then in 2016 that Allegheny County Police were making misrepresentations with regards to cellphone evidence, what would you have done.
>
> A: So this, that's a hypothetical question. Number one, I did not know that. I was not inclined to know that, but had I known that, I would have stopped it.

*Id*. at 69-70.

710.    Lt. Schurman was shown evidence pertaining to "Millhouze", 412-378-3461, and how this information was saved in various witnesses' cellphones, including Shaquan Robert, Brittany Shelton, and Ashley Smith. *Id*. at 78-80.

711.    Lt. Schurman next read into the record portions of Detective Miller's April 8, 2016 affidavit, specifically that 412-378-3461 "was found in several witness contact information as "Millhouze." *Id*. at 78.

712.    Lt. Schurman confirmed that, of the cellphone downloads that he reviewed, only Shaquan Roberts had the number saved as "Millhouze." *Id*. at 78-80.

713.    Referring to Detective Miller's misrepresentation, Lt. Schurman testified, "Yeah. So I think in a silo today, this is not accurate, but in the context in 2016 we don't know that wasn't accurate." *Id.* at 79.

714.    Lt. Schurman stated that he would not have turned a blind eye to this evidence had he learned about these misrepresentations. *Id*.

715.    Lt. Schurman explained that first an investigation would have been conducted to determine whether the misrepresentation was intentional or accidental, and that he would have informed the District Attorney about the misrepresentation. *Id.*

### _Detective Kinavey confirms that Detective Miller testified falsely about cellphone evidence connecting Robert Thomas to 412-378-3461_

716.    Detective Kinavey reviewed Detective Miller's April 8 search warrant regarding Thomas's LG smartphone; Miller's preliminary hearing testimony, and the cellphone downloads from witnesses that were in contact with 412-378-3461. See 4/12/24 N.T. Detective Kinavey Deposition at 49-61, attached as Exhibit 126.

717.    After reviewing Detective Miller's preliminary hearing testimony about 412-378-3461, Detective Kinavey agreed according to Miller, Detectives associated 412-378-3461 with Thomas through the nickname "Millhouze." _Id_. at 61.

718.    Detective Kinavey agreed that Miller testified that "Millhouze" was taken from Brittany Shelton's cellphone. _Id_. at 62.

719.    Detective Kinavey agreed that Detective Miller made misrepresentations in his affidavits and preliminary hearing testimony. _Id_. at 90.

720.    After reviewing Brittany Shelton's cellphone download, Kinavey testified that "Millhouze" did not appear in her cellphone download. _Id_. at 62.

721.    Detective Kinavey agreed that, if 412-378-3461 was not saved as "Millhouze" in any of the other [disclosed] cellphone downloads, then it is fair to say that Detective Miller included a misrepresentation in his April 8th, 2016 affidavit. _Id_. at 63.

722.    Detective Kinavey testified that had he known about Detective Miller's misrepresentations, Miller's testimony at the preliminary hearing would have been different:

> Q: So it would have been a different presentation [from] the Allegheny County police at the preliminary hearing had you known about these misrepresentations?
> A: I would say so. Yes.

_Id_. at 65.

### *Former ADA Chernosky testifies that he never learned of Shaquan Roberts*

723.    During his deposition, former ADA Kevin Chernosky testified that he did not see Shaquan Roberts' name in the casefile, and that no issues pertaining to Roberts were litigated during the underlying criminal matter. *See* 3/15/24 N.T. Chernosky Deposition at 22, 23, 96, 151, attached as Exhibit 127.

### *Detective Hoffman admits to removing*
### *Shaquan Roberts casefile from massacre investigation file*

724.    Detective Hoffman testified that he passed on information about Shaquan Roberts and the individuals that he was with on the night of the shooting to lead Detective Dolfi. *See* 5/21/24 N.T. Detective Hoffman Deposition at 26, attached as Exhibit 8.

725.    Detective Hoffman confirmed that he knew Cheron Shelton at the time of the investigation. *Id*. at 38.

726.    Detective Hoffman admitted that he removed the Shaquan Roberts evidence from the Wilkinsburg Massacre investigative casefile. *Id*. at 48-50.

### *Plaintiffs subpoenaed all cellphone downloads from underlying investigation; no cellphone*
### *download for 412-513-6784 produced;*
### *inconsistent cellphone downloads for other cellphones produced*

727.    On April 5, 2024, Plaintiffs subpoenaed all cellphone downloads developed by Allegheny County Police in the underlying criminal matter. *See* 4/5/24 Subpoena for Cellphone Downloads, attached as Exhibit 128.

728.    Although Defendants and Allegheny County responded with six cellphone downloads, they did not include a cellphone download for Rob Thomas's LG smartphone, which means this was never done or provided in the investigation.

**MAX PETRUNYA, P.C.**

BY:  *Max Petrunya*
              Max Petrunya, Esquire
              Attorney for Robert Thomas
              PA I.D. #309122
              5 Bayard Rd., Unit 917
              Pittsburgh, PA 15213
              maxpetrunyapc@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July, 2024, I electronically filed the foregoing **CONCISE STATEMENT OF UNDISPUTED MATERIAL FACTS** with the Clerk of Court using the CM/ECF system.

**MAX PETRUNYA, P.C.**

BY:  *Max Petrunya*
           Max Petrunya, Esquire
           Attorney for Robert Thomas
           PA I.D. #309122
           5 Bayard Rd., Unit 917
           Pittsburgh, PA 15213
           maxpetrunyapc@gmail.com