

**COMMONWEALTH OF PENNSYLVANIA**
**COUNTY OF ALLEGHENY**

# Arrest Warrant

**Commonwealth of Pennsylvania**
v.
**Cheron Shelton**

| | |
|---|---|
| Mag. Dist. No. : | MDJ-05-0-03 |
| MDJ Name : | Honorable Jeffrey A. Manning |
| Address : | Pittsburgh Municipal Court<br>660 First Avenue<br>Pittsburgh, PA  15219 |
| Telephone : | 412-350-6715 |

| | | | |
|---|---|---|---|
| Complaint No: | 00440416 | Issued For: | Cheron  Shelton |
| Charging Officer: | Dolfi, Todd Donald | Docket No: | MJ-05003-CR-0005056-2016 |
| Arresting Agency: | Allegheny County Police Dept | | |
| Case Filed: | 06/23/2016 | NCIC OFF: | |
| OTN: | G 747177-4 | OOC: | |
| Reason For Warrant: | Felony | WARRANT ID: | DIS705617779 |
| Offense Date: | 03/09/2016 | Warrant Control No: | 05003-AW-0003498-2016 |
| Lead Offense: | 18 § 2501 §§ A Criminal Homicide | | |

**TO THE OFFICER: Todd Donald Dolfi**

    In the name of the Commonwealth of Pennsylvania, you are commanded to take the defendant, Cheron  Shelton, into custody.  When the defendant is taken into custody, bring the defendant before me at the Court address shown above to answer the complaint charging the defendant with the offense(s) set forth above and further to be dealt with according to law.

Witness the hand and official seal of the issuing authority on this 23rd day of June, 2016.



| June 23, 2016 | _____ |
|---|---|
| Date | Magisterial District Judge Robert Ravenstahl Jr. |





| MJ-05003-CR-0005056-2016 | 05003-AW-0003498-2016 | Cheron  Shelton |
|---|---|---|

000175

Commonwealth of Pennsylvania
v.
Cheron Shelton

**Warrant Control No: 05003-AW-0003498-2016**
Docket No: MJ-05003-CR-0005056-2016
OTN: G 747177-4

## RETURN WHERE DEFENDANT FOUND

By authority of this warrant, on _____, 20 _____

I took into custody the within named _____, and he/she is

☐ before you for disposition.

☐ In the _____ Prison.

## RETURN WHERE DEFENDANT IS NOT FOUND

☐ After careful search, I cannot find the within named defendant.

| Officer Costs: | |
|---|---|
| Warrant | _____ |
| Miles @ | _____ |
| Commitments | _____ |
| Miles @ | _____ |
| Conveying to hearing | _____ |
| Miles @ | _____ |
| Total | |

_____
(Signature of Police Officer - Name and Title)



000176

Commonwealth of Pennsylvania
v.
Cheron Shelton

**Warrant Control No: 05003-AW-0003498-2016**
Docket No: MJ-05003-CR-0005056-2016
OTN: G 747177-4

## DEFENDANT IDENTIFICATION INFORMATION

| LiveScan Tracking Number | Social Security Number 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 | SID (State Identification Number) 320-54-07-2 | FBI Number | | |
|---|---|---|---|---|---|
| Age 29 | Race Black | Ethnicity Unknown | Gender Male | Eye Color Brown | Hair Color Black |

| | | | Date of Birth 01/27/1987 08/27/1987 | Weight (lbs) 170 | Height(Ft/In) 5' 09" |
|---|---|---|---|---|---|

| NCIC Extradition Code / Description: Distance: Comments: |
|---|

| Alias Cheron Lamont Shelton, Cheron L Shelton Sr., Cheron Shelton Sr., Cheron Lamont Shelton | Participant Local No |
|---|---|

| Prosecution Commonwealth of Pennsylvania |
|---|

| Distinguishing Features/Special Considerations |
|---|

## DEFENDANT LICENSE / VEHICLE INFORMATION

| License Number 28399695 | State PA | Expiration Date | | |
|---|---|---|---|---|
| Plate Number | State | Hazmat | Registration Sticker (MM/YYYY) | Comm'l Veh. Ind. | School Veh. | Oth. Veh. Cd |

## DEFENDANT CONTACT INFORMATION

**DEFENDANT ADDRESS**

**Home (Case Address)**
7167 Rose Garden Rd
Pittsburgh, PA 15206

**Other**
5442 Jackson St
Pittsburgh, PA 15206

**Other**
7167 Ross Garden Rd.
Pittsburgh, PA 15206

**Other**
5452 Jackson Street
Pittsburgh, PA 15206

**Other**
5646 Rural St
Pittsburgh, PA 15206

**Other**
7167 Ross Garden Rd
Pittsburgh, PA 15206

**Other**
1251 Mohler Street
Pittsburgh, PA 15206

**Other**
5646 Rural St
Pittsburgh, PA 15208

**Other**
1557 Marie Street
Wilkinsburg, PA 15221

**Other**
5442 Jackson St Apt #pt#2
Pittsburgh, PA 15206

**Other**
5646 Rural Street
Pittsburgh, PA 15206-2935

**Home**
7167 ROSS GARDEN ROAD
PITTSBURGH, PA 15206

---

000177

Commonwealth of Pennsylvania
v.
Cheron Shelton

**Warrant Control No: 05003-AW-0003498-2016**
Docket No: MJ-05003-CR-0005056-2016
OTN: G 747177-4

**Home**
7167 ROSS GARDEN ROAD
1214 Nolan Court
PITTSBURGH, PA  15208

**Home**
7167 Ross Garden Rd
Pittsburgh, PA  15208

**Home**
900 Hill Ave
Wilkinsburg, PA  15221

**Other**
7167 Ross Garden Rd
Pgh, PA  15206

**Other**
1251 Mohler St
Pittsburgh, PA  15206

**Other**
5452 Jackson St
Pittsburgh, PA  15206

**Other**
1557 Marie St
Wilkinsburg, PA  15221

**Home**
7167 Ross Garden Rd
1214 Nolan Ct
Pittsburgh, PA  15208

**Other**
5646 Rural St
Pittsburgh, PA  15206-2935

## ADDITIONAL WARRANT INFORMATION

*This information is being shown for information purposes. Warrant statuses may have changed since the printing of this form. To obtain the current status, the court that issued the warrant should be contacted. Note: Only cases where the defendant has the same participant identification number as recorded in the MDJS will display.*

| Warrant Control Number | Status | Type | Warrant Status Date | Docket Number |
|---|---|---|---|---|
| 05208-BW-0001908-2014 | Issue | Bench Warrant | 06/03/2014 | MJ-05208-TR-0001492-2014 |
| 05208-BW-0001907-2014 | Issue | Bench Warrant | 06/03/2014 | MJ-05208-TR-0001493-2014 |
| 05208-BW-0001906-2014 | Issue | Bench Warrant | 06/03/2014 | MJ-05208-TR-0001494-2014 |
| 05208-AW-0000050-2016 | Issue | Arrest Warrant | 03/04/2016 | MJ-05208-TR-0002618-2015 |
| 05208-AW-0000049-2016 | Issue | Arrest Warrant | 03/04/2016 | MJ-05208-TR-0002619-2015 |
| 05208-AW-0000048-2016 | Issue | Arrest Warrant | 03/04/2016 | MJ-05208-TR-0002620-2015 |
| 05210-AW-0000691-2015 | Returned Unserved | Arrest Warrant | 05/06/2015 | MJ-05210-TR-0001140-2015 |
| 05210-AW-0000637-2015 | Returned Unserved | Arrest Warrant | 04/28/2015 | MJ-05210-TR-0001141-2015 |
| 05227-BW-0000463-2013 | Issue | Bench Warrant | 06/11/2013 | MJ-05227-TR-0001444-2011 |
| 05227-BW-0000464-2013 | Issue | Bench Warrant | 06/11/2013 | MJ-05227-TR-0001445-2011 |



000178

Commonwealth of Pennsylvania
v.
Cheron Shelton

**Warrant Control No: 05003-AW-0003498-2016**
Docket No: MJ-05003-CR-0005056-2016
OTN: G 747177-4

## <u>All Charge(s)</u>

| | | |
|---|---|---|
| 18 § 2501§§ A (Lead) | Criminal Homicide | 5 counts |
| 18 § 2603 §§ A | Criminal Homicide Of Unborn Child | |
| 18 § 903 | Conspiracy - Criminal Homicide | |
| 18 § 2702 §§ A1 | Aggravated Assault | 3 counts |
| 18 § 2702 §§ A4 | Aggravated Assault | 3 counts |
| 18 § 2705 | Recklessly Endangering Another Person | 6 counts |

000179

# POLICE CRIMINAL COMPLAINT
## COMMONWEALTH OF PENNSYLVANIA
### VS.

**COMMONWEALTH OF PENNSYLVANIA**
COUNTY OF: ALLEGHENY

MDJ: PITTSBURGH MUNICIPAL COURT

Magisterial District Number: 05-0-03

Address: 660 FIRST AVENUE
PITTSBURGH, PA 15219

Phone: 412.350.6715

**DEFENDANT:** *(NAME and ADDRESS):*

| CHERON | | SHELTON | |
|---|---|---|---|
| First Name | Middle Name | Last Name | Gen. |

7167 ROSS GARDEN ROAD PITTSBURGH, PA 15206

Felony - Full Extradition

Distance: _____

| Docket Number | Date Filed | OTN/LiveScan Number | Complaint/Incident Number | SID: | Request Lab Services? |
|---|---|---|---|---|---|
| CR 5056 16 | 6-23-16 | G 747177-4 | 004404-16 | | ☐ Yes |

| GENDER MALE | DOB 01/27/1987 | POB | Add'l DOB | Co-Defendant(s) ☐ |
|---|---|---|---|---|

| RACE BLACK | | First Name | Middle Name | Last Name | Gen. |
|---|---|---|---|---|---|
| ETHNICITY | AKA | | | | |

| HAIR COLOR BLK (BLACK) | EYE COLOR BRO (BROWN) |
|---|---|

| Driver License | State PA | License Number _____ | Expires: | |
|---|---|---|---|---|
| DNA | | DNA Location | | 185 |
| FBI Number | | | | 5  10 |
| Defendant Fingerprinted | | | | |
| Fingerprint Classification | | | | |

### DEFENDANT VEHICLE INFORMATION

| Plate # | State | Hazmat | Registration Sticker (MM/YY) | Comm'l Veh. Ind. | School Veh. | Oth. NCIC Veh. Code | Reg. Same as Def. |
|---|---|---|---|---|---|---|---|
| VIN | | Year | Make | Model | Style | Color | ☐ |

Office of the attorney for the Commonwealth ☒ Approved ☐ Disapproved because:
_____
_____

(The attorney for the Commonwealth may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth prior to filing. See Pa.R.Crim.P. 507).

| name of the attorney for the Commonwealth | (Signature of the attorney for the Commonwealth) | (Date) |
|---|---|---|

I, **TODD DOLFI**          **37063**

(Name of the Affiant)          (PSP/MPOETC -Assigned Affiant ID Number & Badge #

of **ALLEGHENY COUNTY POLICE**          **PA0022800**

(Identify Department or Agency Represented or Political Subdivision)          (Police Agency ORI Number)

do hereby state: (check appropriate box)

1. X   I accuse the above named defendant who lives at the address set forth above
   I accuse the defendant whose name is unknown to me but who is described as

   I accuse the defendant whose name and popular designation or nickname are unknown to me and whom I have, therefore, designated as John Doe or Jane Doe

   with violating the penal laws of the Commonwealth of Pennsylvania at          **478**          **WILKINSBURG BORO**

          (Subdivision Code)          (Place-Political Subdivision)

   In Allegheny County          **02**          on or about   **03/09/2016**   **22:53**

          (County Code)

AOPC 412A - Rev. 04/10          Page 1 of 5

2016 JUN 23 PM 12: 45

# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: | OTN/LiveScan Number | | Complaint/Incident Number |
|---|---|---|---|---|
| | | G 747177-4 | | 004404-16 |
| **Defendant Name** | **First:** CHERON | **Middle:** | **Last:** SHELTON | |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

(Set forth a *brief* summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ord inance(s) allegedly violated. The age of the victim at the time of the offense may be included if known. In addition, social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account must be established, list only the last four digits. 204 PA Code §§213.1 – 213.7.)

| Inchoate Offense | ☐ Attempt 18 901 A | | ☐ Solicitation 18 902 A | | ☐ Conspiracy 18 903 | | | |
|---|---|---|---|---|---|---|---|---|
| X | 1 | 2501 | A | of the | 18 | 5 | H1 | | |
| Lead? | Offense# | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
| PennDOT Data (if applicable) | Accident Number | | | | | ☐ Safety Zone | | ☐ Work Zone | |

Statute Description/Acts of the accused associated with this Offense:

**18 2501A CRIMINAL HOMICIDE H1   5 COUNTS**
The actor intentionally, knowingly, recklessly or negligently caused the death of Jerry Shelton another human being, in violation of 18 Pa. C.S. §2501(a).
The actor intentionally, knowingly, recklessly or negligently caused the death of Brittany Powell another human being, in violation of 18 Pa. C.S. §2501(a).
The actor intentionally, knowingly, recklessly or negligently caused the death of Tina Shelton another human being, in violation of 18 Pa. C.S. §2501(a).
The actor intentionally, knowingly, recklessly or negligently caused the death of Chanetta Powell another human being, in violation of 18 Pa. C.S. §2501(a).
The actor intentionally, knowingly, recklessly or negligently caused the death of Shada Mahone another human being, in violation of 18 Pa. C.S. §2501(a).

| Inchoate Offense | ☐ Attempt 18 901 A | | ☐ Solicitation 18 902 A | | ☐ Conspiracy 18 903 | | | |
|---|---|---|---|---|---|---|---|---|
| | 2 | 2603 | A | of the | 18 | 1 | H1 | | |
| Lead? | Offense# | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
| PennDOT Data (if applicable) | Accident Number | | | | | ☐ Safety Zone | | ☐ Work Zone | |

Statute Description/Acts of the accused associated with this Offense:

**18 2603A CRIMINAL HOMICIDE OF UNBORN CHILD H1   1 COUNT**
The actor intentionally, knowingly, recklessly or negligently caused the death of an unborn child, to wit, the unborn child of Unborn Male Child of Chanetta Powell in violation of 18 Pa. C.S. §2603(a).

000181

# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: | OTN/LiveScan Number G 747177-4 | | Complaint/Incident Number 004404-16 |
|---|---|---|---|---|
| Defendant Name | First: CHERON | Middle: | Last: SHELTON | |

| Inchoate Offense | ☐ Attempt 18 901 A | | ☐ Solicitation 18 902 A | | ☒ Conspiracy 18 903 | |
|---|---|---|---|---|---|---|

| | 3 | | | of the Robert Thomas | 1 | H1 | | |
|---|---|---|---|---|---|---|---|---|
| Lead? | Offense# | Section | Subsection | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
| PennDOT Data (if applicable) | Accident Number | | | ☐ Safety Zone | | ☐ Work Zone | | |

Statute Description/Acts of the accused associated with this Offense:

18 903A2 CRIMINAL CONSPIRACY H1    1 COUNT

The actor with the intent of promoting or facilitating the crime of 18:2501:A conspired and agreed to aid Robert Thomas in the planning or commission of the aforesaid crime or of an attempt or solicitation to commit such crime, and in furtherance thereof did commit an overt act in violation of 18 Pa. C.S. §903 (a) (2).

| Inchoate Offense | ☐ Attempt 18 901 A | | ☐ Solicitation 18 902 A | | ☐ Conspiracy 18 903 | |
|---|---|---|---|---|---|---|

| | 4 | 2702 | A1 | of the | 18 | 3 | F1 | | |
|---|---|---|---|---|---|---|---|---|---|
| Lead? | Offense# | Section | Subsection | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
| PennDOT Data (if applicable) | Accident Number | | | ☐ Safety Zone | | ☐ Work Zone | | |

Statute Description/Acts of the accused associated with this Offense:

18 2702A1 AGGRAVATED ASSAULT F1    3 COUNTS

The actor attempted to cause serious bodily injury to Lamont Powell or caused such injury intentionally, knowingly or recklessly under circumstances manifesting extreme indifference to the value of human life, in violation of 18 Pa.C.S. §2702(a)(1).

The actor attempted to cause serious bodily injury to John Ellis or caused such injury intentionally, knowingly or recklessly under circumstances manifesting extreme indifference to the value of human life, in violation of 18 Pa.C.S. §2702(a)(1).

The actor attempted to cause serious bodily injury to Tanjia Cunningham or caused such injury intentionally, knowingly or recklessly under circumstances manifesting extreme indifference to the value of human life, in violation of 18 Pa.C.S. §2702(a)(1).

000182

# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: | OTN/LiveScan Number G 747177-4 | | Complaint/Incident Number 004404-16 |
|---|---|---|---|---|
| Defendant Name: | First CHERON | Middle: | | Last SHELTON |

| Inchoate Offense | ☐ Attempt 18 901 A | | ☐ Solicitation 18 902 A | | ☐ Conspiracy 18 903 | | |
|---|---|---|---|---|---|---|---|
| 5 | 2702 | A4 | of the | 18 | 3 | F2 | |
| Lead? | Offense# | Section | Subsection | of the | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
| PennDOT Data (if applicable) | Accident Number | | | ☐ Safety Zone | | ☐ Work Zone | |

Statute Description/Acts of the accused associated with this Offense:

18 2702A4 AGGRAVATED ASSAULT F2    3 COUNTS

    The actor attempted to cause or intentionally or knowingly caused bodily injury to Lamont Powell with a deadly weapon in violation of 18 Pa. C.S. §2702(a)(4).

    The actor attempted to cause or intentionally or knowingly caused bodily injury to John Ellis with a deadly weapon in violation of 18 Pa. C.S. §2702(a)(4).

    The actor attempted to cause or intentionally or knowingly caused bodily injury to Tanjia Cunningham with a deadly weapon in violation of 18 Pa. C.S. §2702(a)(4).

| Inchoate Offense | ☐ Attempt 18 901 A | | ☐ Solicitation 18 902 A | | ☐ Conspiracy 18 903 | | |
|---|---|---|---|---|---|---|---|
| 6 | 2705 | | of the | 18 | 6 | M2 | |
| Lead? | Offense# | Section | Subsection | of the | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
| PennDOT Data (if applicable) | Accident Number | | | ☐ Safety Zone | | ☐ Work Zone | |

Statute Description/Acts of the accused associated with this Offense:

18 2705 RECKLESSLY ENDANGERING ANOTHER PERSON M2    6 COUNTS

    The actor recklessly engaged in conduct which placed or may have placed Lamont Powell in danger of death or serious bodily injury, in violation of 18 Pa C.S. §2705.

    The actor recklessly engaged in conduct which placed or may have placed John Ellis in danger of death or serious bodily injury, in violation of 18 Pa C.S. §2705.

    The actor recklessly engaged in conduct which placed or may have placed Tanjia Cunningham in danger of death or serious bodily injury, in violation of 18 Pa C.S. §2705.

    The actor recklessly engaged in conduct which placed or may have placed John Doe #1 in danger of death or serious bodily injury, in violation of 18 Pa C.S. §2705.

    The actor recklessly engaged in conduct which placed or may have placed John Doe #2 in danger of death or serious bodily injury, in violation of 18 Pa C.S. §2705.

    The actor recklessly engaged in conduct which placed or may have placed Jane Doe in danger of death or serious bodily injury, in violation of 18 Pa C.S. §2705.

# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: | OTN/LiveScan Number G 747177-4 | | Complaint/Incident Number 004404-16 |
|---|---|---|---|---|
| Defendant Name | First: CHERON | Middle: | Last: SHELTON | |

2. I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made.

3. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief.  This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 PA.C.S.§4904) relating to unsworn falsification to authorities.

4. This complaint is comprised of the preceding page(s) numbered        through

The acts committed by the accused, as listed and hereafter, were against the peace and dignity of the Commonwealth of Pennsylvania and were contrary to the Act(s) of the Assembly, or in violation of the statutes cited.
**(Before a warrant of arrest can be issued, an affidavit of probable cause must be completed, sworn to before the issuing authority, and attached.)**

_____    _____ 6/23/16 _____    (Signature of Affiant)

(Date)

AND NOW, on this date _____ 6/23/16 _____    I certify that the complaint has been properly completed and verified.

An affidavit of probable cause must be completed before a warrant can be issued.

_____    _____    SEAL

(Magisterial District Court Number)    (Issuing Authority)

AOPC 412A - Rev. 09/08    Page 5 of 5

000184

**POLICE CRIMINAL COMPLAINT**

| Docket Number: | Date Filed: | OTN/LiveScan Number G 747177-4 | | Complaint/Incident Number 004404-16 |
|---|---|---|---|---|
| Defendant Name | First CHERON | Middle: | | Last SHELTON |

# AFFIDAVIT of PROBABLE CAUSE

**1.   WHEN:**

**a)**   Date when Affiant received information:

      03/09/2016

**b)**   Date when the source of information (Police Officers, Informant, Victim, Co-Defendant, Defendant, etc.) received information:

      03/09/2016

**2.   HOW:**

**a)**   How Affiant knows this particular person commited crime: (personal observation, defendant's admissions, etc.):

      Video evidence, official reports and witness statements.

**b)**   How the source of information knows this particular person committed the crime:

      Video evidence, official reports and witness statements.

**c)**   How both Affiant and/or source of information knows that a particular crime has been commited:

      Video evidence, official reports and witness statements.

**3.   WHAT CRIMES:**

    18 2501 A CRIMINAL HOMICIDE
    18 2501 A CRIMINAL HOMICIDE
    18 2501 A CRIMINAL HOMICIDE
    18 2501 A CRIMINAL HOMICIDE
    18 2501 A CRIMINAL HOMICIDE
    18 2603 A CRIMINAL HOMICIDE OF UNBORN CHILD
    18 2702 A1 AGGRAVATED ASSAULT
    18 2702 A1 AGGRAVATED ASSAULT
    18 2702 A1 AGGRAVATED ASSAULT
    18 2702 A4 AGGRAVATED ASSAULT
    18 2702 A4 AGGRAVATED ASSAULT
    18 2702 A4 AGGRAVATED ASSAULT
    18 2705  RECKLESSLY ENDANGERING ANOTHER PERSON
    18 2705  RECKLESSLY ENDANGERING ANOTHER PERSON
    18 2705  RECKLESSLY ENDANGERING ANOTHER PERSON
    18 2705  RECKLESSLY ENDANGERING ANOTHER PERSON
    18 2705  RECKLESSLY ENDANGERING ANOTHER PERSON
    18 2705  RECKLESSLY ENDANGERING ANOTHER PERSON
    18 903 A2 CRIMINAL CONSPIRACY

**4.   WHERE CRIME(S) COMMITTED:**

    1304 FRANKLIN AVE PITTSBURGH PA 15221

**Page 1 of 13**

**POLICE CRIMINAL COMPLAINT**

| Docket Number: | Date Filed: | OTN/LiveScan Number G 747177-4 | | Complaint/Incident Number 004404-16 |
|---|---|---|---|---|
| Defendant Name | First CHERON | Middle: | | Last SHELTON |

**5.** <u>**WHY AFFIANT BELIEVES THE SOURCE OF INFORMATION:**</u>

   X    Source is presumed reliable, i.e. other Police Officer, Eyewitness, Victim of Crime, etc.

        Source has given information in the past which has led to arrest and/or conviction

        Defendant's reputation for criminal activity

        This source made declaration against his/her penal interest to the above offense

   X    Affiant and/or other Police Officers corroborated details of the information

000186

# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: | OTN/LiveScan Number<br>G 747177-4 | | Complaint/Incident Number<br>004404-16 |
|---|---|---|---|---|
| Defendant Name | First:<br>CHERON | Middle: | | Last:<br>SHELTON |

Affiants are Detectives Todd Dolfi and Thomas Foley of the Allegheny County Police Department and are assigned to the Homicide Unit. Affiants are law enforcement officers of the Commonwealth of Pennsylvania and are empowered to make arrests for criminal offenses enumerated within this document. All of the information contained in this affidavit was learned directly by the affiants, or was communicated to them by other law enforcement officers, victims, witnesses, or medical and scientific clinicians and technicians.

Affiants have been police officers in excess of a combined thirty eight years and have attended and completed numerous training courses in reference to the investigation and prosecution of criminal acts. As patrol officers and as criminal investigators affiants have conducted hundreds of investigations and participated in the prosecution of criminal acts within the jurisdiction of Allegheny County.

On March 09, 2016 at approximately 10:54PM Wilkinsburg police were called to 1304 Franklin Avenue in Wilkinsburg for numerous victims discovered deceased due to gunshot wounds. The Wilkinsburg Police Department requested the investigative assistance of the Allegheny County Police Homicide Unit. Numerous items of ballistic evidence were recovered at the scene including Thirty (30) 7.62X39 caliber spent casings, and eighteen (18) .40 caliber casings and numerous projectiles. As of this time 5 adults 1 unborn child are deceased, one adult is currently in a hospital rehabilitation facility and two adults were treated and released from the hospital. 7.62 x 39 caliber bullets are fired either by long rifles or in a pistol set-up that requires a long 'recoil tube' to account for the recoiling action of the firearm.

In addition to the shell casings noted above, ballistic damage was noted in the interior of 1304 Franklin Avenue to include the kitchen, bathroom and living room area of the house which encompassed the entire lower portion of the structure. It was learned that 3 children were located in the lower portion of the house at the time of the shooting. For purpose of this affidavit they will be referred to as Jane Doe #1, Jane Doe #2 and John Doe #1. Detectives observed an apparent bullet hole in the back of a couch in the living room that led to a projectile recovered in the fire place. It was learned that Jane Doe #1 was sleeping on this couch prior to the shooting. Additionally Detectives recovered a projectile in a radiator located in the living room of the house.

Through the investigation it was determined the first eighteen (18) shots came from the .40 caliber weapon and the next thirty (30) were discharged from a 7.62 caliber assault rifle.

Detectives were informed that several victims survived the attack. Surviving victim Lamont Powell suffered multiple gunshot wounds and was treated and released from the hospital. Surviving victim John Ellis suffered multiple gunshot wounds and is currently paralyzed and in a rehabilitation facility for his injuries. Surviving victim Tanjia Cunningham sustained a gunshot wound to the leg and was treated and released from the hospital.

All deceased victims were transported by the Allegheny County Office of the Medical Examiner where autopsies were performed as follows:

Dr. W. Ashton Ennis completed an autopsy on Brittany Powell, 27, on 3/10/16 and determined the cause of death to be multiple gunshot wounds and the manner of death to be homicide.

Dr. Baiyang Xu completed an autopsy on Tina Shelton, 37, on 3/10/16 and determined the cause of death to be multiple gunshot wounds of the head, trunk and extremity and the manner of death to be homicide.

Dr. Baiyang Xu completed an autopsy on Shada Mahone, 26, on 3/10/16 and determined the cause of death to be multiple gunshot wounds to the trunk and the manner of death to be homicide.



000187

# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: | OTN/LiveScan Number | Complaint/Incident Number |
| --- | --- | --- | --- |
| | | G 747177-4 | 004404-16 |
| Defendant Name | First CHERON | Middle: | Last SHELTON |

Dr. Baiyang Xu completed an autopsy on Chanetta Powell, 25, on 3/10/16 and determined the cause of death to be multiple gunshot wounds of the head and the manner of death to be homicide. It was determined that Chanetta Powell was in her third trimester of pregnancy at the time of her death. Her unborn male child was determined to have died intra uterine as a direct result of the death of his mother.

Dr. Abdulrezak Shakir completed an autopsy on Jerry Shelton, 35, on 3/11/16 and determined the cause of death to be multiple gunshot wounds to the head, trunk and extremities and the manner of death to be homicide.

Your affiants have learned that at 10:53PM Officer Adams of the Wilkinsburg Police Department was on routine patrol when he heard numerous gunshots in the area of Franklin Ave. He immediately drove to that area before being dispatched and as he arrived in the area he observed a black male, thin build and short or no hair walking casually on Franklin Ave. This location is less than a tenth of a mile from the scene of the shooting. The male then got into a white Lincoln Continental and drove away. Officer Adams recorded the license plate number of the vehicle and it is PA JBP2200. A check of that registration revealed that the vehicle is registered to Brittany D Shelton & Desdrene M Smith 1214 Nolan Court Pittsburgh Pa 15208.

During the course of the investigation Detectives received numerous anonymous tips in reference to these murders. Many of the tips indicated that the actors were from an area commonly referred to as "Hill Top." "Hill Top" is in the Homewood North Section of the City of Pittsburgh. The tips stated the actors lived on Nolan Court. The tips indicated that the shooting was in retaliation for a previous murder that took place in the Homewood North section of the City of Pittsburgh.

Based upon the knowledge of Officer Adams observations and the numerous anonymous tips that had been received, Detective McCue obtained surveillance video in the area of Nolan Court for a period of time before and after the murders. That video was obtained and viewed by Detective McCue of the Allegheny County Police Homicide Unit and has been made a part of the evidence in this case. That video depicts a white Lincoln sedan pull into Nolan Court on March 9, 2016 at approximately 8:48AM. A Female exited the car and entered 1214 Nolan Court. The vehicle matches the description of the vehicle that Officer Adams observed the night of the murders in the vicinity of the murders. That vehicle remained in the parking lot until approximately 10:28PM on March 9, 2016 when a black male who has been identified as Cheron Shelton exited 1214 Nolan Court and entered the vehicle. Shelton moved the vehicle onto a concrete pad between 1200 and 1208 Mohler Street. Shelton then exited the car and ran behind 1214 Nolan Court and into the back yard of 1214 Nolan Court where he recovered a long, slender, ridged object that appears to be covered by a piece of clothing. Shelton then got back into the vehicle with the object and drove away at approximately 10:30PM.

During the course of the investigation Detectives recovered video from a private residence on Franklin Ave. In that video, at 10:42PM a vehicle which matches the description of the white Lincoln sedan Shelton was driving pulled onto Franklin Ave.

Through several time and distance studies conducted by the Allegheny County Police, Franklin Ave is approximately 3 miles and 10 minutes from Nolan Court.

While continuing to view the video from Nolan Court Detective McCue observed two males who were identified as Cheron Shelton and Robert Thomas jump a fence at 1244 Nolan Court at 11:45PM on March 9, 2016. Shelton and Thomas came from the direction of the woods behind Nolan Court. The woods that abut the rear of this section of Nolan Court continue approximately 20 feet and connect to a dead end roadway with only one residence located on it. The video showed that at 11:46PM Shelton entered the rear of 1214 Nolan Court. At 11:47PM Robert Thomas then entered the rear of 1214 Nolan Court. It should be noted that the white Lincoln Continental was not observed on video.

Observations from the video continue as follows: At 12:23AM on March 10, 2016 Cheron Shelton and Robert Thomas exited

000188

# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: | OTN/LiveScan Number | Complaint/Incident Number |
| --- | --- | --- | --- |
| | | G 747177-4 | 004404-16 |
| Defendant Name | First CHERON | Middle: | Last: SHELTON |

1214 Nolan Court carrying a black bag. Shelton and Thomas placed the bag in the trunk of a gold Chevy Impala and left Nolan Court. At this time Cheron Shelton appeared to have changed his clothes and he was observed carring a black plastic bag which he places into the trunk of Brittany Shelton's Chevrolet Impala that was parked in front of 1214 Nolan Court. Shelton and Thomas were then observed driving away in her vehicle. The Impala is next observed at 12:32AM pulling into Heart Court in the Hill Top section of the City of Pittsburgh. While observing the video on Heart Court, Shelton and Thomas were observed drinking a beer at 12:34AM and they left Heart Court at 12:37AM in the Impala.

On March 10, 2016 at 2:18AM Cheron Shelton was encountered by the Penn Hills Police Department at 3017 Hebron Drive. Shelton was on foot and appeared to be talking on his cell phone. Just prior to the encounter, Penn Hills Police received a 911 call for suspicious persons in a yard. When police arrived, they encountered Shelton.

On Saturday, March 12th 2016 ACPD Homicide Detectives Todd Dolfi & Scott Towne interviewed Brittney Shelton at the ACPD Homicide Office regarding the person captured on video coming from behind 1214 Nolan Court on Wednesday, March 9th 2015 at 10:29 pm. Upon viewing the picture Ms. Shelton stated that the male in the picture appeared to be her brother, Cheron Shelton.

At 2:57AM on March 10, 2016 Shelton returned to Nolan Court driving the white Lincoln Continental, he exited the vehicle and went into 1214 Nolan Court.

During the course of the investigation your affiants learned that one of the victims, Lamont Powell was a suspect in a murder that occurred in the City of Pittsburgh on 10/15/13. The victim in that case was Calvin Doswell and the murder occurred in the 1300 block of Oberlin Street in the Lincoln-Lemington section of the City of Pittsburgh. No one has been arrested in connection with that crime and the case remains open. This information was confirmed by City of Pittsburgh Detective Robert Shaw.

 It was learned that Cheron Shelton and Calvin Doswell were best friends. This was confirmed on April 6, 2016 when Detectives Grill and McCool spoke with Juwanda Doswell, sister of Calvin Doswell. In that interview Juwanda Doswell told Detectives Grill and McCool that Calvin and Shelton were best friends and Shelton checks on her family regularly. Also, during interviews with Justin and Ryan Gomez they confirm they were friends with both Cheron Shelton and Calvin Doswell. They also confirm that Shelton and Doswell were friends.

On March 12, 2016 Detectives showed Officer Adams a still image of the male observed on the Nolan Ct surveillance video. Officer Adams stated that the male in the video fits the same physical description and clothing of the male he observed get into the Lincoln Continental with PA Registration JBP2200 on March 9, 2016 at about 10:53PM.

On Saturday March 12, 2016 a search warrant was executed at 1214 Nolan Court. recovered from the residence were:

1 – Colt Model : M4 carbine .22 long rifle semi –automatic rifle ser# BP035241- reported stolen recovered in 1214 Nolan Court.
2- 1 magazine with .22 long rifle ammunition
3- magazine with 7.62 X 39 ammunition
4- Drum magazine with 7.62 X 39 ammunition
5- Drum magazine with 12 gauge shot shells
6- Black bag with miscellaneous live rounds, rifle scope, and gun parts.
7- 1 bullet proof vest

In addition to the above items, various pieces of indicia of residency were discovered throughout the house to include a piece of mail addressed to Cheron Shelton bearing the address 1214 Nolan Court.

**Page 5 of 13**

**POLICE CRIMINAL COMPLAINT**

| Docket Number: | Date Filed: | OTN/LiveScan Number | Complaint/Incident Number |
|---|---|---|---|
| | | G 747177-4 | 004404-16 |
| Defendant Name | First CHERON | Middle | Last SHELTON |

On March 21, 2016 Detective Caruso of the Allegheny County Police Homicide Unit was informed by the Allegheny County Crime Lab that Cheron Shelton's left thumb print was discovered on the magazine well of the M4 carbine recovered in 1214 Nolan Court. Based on this information and on Cheron Shelton's criminal history which showed he has a conviction of Possession With The Intent to Deliver, a felony, which is a violation of the Controlled Substance Drug Device and Cosmetic Act, on June 30, 2009 in front of Common Pleas Court Judge Joseph Williams making him a person ineligible to possess a firearm in Pennsylvania, an arrest warrant was obtained for Cheron Shelton for 18 3925A Receiving Stolen Property and 18 6105A1 Persons Not to Possess, Use Manufacture, Control, Sell or Transfer Firearms a felony

A query of PA Department of Motor Vehicles revealed that Cheron Shelton, B/M/29, DOB: 01/27/1987, OLN# 28399695 address: 7167 Ross Garden Road Pittsburgh PA 15206. Cheron Shelton's residence was confirmed by his mother, Desdrene Michelle Smith.

On March 12, 2016 Detectives Hitchings and Dolfi applied for and were granted a search warrant at 7167 Ross Garden Road in the City of Pittsburgh. The search warrant was executed and the following items were recovered from the residence:

1.  Indicia of residency for Cheron Shelton
2.  One box of 50 10mm PPU ammunition with 50 rounds still in the box.
3.  One box of 20 Magnum Research Inc, 50 caliber ammunition with 14 rounds still in the box

On March 25, 2016 the Allegheny County Sheriff's Department Fugitive Task force received information that Cheron Shelton was located at 6914 Hartmans Lane, Pittsburgh 15206 in the City of Pittsburgh. Cheron Shelton was apprehended at this location. In an interview with Detectives Shelton said he did not have a phone at the time of the murders, however, in an interview with Detectives Shelton's girlfriend Channel Falls stated she bought Shelton a phone on March 8, 2016.

Cheron Shelton was placed in the Allegheny County Jail on the above-listed charges. On March 29th, 2016 while in the Allegheny County Jail, Cheron Shelton placed a phone call to 412-731-2607. In the phone call Cheron Shelton can be heard talking in code to a female he calls "Brit" who your affiants believe to be his sister, Brittney Shelton. Cheron Shelton explains that he will write a "Kite" ( "Kite" is a term used in jail settings to describe a letter) and "lay it all out".

On April 1, 2016 Detectives executed a search warrant on Cheron Shelton's outgoing mail from the ACJ. The Allegheny County Jail was informed of the search warrant and informed Detective Costa that they had in their possession a letter from Cheron Shelton DOC#141788. Detective Costa seized the letter pusuant to the search warrant on April 1, 2016. Detective Costa and Inspector Palmer examined the contents of the letter and obtained the following information. Cheron Shelton addressed the letter to (Pat "Annie" Taylor 6914 Hartman Lane Pgh, PA 15206). 6914 Hartmans Lane is the address where Cheron Shelton was arrested. When Cheron Shelton was arrested Adrien Shawn Falls a black male DOB 10/31/1952 and Channel Falls were located inside 6914 Hartmans lane with Cheron Shelton. Channel Falls is the girlfriend and mother to Cheron Shelton's children. Adrien Shawn Falls is the father of Channel Falls. There were two individual letters inside the envelope, one letter was addressed to "Brown Sugar" the second letter was addressed to "Pops". Your affiants believe "Pops" is Adrien Shawn Falls.

In the letter addressed to "Pops" Cheron Shelton wrote that he needed him to do "some real shit". He wrote that "Round the corner at Bubbie house I got something there that I was workin on getn rid of". Cheron Shelton continued " you don't got to do nutn but open the door & guide my n[ - - - - ]to it. Its downstair next to the lawn mowers wrap & ready to be toss". Cheron directed "pops" to call 513-6784 that he indicated is 'his #' or 651-5092 which he indicated is 'girl #' and ask for 'house'. Through the

# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: | OTN/LiveScan Number | Complaint/Incident Number |
|---|---|---|---|
| | | G 747177-4 | 004404-16 |
| Defendant Name | First CHERON | Middle: | Last SHELTON |

course of this investigation, your affiants know 412-513-6784 and the nickname 'millhouse' or 'house' (sometimes spelled with a 'z') and the number to be associated with Robert Thomas DOB 9/6/1988 and the number 412-651-5092 to be associated with Tara Gomez, Robert Thomas' girlfriend. Cheron Shelton continued on in the letter writing about money owed and for "Pops" to take care of his children and signs off on the letter with 'burn this when done reading LOL".

Robert Thomas (B/M/27) was arrested at 7754 Tioga Street Pittsburgh, Pa 15206 (AR# 0341-16). Thomas was transported to the Allegheny County Police Headquarters Homicide Division for an interview and then transported to the Allegheny County Jail.

On April 5, 2016 Detective Hitchings interviewed Robert Thomas at Allegheny County Police Headquarters. During the interview Robert Thomas admitted that he was the person on video jumping over the fence and entering 1214 Nolan Court with Cheron Shelton on the night of the murders. That video placed the time of Robert Thomas and Cheron Shelton jumping of the fence less than an hour after the shootings.

Detectives applied for a Court Order for cellphone records belonging to T-Mobile number 412-892-0447. It was learned from Chanel Falls, Cheron Shelton's girlfriend that she purchased this phone for Shelton after his release from prison on March 8, 2016. The records revealed multiple contacts with a number belonging to Robert Thomas on March 9th, 2016. A visual representation of these phone contacts will be attached to this affidavit as Attachment A.

For the time period between 8:04 PM and 11:45 PM on March 9, 2016 there were 31 calls and/or text messages between the two numbers. At approximately 10:32 a text message was sent from Shelton to Thomas, at approximately 10:34 PM there was a text message from Thomas to Shelton. At approximately 10:46 p.m. there was a 4 minute and 33 second call from Shelton to Thomas. This call ended minutes prior to the shooting. During the time of the shooting there were no contacts between Thomas or Shelton. Following the shooting there was a missed phone call from Thomas to Shelton approximately 10:56 and approximately 23 seconds later an answered phone call from Shelton to Thomas. Following this group of calls there were a total of 14 calls or texts over the next 29 minutes. At approximately 11:44 there was an unanswered call from Shelton to Thomas and approximately 30 seconds later there was a 3 second phone call from Shelton to Thomas.

On April 06, 2016, Allegheny County Police Detectives Patrick Kinavey and Venerando Costa applied for and were granted a search warrant for the placement of a small video recording device in the face to face Visitation Room 2 located on POD 8E at the Allegheny County Jail, for the purpose of capturing any non-verbal communication on the part of Cheron Shelton, during a pre-scheduled face to face meeting with his father, Robert Shelton.

On April 06, 2016 at approximately 9:39AM, Robert Shelton arrived at the Allegheny County Jail for the pre-scheduled visitation meeting with Cheron Shelton. Robert Shelton spent approximately 20 minutes in the common waiting area of the Allegheny County Jail, and was eventually escorted up to 8E, for Robert Shelton's scheduled visit. Throughout the course of the approximately hour-long visitation, Cheron Shelton used various hand signals, and/or appeared to mouth various things to Robert Shelton. The visitation room is equipped with a hand held telephone receiver that is essentially a two way talking device that is monitored by the Allegheny County Jail. During this visitation, Cheron Shelton picked up the receiver, wipes it off, and then set it down, never entering his PIN number, essentially circumventing the security audio recording system by not using the "phones." The most pertinent information for purposes of this affidavit is as follows:

At approximately 10:14:16 into the video recording, Cheron Shelton appeared to make a hand signal gesticulating writing with a pen. After waiting a short period, Cheron Shelton began to nod and stare intently at the person on the other side of the glass before getting and obvious shocked look on his face (eyes flashing widely open from their previously normal position) and mouthing a phrase. Cheron Shelton then becomes noticeably agitated (standing up quickly, and gesturing and appearing to throw things in



**Page 7 of 13**



000191

**POLICE CRIMINAL COMPLAINT**

| Docket Number: | Date Filed: | OTN/LiveScan Number G 747177-4 | | Complaint/Incident Number 004404-16 |
|---|---|---|---|---|
| Defendant Name | First CHERON | Middle: | | Last SHELTON |

the face to face visitation room). It should be noted that at the time of the capture of this interaction, your affiants believe Robert Shelton to be aware of the interception of the mail described above.

At 10:17:06 into the video recording, Cheron Shelton appeared to pantomime the holding of a rifle, to include the squeezing of his right index finger, in the position that would be the trigger, multiple times as if firing a semi-automatic weapon.

At 10:19:08 into the video recording, Cheron Shelton can be seen pantomiming a lawn mower motion (two hands parallel in the air several inches apart as if holding on to something, then reaching down with one hand clenched as if making a pull-start motion). Just after completing that description, Cheron Shelton made a tossing motion (two hands held parallel as if holding an object and moved directionally from left hip to right shoulder). It should be noted that the apparent message of this communication is similar to the letter intercepted on April 01, 2016, i.e. that there is some object, near a lawn mower, ready to be tossed. Combined with the previous pantomime, it is believed that that object is a rifle.

During the course of the investigation several witnesses provided information that will be contained in this affidavit. The witness's identities have been specifically ascertained by officers and are known to police and your affiants. Your affiants have verified the witness's identity through positive proof of identification such as, PA Driver's license, PA Identification card, or social security number. The witnesses as indicated below are either eyewitnesses to events that transpired and/or have personal knowledge regarding the criminal incident or information that they have relayed and provided to Detectives of the Homicide Section and police as more fully detailed below. To provide for the safety of the witnesses and preserve the integrity of future investigation their identity is being withheld for the purpose of this affidavit. They shall be identified as Witness #1 and Witness #2

On April 7, 2016 Witness #1 was interviewed at Allegheny County Police Headquarters.



Witness #1 attempted to contact Allegheny County Police Inspector Palmer of the Internal Investigations Division assigned to the Allegheny County Jail in the afternoon hours of 4/6/16. Detective Passaro who works with Inspector Palmer was given the information and spoke to Witness #1. Detective Passaro related that Witness #1 told him that Inmate Thomas was up on the POD talking about the Wilkinsburg Homicide; specifically that he, Witness #1, was concerned that police had DNA tested him. Witness #1 said that Inmate Thomas's concern was that he urinated in the garage near the scene of the shootings. Witness #1 said that he was willing to speak with Homicide Detectives. Witness #1 was transported to the Allegheny County Homicide Office to be interviewed on 4/7/16.

Witness #1 was placed in Interview Room 1 and advised that the room is Audio and Video recorded. He said that he reached out to the Allegheny County Jail Investigative Staff about an encounter he had with a new member to POD 7-D. Witness #1 said that he had been on 7-D for 2 or 2 1/2 weeks. Witness #1 provided the cell in which he was housed. He said the new member was Rob Thomas. He said that Thomas came to the POD yesterday morning 4/6/16 and was housed in cell 119.

Witness #1 said that on Wednesday April 6th in the early morning hours Robert Thomas was put on his POD. He said that when they came out to eat breakfast Thomas started talking to him and another inmate. Witness #1 said that they asked Thomas where he was from and he told them Homewood, they asked what part of Homewood, and he told them Hilltop. Witness #1 said Thomas was asked what he was there for, and he said that he was in on an old case that they just arrested him for. He asked Thomas what POD he came from and Thomas said that he just came off the street. He said he found it unusual that he didn't go through classification.

Witness #1 said that Thomas told him he was concerned because the Detectives took DNA from him on the Wilkinsburg case (referring to the Franklin Avenue shooting). He said Thomas was asked, "So you had something to do with that?" He said Thomas

# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: | OTN/LiveScan Number G 747177-4 | Complaint/Incident Number 004404-16 |
|---|---|---|---|
| Defendant Name | First CHERON | Middle: | Last SHELTON |

just froze up. Witness #1 said back to him, "They came and got your DNA? I know you didn't leave your DNA at the scene." Thomas was asked, "What you bled or something?" He said that Thomas told him "No and said man I pissed". Witness #1 said he asked him, "Did you piss your pants or something?" He said that Thomas told him that he took a piss in the garage right next to the scene and he's worried. He said that Thomas told him that he pissed in the corner of the garage. He said Thomas described the garage as not having a roof and being right next to where the shooting occurred. Witness #1 said that he told Thomas he better figure out a defense for his DNA being left at the scene.

It should be noted that approximately two houses down from the scene of the shooting to the north east is a garage with a collapsed roof.

Witness #1 said that he looked at the camera and shook his head. He said that he asked Thomas, "What about your conscience? Isn't it bothering you?" Witness #1 said that he was tapping his head looking at the camera when he asked Thomas if his conscience was bothering him regarding the shooting. He said that Thomas told him, "I'm cool." Witness #1 said he was surprised how openly Thomas was talking about the shooting. He said he told him to stop talking about it in front of people. Witness #1 said he told Thomas again that they had to figure a defense for that urine. He asked him if he knew anybody in that area so you can just say you were going to their crib? Witness #1 said he told Thomas, "Don't put yourself at that scene, don't ever put yourself at the scene." Witness #1 said that Thomas said, "No, I don't know nobody."

Witness #1 said the conversation became about how long urine, evidence from urine could last, so they went to the "Law Library" on the POD. Witness #1 described the "Law Library" was a computer on the POD. He said that they were looking up DNA topics and trying to find out information about DNA from urine. He said that they spent some time on the computer. Witness #1 said that after he got Thomas some things to read he went in to make a phone call to the investigations office. He said he wanted to let them know that this inmate was talking about the shooting. Witness #1 said that he left several messages. He estimated that he did this prior to 1400 hours.

Witness #1 said at approximately 1210 hours he asked Thomas again tapping the side of his own head, "So you mean to tell me that this isn't messing with you, killing six innocent people? It aint fucking with your head?" Witness #1 said that on this occasion, Thomas said, "Yeah it's killing me, crushing me every day, I'm trying not to think about it! I'm trying not to become a vegetable; I'm trying to wrap my head around it." Witness #1 said he went back in his cell and made a second phone call to investigations.

Witness #1 said that when Thomas came out at dinner he didn't talk a lot. He said around 7 pm that he and Thomas were talking by the back window. Witness #1 said that between 7 and 730 he was reenacting things as Thomas was telling him about the incident using hand gestures. He said he told Thomas, "The charges are coming; they going to charge you all." He said Thomas told him, "I don't know why my man would try to write me letters, I was cool. I would have got everything done!" Witness #1 said that Thomas told him that "His man in the hole wrote him, tried to write him and the letter got intercepted, and he thinks that's how he became a suspect." He said Thomas said, "I was cool, I was off the radar." I asked Witness #1 if Thomas said who his man in the hole was and he said that he forgot the guy's name.      Witness #11 explained that the guy was just in the bubble with "us" a week before that. I asked, "Who, the dude that he was talking about?" Witness #1 said, "Yeah, he was only there for a couple of hour, then they took him to the hole. I asked if he remembered what time he said no but that it was "early in the morning. I don't remember exactly what day. It might have been last Thursday, around the time we got our commissary."

Witness #1 said that he told Thomas that he can't talk on the phones and that they'll be on his letters. He said Thomas acknowledged saying he knew. He said he told Thomas, "Once they charge you they're going to search high and low for those firearms." Witness #1 said Thomas said, "I'm cool, I'm cool! They goanna have to go deep sea diving for mines! Witness #1 said he asked, "So what did you have, the handgun?" He said he motioned with his hand as if he had a pistol in it. He said Thomas



**POLICE CRIMINAL COMPLAINT**

| Docket Number: | Date Filed: | OTN/LiveScan Number G 747177-4 | | Complaint/Incident Number 004404-16 |
|---|---|---|---|---|
| Defendant Name | First CHERON | Middle: | Last SHELTON | |

said, "Yeah." He said he asked Thomas "Is the Chop still out there?" He said Thomas said, "Yeah."

Your affiants know the term "chop" or "chopper" to be a slang term for an AK-47 style rifle and as of this date the weapons used in the above described shootings have not been located.

Witness #1 said he told Thomas, "You have to think of something for that urine, you can say that you fucked a female in there a week ago or get your girlfriend to say." Witness #1 said he asked Thomas about the garage "Was it close, how close was it?" He said Thomas said it was close. Witness #1 said that Thomas said, "It was a little garage, that didn't have any roof or nothing." Witness #1 said he asked him why he pissed, and he said he told him he was holding it for like half an hour. Witness #1 said he asked, "Then what happened?" He said that Thomas said, "Man this is crazy, that's what's eating at me man, it's crazy because, I aint the one that got all nasty, I aint the one that got all nasty with it!" Witness #1 said he said to him, "You aint the one who had the Chop huh?" He said Thomas responded, "No, I wanted to leave, I wanted to leave. Cuz said, nah, we've been here we might as well wait."

Witness #1 said he asked, "Facebook is that how you got the drop on them?" He said Thomas said, "That's what the news said, but we got a call, it wasn't no Facebook. We was there for like half an hour." Witness #1 said he said to him, "They're making it seem like the person with the handgun was the one that started firing first and pushed them toward the Chopper." He said Thomas said, "Yeah." He said he asked what happened and Thomas said, "I went out there, nobody died with the gun I had, I hit dude, I know I hit dude." Witness #1 asked who? He said Thomas told him, "The one that just got released from the hospital, he got released a couple of days later. That's who we was trying to get!" He said Thomas said, "Cuz, we had, he had intentions on killing everybody but I didn't really think he was going to do it. Witness #1 said he had talked to Thomas earlier, he said he said, "So dude killed your man?" He said Thomas said, "Yeah, he killed, robbed him caught him outside, coming out of his crib, put the gun to him, robbed him, and killed him he said he didn't even get nothing." Witness #1 asked how long ago and who was he? He said Thomas answered, like 2 years ago. Witness #1 said he said so ya'll been on his (inaudible) for that long? He said Thomas said, "Yeah we've been hunting him." He said Thomas was making motions as if he were shooting and said, "I came out, I started dumping, I hit him in his neck, shoulder, I think his leg, and I think his hand." The motions are on camera. Witness #1 said he then paraphrased, saying, "So you came around start shooting and everybody started running?" He said Thomas said yeah, shaking his head on camera, he said he then asked him, "So then your man was waiting with the Chop and he started letting go with the Chop." He said Thomas was like, "Yeah, Yeah."

It should be noted that Lamont Powell was, in fact, hit in the neck, shoulder and hand.

Witness #1 said, "Man you got to figure out a way to get rid of that gun. You got to get ahold of your peoples." He said Thomas said, "Man we almost got rid of it, I got rid of mines."

Witness #1 asked afterwards where they ran. He said Thomas told him, "We ran, ran to the car, I didn't get in the car, I told him I wasn't getting in the car, I kept running, he pulls off and then I hit him later." Thomas said that when he met up with him (Chelton) later, he told Thomas, "I think someone seen me, I think a cop seen me." Witness #1 said, "Ya'll could have got caught with all of those guns!" Witness #1 said Thomas said, "Man he wanted to go shoot the funeral up." Witness #1 told him that (Chelton, the other one in the hole) told him, "I'm trying to treat them like the Jews; I'm trying to eliminate their whole Blood lines." Thomas said he talked him out of it, saying, "It's going to be hot!"

It should be noted that at the time Witness #1 reached out to be interviewed that it was known only to investigators that Officer Adams of the Wilkinsburg Police observed an individual near the scene of the shootings entering a vehicle. This fact had been contained only in sealed search warrants and investigative materials.

# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: | OTN/LiveScan Number G 747177-4 | | Complaint/Incident Number 004404-16 |
|---|---|---|---|---|
| Defendant Name | First: CHERON | Middle: | | Last: SHELTON |

Witness #1 said Thomas told him, "We parked the whip, we got out, then we go somewhere in the woods, jumped a fence, and his man had a duffle bag, they went in the house and he said his man changed his clothes." He said Thomas told him, "I didn't change my shit. Then we came back out and we left." Witness #1 asked where they went; he said Thomas froze up a little bit. Witness #1 said he asked him why they didn't get rid of the Chopper, "What's wrong with Ya'll?" He said Thomas said, "We was about to get rid of it, like we chilled for a couple days and was about to get rid of it, we went to get rid of it, and I was sitting in the car he was about to go get it and a cop pulled up, and questioned him. I ducked down in the seat and the cop got to questioning him." Witness #1 told him it was 2 in the morning. Thomas told him the cop asked what he was doing out there in the middle of the night. Thomas said (Chelton) told the cop something and the cop let him go. Witness #1 said that the guns in that area in a duffle bag. He explained that the gun is still in that area because they didn't get back to get it.

It should be noted that Cheron Shelton was field contacted March 9, 2016 at approximately 2:18 in the morning by officers of the Penn Hills Police Department after a report of suspicious individuals near a vacant house. At that time no warrants were active for Cheron Shelton's arrest and he was released. This fact has thus far only been contained in investigative materials relative to the case and has not been released to the public.

Witness #1 relayed that Thomas told him while he was being interviewed at County Police Homicide that the "head DA" was there and that he instructed Thomas after the interview to take a deep breath on the way to the police vehicle because it would be the last breath of free air that he breathed for some time. It was confirmed that Lieutenant Andrew Schurman of the Allegheny County Police Department was present at the Allegheny County Police Homicide section during Thomas' interview. The Lieutenant confirmed that he made those remarks to Thomas prior to his transport back to the Allegheny County Jail.

Detective Grill gave Witness #1 a pen and paper and asked him to note anything that came to mind. One of the things that Witness #1 wrote down was that Thomas told him that the Detectives took his shoes. Thomas told him that he had new shoes on, not the ones he had on that night. Witness #1 asked if he threw the shoes away, he said Thomas said no.

On Monday, April 7, 2016 at approximately 1130 hours, Detectives Caruso and McCool conducted an Interview of WITNESS #2. WITNESS #2 said that on March 26, 2016 he spoke to an individual who he knows as Cheron AKA "C-WIZ" from Hilltop. WITNESS #2 said that he learned later that Cheron's last name is Shelton.

WITNESS #2 said that he asked Cheron what he was down there for and he told him that he was down there for gun charges and a parole violation. WITNESS #2 said that Cheron then told him they, (meaning the police) were trying to get him for the "Wilkinsburg shit that's been all over the news". WITNESS #2 told Cheron that he did not know anything about that because he did not watch the news, and has been in the hole and was not able to.

WITNESS #2 said that Cheron asked him if he heard about the "Calio shit" ( Calvin "Calio" Doswell was murdered in the City of Pittsburgh in 2013). WITNESS #2 said that "Calio" was "C-WIZ's" man. The individual suspected of shooting "Calio" was Lamont AKA Murder. Lamont Powell was one of the victim's identified in the Wilkinsburg Shooting that occurred on March 9, 2016.

WITNESS #2 said that Cheron told him that they got the drop on him, (meaning Lamont). He said they got a phone call from someone who saw him on "Facebook" and that he was at a cookout in Wilkinsburg. He said Cheron told him that he and another individual went over there and "ambushed them". He said Cheron told him that his man shot them with a handgun, and that he used a "Chopper". (Chopper is also known as an AK-47). He said that Cheron told him that he was "hitting them" with the "Chopper" and that he wanted everyone gone, and didn't give a fuck who got hit or who didn't get hit. WITNESS #2 said that Cheron told him that he wanted the family to go through what he went through.

000195

**POLICE CRIMINAL COMPLAINT**

| Docket Number: | Date Filed: | OTN/LiveScan Number G 747177-4 | | Complaint/Incident Number: 004404-16 |
|---|---|---|---|---|
| Defendant Name | First CHERON | Middle: | Last SHELTON | |

WITNESS #2 also said that he spoke to a second invdvidual named Robert Thomas AKA House.  WITNESS #2 said that Robert Thomas arrived on his POD yesterday (April 6, 2016).  WITNESS #2 said that "Rob" told him he was from Homewood-Hilltop. WITNESS #2 asked "Rob" what he was down there for and he told him that he was there for some old gun and possession charges and that they (meaning the police) were trying to question him about something.

WITNESS #2 asked "Rob" if he was down there for the Wilkinsburg case and if he was C-WIZ's  CO D (meaning Co-Defendant). WITNESS #2 also asked "Rob" if he was "C-WIZ's" man.  WITNESS #2 told "Rob" what Cheron had told him regarding the Wilkinsburg shooting.  WITNESS #2 said that after some time, "Rob" felt comfortable enough with him and told him what happened.

WITNESS #2 said that "Rob" told him that they got a call from a chick who saw "Murder" on "Facebook" at a cookout in Wilkinsburg.  WITNESS #2 after getting the call they "suited up" (meaning they got guns) and went over to the cookout and waited in a garage that was nearby.

WITNESS #2 said that "Rob" told him that they waited there for a long time and eventually, "Rob" saw "Murder" in the back yard. WITNESS #2 said "Rob" told him that he went out and began shooting at "Murder" and that Cheron ran out behind him and ran up to the neighbor's yard and started shooting everyone with the "Chopper" and was picking everyone off.

WITNESS #2 said that "Rob" told him that after the shooting they went to the car.  A cop who was driving past them saw Cheron's face , so "Rob" didn't want to get in the car and told Cheron that he would catch up to him later.

Witness #2 said that "Rob" told him that he was questioned by the police regarding the shooting.  WITNESS #2 asked "Rob" what he told the police, and he said he only told them what they already knew.  The police knew that he and Cheron jumped the fence up at Hilltop one hour after the shooting, and went into a house, and that Cheron was carrying a bag.

WITNESS #2 asked "Rob" what was inside the bag and at first he didn't answer.  WITNESS #2 asked him if it was the "Chopper" that C-WIZ had in the shooting and "Rob" shook his head indicating that it was.

WITNESS #2 said that "Rob" told him that the police questioned him regarding a phone number, and that the same phone number was in Cheron's, Brittany's and Ashleys phones, listed as "House".  WITNESS #2 said that "Rob" told him that he threw that phone away and got two new phones.

WITNESS #2 said that "Rob" told him that Cheron wanted to shoot the funerals, but he "Rob" had talked him out of it.

WITNESS #2 said that "Rob" also told him that C-WIZ wrote a letter, and he didn't know they were monitoring him.  WITNESS #2 said that he was talking indirectly and the detectives who read the letter would know that he was involved in the shooting.

Your affiants believe,  based on the foregoing, that probable cause exists to charge Cheron Shelton and Robert Thomas with homicide, homicide of an unborn child,  attempted homicide, aggravated assault, criminal conspiracy and recklessly endangering another person for the shooting deaths of Brittany Powell age 27, Tina Shelton age 37, Shada Mahone age 26, Jerry Shelton age 35, Chanetta Powell age 25 and her unborn male child.

**Page 12 of 13**



000196

# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: | OTN/LiveScan Number G 747177-4 | | Complaint/Incident Number 004404-16 |
|---|---|---|---|---|
| Defendant Name | First: CHERON | Middle: | | Last: SHELTON |

I,          TODD DOLFI          , BEING DULY SWORN ACCORDING TO THE LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

(Signature of Affiant)

Sworn to me and subscribed before me this ___ day of _____ _____

_____ Date          Magisterial District Judge

My commission expires  first Monday of January,

SEAL

Page 13 of 13