# ALLEGHENY COUNTY POLICE DEPARTMENT

## ALLEGHENY COUNTY POLICE DEPARTMENT
## HOMICIDE INITIAL



| | | | |
|---|---|---|---|
| **Case No.:** | CR-000785-16 | **Case Date:** | 3/9/2016 |
| **Event No.:** | EVENT-004404-16 | | |
| **Officer Name:** | DETECTIVE DOLFI, TODD | **Activity Date/Time:** | 3/9/2016 11:20:03 PM |
| **Shield No.:** | 514 | **Serial No.:** | 037063 |
| **Activity Type:** | HOMICIDE INITIAL | **Hours:** 0 | **Cash** $0.00 |

**Activity Description:**   INITIAL REPORT

**Case:**   **Criminal Homicide- GSW**
**Victim:**   **Brittany Powell et al**
**Detectives:**   **Todd Dolfi/Thomas Foley/Kevin McCool/Michael Caruso/Patrick Miller/ Scott Towne/Lt. Andrew Schurman/Sgt. Scott Scherer**

On March 9th, 2016 the Wilkinsburg Police Department requested the investigative assistance of the Allegheny County Police Homicide Unit in reference to a shooting. On March 9, 2016 at 10:54PM the Wilkinsburg Police Department was dispatched to 1304 Franklin Ave for a shooting. Officers arrived on scene to find two victims on the front porch of the house who had been shot. Also, two victims in the back yard suffering from gunshot wounds and four people who were on the back porch of the house suffering from gunshot wounds.

The four victims who were located on the back porch of the house were all pronounced dead at 11:07PM by PM Krah of the Eastern Area EMS Department. The two victims on the front porch were transported to the hospital as well as the two victims in the back yard. A female victim from the back yard was pronounced dead at Mercy Hospital at 11:37PM by Dr. Schuchert.

Prior to dispatch, Office Adams of the Wilkinsburg Police Department was on routine patrol near Franklin Ave. Officer Adams heard the gunshots at approximately 10:53PM. He proceeded to Franklin Ave prior to 911 calls. While in the 1400 block of Franklin Ave Officer Adams observed a black male, thin build, with short or no hair walking casually up Franklin Ave. The male got into a white Lincoln Continental and drove away. Officer Adams recorded the license plate number of JBP2200. Officer Adams then proceeded to the scene.

Detectives Dolfi and Foley were on patrol in the North Braddock area when a call for assistance was broadcast from Wilkinsburg Police for 1304 Franklin Ave. Detectives Dolfi and Foley proceeded to that location. We arrived on scene at 1304 Franklin Ave. Detectives Dolfi and Foley along with Allegheny County Medical Examiner's Office Scientists Tom Morgan, Bill Best and Jason Clark processed the scene. During the processing 18 spent .40 caliber casings and 30 spent 7.62 X 39 casings were recovered. Also, fragments and projectiles were recovered from inside and outside of the house.

The 1300 Block of Franklin Ave runs in a northeast and southwest direction. The 1300 block is separated from the 1200 block by Midland Street to the southwest of 1304 Franklin Ave. To the northeast of 1304 Franklin Ave it runs into the 1400 block and ends at Princeton Ave. Hazel Way is an Alley that runs to the rear of 1304 Franklin Ave. It runs in the same direction as Franklin Ave and starts at Ardmore Blvd to the southwest of 1304 Franklin Ave and ends to the northeast of 1304 Franklin Ave at Princeton Ave.

The scene is a two and half story single family red brick dwelling with an attached front and rear porch. There are seven steps leading up to the front porch which is as wide as the house. The front storm door and man door were open

000439

and Detectives observed what appeared to blood on the front porch in front of the door. To the left of the house is a walkway between 1304 and 1306 Franklin Ave. This walkway is a cement walkway that takes you to the rear of 1304 Franklin Ave. As Detectives moved down the walkway several spent casings and fragments were noted on the ground near the back yard. Detectives also observed what appeared to be blood droplets and human body matter on the ground and on the side of 1306 Franklin Ave.

As we approached the end of the walkway there is a gate that is open leading into the backyard of 1304 Franklin Ave. There is a fence to the left that separates the back yards of 1304 and 1306 Franklin Ave. At the front, it is a chain link fence only, a few feet later a solid wooden fence helps to separate the yards. To the right is the back porch of 1304 Franklin Ave. It is a rather small porch compared to the front and it is a wooden porch with five steps. As Detectives observed the porch we saw four obviously deceased bodies. Three of which appeared to be female and one appeared to be a male.

The deceased male was located half in the doorway leading into the house from the porch with his legs on the porch between the storm door and the man door. He is in a kneeling position with the upper half of his body in the house. To his left, on the porch is a deceased female who appeared to be in a sitting position slumped down to her right and her back is against the wall to the house. Next to her on the right is a third victim who is down on her back with her head and shoulder leaning against the wall to the house. Finally, a fourth victim is observed on her side with her head hanging over the top step on the right side of the porch. All four of the victim's appeared to have suffered numerous and severe gunshot wounds to their bodies. The porch was covered in what appeared to be blood and human body matter and bullet strike marks were noted on the wall of the house.

As Detectives continued to look through the back yard we observed a wooded table that held numerous bottles and cups. Some of which were full or half full and some of which were empty. There was a grill, a stereo and fire was still lit in the fire pit. There were shoes and other clothing items on the ground on a concrete pad at the bottom of the stairs from the back porch. At the end of the back yard which backs up to Hazel way is a shorter white picket fence which separates the back yard of 1304 Franklin Ave to Hazel Way. An open gate allows access from the back yard to Hazel Way. Once in Hazel Way Detectives observed numerous spent casings on the ground. The spent casings were .40 caliber casings and all were located in the alley. Looking at the rear of the house, most of the spent casings were located towards the left side or middle of the back yard.

Detectives then moved towards the rear of 1306 Franklin Ave. The back yard of 1306 Franklin was open to Hazel Way. There was some debris at the end of the yard and in the yard. Two boot prints were observed in the dirt at the end of the back yard of 1306 Franklin Ave. As we moved into the backyard of 1306 there was a walkway to the right of the backyard as you are looking at the rear of the house. There was a hole in the middle of the back yard where it appeared that a tree was cut down with only a stump remaining. To the left of the backyard was the chain link fence and the wooden fence separating the back yards of 1304 and 1306 Franklin Ave. 1306 Franklin Ave also had a back porch which was made of wood which was located in the center of the house with the steps coming down to the right. To the left of the back porch on the side of 1304 Franklin Ave Detectives observed more spent casings in the yard of 1306 Franklin Ave. The casings were 7.62 X 39 and where at the point in the fence where the tall wooden fence ended and the only the chain link fence separated the yards. Detectives noted what appeared to be blood and body matter on the ground, fence and wall near where the casings were found. Also observed on the ground near the casings is what appeared to be human saliva.

Detectives then moved to the interior of 1304 Franklin Ave. We entered the house through the front door which takes you into the living room of the home. What appeared to be blood droplets were noted on the floor as soon as you entered the living room. Immediately to your left is the stairs leading to the second floor and to your right are couches, fireplace and the TV. Blood droplets were again noted on the carpet of the living room floor. Detectives recovered a spent projectile from inside the fireplace in the living room of 1304 Franklin Ave.

Moving through the living room takes you to the dining room of the house. The dining room contained a small dining room table in the center of the room and several other furniture items against the walls. As you entered the dining room from the living room to your left is a doorway to enter the kitchen. As we approached the kitchen

000440

detectives observed several bullet strikes in the walls and blood on the carpet of the dining room floor. A spent projectile was also recovered from the dining room floor.

Detectives then entered the kitchen of 1304 Franklin Ave from the dining room entrance. Immediately upon entering we observed the male victim half way in the doorway from the back porch to the kitchen. A large amount of blood and body matter was near his position on the kitchen floor. The wooden back door was covered in blood. The kitchen had numerous bullet strikes in the walls and blood was observed on the walls as well. Recovered from the kitchen was a spent projectile. Off to the right of the kitchen as you enter from the dining room is a bathroom. The bathroom toilet was shattered from what appeared to be being struck by a projectile. Bullet fragments and a spent projectile were recovered from the bathroom floor and strike marks were observed in the walls of the bathroom.

Detectives then returned to the back porch of the 1304 Franklin Ave for the removal of the four deceased victims by the Allegheny County Medical Examiner's Office. The first victim to be removed was later identified as Chanetta Powell. Detectives observed wounds to her head and arms at the time of removal.

The next victim to be removed was later identified as Brittany Powell. At the time of removal Brittany Powell was not wearing any pants. Detectives were able to observe wounds to her chest, head, leg, hip and arms.

The third victim to be removed was later identified as Tina Shelton. Detectives observed a wound to her head at the time of removal.

Finally, the fourth victim to be removed was identified as Jerry Shelton. At the time of removal Detectives observed wounds to his head, trunk and extremities.

After the removal of all four victims from the back porch Detectives and Scientists processed the back porch. The porch was covered in blood and broken glass. Several bullet fragments were recovered from the back porch. The porch also suffered damage from the shooting as strike marks were observed in the railings, walls and supports. Strike marks were observed in the metal storm door leading into the kitchen of the house.

All deceased victims were transported by the Allegheny County Office of the Medical Examiner where autopsies were performed as follows:

Dr. W. Ashton Ennis completed an autopsy on Brittany Powell, 27, on 3/10/16 and determined the cause of death to be multiple gunshot wounds and the manner of death to be homicide.

Dr. Baiyang Xu completed an autopsy on Tina Shelton, 37, on 3/10/16 and determined the cause of death to be multiple gunshot wounds of the head, trunk and extremity and the manner of death to be homicide.

Dr. Baiyang Xu completed an autopsy on Shada Mahone, 26, on 3/10/16 and determined the cause of death to be multiple gunshot wounds to the trunk and the manner of death to be homicide.

Dr. Baiyang Xu completed an autopsy on Chanetta Powell, 25, on 3/10/16 and determined the cause of death to be multiple gunshot wounds of the head and the manner of death to be homicide. It was determined that Chanetta Powell was in her third trimester of pregnancy at the time of her death. Her baby was determined to have died intra uterine as a direct result of the death of her mother.

Dr. Abdulrezak Shakir completed an autopsy on Jerry Shelton, 35, on 3/11/16 and determined the cause of death to be multiple gunshot wounds to the head, trunk and extremities and the manner of death to be homicide.

This investigation is ongoing.................

ATTACHMENTS:

1. 1304 Franklin Ave Interior Birds Eye View Sketch

2. Allegheny County Office of the Medical Examiner Electronic Evidence Recovery Log

3. Measurements for Evidence Items Recovered

4. Rear of 1304/1306 Franklin Ave Detailed Birds Eye View Sketch

5. Google Map Overall- Overall Area around 1304 Franklin Ave

6. Google Map Overall Franklin and Hazel with Generalized Item Locations

| Status: | Signature of Reporting Officer: | Signature of Approving Officer: |
|---|---|---|
| OPEN | | |

000442

16LAB02222 – Jerry Michael Shelton    Homicide

16COR01957 Cross reference numbers: 16LAB02223, 16LAB02224, 16LAB02225, 16LAB02245, 16LAB02403, 16LAB02404, 16COR01952, 16COR01954, 16COR01955, 16COR01956

1304 Franklin Ave., Wilkinsburg    Incident date: 03/09/2016

1304 Franklin Interior Birds-eye View Sketch

ACP CCR: 03509-16, PC: 16-0335



**Legend**

Item A - [ A ]    Feet('), Inches(")

NOT TO SCALE

000443

Real Estate | General Information | Allegheny County

Page 1 of 1

Parcel ID : 0233-G-00243-0000-00
Property Address : 1328 FRANKLIN AVE
PITTSBURGH, PA 15221

Municipality : 866  WILKINSBURG
Owner Name : Redacted

| | | | |
|---|---|---|---|
| School District : | Wilkinsburg Boro | Neighborhood Code : | 86605 |
| Tax Code : | Taxable | Sale Date : | 5/8/2001 |
| Owner Code : | Regular | Sale Price : | $31,000 |
| Class : | Residential | Deed Book : | 11039 |
| Use Code : | SINGLE FAMILY | Deed Page : | 432 |
| Homestead : | Yes | Abatement : | No |
| Farmstead : | No | Lot Area : | 3,000 SQFT |

### 2016 Full Market Value

| | | 2016 County Assessed Value | |
|---|---|---|---|
| Land Value | $4,000 | Land Value | $4,000 |
| Building Value | $28,100 | Building Value | $10,100 |
| Total Value | $32,100 | Total Value | $14,100 |

### 2015 Full Market Value

| | | 2015 County Assessed Value | |
|---|---|---|---|
| Land Value | $4,000 | Land Value | $4,000 |
| Building Value | $28,100 | Building Value | $10,100 |
| Total Value | $32,100 | Total Value | $14,100 |

Address Information

Owner Mailing :   1328 FRANKLIN AVE
PITTSBURGH, PA 15221-2642

000444

# ALLEGHENY COUNTY OFFICE OF THE MEDICAL EXAMINER
## ELECTRONIC EVIDENCE RECOVERY LOG

LOCATION  1304 Franklin Ave., Wilkinsburg

DATE  03/09-03/10/2016

CASE #S  ACP CCR: 03509-16, PC: 16-0335
16LAB02222/16LAB02223/16LAB02224/16LAB02225/16LAB02245/16LAB02403/16LAB02404
16COR01952/16COR01954/16COR01955/16COR01956/16COR01957

PERSONNEL  T. Morgan, W. Best, J. Clark

PREPARER  T. Morgan

**The number of pages of this document will vary when used - end of document is clearly marked**

| ITEM # | LAB # | DESCRIPTION | RECOVERED FROM | RECOVERED BY | TIME | COMMENTS |
|---|---|---|---|---|---|---|
| A | 3 | Spent 40 S&W "R-P" cc | Hazel Way | TMM/WB/JRC | 01:07 | FATM |
| B | 3 | Spent 40 S&W "WIN" cc | Hazel Way | TMM/WB/JRC | 01:08 | FATM |
| C | 3 | Spent 40 S&W "R-P" cc | Hazel Way | TMM/WB/JRC | 01:09 | FATM |
| D | 3 | Spent 40 S&W "Geco" cc | Hazel Way | TMM/WB/JRC | 01:10 | FATM |
| E | 3 | Spent 40 S&W "R-P" cc | Hazel Way | TMM/WB/JRC | 01:12 | FATM |
| F | 3 | Spent 40 S&W "WIN" cc | Hazel Way | TMM/WB/JRC | 01:14 | FATM |
| G | 3 | Spent 40 S&W "R-P" cc | Hazel Way | TMM/WB/JRC | 01:15 | FATM |
| H | 3 | Spent 40 S&W "R-P" cc | Hazel Way | TMM/WB/JRC | 01:17 | FATM |
| I | 3 | Spent 40 S&W "R-P" cc | Hazel Way | TMM/WB/JRC | 01:18 | FATM |
| J | 3 | Spent 40 S&W "R-P" cc | Hazel Way | TMM/WB/JRC | 01:17 | FATM |
| K | 3 | Spent 40 S&W "R-P" cc | Hazel Way | TMM/WB/JRC | 01:16 | FATM |
| L | 3 | Spent 40 S&W "R-P" cc | Hazel Way | TMM/WB/JRC | 01:15 | FATM |
| M | 3 | Spent 40 S&W "R-P" cc | Hazel Way | TMM/WB/JRC | 01:13 | FATM |
| N | 3 | Spent 40 S&W "R-P" cc | Hazel Way | TMM/WB/JRC | 01:12 | FATM |
| O | 3 | Spent 40 S&W "R-P" cc | Hazel Way | TMM/WB/JRC | 01:16 | FATM |
| P | 3 | Spent 40 S&W "R-P" cc | Hazel Way | TMM/WB/JRC | 01:08 | FATM |
| Q | 3 | Spent 40 S&W "Geco" cc | Hazel Way | TMM/WB/JRC | 01:07 | FATM |

Electronic Evidence Log
Approved Date: 03/12/2013
Approved By: Laboratory Director

Page 1 of 4
Effective Date: 03/19/2013
MU.6F.1_Rev.0

000445

| | | | | | | |
|---|---|---|---|---|---|---|
| R | 3 | Spent 40 S&W "R-P" cc | Hazel Way | TMM/WB/JRC | 01:06 | FATM |
| S | 27 | Black weave | Hazel Way | TMM/WB/JRC | 01:20 | ACP |
| T | 4 | Sunglasses | Hazel Way | TMM/WB/JRC | 01:20 | FB,LP |
| U | 5 | Projectile fragment | 1304 Franklin rear porch | TMM/WB/JRC | 01:41 | FATM |
| V | 6 | Spent 7.62x39 mm cc | 1306 Franklin rear yard | TMM/WB/JRC | 02:25 | FATM |
| W | 6 | Spent 7.62x39 mm cc | 1306 Franklin rear yard | TMM/WB/JRC | 02:26 | FATM |
| X | 6 | Spent 7.62x39 mm cc | 1306 Franklin rear yard | TMM/WB/JRC | 02:28 | FATM |
| Y | 6 | Spent 7.62x39 mm cc | 1306 Franklin rear yard | TMM/WB/JRC | 02:30 | FATM |
| Z | 6 | Spent 7.62x39 mm cc | 1306 Franklin rear yard | TMM/WB/JRC | 02:32 | FATM |
| AA | 6 | Spent 7.62x39 mm cc | 1306 Franklin rear yard | TMM/WB/JRC | 02:34 | FATM |
| AB | 6 | Spent 7.62x39 mm cc | 1306 Franklin rear yard | TMM/WB/JRC | 02:36 | FATM |
| AC | 6 | Spent 7.62x39 mm cc | 1306 Franklin rear yard | TMM/WB/JRC | 02:37 | FATM |
| AD | 6 | Spent 7.62x39 mm cc | 1306 Franklin rear yard | TMM/WB/JRC | 02:39 | FATM |
| AE | 6 | Spent 7.62x39 mm cc | 1306 Franklin rear yard | TMM/WB/JRC | 02:41 | FATM |
| AF | 6 | Spent 7.62x39 mm cc | 1306 Franklin rear yard | TMM/WB/JRC | 02:41 | FATM |
| AG | 6 | Spent 7.62x39 mm cc | 1306 Franklin rear yard | TMM/WB/JRC | 02:40 | FATM |
| AH | 6 | Spent 7.62x39 mm cc | 1306 Franklin rear yard | TMM/WB/JRC | 02:39 | FATM |
| AI | 6 | Spent 7.62x39 mm cc | 1306 Franklin rear yard | TMM/WB/JRC | 02:39 | FATM |
| AJ | 6 | Spent 7.62x39 mm cc | 1306 Franklin rear yard | TMM/WB/JRC | 02:35 | FATM |
| AK | 6 | Spent 7.62x39 mm cc | 1306 Franklin rear yard | TMM/WB/JRC | 02:36 | FATM |
| AL | 6 | Spent 7.62x39 mm cc | 1306 Franklin rear yard | TMM/WB/JRC | 02:34 | FATM |
| AM | 2 | Suspected saliva | 1306 Franklin rear yard | TMM/WB/JRC | 02:33 | FB |
| AN | 2 | Control for AM | 1306 Franklin rear yard | TMM/WB/JRC | 01:58 | FB |
| AO | 6 | Spent 7.62x39 mm cc | 1306 Franklin rear yard | TMM/WB/JRC | 02:01 | FATM |
| AP | 6 | Spent 7.62x39 mm cc | 1306 Franklin rear yard | TMM/WB/JRC | 02:31 | FATM |
| AQ | 6 | Spent 7.62x39 mm cc | 1306 Franklin rear yard | TMM/WB/JRC | 02:28 | FATM |
| AR | 6 | Spent 7.62x39 mm cc | 1306 Franklin rear yard | TMM/WB/JRC | 02:29 | FATM |
| AS | 6 | Spent 7.62x39 mm cc | 1306 Franklin rear yard | TMM/WB/JRC | 02:30 | FATM |

Electronic Evidence Log
Approved Date: 03/12/2013
Approved By: Laboratory Director

Page 2 of 4
Effective Date: 03/19/2013
MU.6F.1_Rev.0

000446

| ID | No. | Item | Location | Collected By | Time | Class |
|---|---|---|---|---|---|---|
| AT | 6 | Spent 7.62x39 mm cc | 1306 Franklin rear yard | TMM/WB/JRC | 02:32 | FATM |
| AU | 6 | Spent 7.62x39 mm cc | 1306 Franklin rear yard | TMM/WB/JRC | 02:51 | FATM |
| AV | 6 | Spent 7.62x39 mm cc | 1306 Franklin rear yard | TMM/WB/JRC | 02:59 | FATM |
| AW | 6 | Spent 7.62x39 mm cc | 1306 Franklin rear yard | TMM/WB/JRC | 02:59 | FATM |
| AX | 6 | Spent 7.62x39 mm cc | 1306 Franklin rear yard | TMM/WB/JRC | 03:01 | FATM |
| AY | 6 | Spent 7.62x39 mm cc | Walkway between 1304/1306 | TMM/WB/JRC | 03:12 | FATM |
| AZ | 6 | Spent 7.62x39 mm cc | Walkway between 1304/1306 | TMM/WB/JRC | 03:16 | FATM |
| 1 | 6 | Spent 7.62x39 mm cc | Walkway between 1304/1306 | TMM/WB/JRC | 03:14 | FATM |
| 2 | 5 | Jacket fragment | Walkway between 1304/1306 | TMM/WB/JRC | 03:14 | FATM |
| 3 | 5 | Jacket fragment | Walkway between 1304/1306 | TMM/WB/JRC | 03:12 | FATM |
| 4 | 5 | Lead core | Steps to 1304 rear porch | TMM/WB/JRC | 03:38 | FATM |
| 5 | 5 | Spent projectile | Rear yard 1304 Franklin | TMM/WB/JRC | 03:39 | FATM |
| 6 | 5 | Jacket fragment | Rear porch 1304 Franklin | TMM/WB/JRC | 03:40 | FATM |
| 7 | 5 | Jacket fragment | Rear porch 1304 Franklin | TMM/WB/JRC | 03:42 | FATM |
| 8 | 5 | Jacket fragment | Rear porch 1304 Franklin | TMM/WB/JRC | 03:42 | FATM |
| 9 | 7 | Cell phone | Rear porch 1304 Franklin | TMM/WB/JRC | 03:44 | ACP |
| 10 | 5 | Jacket fragment | Walkway between 1304/1306 | TMM/WB/JRC | 03:40 | FATM |
| 11 | 5 | Lead fragment | E. ext wall 1304 Franklin | TMM/WB/JRC | 03:47 | FATM |
| 12 | 8 | Left tan boot | Rear yard 1304 Franklin | TMM/WB/JRC | 04:05 | ACP |
| 13 | 9 | Right tan boot | Rear yard 1304 Franklin | TMM/WB/JRC | 04:08 | ACP |
| 14 | 29 | Black t-shirt | Rear yard 1304 Franklin | TMM/WB/JRC | 04:10 | ACP |
| 15 | 28 | Purple t-shirt w/ R/B stains | Rear yard 1304 Franklin | TMM/WB/JRC | 04:13 | ACP |
| 16 | 10 | Left boot | Rear yard 1304 Franklin | TMM/WB/JRC | 04:11 | ACP |
| 17 | 11 | Black/yellow hat | Rear yard 1304 Franklin | TMM/WB/JRC | 04:09 | ACP |
| 18 | 12 | Left purple shoe | Rear steps 1304 Franklin | TMM/WB/JRC | 04:08 | ACP |

Electronic Evidence Log
Approved Date: 03/12/2013
Approved By: Laboratory Director

Page 3 of 4
Effective Date: 03/19/2013
MU.6f.1_Rev.0

000447

| | | Description | Location | Initials | Time | Code |
|---|---|---|---|---|---|---|
| 19 | 13 | Right purple shoe | Rear steps 1304 Franklin | TMM/WB/JRC | 04:07 | ACP |
| 20 | 14 | Right boot | Rear yard 1304 Franklin | TMM/WB/JRC | 04:05 | ACP |
| 21 | 15 | Eyeglasses | Rear yard 1304 Franklin | TMM/WB/JRC | 04:14 | ACP |
| 22 | 30 | Cast of shoe impression | Rear yard 1306 Franklin | TMM/WB/JRC | 05:13 | ACP |
| 23 | 31 | Cast of shoe impression | Rear yard 1306 Franklin | TMM/WB/JRC | 05:11 | ACP |
| 24 | 18 | Five discs of scene photos | Scenes | TMM/WB/JRC | N/A | LAB |
| 25 | 32 | Four "Natural Ice" cans, five "Hurricane" cans, five Styrofoam cups, blue label "E&J" bottle, "Crown Russe" vodka bottle, "E&J" bottle, Turners Fruit Punch bottle | Table in rear yard 1304 Franklin | TMM/WB/JRC | N/A | ACP |
| *Interior of 1304 Franklin* | | | | | | |
| A | 16 | Spent projectile | Fireplace | TMM/WB/JRC | 04:53 | FATM |
| B | 16 | Spent projectile | Bathroom | TMM/WB/JRC | 04:56 | FATM |
| C | 16 | Spent projectile | Kitchen | TMM/WB/JRC | 04:55 | FATM |
| D | 16 | Spent projectile | Dining Room | TMM/WB/JRC | 04:54 | FATM |
| E | 16 | Spent projectile | Det. Foley | TMM/WB/JRC | 05:15 | FATM |
| *From 1321 Chelsea St. 03/10/2016* | | | | | | |
| A | 17 | 9 mm Leinad mod. M-11 pistol, magazine cont. ctgs w/ Redac | 1321 Chelsea St. | TMM | 10:00 | FB,LP,FATM |

Evidence Verification (initials): _____

–END OF DOCUMENT–

Electronic Evidence Log
Approved Date: 03/12/2013
Approved By: Laboratory Director

Page 4 of 4
Effective Date: 03/19/2013
MU.6F.1_Rev.0

000448



**Measurements for 16LAB02222 - Jerry Michael Shelton   Homicide**
ACP CCR: 03509-16, PC: 16-0335    16COR01957  Cross Reference: 16LAB02223, 16LAB02224, 16LAB02225, 16LAB02248, 16LAB02403, 16LAB02404, 16COR01952, 16COR01954, 16COR01955, 16COR01956
1304 Franklin Ave., Wilkinsburg    Incident date: 03/09/2016

| Item — Items in the vicinity of and with respect to Hazel Way | East of Reference Point | | North of Reference Point | |
|---|---|---|---|---|
| | Feet | Inches | Feet | Inches |
| A | 72 | 3 | 5 | 4 |
| B | 74 | 3 | 8 | 0 |
| C | 72 | 0 | 9 | 9 |
| D | 73 | 8 | 10 | 10 |
| E | 71 | 6 | 11 | 0 |
| F | 70 | 3 | 12 | 11 |
| G | 70 | 3 | 14 | 2 |
| H | 67 | 6 | 14 | 7 |
| I | 67 | 10 | 13 | 8 |
| J | 67 | 5 | 13 | 0 |
| K | 67 | 1 | 12 | 9 |
| L | 67 | 1 | 12 | 3 |
| M | 67 | 9 | 10 | 11 |
| N | 66 | 11 | 8 | 0 |
| O | 65 | 4 | 12 | 2 |
| P | 65 | 2 | 12 | 2 |
| Q | 65 | 1 | 13 | 7 |
| R | 64 | 8 | 14 | 9 |
| S | 81 | 1 | 11 | 9 |
| T | 164 | 5 | 10 | 8 |
| Front of 1304 Franklin porch (center) | 88 | 10 | 66 | 4 |
| Area of 7.62x39 mm cc's (approx. center) | 99 | 0 | 69 | 1 |
| 22 | 99 | 9 | 17 | 4 |
| 23 | 100 | 2 | 16 | 9 |

***NOTE: Reference Point for above measurements was the southeast corner of Midland St and Hazel Way

| Items from rear porch | From Ext. South Kitchen Wall | | From Ext. East Bathroom Wall | |
|---|---|---|---|---|
| Victim 1 head | 7 | 6 | 3 | 6 |
| Victim 1 torso | 5 | 9 | 3 | 5 |
| Victim 1 feet | 3 | 2 | 3 | 11 |
| Victim 2 head | 5 | 5 | 0 | 0 |
| Victim 2 torso | 3 | 5 | 1 | 5 |
| Victim 2 feet | 2 | 6 | 3 | 6 |
| Victim 3 head | 2 | 7 | 0 | 8 |
| Victim 3 torso | 0 | 9 | 0 | 11 |
| Victim 3 feet | 1 | 0 | 2 | 11 |
| Victim 4 feet | 1 | 2 | 3 | 5 |
| U | 3 | 7 | 3 | 0 |
| 4 | 9 | 8 | 0 | 9 |
| 5 | 10 | 5 | 0 | 0 |
| 6 | 5 | 3 | 3 | 0 |
| 7 | 0 | 1 | 0 | 7 |
| 8 | 6 | 7 | 3 | 3 |
| 9 | 0 | 0 | 3 | 10 |

| Note: Victim 4 was on the rear door threshold | From Int. North Kitchen Wall | | From Int. West Kitchen Wall | |
|---|---|---|---|---|
| Victim 4 head | 8 | 8 | 7 | 3 |
| Victim 4 torso | 10 | 8 | 8 | 1 |

| Items from rear yard 1304 Franklin | From 1304 South Wall | | From East 1304 Fence | |
|---|---|---|---|---|
| 12 | 13 | 11 | 15 | 8 |
| 13 | 13 | 11 | 12 | 8 |
| 14 | 8 | 3 | 11 | 10 |
| 15 | 8 | 3 | 11 | 10 |
| 16 | 9 | 1 | 10 | 9 |
| 17 | 8 | 11 | 9 | 7 |
| 18 | 9 | 9 | 6 | 1 |
| 19 | 9 | 3 | 5 | 5 |
| 20 | 11 | 1 | 4 | 0 |
| 21 | 8 | 7 | 10 | 6 |

| Items in walkway between 1304/1306 Franklin Ave. | From Southwest Corner 1306 | | From Southeast Corner 1304 | |
|---|---|---|---|---|
| AY | 0 | 2 | 6 | 7 |
| AZ | 4 | 8 | 2 | 7 |
| 1 | 8 | 1 | 6 | 3 |
| 2 | 2 | 1 | 5 | 11 |
| 3 | 5 | 0 | 1 | 11 |
| 10 | 12 | 9 | 8 | 9 |

| Items from interior of 1304 Franklin | From South Wall | | From East Wall | |
|---|---|---|---|---|
| A | 6 | 6 | 20 | 1 |
| B | 3 | 1 | 4 | 2 |
| C | 7 | 5 | 3 | 11 |
| D | 12 | 2 | 5 | 6 |

***NOTE: Item E listed on interior evidence log was received in a transfer from Det. Foley
***ALL MEASUREMENTS APPROXIMATE

**Measurements for 16LAB02222 - Jerry Michael Shelton   Homicide**
ACP CCR: 03509-16, PC: 16-0335    16COR01957  Cross Reference: 16LAB02223, 16LAB02224, 16LAB02225, 16LAB02245, 16LAB02403, 16LAB02404, 16COR01952, 16COR01954, 16COR01955, 16COR01956
1304 Franklin Ave., Wilkinsburg    Incident date: 03/09/2016

| Items in the rear yard of 1306 Franklin Ave. | From South Wall | | From West Wall | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| V | 6 | 0 | 6 | 10 | | | | | | |
| W | 6 | 5 | 3 | 6 | | | | | | |
| X | 5 | 4 | 1 | 11 | | | | | | |
| Y | 3 | 6 | 3 | 8 | | | | | | |
| Z | 4 | 0 | 5 | 10 | | | | | | |
| AA | 2 | 2 | 5 | 7 | | | | | | |
| AB | 3 | 4 | 7 | 10 | | | | | | |
| AC | 4 | 3 | 7 | 11 | | | | | | |
| AD | 3 | 9 | 8 | 1 | | | | | | |
| AE | 4 | 9 | 8 | 6 | | | | | | |
| AF | 3 | 8 | 8 | 6 | | | | | | |
| AG | 9 | 3 | 10 | 10 | | | | | | |
| AH | 2 | 8 | 11 | 5 | | | | | | |
| AI | 1 | 11 | 10 | 8 | | | | | | |
| AJ | 1 | 1 | 11 | 1 | | | | | | |
| AK | 1 | 10 | 9 | 6 | | | | | | |
| AL | 2 | 1 | 9 | 0 | | | | | | |
| AM | 3 | 5 | 8 | 6 | | | | | | |
| AN | 3 | 2 | 8 | 8 | | | | | | |
| AO | 0 | 8 | 9 | 4 | | | | | | |
| AP | 0 | 6 | 8 | 4 | | | | | | |
| AQ | 0 | 8 | 8 | 3 | | | | | | |
| AR | 1 | 2 | 8 | 4 | | | | | | |
| AS | 0 | 9 | 6 | 10 | | | | | | |
| AT | 2 | 2 | 8 | 1 | | | | | | |
| AU | 3 | 1 | 3 | 6 | | | | | | |
| AV | 2 | 3 | 4 | 9 | | | | | | |
| AW | 0 | 4 | 4 | 9 | | | | | | |
| AX | 0 | 3 | 4 | 6 | | | | | | |
| ***ALL MEASUREMENTS APPROXIMATE | | | | | | | | | | |

16LAB02222 – Jerry Michael Shelton    Homicide

ACP CCR: 03509-16, PC: 16-0335    16COR01957 Cross reference numbers: 16LAB02223, 16LAB02224, 16LAB02225, 16LAB02245, 16LAB02403, 16LAB02404, 16COR01952, 16COR01954, 16COR01955, 16COR01956

1304 Franklin Ave., Wilkinsburg    Incident date: 03/09/2016
Rear 1304/1306 Franklin Ave. Detailed Birds-eye View Sketch

NOT TO SCALE

N

**Legend**
Item S –
Victim 1 – Chanetta Powell
Victim 2 – Brittany Powell
Victim 3 – Tina Shelton
Victim 4 – Jerry Michael Shelton

1306 Franklin

1304 Franklin

Chain-link Fence

Chain-link Fence

White Picket Fence

Privacy Fence

Hazel Way

Items V to AX

Items A to R

Rear door

Rear storm door

Gate

Grill

Chairs



16LAB02222 – Jerry Michael Shelton    Homicide

ACP CCR: 03509-16, PC: 16-0335    16COR01957 Cross reference numbers: 16LAB02223, 16LAB02224, 16LAB02225, 16LAB02245, 16LAB02403, 16LAB02404, 16COR01952, 16COR01954, 16COR01955, 16COR01956

1304 Franklin Ave., Wilkinsburg    Incident date: 03/09/2016
Google Map Overall Overall Area

1321 Chelsea St.

600 Block Midland St.

1306 Franklin Ave.

1304 Franklin Ave.

Ardmore Blvd.

True North

Working North

NOT TO SCALE



16LAB02222 – Jerry Michael Shelton    Homicide
ACP CCR: 03509-16, PC: 16-0335    16COR01957 Cross reference numbers: 16LAB02223, 16LAB02224, 16LAB02225, 16LAB02245, 16LAB02403, 16LAB02404,
16COR01952, 16COR01954, 16COR01955, 16COR01956
1304 Franklin Ave., Wilkinsburg    Incident date: 03/09/2016
Google Map Overall Franklin and Hazel with Generalized Item Locations

000453