

# COUNTY OF ALLEGHENY
## OFFICE OF THE MEDICAL EXAMINER

1520 PENN AVENUE • PITTSBURGH, PENNSYLVANIA 15222
PHONE (412) 350-4800
EMAIL webmaster.me@alleghenycounty.us

ASCLD/LAB-*INTERNATIONAL*
ACCREDITED TESTING LABORATORY
SINCE 2014

**ABDULREZAK SHAKIR, M.D.**
DEPUTY MEDICAL EXAMINER

**KARL E. WILLIAMS, M.D., M.P.H.**
MEDICAL EXAMINER

**ROBERT HUSTON**
DIRECTOR OF LABORATORIES

# CONFIDENTIAL

Submitted herewith please find the confidential Report of Laboratory Findings of this laboratory's examination conducted in connection with the following case:

| | | | |
|---|---|---|---|
| **Lab Case No.** 16LAB02222 | **Report No.** 6 | **Case Name** JERRY MICHAEL SHELTON | **Report Date** May 05, 2016 |
| | **Agency Case No.** 16COR01957 | **Agency** ALLEGHENY COUNTY MEDICAL EXAMINER | **Case Officer** |
| | 16-0335 | ALLEGHENY COUNTY POLICE | DOLFI, TODD D. |

**Victim(s)**
JERRY SHELTON
BRITTANY POWELL
CHANETTA POWELL
SHADA MAHONE
TINA SHELTON
TONJIA CUNNINGHAM
LAMONT POWELL
JOHN ELLIS

**Laboratory Cross Reference (if applicable)**

16LAB02224
16LAB02223
16LAB02245
16LAB02225

**Suspects(s)**
CHERON SHELTON
ROBERT THOMAS

**OTN**

**The Crime Lab User Fee:** $3375.00

## IMPORTANT NOTICE

The Division of Laboratories must be notified when an OTN becomes
available for the suspect(s) / defendant(s) in this case.
Please call (412) 350-3734 or FAX (412) 350-3861 this information immediately.

COUNTY OF ALLEGHENY
OFFICE OF THE MEDICAL EXAMINER
DIVISION of FORENSIC LABORATORIES

REPORT of LABORATORY FINDINGS



ASCLD/LAB-INTERNATIONAL
ACCREDITED TESTING LABORATORY
SINCE 2014

| Lab Case No. | Report No. | Case Name | Agency Case No. |
|---|---|---|---|
| 16LAB02222 | 6 | JERRY MICHAEL SHELTON | 16-0335/16COR01957 |

## MOBILE UNIT REPORT

<u>NOTE</u>: Evidence from this investigation was submitted under multiple Laboratory Case Numbers. Refer to the Laboratory Case Numbers referenced above for the results of testing on additional evidence related to this investigation.

At approximately 23:34 on 9 March 2016, the Allegheny County Medical Examiner's Officer Mobile Crime Unit (MCU) received an assistance request from the Allegheny County Police (ACP). An apparent homicide had occurred at 1304 Franklin Ave. in Wilkinsburg. MCU Scientist T. Morgan departed for the detail at approximately 23:41.

The MCU arrived on scene at approximately 00:11 on 10 March 2016, and was met by ACP Homicide Lt. Schurman, Sgt. Scherer and Detectives Dolfi, Foley, Caruso, Miller, Towne and McCool. ACP uniformed Sergeants McClelland, Horgan and Patrolman Usner were on scene with several other uniformed officers from ACP. Wilkinsburg Police Department (WPD) Chief Coleman, Sergeants McKenith and Cuiffi, and Officer Adams among others were also on scene. Several other officers from neighboring communities were also on scene. MCU Scientists W. Best and J. Clark arrived on scene a short time later. ACP Homicide personnel briefed the MCU on the details of the incident. A barbecue and bonfire was reportedly underway in the rear yard of the above residence. Shots were fired from Hazel Way, an alley along the rear of the property, toward the group in the rear yard of 1304 Franklin Avenue. A second volley of shots were also fired upon the partygoers from the rear yard of 1306 Franklin Avenue. Several people were reportedly injured as a result of the gunfire. Four victims were reportedly pronounced dead on scene. It was later learned that one of those four victims had been approximately eight months pregnant. Another victim, who had been transported from the scene to a local hospital, was also reportedly deceased as a result of the incident. At least two other victims were reportedly being treated at local hospitals for wounds sustained during the incident. It was unseasonably warm on the night of the incident.

The MCU began processing the scene in Hazel Way, the alley to the south of the rear yards of 1304 and 1306 Franklin Avenue. A white picket fence had been erected along the rear property line of 1304 Franklin Ave. with an opening for a gate at the southeastern corner of the rear yard. Eighteen spent 40 S&W caliber cartridge cases (Laboratory Item 3) were observed scattered along the alley approximately from the southwestern corner of 1304 Franklin Ave. toward the approximate middle of the fence line. The cartridge cases were collected. A black hair weave (Laboratory Item 27) was also collected from the alley near the rear gate to 1304 Franklin Ave. A set of garages were east of 1306 Franklin Ave. on Hazel Way, and a pair of sunglasses (Laboratory Item 4) were collected from the alley just east of the garages.



Report Page 2 of 6

001086

COUNTY OF ALLEGHENY
OFFICE OF THE MEDICAL EXAMINER
DIVISION of FORENSIC LABORATORIES

**REPORT of LABORATORY FINDINGS**



ASCLD/LAB-*INTERNATIONAL*
Accredited Testing Laboratory
Since 2014

| Lab Case No. | Report No. | Case Name | Agency Case No. |
|---|---|---|---|
| 16LAB02222 | 6 | JERRY MICHAEL SHELTON | 16-0335/16COR01957 |

## MOBILE UNIT REPORT

The MCU continued processing in the rear yard of 1306 Franklin Ave. Near the rear property line of 1306 Franklin Ave. at Hazel Way, two apparent footwear impressions were observed in the ground. Reportedly, the impressions were observed by one of the first responding officers to the incident. Scaled photographs were taken of the impressions, and casts (Laboratory Items 30 and 31) of each impression were made. The rear yard of 1306 Franklin Ave. was next to 1304 Franklin Ave. on the east. A privacy fence had been erected on the shared property line between 1304 and 1306 Franklin Ave. in front of a chain-link fence that also ran along the property line. The chain-link fence ran the length of the property line toward a walkway between the multi-story houses on each property, and the fence then turned east where it enclosed the northwest corner of the rear yard of 1306 Franklin Ave. at the rear of the house. A gate enclosing the 1304 Franklin Ave. rear yard was also constructed on the 1304-side of the chain-link fence near a rear porch. The privacy fence, which was on the 1304-side of the property line, mirrored the chain-link fence until it approached the rear of 1304 Franklin where it stopped short of the shared walkway. The northwest corner of the 1306 Franklin Ave. rear yard had a clear view of the rear door and rear porch on the southeast corner of 1304 Franklin Ave. Twenty-seven spent 7.62x39 mm caliber cartridge cases (Laboratory Item 6) were observed and collected from the northwest corner of the 1306 Franklin Ave. rear yard. Suspected saliva was also observed on the ground in the northwest corner of the 1306 Franklin Ave. rear yard. Samples of the suspected saliva and a control sample from the ground (Laboratory Item 2) were collected.

The MCU moved into the rear yard of 1304 Franklin Ave. In addition to the fences along the east and south property lines of the 1304 Franklin Ave. rear yard, a chain-link fence was also erected along the west property line. The fence ran the length of the west property line to the southwest corner of the residence where the fence turned east enclosing the northwest corner of the 1304 Franklin Ave. rear yard. Lawn chairs, a table and a grill were in the back yard in front of a ground-level patio at the rear of the residence. Several items were scattered throughout the rear yard near the back of the residence. The four victims that had been pronounced dead at the scene were all on the rear porch at the southeast corner of the residence. The porch was atop a small flight of stairs and was enclosed by a railing on the east side, a wall on the west and a wall on the north where the rear door to 1304 Franklin Ave. was located. Forensic Investigators E. Speakman, J. Johnson and J. Hollihan arrived on scene to further assist with the investigation and documentation of the victims. Moving from the southern-most edge of the rear porch steps toward the rear door were victims Chanetta Powell, Brittany Powell and Tina Shelton. Victim Jerry Shelton was on the threshold of the rear door with his feet and legs partially outside on the rear porch. Prior the removal of the victims from the rear porch, a projectile fragment (Laboratory Item 5) was collected from the porch. After the victims were removed from the porch, three additional jacket fragments were collected from the porch (Laboratory Item 5) and a lead core (Laboratory Item 5) was collected from the steps. An additional lead fragment (Laboratory Item 5) was collected from the east-facing exterior wall of 1304 Franklin Ave., which was a shared wall on the west side of




**COUNTY OF ALLEGHENY**
**OFFICE OF THE MEDICAL EXAMINER**
DIVISION of FORENSIC LABORATORIES

**REPORT of LABORATORY FINDINGS**

ASCLD/LAB-INTERNATIONAL
ACCREDITED TESTING LABORATORY
SINCE 2014

| Lab Case No. | Report No. | Case Name | Agency Case No. |
|---|---|---|---|
| 16LAB02222 | 6 | JERRY MICHAEL SHELTON | 16-0335/16COR01957 |

## MOBILE UNIT REPORT

the rear porch. A cell phone (Laboratory Item 7) was also collected from the rear porch near the rear door. A pair of purple shoes (Laboratory Items 12 and 13) were collected from the porch steps. Several apparent bullet holes and strikes were observed on the porch railing, exterior walls of the residence and rear storm door. Four apparent bullet strikes were observed on the top of the rear porch railing. All four strikes had physical characteristics that were oriented angularly across the railing in a slightly south to north and east to west orientation. Apparent bullet strikes on top of the porch railing appeared to have physical characteristics consistent with a potential origin in the northwest corner of the 1306 Franklin Ave. rear yard.

In the rear yard of 1304 Franklin Ave., an additional spent projectile (Laboratory Item 5) was collected from the ground near the steps to the porch. Several clothing items were collected in the rear yard including a pair of tan boots (Laboratory Items 8 and 9), a black t-shirt (Laboratory Item 29), a purple shirt with red/brown stains (Laboratory Item 28), another pair of boots (Laboratory Items 10 and 14), a black and yellow hat (Laboratory Item 11) and a pair of eyeglasses (Laboratory Item 15). Several empty or opened cans, cups and bottles were observed on a table in the rear yard. In an effort to preserve those items, each was individually packaged but singularly submitted to the laboratory later. Four "Natural Ice" cans, five "Hurricane" cans, five Styrofoam cups, a blue label "E&J" bottle, a "Crown Russe" vodka bottle, an "E&J" bottle and a "Turners" Fruit Punch bottle (Laboratory Item 32) were collected from the table in the rear yard. Apparent bullet holes were also observed in one of the chairs in the back yard to include a throw pillow that had been on the seat of the chair.

Evidence was also observed in the walkway between 1304 and 1306 Franklin Ave. Three spent 7.62x39 mm caliber cartridge cases (Laboratory Item 6) were collected from the walkway in the area near the chain-link fence that enclosed the northwest corner of the 1306 Franklin Ave. rear yard. Three jacket fragments (Laboratory Item 5) were also collected from the walkway.

The MCU conducted further processing on the interior of 1304 Franklin Avenue. The south-facing rear door of the residence opened to a kitchen. A dining room was adjacent to the kitchen on the west with a shared archway between the rooms on the west wall of the kitchen. A half-bathroom was adjacent to the kitchen on the south. Red/brown stains and other apparent biological material were observed on the floor and walls especially in the southeast corner near the rear door. Several apparent bullet holes were observed on the west wall of the kitchen to the north and south of the archway to the dining room. Some of those bullet holes appeared to perforate the wall. One spent projectile (Laboratory Item 16) was collected from the kitchen floor.

In the dining room, additional apparent bullet strikes and holes were observed. Most of the holes were observed on the east wall of the dining room, which was the shared wall with the kitchen. An additional apparent bullet strike was observed on speaker in the northwest corner of the dining room. A spent projectile



Report Page 4 of 6

001088



COUNTY OF ALLEGHENY
OFFICE OF THE MEDICAL EXAMINER
DIVISION of FORENSIC LABORATORIES

REPORT of LABORATORY FINDINGS



ASCLD/LAB-*INTERNATIONAL*
ACCREDITED TESTING LABORATORY
SINCE 2014

| Lab Case No. | Report No. | Case Name | Agency Case No. |
|---|---|---|---|
| 16LAB02222 | 6 | JERRY MICHAEL SHELTON | 16-0335/16COR01957 |

## MOBILE UNIT REPORT

(Laboratory Item 16) was collected from the dining room floor. A trail of drip-like red/brown stains were observed on the dining room floor. The trail appeared to extend from the area of the archway between the dining room and kitchen to the archway between the dining room and living room.

The adjacent living room was to the north of the dining room through a large shared archway in the southwest corner of the living room. A couch in the southwest corner of the living room faced north with its back to the archway between the living room and dining room. A love seat was situated to the east of the couch, and it faced west toward a television in the northwest corner. A fireplace was on the west wall, and an ascending staircase to the second floor was along the east wall. The front door was on the north wall near the northeast corner of the living room. A drip-like trail of red/brown stains was observed on the floor of the living room in the area of the archway to the dining room. The trail extended from the behind the couch toward the front door. Additional transfer-like red/brown stains were observed on the furniture and the floor in the living room as well. An apparent bullet hole was observed in the rear of the couch that was in the southwest corner of the room. A spent projectile (Laboratory Item 16) was collected from inside of the fireplace.

The bathroom to the south of the kitchen was also processed. At least four apparent bullet holes had perforated the east wall of the bathroom. On the other side of the east bathroom wall was the rear porch. Apparent corresponding damage to the holes on the east wall were holes on the bathroom door and toilet bowl. A spent projectile (Laboratory Item 16) was collected from the bathroom floor.

Prior to departing the detail, a spent projectile (Laboratory Item 16) was transferred to the MCU from Det. Foley. Reportedly, Det. Foley collected the projectile from one of the neighboring residents.

The MCU departed the detail at approximately 05:28 and returned to the laboratory at approximately 05:44. The evidence itemized in the above narrative was submitted to the laboratory under Laboratory Case Number 16LAB02222.

At approximately 09:18 on 10 March 2016, the MCU received a request from ACP for additional processing related to this incident. A daylight search of the area near the incident had been conducted, and a firearm had been discovered at 1321 Chelsea St. in Wilkinsburg. MCU Scientist T. Morgan departed for the detail at approximately 09:26.

The MCU arrived on scene at approximately 09:54 and was met by ACP Homicide Detectives Kinavey and McCue. The detectives informed the MCU that they had found a firearm on the second floor of 1321 Chelsea

Report Page 5 of 6

001089




**COUNTY OF ALLEGHENY**
OFFICE OF THE MEDICAL EXAMINER
DIVISION of FORENSIC LABORATORIES

REPORT of LABORATORY FINDINGS

ASCLD/LAB-INTERNATIONAL
ACCREDITED TESTING LABORATORY
SINCE 2014

| Lab Case No. | Report No. | Case Name | Agency Case No. |
|---|---|---|---|
| 16LAB02222 | 6 | JERRY MICHAEL SHELTON | 16-0335/16COR01957 |

## MOBILE UNIT REPORT

St. during a daylight search of the area. The residence at 1321 Chelsea St. is vacant, and the door was in a condition where anyone could easily walk in or out of it.

The MCU entered the south-facing residence at 1321 Chelsea St. and ascended the stairs just north of the front door along the east wall. A 9 mm caliber Leinad model M-11 pistol, serial number 94-0033221, with a magazine containing cartridges (Laboratory Item 17) was observed and collected from almost directly at the top of the stairs on the second floor.

The MCU then returned to 1304 Franklin Ave. where a daylight search for additional evidence was conducted. ACP Assistant Superintendent Morton and Sgt. Scherer joined us on scene at 1304 Franklin Avenue. Additional photographs were taken, but no additional evidence was collected at that time. Additional apparent bullet holes were observed on a downspout off of the 1304 Franklin Ave. rear porch and on downspouts on the west side of 1306 Franklin Ave. along the shared walkway between the properties. All of the holes on the downspouts had physical characteristics consistent with bullet entry holes on their south-facing surfaces.

The MCU departed the detail at approximately 11:07 and returned to the laboratory at approximately 11:28. Five discs of all of the scene photos to this point (Laboratory Item 18) were created, and the discs along with the Leinad pistol were submitted to the laboratory under Laboratory Case Number 16LAB02222.

Respectfully submitted,

*Thomas M. Morgan* (signature)

Thomas M. Morgan
Scientist

The analysis was performed using laboratory-approved procedures or standards and this Report of Laboratory Findings accurately reflects the findings and opinions of the person(s) who performed the analysis or examination regarding the results reported.

The conclusions, interpretations and/or opinions in this Report of Laboratory Findings are those of the above signed author.



Report Page 6 of 6

001090