HOMICIDE CASE NO. *H-38-13*

SECTION A-    HOMICIDE CASE SUMMARY, INQUEST SHEET-WITNESS LIST

SECTION B-    HOMICIDE SECTION REPORTS

SECTION C-    TECHNICAL REPORTS, WARRANTS, ETC.

SECTION D-    PRECINCT STATION REPORTS

SECTION E-    CRIMINAL RECORDS AND I.D. REPORTS

SECTION F-    ARREST REPORTS, ACTION SHEET, PRE-INTERROGATION FORM

SECTION G-    PHONE RECORDS, MEMORANDUMS, NEWS CLIPPINGS, MISCELLANEOUS

SECTION H-    MISC. PRECINCT REPORTS

SECTION I-    PHOTOS, SKETCHES

### PROSECUTION SUMMARY

CORONERS INQUEST:

    DATE: _____ D.A.: _____ DEFENSE: _____ VERDICT: _____

PRELIMINARY HEARING:

    DATE: _____ D.A: _____ DEFENSE: _____ VERDICT: _____

PRETRIAL:

    DATE: _____ D.A.: _____ VERDICT: _____

PRE-COURT CONFERENCE:

    DATE: _____ D.A.: _____

CRIMINAL COURT:

    DATE: _____ D.A.: _____ DEFENSE: _____

    JUDGE: _____

POSTPONEMENTS: _____

VERDICT: _____

_____

001134

## DETAIL CHECK OFF LIST

CASE _H-38-13_

VICTIM _Doswell, Calvin_

ACCUSED _____

CCR # _13-208603_

INITIAL OFFICERS _Shaw - Reddy_

------------------------------------------------------------

_____ **MORGUE DETAIL & BODY CHART**
_____ **EVIDENCE FROM MORGUE TO LAB**
_____ **ATOMIC ABSORPTION KIT**
_____ **EVIDENCE TO LAB FROM SCENE**
_____ **FIREARM CHECK**
_____ **MOBILE CRIME UNIT REPORTS**
_____ **DISTRICT UNIFORM REPORTS**
_____ **ACTION SHEET**
_____ **ARREST REPORTS**
_____ **MIRANDA WARNINGS**
_____ **CORONERS WITNESS LIST**
_____ **FIREARMS CERTIFICATION**

_____ **SIGN COMPLAINT & COPIES**
_____ **ARRAIGNMENT REPORT**
_____ **RAP SHEETS**
_____ **ORAL CONFESSIONS**
_____ **TAPED CONFESSIONS**
_____ **CORONERS PROTOCOL**
_____ **HOMICIDE SUMMARY**
_____ **PROCESSING AT I.D.**
_____ **PROPERTY ROOM**
_____ **N.C.I.C.**
_____ **N.E.I. REPORT**
_____ **CRIME LAB REPORTS**

---

### ADDITIONAL DETAILS

_____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

001135





001136



001137

H-38-13

1-3   INITIAL
4-5   Interview of Samuel McCracken
6-7   Interview of Quinton Walker
8     Interview of Anthony Young

# INITIAL REPORT

FILE  : H-38-13
DATE : 10-15-2013
DAY   : TUESDAY
PAGE 1 OF 3

**OFFICER**  : R. SHAW/ M. REDDY
**CASE**       : MAN SHOT- MURDER
**VICTIM**    : CALVIN DOSWELL  DOB REDACTED  SSN REDACTED
                   ADDRESS REDACTED
**LOCATION** : 1310 OBERLIN ST (ON THE STREET)
**OCCURRED** : 10-15-2013  2235 HOURS
**ZONE**       : FIVE
**WEATHER**  : CLEAR AND COOL 60 DEGREES
**CCR#**      : 13-208603

On 10-15-2013, Detectives responded to the 1300 block of Oberlin St for a male shot.  While en route to the scene, we were advised that this male, later identified as Calvin Doswell was pronounced deceased by Paramedic Magdits of Pittsburgh Medic 1.

As we arrived on scene, we were briefed by Sergeant C. Henderson and Officer C. Wood. Officer Wood stated that she arrived on scene first and was directed to the victim by witnesses Samuel McCracken and Quinten Walker.  Officer Wood stated that she went over to the victim and observed him lying on the ground.  Officer Wood stated that as she approached the victim, she observed that his pockets were turned inside out and that his wallet was lying on the ground and was partially under his body.  Officer Wood stated that Doswell appeared to be deceased and saw that Medics had arrived on scene.  Officer Spangler and Sywyj arrived on scene as well and stated that Doswell's pockets were turned inside out and appeared lifeless.  As Officer's Wood, Spangler and Sywyj prepared to administer first aid, City of Pittsburgh Medics arrived on scene and pronounced Doswell deceased at 2253 hours.

The 1300 block of Oberlin Street is located in the Homewood neighborhood of the City of Pittsburgh.  This section of the City of Pittsburgh is a residential area.  Oberlin Street is a two way street that runs in a north to south direction.  The even number addresses are located on the east side of the street and the odd addresses are on the west side of the street.  The victim was located on the west side of Oberlin Street, across from 1310 Oberlin St.

The victim was lying on his left side with his head pointing to the south and his feet pointing towards the north.  The victims face was lying on its left side and was facing west.  The victim's left hand was raised partially above his head and his right hand and arm were under his body. The victim was wearing white Nike sneakers, boxer shorts and gray sweatpants that were pulled down below his buttocks, a white t shirt and blue hooded sweatshirt.  The blue hooded sweatshirt was only partially on his body with his right arm in the right sleeve and left arm not in the left sleeve.

**FILE   : H-38-13**
**DATE : 10-15-2013**
**DAY   : TUESDAY**
**PAGE 2 OF 3**

Oberlin Street is located perpendicular to Stranahan Street. The street measures 22'7" wide east and west. A Pittsburgh DPW utility pole, numbered SL22293, is located near the curb on the side of the street in front of 1310 Oberlin Street. For the purpose of evidence collection, this pole is designated as a reference point (RP). The following exhibits were located, photographed and measured utilizing this RP. All evidence taken by the MCU.

**Ex. A – a key holder at 20'8" west and 1'7" south**

**Ex. B – a cell battery and back of phone at 21'4" west and 3'6" south**

**Ex. C – a US dollar bill at 24'3" west and 2'3" south**

**Ex. D – bottom of magazine at 23'10" west and 5'7" south**

**Ex. E – spring from magazine at 25' west and 6'8" south**

**Ex. F – magazine follower at 22'10" west and 6'2" south**

**Ex. 1 – a slug at 24' west and 1'8" south**

**Ex. 2 – a .40 caliber round at 24'5" west and 3'9" south**

**Ex. 3 – a .40 caliber round at 24'2" west and 4'7" south**

**Ex. 4 – a .40 caliber round at 24'9" west and 4'9" south**

**Ex. 5 – a .40 caliber round at 26'7" west and 5'2" south**

**Ex. 6 – a .40 caliber round at 25'5" west and 5'3" south**

**Ex. 7 – a .40 caliber round at 24'9" west and 5'4" south**

**Ex. 8 – a .40 caliber round at 24'4" west and 5'4" south**

**Ex. 9 – a .40 caliber round at 24'9" west and 6'1" south**

**Ex. 10 – a .40 caliber round at 25'9" west and 6'5" south**

**Ex. 11 – a .40 caliber round at 25' west and 7' south**

**Ex. 12 – a .40 caliber round at 24'6" west and 6'10" south**



FILE  : H-38-13
DATE : 10-15-2013
DAY   : TUESDAY
PAGE 3 OF 3

Ex. 13 – a .40 caliber round at 23'8" west and 6'5" south

Ex. 14 – a spent casing at 23'4" west and 7' north

Blood – 21'10" west and 4'4" south

Center of body from RP – 32'6" west and 3'6" south

END OF REPORT...................RS

Detective Robert Shaw 3909

# SUPPLEMENTAL REPORT

FILE #:  H-38-13
DATE:  10/15/13
DAY:  TUESDAY

OFFICERS:  J.R. SMITH
CASE:  MAN SHOT/ MURDER
VICTIM:  CALVIN DOSWELL
IN RE TO:  INTERVIEW OF SAMUEL G. MCCRACKEN, DOB.$^{REDACTED}$, OF
REDACTED
PHONEREDACTED

On Tuesday, October 15th, 2013, at approximately 2240 hours, I, Detective J.R. Smith, along with Detectives T. Rush, and M. Sherwood, responded to 1310 Oberlin Street, Pgh, Pa. 15206, for a male shot in the street.

Upon arrival, on scene Zone 5 Sergeant Henderson stated that there were two witnesses of the shooting willing to be interviewed. Both witnesses, Samuel G. McCracken and Quintin Walker agreed to be interviewed at Pittsburgh Bureau of Police Headquarters.

Detective Rush and I transported the witnesses to Police Headquarters. Detective Rush interviewed Walker, and I interviewed McCracken in separate interview rooms. See Detective Rush's supplemental report.

Samuel McCracken related the following:

McCracken lives at 1323 Oberlin Street, which is located three houses away (on the same side of the street) from where the victim was found lying. McCracken was in his living room with his wife, Julia McCracken, and sister-in-law, Laura Streit, when he heard the sound of two gunshots outside. McCracken told his wife and sister-in-law to get down on the floor, and then he ran upstairs to his second floor, grabbed his shotgun, and then looked out a second floor window that faces Oberlin Street.

McCracken opened the window and looked out toward Stranahan Street and saw three or four males running along Oberlin Street to Stranahan Street where they made a left (up the hill) toward Brushton Avenue. The males ran from the area where McCracken later saw the victim lying. McCracken estimated that approximately thirty seconds passed from the time he heard the two gunshots to when he looked out his window and saw the males flee. McCracken describes the males as average build, possible black males, and doesn't recall any clothing description.

1



```
                                    FILE #:  H-38-13
                                    DATE:   10/15/13
                                    DAY:    TUESDAY

OFFICERS:   J.R. SMITH
CASE:       MAN SHOT/ MURDER
VICTIM:     CALVIN DOSWELL
IN RE TO:   INTERVIEW OF SAMUEL G. MCCRACKEN, DOB. REDACTED, OF
            REDACTED
            PHONE REDACTED
```

McCracken stated the street then became quiet and he continued to watch for approximately fifteen seconds when he heard someone moaning.  McCracken then went outside and walked toward Stranahan Street and saw a black male in a car in the middle of the street yelling for help. McCracken said this black male exited his vehicle and started speaking to the victim, who was lying on the grass.

The driver told the victim to lie down and that help was coming.  McCracken saw that the black male victim was bleeding and hardly moving.

McCracken then went back to his house, put his shotgun away, and got towels for the victim. McCracken started back toward the victim when the first police officer arrived on scene.

End of Report.................JRS

_#3567_

A/Sgt. C. Williams

2



SUPLEMENTAL REPORT

FILE #:   H-38-13
DATE      10-15-13

OFFICERS: T.RUSH
CASE:       MAN SHOT  /  MURDER
DAY:        TUESDAY
VICTIM:     CALVIN DOSWELL
IN RE TO:   INTERVIEW OF QUINTIN WALKER 24 YEAR OLD B/M. DOB <sup>REDACTED</sup>
            REDACTED

On Tuesday, October 15th, 2013, at approximately 2240 hours, I, Detective Rush, along with Detectives JR Smith, and M. Sherwood, responded to 1310 Oberlin Street, in Zone 5, for a male shot who later died.

Upon arrival, Zone 5 Sergeant Henderson related that there were two witnesses of the shooting willing to be interviewed.  Both witnesses, Samuel G. McCracken and Quintin Walker, agreed to be interviewed at Pittsburgh Bureau of Police Headquarters.

Detective Smith and I transported the witnesses to Police Headquarters.  Detective Smith interviewed McCracken and I interviewed Walker in separate interview rooms.  See Detective Smith's supplemental report.

Walker recalled the following which occurred on the evening of  10-15-13 at approximately 1035 pm. Walker stated that he was in bed with his wife on the second floor of their front bedroom. The windows of that bedroom overlook the area where the victim was shot. Walker stated that he was awakened by the sound of two people fighting in the street. He stated that he looked out from the bedroom window and saw the victim, a black male, wearing black sweatpants and a white t-shirt fighting, a black male wearing a gray hooded sweatshirt and "saggy" blue jeans. He described this male having medium skin tone and appeared to be "a little bit shorter" than the victim. Walker stated that he turned to his wife and instructed her to call 911. Walker stated that when he returned to the window, he saw a second black male wearing a red hooded sweatshirt which was pulled over his head and appeared to be tied in the front. This male was wearing "saggy jeans" and white tennis shoes.

When Walker returned to the window he witnessed both of the black male suspects attacking the victim and subsequently taking him down to the ground and they continued

(2)

FILE #:  H-38-13
DATE     10-15-13
DAY:  TUESDAY

to punch at the victim. At one point, Walker stated, that he observed the second male wearing the red hooded sweatshirt kick the victim in the face.

Walker stated that the male wearing the red hooded sweatshirt stood up and pulled out a black semi-automatic handgun. Walker stated that the top of the weapon (slide) was silver in color. Walker stated that the male held the weapon in his right hand and had the weapon pointed at the victim. Walker stated that when he saw the weapon pointed at the victim he turned from the window to his wife and told her to inform the 911 dispatcher that the male had a gun pointed at the victim. Walker stated at that point he heard at least two shots fired. Walker stated that he and his wife got on the bedroom floor and stayed there for at least fifteen seconds before returning to the window. Walker stated that he saw the two males, one in a red hooded sweatshirt and one in a gray sweatshirt, running up Oberlin towards Stranahan. Walker stated that he could not determine if the males ran down Stranahan or up Stranahan towards Brushton.

Walker stated that he could hear the victim screaming for help and observed blood on his legs and torso area. Walker also observed the victim sit up for a few seconds. Walker stated that he observed an unknown vehicle pull up and saw a male in his 50's with gray hair attempting to help the victim. (See supplemental report from Det. Sherwood) Walker stated that he remained in his home until police arrived on scene.

End of report.....................TR

_____ #3640            Sgt. Ronald D. Guyin #3981

SUPPLEMENTAL REPORT

**FILE  : H-38-13**
**DATE : 10-30-2013**
**DAY   : WEDNESDAY**
**PAGE 1 OF 1**

**OFFICER**    : R. SHAW/ M. REDDY
**CASE**       : MAN SHOT- MURDER
**VICTIM**     : CALVIN DOSWELL
**IN RE**      : INTERVIEW WITH ANTHONY YOUNG DOB  REDACTED
               NO PHONE #

On 10-30-13, Detectives obtained a court order and transported Anthony Young from the Allegheny County Jail to the Homicide Office.  Young was incarcerated for charges unrelated to any Homicide investigation.

Young was read his Miranda warnings from a preprinted form and acknowledged his rights.  Young agreed to speak with us without the presence of an attorney.

Young wanted to know the reason for us speaking with him and we explained that his name had been brought up as a suspect in the Calvin Doswell Homicide.

We spoke with Young briefly who laughed and merely stated that he did not have anything to do with it.  Young then became infuriated and advised us that the interview was over and he would no longer speak with us.

END OF REPORT.................RS

Detective Robert Shaw 3909

Sgt P Womood #0094

001147

H-38-13



# COUNTY OF ALLEGHENY
## OFFICE OF THE MEDICAL EXAMINER

1520 PENN AVENUE • PITTSBURGH, PENNSYLVANIA 15222
PHONE (412) 350-4800
EMAIL  webmaster.me@alleghenycounty.us

ASCLD/LAB-*INTERNATIONAL* ACCREDITED LAB
SINCE 2014

**ABDULREZAK SHAKIR, M.D.**
DEPUTY MEDICAL EXAMINER

**KARL E. WILLIAMS, M.D., M.P.H.**
MEDICAL EXAMINER

**ROBERT HUSTON**
DIRECTOR OF LABORATORIES

# CONFIDENTIAL

Submitted herewith please find confidential communication/documentation in connection with
the following case:

| **Lab Case No.** | **Report No.** | **Case Name** | **Report Date** |
|---|---|---|---|
| 13LAB09704 | 7 | CALVIN DOSWELL | December 11, 2014 |

| | **Agency Case No.** | **Agency** | **Case Officer** |
|---|---|---|---|
| | 13208603 | PITTSBURGH POLICE – HOMICIDE | SHAW |
| | 13COR07391 | ALLEGHENY COUNTY MEDICAL EXAMINER | |

**Victim(s)**
CALVIN DOSWELL

**The Crime Lab User Fee:**          **$125.00**

## IMPORTANT NOTICE

The Division of Laboratories must be notified when an OTN becomes
available for the suspect(s) / defendant(s) in this case.
Please call (412) 350-3734 or FAX (412) 350-3861 this information immediately.

**Report Page 1 of 2**



**COUNTY OF ALLEGHENY**
**OFFICE OF THE MEDICAL EXAMINER**
DIVISION of FORENSIC LABORATORIES

**REPORT of LABORATORY FINDINGS**



ASCLD/LAB-INTERNATIONAL ACCREDITED LAB
SINCE 2014

| Lab Case No. | Report No. | Case Name | Agency Case No. |
|---|---|---|---|
| 13LAB09704 | 7 | CALVIN DOSWELL | 13208603 |

The following items were collected at autopsy from the victim "Calvin Doswell":

    #10  A sealed envelope labeled to contain "head hair standards",
    #11  A sealed envelope labeled to contain "pubic hair standards".

These items were not examined due to incident circumstances and/or microscopic hair examinations were not requested.  The hair standards will be returned to the investigating agency through normal evidence procedures.  In the event that microscopic hair examinations are required, all items may be resubmitted to the Trace section of the ACOME Forensic Laboratory along with a request for analysis.

Respectfully submitted,

Nancy A. Love
Scientist

**Report Page 2 of 2**



# COUNTY OF ALLEGHENY
## OFFICE OF THE MEDICAL EXAMINER



1520 PENN AVENUE • PITTSBURGH, PENNSYLVANIA 15222
PHONE (412) 350-4800
EMAIL webmaster.me@alleghenycounty.us



ASCLD/LAB-INTERNATIONAL ACCREDITED LAB
SINCE 2014

**ABDULREZAK SHAKIR, M.D.**
DEPUTY MEDICAL EXAMINER

**KARL E. WILLIAMS, M.D., M.P.H.**
MEDICAL EXAMINER

**ROBERT HUSTON**
DIRECTOR OF LABORATORIES

# CONFIDENTIAL

**Submitted herewith please find the confidential Report of Laboratory Findings of this laboratory's examination conducted in connection with the following case:**

| Lab Case No. | Report No. | Case Name | Report Date |
|---|---|---|---|
| 13LAB09704 | 6 | CALVIN DOSWELL | May 23, 2014 |

| | Agency Case No. | Agency | Case Officer |
|---|---|---|---|
| | 13COR07391 | ALLEGHENY COUNTY MEDICAL EXAMINER | |
| | 13208603 | PGH PD – HOMICIDE | DET. SHAW |

**Victim(s)**
CALVIN DOSWELL

**The Crime Lab User Fee:**     **$250.00**

## IMPORTANT NOTICE

The Division of Laboratories must be notified when an OTN becomes
available for the suspect(s) / defendant(s) in this case.
Please call (412) 350-3734 or FAX (412) 350-3861 this information immediately.

Report Page 1 of 2



**. COUNTY OF ALLEGHENY. .**
**OFFICE OF THE MEDICAL EXAMINER**
DIVISION of FORENSIC LABORATORIES

**REPORT of LABORATORY FINDINGS**



ASCLD/LAB INTERNATIONAL ACCREDITED LAB SINCE 2014

| **Lab Case No.**<br>13LAB09704 | **Report No.**<br>6 | **Case Name**<br>CALVIN DOSWELL | **Agency Case No.**<br>13208603 |
|---|---|---|---|

## FORENSIC BIOLOGY SECTION REPORT

The following item was submitted:

14.  One sealed plastic biohazard bag labeled "Calvin Doswell ... reference sample" held one purple top tube of blood labeled "13COR07391 #1R Calvin Doswell reference sample."

A portion of this whole blood sample was deposited onto two (2) cotton patches and air-dried. The remaining liquid whole blood sample was disposed of per standard laboratory procedure. The cotton patches will be retained as item #14A.

A portion of one of the cotton patches was retained as item #14A1. This portion will be released to another laboratory for paternity testing.

The following item is being retained by the laboratory:

Item #14A    two (2) cotton patches with the whole blood of Calvin Doswell

Respectfully submitted,

*Janine M Yelenovsky*

Janine M. Yelenovsky
Manager

The analysis was performed using laboratory-approved procedures or standards and this Report of Laboratory Findings accurately reflects the findings and opinions of the person(s) who performed the analysis or examination regarding the results reported.

The conclusions, interpretations and/or opinions in this Report of Laboratory Findings are those of the above signed author.

**Report Page 2 of 2**

JMS



H-38-13
MATCH



# COUNTY OF ALLEGHENY
## OFFICE OF THE MEDICAL EXAMINER

1520 PENN AVENUE • PITTSBURGH, PENNSYLVANIA 15222
PHONE (412) 350-4800
EMAIL webmaster.me@alleghenycounty.us



ASCLD/LAB ACCREDITED LAB
SINCE 2008

**ABDULREZAK SHAKIR, M.D.**
DEPUTY MEDICAL EXAMINER

**KARL E. WILLIAMS, M.D., M.P.H.**
MEDICAL EXAMINER

**ROBERT HUSTON**
DIRECTOR OF LABORATORIES

# CONFIDENTIAL

**Submitted herewith please find the confidential Report of Laboratory Findings of this laboratory's examination conducted in connection with the following case:**

| | | |
|---|---|---|
| **Lab Case No. Report No.: Case Type** | **Case Name** | **Report Date** |
| 13LAB09704 Report #5: HOMICIDE | Calvin Doswell | March 03, 2014 |
| **Agency** PGH PD - MCU | **Agency Case No.** 13208603 | **Case Officer** DET. SHAW PGH HOM |
| ALLEGHENY COUNTY MEDICAL EXAMINER | 13COR07391 | |

CC: N

**Victim(s)**
Calvin Doswell

## The Crime Lab User Fee:        $300.00

## IMPORTANT NOTICE

The Division of Laboratories must be notified when an OTN becomes
available for the suspect(s) / defendant(s) in this case.
Please call (412) 350-3734 or FAX (412) 350-3861 this information immediately.

Report Page 1 of 2



COUNTY OF ALLEGHENY
**OFFICE OF THE MEDICAL EXAMINER**
DIVISION of FORENSIC LABORATORIES

**REPORT of LABORATORY FINDINGS**



ASCLD/LAB ACCREDITED LAB
SINCE 2008

**Agency Case No.**
13208603
13COR07391

**Case Name**
Calvin Doswell

**Laboratory Case No.**
13LAB09704 Report #5

## FIREARMS & TOOLMARKS SECTION REPORT

**Item**
**25A**        **One spent 40 S&W caliber ".FEDERAL." cartridge case (Pgh. Ex. 14)**

The cartridge case had been entered into ATF's NIBIN (National Integrated Ballistic Information Network) system.  NIBIN indicated a potential "hit" with test cartridge cases discharged by a 40 S&W caliber Smith & Wesson pistol, serial number DVV0772.  A microscopic comparison with the test cartridge cases resulted in an identification, which was based on the agreement of individual characteristics.  The cartridge case was discharged by the 40 S&W caliber Smith & Wesson pistol, and that firearm was involved in the incidents listed by the following table.

**25B**        **One spent 40 caliber jacketed bullet (Pgh. Ex 1)**

The bullet matched the test bullets of and was discharged from a 40 S&W caliber Smith & Wesson pistol, serial number DVV0772.  The identification was based on the agreement of individual characteristics observed during a microscopic comparison.  The following tale lists the incidents involving the Smith & Wesson pistol.

| Case No. Item | Agency Agency No. | Incident Incident Date | Case Name |
|---|---|---|---|
| 13LAB09704 25A, 25B | PGH PD - HOM (ZONE 5) 13208603 | HOMICIDE 10/15/2013 | CALVIN DOSWELL |
| 13LAB11480 1 | PGH PD - ZONE 2 13244945 | CRIMINAL MISCHIEF 12/9/2013 | KATHLEEN ROSS |
| 14LAB00445 1A (GUN) | PGH PD - ZONE 4 14008297 | VUFA 1/13/2014 | VICTOR SIMMONS |

Respectfully submitted,

William J. Best, M.S.
Scientist

The results, conclusions, interpretations and/or opinions in this Report of Laboratory Findings are those of the above signed author.

H-38-13

MATCH



# COUNTY OF ALLEGHENY
## OFFICE OF THE MEDICAL EXAMINER

1520 PENN AVENUE • PITTSBURGH, PENNSYLVANIA 15222
PHONE (412) 350-4800
EMAIL  webmaster.me@alleghenycounty.us



ASCLD/LAB ACCREDITED LAB
SINCE 2008

**ABDULREZAK SHAKIR, M.D.**
DEPUTY MEDICAL EXAMINER

**KARL E. WILLIAMS, M.D., M.P.H.**
MEDICAL EXAMINER

**ROBERT HUSTON**
DIRECTOR OF LABORATORIES

# CONFIDENTIAL

**Submitted herewith please find the confidential Report of Laboratory Findings of this laboratory's examination conducted in connection with the following case:**

**Lab Case No. Report No.:**
**Case Type**
13LAB09704 Report #4:
HOMICIDE

**Case Name**

Calvin Doswell

**Report Date**

December 17, 2013

**Agency**
PGH PD - MCU
ACOME

**Agency Case No.**
13208603
13COR07391

**Case Officer**
DET. SHAW, PGH HOM

**CC:**



**Victim(s)**
Calvin Doswell

**The Crime Lab User Fee:**      **$100.00**

# IMPORTANT NOTICE

**The Division of Laboratories must be notified when an OTN becomes available for the suspect(s) / defendant(s) in this case.
Please call (412) 350-3734 or FAX (412) 350-3861 this information immediately.**

Report Page 1 of 2





. COUNTY OF ALLEGHENY . .
**OFFICE OF THE MEDICAL EXAMINER**
DIVISION of FORENSIC LABORATORIES

**REPORT of LABORATORY FINDINGS**



ASCLD/LAB ACCREDITED LAB
SINCE 2008

| | | |
|---|---|---|
| **Agency Case No.**<br>13208603<br>13COR07391 | **Case Name**<br>Calvin Doswell | **Laboratory Case No.**<br>13LAB09704 Report #4 |

## FIREARMS & TOOLMARKS SECTION REPORT

<u>Item</u>
**25A**      **One spent 40 S&W caliber ".FEDERAL." cartridge case (Pgh. Ex. 14)**

The cartridge case had been entered into ATF's NIBIN (National Integrated Ballistic Information Network) system.  NIBIN indicated a potential "hit" with other cartridge cases entered into the system.  A microscopic comparison with the other cartridge cases resulted in an identification, which was based on the agreement of individual characteristics.  The cartridge cases were discharged by the same firearm, and that firearm was involved in the incidents listed by the following table.

| Case No.<br>Item | Agency<br>Agency No. | Incident<br>Incident Date | Case Name |
|---|---|---|---|
| 13LAB09704<br>25A | PGH PD - HOM (ZONE 5)<br>13208603 | HOMICIDE<br>10/15/2013 | CALVIN DOSWELL |
| 13LAB11480<br>1 | PGH PD - ZONE 2<br>13244945 | CRIMINAL MISCHIEF<br>12/9/2013 | KATHLEEN ROSS |

Respectfully submitted,

*Deborah C Tator*

Deborah C. Tator, M.S.
Scientist

The results, conclusions, interpretations and/or opinions in this Report of Laboratory Findings are those of the above signed author.

**Report Page 2 of 2**

H-38-13



# COUNTY OF ALLEGHENY
## OFFICE OF THE MEDICAL EXAMINER

1520 PENN AVENUE • PITTSBURGH, PENNSYLVANIA 15222
PHONE (412) 350-4800
EMAIL webmaster.me@alleghenycounty.us



ASCLD/LAB ACCREDITED LAB
SINCE 2008

**ABDULREZAK SHAKIR, M.D.**
DEPUTY MEDICAL EXAMINER

**KARL E. WILLIAMS, M.D., M.P.H.**
MEDICAL EXAMINER

**ROBERT HUSTON**
DIRECTOR OF LABORATORIES

# CONFIDENTIAL

Submitted herewith please find confidential communication/documentation in connection with
the following case:

| Lab Case No. Report No.: Case Type | Case Name | Report Date |
|---|---|---|
| 13LAB09704 Report #3: HOMICIDE | Calvin Doswell | December 18, 2013 |

| Agency | Agency Case No. | Case Officer |
|---|---|---|
| PGH PD - HOM | 13208603 | DET. SHAW |
| ALLEGHENY COUNTY MEDICAL EXAMINER | 13COR07391 | |

CC: N

**The Crime Lab User Fee:**        **$100.00**

## IMPORTANT NOTICE

The Division of Laboratories must be notified when an OTN becomes
available for the suspect(s) / defendant(s) in this case.
Please call (412) 350-3734 or FAX (412) 350-3861 this information immediately.

Report Page 1 of 2



**. COUNTY OF ALLEGHENY. .**
**OFFICE OF THE MEDICAL EXAMINER**
DIVISION of FORENSIC LABORATORIES

**REPORT of LABORATORY FINDINGS**



ASCLD/LAB ACCREDITED LAB
SINCE 2008

**Agency Case No.**      **Case Name**                                    **Laboratory Case No.**
13208603                        Calvin Doswell                              13LAB09704 Report #3

Primer gunshot residue (P-GSR) kits collected from individuals sustaining gunshot wounds will no longer be *routinely* analyzed by the Allegheny County Office of the Medical Examiner's Forensic Laboratory.

Due to this change in Laboratory policy, the following item will be returned to the investigating agency by normal evidence transfer procedures:

> Item #1 - P-GSR kit reportedly collected from CALVIN DOSWELL

If there is a change in circumstances for this incident contact the Trace Section of the Forensic Laboratory (412-350-3755) to discuss the *possibility* of analysis. If it is determined that this item should be analyzed, it may be resubmitted to the ACOME Forensic Laboratory in the original, sealed, bar-coded evidence envelope.

Respectfully submitted,

Nancy A. Love
Scientist

Report Page 2 of 2

H-38-13



# COUNTY OF ALLEGHENY
## OFFICE OF THE MEDICAL EXAMINER

1520 PENN AVENUE • PITTSBURGH, PENNSYLVANIA 15222
PHONE (412) 350-4800
EMAIL  webmaster.me@alleghenycounty.us



ASCLD/LAB ACCREDITED LAB
SINCE 2008

**ABDULREZAK SHAKIR, M.D.**
DEPUTY MEDICAL EXAMINER

**KARL E. WILLIAMS, M.D., M.P.H.**
MEDICAL EXAMINER

**ROBERT HUSTON**
DIRECTOR OF LABORATORIES

# CONFIDENTIAL

**Submitted herewith please find the confidential Report of Laboratory Findings of this laboratory's examination conducted in connection with the following case:**

| | | |
|---|---|---|
| **Lab Case No. Report No.: Case Type**<br>13LAB09704 Report #2:<br>HOMICIDE | **Case Name**<br>Calvin Doswell | **Report Date**<br>October 28, 2013 |
| **Agency**<br>PGH PD - MCU<br>ACOME | **Agency Case No.**<br>13208603<br>13COR07391 | **Case Officer**<br>DET. SHAW PGH HOM |
| | | **CC:** |

**Victim(s)**
Calvin Doswell

**The Crime Lab User Fee:**       **$275.00**

## IMPORTANT NOTICE

**The Division of Laboratories must be notified when an OTN becomes available for the suspect(s) / defendant(s) in this case.**
**Please call (412) 350-3734 or FAX (412) 350-3861 this information immediately.**

Report Page 1 of 2

001158



. COUNTY OF ALLEGHENY . .
OFFICE OF THE MEDICAL EXAMINER
DIVISION of FORENSIC LABORATORIES

REPORT of LABORATORY FINDINGS



ASCLD/LAB ACCREDITED LAB
SINCE 2008

**Agency Case No.**
13208603
13COR07391

**Case Name**
Calvin Doswell

**Laboratory Case No.**
13LAB09704 Report #2

## FIREARMS & TOOLMARKS SECTION REPORT

**Item**

**25A**      **One spent 40 S&W caliber ".FEDERAL." cartridge case (Pgh. Ex. 14)**

The cartridge case was entered into ATF's NIBIN (National Integrated Ballistic Information Network) system. To date, no statewide links have been made.

The cartridge case will be compared to cartridge cases in the open case file at a later date.

**25B**      **One spent 40 caliber jacketed bullet (Pgh. Ex 1)**

The bullet described above had a weight of 180.4 grains and a classification of five lands and grooves with a right-hand twist.

The bullet will be compared to bullets in the open case file at a later date.

**25C**      **Twelve 40 S&W caliber ".FEDERAL." cartridges (Pgh. Ex. 2-13)**

The twelve cartridges were not examined.

Respectfully submitted,

Robert T. Levine, Ph.D.
Manager

The results, conclusions, interpretations and/or opinions in this Report of Laboratory Findings are those of the above signed author.

Report Page 2 of 2

H-38-13

 

KARL E. WILLIAMS, M.D., M.P.H., MEDICAL EXAMINER

# ALLEGHENY COUNTY OFFICE OF THE MEDICAL EXAMINER
## FORENSIC LABORATORY DIVISION

### 1520 Penn Avenue, Pittsburgh, PA 15222

| | | | | | |
|---|---|---|---|---|---|
| Laboratory Case | 13LAB09704 | Report # 1 | Pathology Case No: | 13COR07391 | Date October 30, 2013 |

**Deceased Name: Calvin  Doswell**

| Autopsy Prosector: | Abdulrezak Shakir | Autopsy Technician: | W. Robinson | Date of Autopsy: | 10/16/2013 |
|---|---|---|---|---|---|

## Specimen(s) Submitted:

**By:**  P. KURZAWSKI        **Received By:**  Chris Kalina

**Date Submitted:**  10/16/2013      **Time:**  3:27 pm

| Item | Qty | Type and Packaging | Notes |
|---|---|---|---|
| 2 | 1 | 0-10 mL Red top tube evidence classified as Bile | 7 mL |
| 3 | 1 | 0-10 mL Gray top tube evidence classified as Tox Other | abdominal blood; 10 mL |
| 4 | 1 | 0-10 mL Gray top tube evidence classified as Tox Other | abdominal blood; 10 mL |
| 5 | 1 | 0-10 mL Gray top tube evidence classified as Tox Other | abdominal blood; 10 mL |
| 6 | 1 | 0-10 mL Gray top tube evidence classified as Tox Other | abdominal blood; 10 mL |
| 7 | 1 | Gray top tube evidence classified as Tox Other | abdominal blood; 9 mL |
| 8 | 1 | 0-10 mL Gray top tube evidence classified as Tox Other | abdominal blood; 9 mL |
| 9 | 1 | 0-10 mL Gray top tube evidence classified as Tox Other | abdominal blood; 9 mL |

## Report of Laboratory Findings:

**2 - Bile**

### GC Headspace

Alcohol                                        Not Detected


**3 - Tox Other**

### GC Headspace

Alcohol                                        0.022 %

### ELISA

Oxycodone                                  Not Detected
Fentanyl                                      Not Detected
Benzodiazepines                          Not Detected
Opiates                                        Not Detected
Cocaine metabolite                      Not Detected


**4 - Tox Other**
### GC/MS

Screen (GC/MS)                            Not Detected


Report  Page 1 of 2

001160



KARL E. WILLIAMS, M.D., M.P.H., MEDICAL EXAMINER

# ALLEGHENY COUNTY OFFICE OF THE MEDICAL EXAMINER
# FORENSIC LABORATORY DIVISION

1520 Penn Avenue, Pittsburgh, PA 15222

| Laboratory Case | 13LAB09704 | Report # | 1 | Pathology Case No: | 13COR07391 | Date | October 30, 2013 |
|---|---|---|---|---|---|---|---|

**Deceased Name: Calvin  Doswell**

| Autopsy Prosector: | Abdulrezak Shakir | Autopsy Technician: | W. Robinson | Date of Autopsy: | 10/16/2013 |
|---|---|---|---|---|---|

Katrina M. Lindauer

Scientist

## CITY OF PITTSBURGH BUREAU OF POLICE
### SUPPLEMENTAL REPORT

| | YEAR 13 | CCR# 208603 |
|---|---|---|
| | PAGE 1 OF 3 | |

### OFFENSE

OFFENSE / INCIDENT TITLE AND SECTION NUMBER - DETAIL

2501 Criminal Homicide.

UCR CODES:          FILE CODE:

| UCR STATUS: | [X] NOT CLEARED (00) | [ ] EXCEPTIONALLY | [ ] ADULT ARREST (05) | [X] INVESTIGATION TO CONTINUE | [ ] P.O. TO OBTAIN SUMMONS |
|---|---|---|---|---|---|
| | [ ] UNFOUNDED (02) | CLEARED (03) | [ ] JUVENILE ARREST (051) | [ ] REFERRED TO MAGISTRATE | [ ] P.O. TO OBTAIN WARRANT |

| DATE / TIME OFFENSE / INCIDENT ORIGINALLY OCCURRED | DATE / TIME THIS REPORT | OTN |
|---|---|---|
| 10/15/2013     2235 Hrs. | 10/16/2013     1706 Hrs. | |

| REPORTING OFFICER / PERSON(S) AND I.D. NUMBER(S) | ZONE / DIVISION | VEHICLE / ASSIGNMENT |
|---|---|---|
| Kraeer, Blase 3264 :: Hamilton, John D 3706 | MCU | 3858 :: 38517 |

| LOCATION OF OCCURRENCE (INCLUDE APT. # OR BUILDING NAME, IF APPLICABLE) | | CENSUS | ZONE |
|---|---|---|---|
| 1310 Oberlin St Pittsburgh, PA 15206 | | 1202 | 5 |

| POINT OF ENTRY OR ATTEMPT | FORCED? [ ] YES [ ] NO | POINT OF EXIT | MEANS OF ESCAPE / DIRECTION OF FLIGHT |
|---|---|---|---|
| | | | |

| DESCRIBE ANY UNIQUE M.O. | LIST OF EVIDENCE AT SCENE (PRINTS, PRY MARKS, ETC.) |
|---|---|
| | |

| NAME OF DETECTIVE NOTIFIED | SQUAD | DATE AND TIME NOTIFIED | SCENE PROCESSED? [X] YES [ ] NO |
|---|---|---|---|
| | | | |

| WAS INCIDENT GANG RELATED | [ ] YES | [ ] NO | [ ] POSSIBLY | [X] CAN'T DETERMINE |
|---|---|---|---|---|
| IS THERE ANY COMPUTER OR OTHER DIGITAL EVIDENCE RELATED TO THIS INCIDENT? | | [ ] YES | [ ] NO | |

### VICTIM # 1

| NAME OF VICTIM (Last, First MI) (FIRM NAME IF BUSINESS) | SEX | RACE | D.O.B. | AGE | MARITAL STATUS |
|---|---|---|---|---|---|
| Doswell, Calvin G. | M | Black | REDACTED | 30 | |

| ADDRESS OF VICTIM (INCLUDE APT. # OR BUILDING NAME, IF APPLICABLE) | PHONE NUMBER | OTHER PHONE |
|---|---|---|
| REDACTED | | |

| NAME OF EMPLOYER | OCCUPATION | BUSINESS PHONE |
|---|---|---|
| | | |

| BUSINESS ADDRESS: | | |
|---|---|---|

| INJURED? [X] YES [ ] NO | NATURE OF INJURIES Gunshot wounds | HOSPITAL ACME's office | CONDITION DOA | INDICATION OF [ ] DRUGS [ ] ALCOHOL [X] N/A |
|---|---|---|---|---|

### NO VICTIM VEHICLES
### NO ADDITIONAL PERSON(S)
### NO WEAPONS
### NO INCIDENT VEHICLES
### NO SUSPECTS
### NO ARRESTS
### NO PROPERTY
### ADDITIONAL OFFICERS

| REPORTING OFFICER / PERSON(S) AND I.D. NUMBER(S) | ZONE / DIVISION | VEHICLE / ASSIGNMENT |
|---|---|---|
| McCoy, Lisa M 3060 | MCU | 3859 |
| Fleishauer, Craig J 3929 | MCU | 38516 |
| Freeman, Ronald 4008 | MCU | 3853 |

### NARRATIVE

MOBILE CRIME UNIT REPORT

On Tuesday October 16, 2013 at approximately 22:45 we responded to the above location to process the scene of a homicide. Upon our arrival Zone 5 Officers had the scene secured. The victim was laying in a grassy area near the street across from 1310 Oberlin Street on the westerly side of the street.

Overall, mid-range, and, close up photographs were taken of the scene. Emphasis was placed on the victim and several items of evidence near the victim. The victim was laying in a prone position, his wallet was laying on the ground near his back right pocket which was turned inside out.

All evidence was in an isolated area

The following items of evidence were then located, labeled, photographed and collected:

| SUPERVISOR REVIEW | DATE: |
|---|---|
| Reviewed and Accepted by Sgt Michael D. Delcimmuto 3080 | 10/18/2013 |

| PDF Generated Date 10/18/2013 12:01:56 | APRS - PBP Supplemental Rev. 01/22/2009 |
|---|---|

001162

CITY OF PITTSBURGH BUREAU OF POLICE
SUPPLEMENTAL REPORT

| | YEAR 13 | CCR# 208603 |
|---|---|---|
| | PAGE 2 OF 3 | |



| REPORTING OFFICER / PERSON(S) AND I.D. NUMBER(S) | ZONE / DIVISION | VEHICLE / ASSIGNMENT |
|---|---|---|
| Kraeer, Blase 3264 :: Hamilton, John D 3706 | MCU | 3858 :: 38517 |

NARRATIVE

Exhibit A - Black Magnetic Key holder on the street near the west curb of Oberlin Street
Exhibit B - Battery cover and battery to a Samsung Cell phone near the west curb of Oberlin Street
Exhibit C - U. S. currency - one dollar bill in the grassy/ dirt area near the west curb
Exhibit D - Bottom to a gun magazine (floor plate) labeled Smith & Wesson in the grassy/ dirt area near the
            west curb
Exhibit E - Gun magazine spring in the grassy/ dirt area near the west curb
Exhibit F - Gun magazine follower on the street near the west curb of Oberlin St.
Exhibit G - Black Wallet near the victims hip

Exhibit 1 - Bullet in the grassy/ dirt area near the west curb
Exhibit 2 - Cartridge stamped "Federal 40 S & W" in the grassy/ dirt area near the west curb
Exhibit 3 - Cartridge stamped "Federal 40 S & W" in the grassy/ dirt area near the west curb
Exhibit 4 - Cartridge stamped "Federal 40 S & W" in the grassy/ dirt area near the west curb
Exhibit 5 - Cartridge stamped "Federal 40 S & W" in the grassy/ dirt area near the west curb
Exhibit 6 - Cartridge stamped "Federal 40 S & W" in the grassy/ dirt area near the west curb
Exhibit 7 - Cartridge stamped "Federal 40 S & W" in the grassy/ dirt area near the west curb
Exhibit 8 - Cartridge stamped "Federal 40 S & W" in the grassy/ dirt area near the west curb
Exhibit 9 - Cartridge stamped "Federal 40 S & W" in the grassy/ dirt area near the west curb
Exhibit 10 - Cartridge stamped "Federal 40 S & W" in the grassy/ dirt area near the west curb
Exhibit 11 - Cartridge stamped "Federal 40 S & W" in the grassy/ dirt area near the west curb
Exhibit 12 - Cartridge stamped "Federal 40 S & W" in the grassy/ dirt area near the west curb
Exhibit 13 - Cartridge stamped "Federal 40 S & W" in the grassy/ dirt area near the west curb
Exhibit 14 - Casing stamped "Federal; 40 S & W" in the grassy/ dirt area near the west curb

Exhibit BS1 - Suspected blood sample from near the west curb on Oberlin Street
Exhibit CS1 - Control sample from near the west cub of Oberlin Street
Exhibit BS2 - Suspected blood sample from the victim's left hand
Exhibit CS2 - Control sample from the victim's left hand

Measurements were obtained using a reference point from utility pole tag number "SI22293", located on the
east side of Oberlin St. All measurements were retained by Detective Shaw of the Homicide Unit.

Allegheny County Medical Examiner' s personnel arrived on scene and took possession of the victim.  All
evidence was transported to the Mobile Crime Unit Lab and placed in evidence locker #2.

On Wednesday October 16, 2013 at approximately 1700 Detectives Kraeer and Fleishauer removed the above
listed evidence for processing, packaging and disposition :

Exhibit G was further examined and found to contain the following:
Exhibit G1 - Pennsylvania ID card "Calvin Doswell OLN: 28091026"
Exhibit G2 - Sam's Club Card
Exhibit G3 - AAA membership card
Exhibit G4 - various photos

Exhibits 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13 and 14 were processed for latent prints with negative results:
visual

| CITY OF PITTSBURGH BUREAU OF POLICE | | YEAR 13 | CCR# 208603 |
|---|---|---|---|
| **SUPPLEMENTAL REPORT** | | PAGE 3 OF 3 | |
| REPORTING OFFICER / PERSON(S) AND I.D. NUMBER(S) Kraeer, Blase 3264 :: Hamilton, John D 3706 | ZONE / DIVISION MCU | VEHICLE / ASSIGNMENT 3858 :: 38517 | |

**NARRATIVE**

oblique lighting
cyanoacrylate fuming
black powder

Exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, E and, F were packaged to be forwarded to the Allegheny County Crime Lab Firearms / Tool Marks section for additional comparison and analysis purposes.

Exhibits A and C were packaged and forwarded to the Pittsburgh Police Property Room.

Exhibits B, G, BS1, CS1, BS2, and CS2, were packaged to be forwarded to the Allegheny County Crime Lab Serology section for possible future DNA analysis.

Exhibit D will be forwarded to the Allegheny County Crime Lab Serology Section for possible DNA and then to the Firearms Section for identification purposes.

No other services were requested or performed at this time.

# CITY OF PITTSBURGH BUREAU OF POLICE
## SUPPLEMENTAL REPORT

| | | YEAR **13** | CCR# **208603** |
|---|---|---|---|
| | | PAGE 1 OF 1 | |

### OFFENSE

**OFFENSE / INCIDENT TITLE AND SECTION NUMBER - DETAIL**

2501 Criminal Homicide.

**UCR CODES:**  **FILE CODE:**

| UCR STATUS: | [X] NOT CLEARED (00) [ ] UNFOUNDED (02) | [ ] EXCEPTIONALLY CLEARED (03) | [ ] ADULT ARREST (05) [ ] JUVENILE ARREST (051) | [X] INVESTIGATION TO CONTINUE [ ] REFERRED TO MAGISTRATE | [ ] P.O. TO OBTAIN SUMMONS [ ] P.O. TO OBTAIN WARRANT |
|---|---|---|---|---|---|

| DATE / TIME OFFENSE / INCIDENT ORIGINALLY OCCURRED | DATE / TIME THIS REPORT | OTN |
|---|---|---|
| 10/15/2013          2235 Hrs. | 10/16/2013          1224 Hrs. | |

| REPORTING OFFICER / PERSON(S) AND I.D. NUMBER(S) | ZONE / DIVISION | VEHICLE / ASSIGNMENT |
|---|---|---|
| Hughes, Charlotte L 2969 | MCU | 3855 |

| LOCATION OF OCCURRENCE (INCLUDE APT. # OR BUILDING NAME, IF APPLICABLE) | CENSUS | ZONE |
|---|---|---|
| 1310 Oberlin St  Pittsburgh, PA 15206 | 1202 | 5 |

| POINT OF ENTRY OR ATTEMPT | FORCED? [ ] YES [ ] NO | POINT OF EXIT | MEANS OF ESCAPE / DIRECTION OF FLIGHT |
|---|---|---|---|

| DESCRIBE ANY UNIQUE M.O. | LIST OF EVIDENCE AT SCENE (PRINTS, PRY MARKS, ETC.) |
|---|---|

| NAME OF DETECTIVE NOTIFIED | SQUAD | DATE AND TIME NOTIFIED | SCENE PROCESSED? [ ] YES [ ] NO |
|---|---|---|---|

| WAS INCIDENT GANG RELATED | [ ] YES | [ ] NO | [ ] POSSIBLY | [ ] CAN'T DETERMINE |
|---|---|---|---|---|

IS THERE ANY COMPUTER OR OTHER DIGITAL EVIDENCE RELATED TO THIS INCIDENT?  [X] YES  [ ] NO

### VICTIM # 1

| NAME OF VICTIM (Last, First MI) (FIRM NAME IF BUSINESS) | SEX | RACE | D.O.B. | AGE | MARITAL STATUS |
|---|---|---|---|---|---|
| Doswell, Calvin G. | M | Black | 01/19/1983 | 30 | |

| ADDRESS OF VICTIM (INCLUDE APT. # OR BUILDING NAME, IF APPLICABLE) | PHONE NUMBER | OTHER PHONE |
|---|---|---|
| REDACTED | | |

| NAME OF EMPLOYER | OCCUPATION | BUSINESS PHONE |
|---|---|---|

| BUSINESS ADDRESS: | | |
|---|---|---|

| INJURED? [X] YES [ ] NO | NATURE OF INJURIES Gunshot wounds | HOSPITAL ACME's office | CONDITION DOA | INDICATION OF [ ] DRUGS [ ] ALCOHOL [X] N/A |
|---|---|---|---|---|

### NO VICTIM VEHICLES

### ADDITIONAL PERSON(S)

| CODE AND LIST ANY ADDITIONAL PERSONS: | W - WITNESS | | RP - REPORTING PERSON | | O - OWNER | | P - PARENT / GUARDIAN |
|---|---|---|---|---|---|---|---|

| CODE | NAME (Last, First MI) | AGE | SEX | RACE | D.O.B. | PHONE NUMBER | OTHER NUMBER |
|---|---|---|---|---|---|---|---|
| W | Walker, Quintin | 24 | M | Black | | | |
| | ADDRESS: REDACTED | | | | REDACTED | | |
| W | McCracken, Sam | 26 | M | White | | | |
| | ADDRESS: REDACTED | | | | | | |
| W | Carmack, James | 57 | M | Black | | | |
| | ADDRESS: REDACTED | | | | | | |

### NO WEAPONS
### NO INCIDENT VEHICLES
### NO SUSPECTS
### NO ARRESTS
### NO PROPERTY
### NARRATIVE

Mobile Crime Unit Report

On 10-16-13, at approximately 1143 hours and at the request of Detective Moffatt, I went to the Homicide Squad office to photograph Malik Mollett. Digital images were taken of Mollett including head-and-shoulder views as well as full body length views including both front and back. All images will be downloaded to the Forensic Evidence Server. No further services were requested or provided at this time.

Reporting Detective: Charlotte Hughes #2969

| SUPERVISOR REVIEW | DATE: |
|---|---|
| Reviewed and Accepted by  Sgt Michael D. Delcimmuto 3080 | 10/18/2013 |

| PDF Generated Date  10/18/2013  11:28:40 | APRS - PBP Supplemental Rev. 01/22/2009 |
|---|---|

**ALLEGHENY COUNTY OFFICE OF THE MEDICAL EXAMINER**

KARL E. WILLIAMS, M.D., M.P.H.
MEDICAL EXAMINER
ROBERT M. HUSTON
LABORATORY DIRECTOR
1520 Penn Avenue
Pittsburgh, Pennsylvania 15222
Phone (412) 350-4800    Fax (412) 350-3861

H- 38 - 13

| NEW | |
|---|---|
| ADD'L: Submission #: 4 | 13LAB09704 |

**Evidence Submission Form**

**PLEASE REFER TO THIS LABORATORY NUMBER WHEN MAKING INQUIRY.**

**Laboratory Case Type:**
HOMICIDE
**Date of Offense/Discovery:**
10/15/2013
**Location:**
1410 OBERLIN ST.

Agency Case Number: 13208603

| (D) Calvin Doswell | Race B | Sex M |
|---|---|---|
| | | |
| Victims(s): (First, MI, Last Name) | Race | Sex |

**Submitting Agency:**
PGH PD - MCU

**Case Officer:**
DET. SHAW PGH HOM

**13LAB09704**
Sub# 4 Received (10/21/2013)
PGH PD - MCU
Case# 13208603

**Description of Items Submitted:**

| Lab Item # | Dept. Item # | Description | Service Requests |
|---|---|---|---|
| 25 | 1 | One sealed envelope LTC: Ammunition (live rounds) Exhibit 1: Fired Bullet Exhibit 2-13: Live rounds Exhibit 14:shell casing (federal S+W) | Firearms Testing, Manual Open case file search |
| 26 | 2 | One sealed envelope LTC: Other Serology Item  Exhibit B: Samsung cell phone back plate and battery | Serology |
| 27 | 3 | One sealed envelope LTC: Other Serology Item  Exhibit G: Wallet | Serology |
| 28 | 4 | One sealed envelope LTC: a biological sample  BS-1 & BS-2: (2) blood samples CS-1 & CS-2: (2) control samples | Serology |
| 29 | 5 | One sealed envelope LTC: Other Serology Item  Exhibit D: bottom portion of magazine stamped "Smith & Wesson" | Firearms Testing, Serology, Manual Open case file search |
| 30 | 6 | One sealed envelope LTC: Other Serology Item  Exhibit E: spring for magazine Exhibit F: magazine follower | Manual Open case file search, Firearms Testing, Serology |

**Comments:**
Submission Comments: DNA analysis on Exhibits B, D, G and blood samples

J. DAVIS

Chris Kalina - Forensic Evidence Specialist

10/21/2013    10:01

Submission Date and Time

Page 1 of 1



# BODY RECEIVING RECORD
## OFFICE OF THE MEDICAL EXAMINER OF ALLEGHENY COUNTY

Deceased: _Calvin Boswell_     Case # _13_

Address: **REDACTED**

Phone: ___

Age __ Sex _M_ Race ___ M   S   W   D

---

### MORGUE ATTENDANT'S SEARCH OR WITNESS OF SEARCH

**EFFECTS LEFT ON BODY**

CLOTHING:

| | |
|---|---|
| ☐ Hat | ☐ Overcoat |
| ☑ Sweater _shirt_ | ☐ Jacket |
| ☐ Coat | ☑ Trousers |
| ☐ Bathrobe | ☐ Tie |
| ☐ Belt | ☑ Hosiery |
| ☑ Underwear | ☐ Dress |
| ☐ Blouse | ☑ Shirt |
| ☐ Slip | ☐ Girdle |
| ☐ Bra | ☐ Nightgown |
| ☐ Shirt | ☐ PJ's |
| ☐ Baby Clothes | ☑ Shoes |
| ☐ Blanket | ☐ No Clothes |

Other Effects on Body:
_Rubber pants - left wrist_
_____

Searched by: _____
Witnessed by: _____
Body removed by: O.M.E.A.C.
Date: _____ Time: _____
By: _____
From: _____
Wagon No: _____

**EFFECTS REMOVED FROM BODY**

_____

**CREDIT CARDS**

Name     Number

_____

Received From:
X _____
X _____

Body received at: O.M.E.A.C.
Date: _____ Time: _____
By: _____

Effect slip reviewed by:
X _____
Date: _____ Time: _____

EMS Event #E130169235

```
Detailed History for EMS Event #E130169235 As of 10/16/2013 01:10:44

Output for: 403118

Priority:EO Type:27D3G - GUNSHOT - CENTRAL WOUNDS
Location:1310 OBERLIN ST, PEN btwn STRANAHAN ST and JOPLIN ST
```

| | | | |
|---|---|---|---|
| Created: | 10/15/2013 22:33:27 | 303 | 403238 |
| Entered: | 10/15/2013 22:33:24 | 303 | 403238 |
| Dispatch: | 10/15/2013 22:35:50 | 504 | 403190 |
| Enroute: | 10/15/2013 22:36:44 | 504 | 403190 |
| Onscene: | 10/15/2013 22:37:28 | E38006 | 381 |
| Closed: | 10/15/2013 23:44:28 | 607 | 403803 |

```
ICUnit: PrimeUnit:381 Disp:EONO Type:27D3G - GUNSHOT - CENTRAL WOUNDS
Agency:E380 DArea:EMD1 District:E38001 Post:E38002
Case #:PENE130004672, PGHE130046315
XREF::Police Event:#P13090.656 Type:27D3G Agency:PEN      ☐Detail

22:33:27  CREATE  Location:1310 OBERLIN ST, PEN Type:27D3G Name:JASMINE Phone REDACTED DArea:EMD1
                  RD:E38002 TypeDesc:GUNSHOT - CENTRAL WOUNDS LocDesc:btwn STRANAHAN ST and JOPLIN ST
                  Priority:EO Class:F:EO Agency:E380 LocType:S
22:35:24  ENTRY   Comment:NO COM.. CHK ACROSS THE STREET FROM THIS ADDRESS.. 3-4 BLK MALES JUMPED
                  AANOTHER MALE AND CALLER HEARD A GUN SHOT.. MALE POSS SHOT...
22:33:27  ALI     E911Phne:REDACTED E911Srce:WRLS Tower:T-MOBILE USA ,REDACTED ,REDACTED
                  AliLatitude:40.4688 Uncertainty:9546 Confidence:90
22:35:24  PROQA   Case#:0013021700 Classify:27D3G Comment:AGE UNKNOWN, MALE, CONSCIOUS, BREATHING,
                  STAB / GUNSHOT / PENETRATING TRAUMA. CENTRAL WOUNDS (GUNSHOT). CALLER STATEMENT:
                  POSS SHOT IN LEG. 3.THE LOCATION OF THE ASSAILANT IS NOT KNOWN,
22:35:24  -ASSOC  Service:P Event:#P130901656 Type:27D3G Agency:PEN
22:35:24  -NPREMS Comment:(NONE)
22:35:38  SELECT
22:35:50  DISP    381 Operator:381 OperNames:PENN HILLS EMS 381
22:35:50  -PRIU   381
22:35:50  -CASE   381 Case#:PENE130004672
22:36:10  INFO    Comment:MALE POSS SHOT IN LEG CONSCIOUS AND BREATHING...ACTORS TOOK OFF UP
                  STRANAHAN AND TWDS BRUSHTON
22:36:13  INFO    Location:OBERLIN ST/STRANAHAN ST, PGH DArea:CMD1 RD:E50546 LocDesc: <1300/ 7499>
                  Comment:CALLER HEARD GUNSHOTS AND YELLING FOR HELP ONE PERSON IN THE GROUND CALLER
                  IS IN THE HOUSE
22:36:22  INFO    Location:OBERLIN ST/STRANAHAN ST, PGH Name:CARMACK, JAMES Phone REDACTED
                  DArea:CMD1 RD:E50546 LocDesc: <1300/ 7499> Comment:ANOTHER CALL FOR THE MALE THAT
                  WAS SHOT // PT TRYING TO LEAVE /// MALE WAS SHOT IN THE STOMACH
22:36:28  CHANGE  Comment:CALLER HEARD 2 GUN SHOTS
22:36:28  ALI     E911Phne:REDACTED E911Srce:WRLS Tower:VERIZON WIRELESS AliLong:-79.9114
                  AliLatitude:40.4889 Uncertainty:16919 Confidence:100
22:36:39  BACKUP  386 UnitID:381 Location:1310 OBERLIN ST, PEN Operator:386 OperNames:PENN HILLS EMS
                  386
```

EMS Event #E130169235

```
22:36:44  ENRTE    381 386
22:36:50  INFO     Comment:NOTHING SEEN PER THIS CALLER /// PT IS NOT COHERENT
22:36:50  ALI      E911Phne REDACTED  E911Srce:WRLS Tower:CRICKET AliLong:-79.9112
                   AliLatitude:40.4589 Uncertainty:00000 Confidence:0
22:36:50  INFO     Comment:ACTORS LEFT ON FOOT... 1 BLK MALE RED HOODIE.. 1 BLK MALE GRY
                   SWEATSHIRT,...
22:37:08  INFO     Comment:ALL BLK MALES ... ALL IN BLU JEANS SAGGING PANTS...
22:37:09  INFO     Comment:NO COM
22:37:28  *ONSCN   381
22:37:44  *ENRTE   386
22:38:00  INFO     Comment:THIS IS POSS CITY CaLL THIS IS ACROSS THE STREET FROM ABOVE ADDRES.. MALE
                   HAS STOPPED MOVING..
22:38:17  INFO     Location:OBERLIN ST/STRANAHAN ST, PGH DArea:CMD1 RD:E50546 LocDesc: <1300/ 7499>
                   Comment:CALLER SAID THEY ARE ON THE CITY SIDE AT THE TOP OF STRANAHAN
22:38:20  INFO     Comment:MALE STILL CONSCIOUS AND BREATHING
22:39:31  INFO     Comment:THIS CALLER HAS NO INFO ON WHAT HAPPENED /// WAS COMING TO PICK THE MALE UP
                   AND FOUND HIM THIS WAY // THE MALE CALLED THE CALLER AT ABOUT 1022
22:39:56  INFO     Comment:COM SAW FOUR YOUNG BOYS WALKING AROUND BUT DIDN'T NOTICE ANYTHING UNUSUAL
22:40:02  INFO     Comment:COM SAID ALL FOUR DISBURSED
22:40:05  INFO     Comment:ACTOR IN RED HOODIE IS THE ONE WHO HAD GUN AND POSS MADE SHOT BLK/GRY
                   PISTOL...
22:40:24  INFO     Comment:SAME GROUP OF BOYS // ONE IN A RED HOODIE
22:40:54  INFO     Comment:THE DRIVER HAS A DARK BLUE LESABRE
22:41:06  INFO     Comment:DISCONNECTED
22:41:06  PROQA    Case#:0013021700 Classify:27D3G Comment:AGE UNKNOWN, MALE, CONSCIOUS, BREATHING.
22:41:42  HOLD
22:41:47  INFO     Class:F:E0 TypeDesc:GUNSHOT - CENTRAL WOUNDS Priority:E0 Comment:Medical ProQA
                   processing complete CALLER DIDNT WANT TO GO OUTSIDE TO CHK ANY FURTHER... GETTING
                   INFO FROM ANOTHER MALE OUTSIDE THROUGH A WINDOW
22:41:47  NOMORE
22:42:08  -MISCA   Comment:-·PER 3532·· MALE IS ON GROUND-- NOT MOVING...
22:42:26  -MISCA   Comment:-·PER 3532·· MALE IS NOT MOVING--- APPEARS TO BE DOA...
22:43:28  -MISCA   Comment:-··CODE 3 MEDICS....
22:44:38  INFO     Location:1310 OBERLIN ST, PEN LocDesc:btwn STRANAHAN ST and JOPLIN ST Comment:SCENE
                   SECURE FOR EMS
22:44:43  BACKER   5101 UnitID:381 Location:1310 OBERLIN ST, PEN Operator:5101 OperNames:PITTSBURGH
                   MEDIC 1
22:44:43  BACKER   5502 UnitID:381 Location:1310 OBERLIN ST, PEN Operator:5502 5502A OperNames:PGH
                   UNIT 502-DST CHIEF INSIDE; PGH UNIT 502-DST CHIEF INSIDE
22:44:43  -CASE    5101 Case#:PGHE130046315
22:44:48  -MISCA   Comment:-·PER 3532----3532 STATES THAT THE MALE IS MOVING HIS HEAD....
22:45:15  -MISCA   Comment:-·WITNESS STATES THE ACTORS RAN UP SHORT STREET INTO PENNHILLS.....
22:46:13  -MISCA   Comment:-·PER 3585--- HE DOES NOT SEE ANY PENNHILLS EMS UNITS ONSCENE-·JUST
                   PENNHILLS POLICE....
22:46:33  ONSCN    386
22:46:55  BACKUP   5201 UnitID:5101 Location:1310 OBERLIN ST, PEN Operator:5201 OperNames:PITTSBURGH
                   RESCUE 1
22:47:02  ENRTE    5201
```

EMS Event #E130169235                                                    Page 3 of 3

| | | |
|---|---|---|
| 22:48:08 | INFO | Comment:I 3367 SETTING UP PERMITER AT 2ND BAPTIST ON BANFIELD |
| 22:49:13 | ·MISCA | Comment: ·PER 3532·· WITNESS STATES ···2X MALES--- 1X IN A RED HOODY AND HAD A BLK/SILVIR HANDGUN---UNKN ON OTHER ACTOR-WENT TWDS PENNHILLS..... |
| 22:50:00 | ONSCN | 5101 |
| 22:50:17 | INFO | Comment:PER PENN HILLS DET THIS OCCURRED IN THE CITY |
| 22:51:57 | ONSCN | 5502 |
| 22:52:08 | ASSOC | Service:I Agency:PEN |
| 22:52:56 | CHANGE | 381 Dispo:EONO Comment:CODE 0 |
| 22:53:00 | MISCA | 5101 Comment:MALE DOA |
| 22:53:19 | AIQ | 5201 |
| 22:53:19 | CLEAR | 5201 |
| 22:53:45 | ·MISCA | Comment:352K ASKING IF PENNHILLS HAS ANY K-9'S TRACKING ? |
| 22:54:59 | AIQ | 381 386 |
| 22:54:59 | CLEAR | 381 386 |
| 23:04:02 | XPRMPT | 5502 Operator:5502 5502A OperNames:PGH UNIT 502-DST CHIEF INSIDE; PGH UNIT 502-DST CHIEF INSIDE |
| 23:04:02 | XDISP | 5503 Operator:5503 OperNames:PGH UNIT 503-DST CHIEF OUTSIDE |
| 23:05:33 | MISCA | 5101 Comment:MEDIC REMAINING OS FAMILY MEMBER WORKED UP |
| 23:16:25 | ASSOC | Service:P Agency:PEN |
| 23:40:38 | CLEAR | 5503 |
| 23:45:28 | CLEAR | 5101 |
| 23:45:28 | ·CLEAR | |
| 23:45:28 | CLOSE | |

CONTACT INFO:

| Name | Phone | RPaddr | WpnInvd? | WpnAcs? | WpnTyp? | WpnLoc? |
|---|---|---|---|---|---|---|
| JASMINE | REDACTED | | | | | |
| CARMACK, JAMES | REDACTED | | | | | |



H-38-13

# Detailed History for Police Event #P130901656 As of 10/17/2013 08:20:08

Output for: 403271

Priority:P0 Type:27D3G - GUNSHOT - CENTRAL WOUNDS
Location:1310 OBERLIN ST, PEN btwn STRANAHAN ST and JOPLIN ST

| Created: | 10/15/2013 22:33:27 | 303 | 403238 |
|---|---|---|---|
| Entered: | 10/15/2013 22:35:24 | 303 | 403238 |
| Dispatch: | 10/15/2013 22:35:45 | 511 | 403065 |
| Enroute: | 10/15/2013 22:37:05 | 511 | 403065 |
| Onscene: | 10/15/2013 22:41:16 | 604 | 403140 |
| Closed: | 10/16/2013 02:56:56 | 604 | 403110 |

ICUnit: PrimeUnit:E3356 Dispo:PAST Type:27D3G - GUNSHOT - CENTRAL WOUNDS
Agency:PEN DArea:CPD5(EPD2) Sector:PEN4 Beat:PEN10
Case #:PENP130017566, PGHP130208600, PGHP130208603
XREF::EMS Event:#E130169235 Type:27D3G Agency:E380    ☐ Detail

---

| Time | Event | Details |
|---|---|---|
| 22:33:27 | CREATE | Location:1310 OBERLIN ST, PEN Type:27D3G Name:JASMINE Phone:REDACTED DArea:EPD2 RD:PEN10 TypeDesc:GUNSHOT - CENTRAL WOUNDS LocDesc:btwn STRANAHAN ST and JOPLIN ST Priority:P0 Class:F:20FC Agency:PEN LocType:S |
| 22:33:27 | ALI | E911Phne:REDACTED E911Srce:WRLS Tower:T-MOBILE USA AliLong:-79.8888 AliLatitude:40.4688 Uncertainty:9546 Confidence:90 |
| 22:35:24 | PROQA | Case#:0013021700 Classify:27D3G Comment:AGE UNKNOWN, MALE, CONSCIOUS, BREATHING. STAB / GUNSHOT / PENETRATING TRAUMA. CENTRAL WOUNDS (GUNSHOT). CALLER STATEMENT: POSS SHOT IN LEG. 3.THE LOCATION OF THE ASSAILANT IS NOT KNOWN. |
| 22:35:24 | ENTRY | Class:F:20FC-->F:20FCPEN Comment:NO COM.. CHK ACROSS THE STREET FROM THIS ADDRESS.. 3-4 BLK MaLES JUMPED AANOTHER MALE AND CALLER HEARD A GUN SHOT.. MALE POSS SHOT... |
| 22:35:24 | -ASSOC | Service:E Event:#E130169235 Type:27D3G Agency:E380 |
| 22:35:24 | -NPREMS | Comment:(NONE) |
| 22:35:29 | SELECT | |
| 22:35:45 | DISP | E3356 Operator:PE039503 PE037488 OperNames:OFC JOHE, LINDSAY; OFC NAVE, STEVEN |
| 22:35:45 | DISP | E3343 Operator:PE016340 PEK90001 OperNames:OFC WILKINSON, DAVE; K9: RINGO |
| 22:35:45 | -PRIU | E3356 |
| 22:35:45 | -CASE | E3356 Case#:PENP130017566 |
| 22:36:10 | INFO | Comment:MALE POSS SHOT IN LEG CONSCIOUS AND BREATHING...ACTORS TOOK OFF UP STRANAHAN AND TWDS BRUSHTON |
| 22:36:13 | INFO | Location:OBERLIN ST/STRANAHAN ST, PGH DArea:CPD5 RD:PP546 LocDesc: <1300/ 7499> Comment:CALLER HEARD GUNSHOTS AND YELLING FOR HELP ONE PERSON IN THE GROUND CALLER IS IN THE HOUSE |
| 22:36:13 | ALI | E911Phne:REDACTED E911Srce:WRLS Tower:VERIZON WIRELESS AliLong:-79.9114 AliLatitude:40.4589 Uncertainty:16919 Confidence:100 |
| 22:36:22 | INFO | Location:OBERLIN ST/STRANAHAN ST, PGH Name:CARMACK, JAMES Phone:412/583-7128 DArea:CPD5 RD:PP546 LocDesc: <1300/ 7499> Comment:ANOTHER CALL FOR THE MALE THAT WAS SHOT // PT TRYING TO LEAVE /// MALE WAS SHOT IN THE STOMACH |
| 22:36:22 | ALI | E911Phne REDACTED E911Srce:WRLS Tower:CRICKET AliLong:-79.9112 AliLatitude:40.4589 Uncertainty:00000 Confidence:0 |

```
22:36:28  CHANGE  Comment:CALLER HEARD 2 GUN SHOTS
22:36:50  INFO    Comment:NOTHING SEEN PER THIS CALLER /// PT IS NOT COHERENT
22:36:50  INFO    Comment:ACTORS LEFT ON FOOT... 1 BLK MALE RED HOODIE.. 1 BLK MALE GRY
                  SWEATSHIRT,...
22:36:56  HOLD
22:36:59  BACKUP  E3336 UnitID:E3343 Location:1310 OBERLIN ST, PEN Operator:PE018749 OperNames:SGT
                  HUTCHISON, MICHAEL
22:37:05  ENRTE   E3356 E3336 E3343
22:37:08  INFO    Comment:ALL BLK MALES ... ALL IN BLU JEANS SAGGING PANTS...
22:37:09  INFO    Comment:NO COM
22:37:56  MISC    Comment:CITY NTFD
22:38:00  INFO    Comment:THIS IS POSS CITY CaLL THIS IS ACROSS THE STREET FROM ABOVE ADDRES.. MALE
                  HAS STOPPED MOVING..
22:38:06  BACKUP  E3316 UnitID:E3336 Location:1310 OBERLIN ST, PEN Operator:PE025607 OperNames:DET
                  SKWERES, WILLIAM
22:38:06  BACKUP  E3315 UnitID:E3336 Location:1310 OBERLIN ST, PEN Operator:PE004151 OperNames:DET
                  WESTWOOD, BEN
22:38:06  BACKUP  E3317 UnitID:E3336 Location:1310 OBERLIN ST, PEN Operator:PE016717 OperNames:DET
                  BLAZE, JOSEPH
22:38:17  INFO    Location:OBERLIN ST/STRANAHAN ST, PGH DArea:CPD5 RD:PP546 LocDesc: <1300/ 7499>
                  Comment:CALLER SAID THEY ARE ON THE CITY SIDE AT THE TOP OF STRANAHAN
22:38:20  INFO    Comment:MALE STILL CONSCIOUS AND BREATHING
22:38:29  ENRTE   E3315 E3316 E3317
22:39:24  BACKUP  E3358 UnitID:E3336 Location:1310 OBERLIN ST, PEN Operator:PE035404 OperNames:OFC
                  AGREEN, JEFF
22:39:31  INFO    Comment:THIS CALLER HAS NO INFO ON WHAT HAPPENED /// WAS COMING TO PICK THE MALE UP
                  AND FOUND HIM THIS WAY // THE MALE CALLED THE CALLER AT ABOUT 1022
22:39:44  ENRTE   E3358
22:39:46  BACKER  C3532 UnitID:E3358 Location:1310 OBERLIN ST, PEN Operator:PP036516 OperNames:OFC
                  WOOD, CAYTLIN
22:39:46  -CASE   C3532 Case#:PGHP130208600
22:39:56  INFO    Comment:COM SAW FOUR YOUNG BOYS WALKING AROUND BUT DIDN'T NOTICE ANYTHING UNUSUAL
22:40:00  BACKER  C3501 UnitID:C3532 Location:1310 OBERLIN ST, PEN Operator:PP037282 OperNames:OFC
                  SYWYJ, STEVEN
22:40:02  INFO    Comment:COM SAID ALL FOUR DISBURSED
22:40:05  INFO    Comment:ACTOR IN RED HOODIE IS THE ONE WHO HAD GUN AND POSS MADE SHOT BLK/GRY
                  PISTOL...
22:40:20  BACKER  C3580 UnitID:C3532 Location:1310 OBERLIN ST, PEN Operator:PP011576 PP008255
                  PP018273 PP028913 OperNames:LTN DIXON, KAREN; LTN KACSUTA, REYNE; SGT GAUNTNER,
                  MATTHEW; LTN LANDO, JASON
22:40:20  BACKER  C3585 UnitID:C3532 Location:1310 OBERLIN ST, PEN
22:40:24  INFO    Comment:SAME GROUP OF BOYS // ONE IN A RED HOODIE
22:40:44  BACKER  C3534 UnitID:C3580 Location:1310 OBERLIN ST, PEN Operator:PP037285 OperNames:OFC
                  HOYSON, LANCE
22:40:44  BACKER  C352K UnitID:C3580 Location:1310 OBERLIN ST, PEN Operator:PP034793 OperNames:OFC
                  MERKEL, KEVIN
22:40:54  INFO    Comment:THE DRIVER HAS A DARK BLUE LESABRE
22:41:06  INFO    Comment:DISCONNECTED
22:41:06  PROQA   Case#:0013021700 Classify:27D3G Comment:AGE UNKNOWN, MALE, CONSCIOUS, BREATHING.
```



```
22:41:16  ONSCN   C3532
22:41:47  INFO    Class:F:20FCPEN TypeDesc:GUNSHOT - CENTRAL WOUNDS Priority:PO Comment:Medical ProQA
                  processing complete CALLER DIDNT WANT TO GO OUTSIDE TO CHK ANY FURTHER... GETTING
                  INFO FROM ANOTHER MALE OUTSIDE THROUGH A WINDOW
22:41:47  NOMORE
22:41:54  BACKUP  E3372 UnitID:E3336 Location:1310 OBERLIN ST, PEN Operator:PE027450 OperNames:OFC
                  PETERSON, PRESTON
22:42:08  MISCA   C3532 Comment:--PER 3532-- MALE IS ON GROUND-- NOT MOVING...
22:42:12  ONSCN   E3358 E3372
22:42:26  MISCA   C3532 Comment:--PER 3532-- MALE IS NOT MOVING--- APPEARS TO BE DOA...
22:42:30  BACKER  C3528 UnitID:C3580 Location:1310 OBERLIN ST, PEN Operator:PP041475 OperNames:OFC
                  MACIOCE, GINO
22:42:36  BACKER  C3587 UnitID:C3580 Location:1310 OBERLIN ST, PEN
22:42:43  ONSCN   C3580 C3585
22:43:20  BACKUP  E3367 UnitID:E3336 Location:1310 OBERLIN ST, PEN Operator:PE036536 OperNames:OFC
                  LAURICIA, LUCAS
22:43:28  MISCA   C3532 Comment:---CODE 3 MEDICS....
22:43:32  ONSCN   E3367 Comment:CHECKING AREA
22:43:40  ONSCN   E3356 E3343
22:43:44  BACKUP  E3354 UnitID:E3336 Location:1310 OBERLIN ST, PEN Operator:PE037673 PE029765
                  OperNames:OFC BENICK, MATTHEW; OFC JUNOD, MATTHEW
22:43:49  ONSCN   E3354
22:44:19  BACKER  C3530 UnitID:C3580 Location:1310 OBERLIN ST, PEN Operator:PP037361 OperNames:OFC
                  SCHWEITZER, LOUIS
22:44:38  INFO    Location:1310 OBERLIN ST, PEN LocDesc:btwn STRANAHAN ST and JOPLIN ST Comment:SCENE
                  SECURE FOR EMS
22:44:48  MISCA   C3532 Comment:--PER 3532----3532 STATES THAT THE MALE IS MOVING HIS HEAD....
22:45:15  MISCA   C3534 Comment:--WITNESS STATES THE ACTORS RAN UP SHORT STREET INTO PENNHILLS.....
22:45:37  ONSCN   E3315 E3316 E3317
22:46:13  MISCA   C3585 Comment:--PER 3585--- HE DOES NOT SEE ANY PENNHILLS EMS UNITS ONSCENE--JUST
                  PENNHILLS POLICE....
22:46:21  BACKER  C351K UnitID:C3580 Location:1310 OBERLIN ST, PEN
22:46:46  ONSCN   C3534
22:48:08  INFO    Comment:E3367 SETTING UP PERMITER AT 2ND BAPTIST ON BANFIELD
22:49:13  MISCA   C3532 Comment:--PER 3532-- WITNESS STATES ---2X MALES--- 1X IN A RED HOODY AND HAD
                  A BLK/SILVER HANDGUN--UNKN ON OTHER ACTOR-WENT TWDS PENNHILLS.....
22:50:17  INFO    Comment:PER PENN HILLS DET THIS OCCURRED IN THE CITY
22:50:28  ONSCN   C3587
22:50:35  CASE    C3580 Case#:PGHP130208603
22:51:21  CLEAR   E3315 E3316 E3317
22:51:37  ONSCN   C351K
22:51:42  ONSCN   C3501 C3528 C352K C3530
22:52:08  CHANGE  E3356 Dispo:PAST
22:52:20  CLEAR   E3356 E3343 E3354 E3358 E3367 E3372
22:52:24  CLEAR   E3336
22:52:53  NOTIFY  C3580 Notified:LIEUTENANT Comment:3880 IS ADVISED AND WILL BE CALLING 3580 ON HIS
                  CELLPHONE.
22:52:56  ASSOC   Service:E Agency:E380
```



```
22:53:00 -MISCA   Comment:MALE DOA
22:53:45 MISCA    C352K Comment:352K ASKING IF PENNHILLS HAS ANY K-9'S TRACKING ?
22:57:25 BACKUP   C3501NT UnitID:C3528 Location:1310 OBERLIN ST, PEN
22:57:44 MISC     Comment:ALL PENN HILLS UNITS LEFT THE SCENE
22:58:15 BACKUP   C341K UnitID:C3532 Location:1310 OBERLIN ST, PEN
22:58:19 ENRTE    C3501NT
22:58:24 ENRTE    C341K
22:58:43 MISC     C351K Comment:ABOUT TO START A TRACK
22:59:33 MISC     C351K Comment:PENN HILLS DISPATCH STATES THERE ARE NO PENN HILLS K9'S ONSCNE
23:00:06 MISC     C3587 Comment:MEDICS TENDING TO FAMILY MEMBER NOW DUE TO POSS HEART ATTACK
23:04:48 BACKUP   C3529 UnitID:C3585 Location:1310 OBERLIN ST, PEN
23:04:53 ENRTE    C3529
23:04:55 BACKUP   C3523 UnitID:C3530 Location:1310 OBERLIN ST, PEN Operator:PP040598 OperNames:OFC
                  LASCEK, NICOLE
23:04:59 ENRTE    C3523
23:05:33 -MISCA   Comment:MEDIC REMAINING OS FAMILY MEMBER WORKED UP
23:07:13 ONSCN    C341K
23:09:29 BACKUP   C3521 UnitID:C3528 Location:1310 OBERLIN ST, PEN Operator:PP040593 OperNames:OFC
                  SCHULTZ, MATTHEW
23:09:33 ONSCN    C3521
23:16:07 BACKER   C3887 UnitID:C3587 Location:1310 OBERLIN ST, PEN Operator:PP011586 OperNames:SGT
                  GRIFFIN, RONALD
23:16:25 REDIR    C3887 DArea:EPD2-->CPD5
23:16:27 ONSCN    C3887
23:16:46 BACKER   C3 UnitID:C3887 Location:1310 OBERLIN ST, PEN
23:16:51 CLEAR    C3
23:16:57 BACKER   C3880 UnitID:C3887 Location:1310 OBERLIN ST, PEN Operator:PP007475 PP017586
                  PPW07475 OperNames:LTN HERRMANN, DANIEL; LTN KRAUS, KEVIN; LTN HERRMANN, DANIEL
                  (WEB)
23:17:02 ONSCN    C3880
23:24:00 MISC     Comment:C3511PM OOS
23:29:00 BACKER   C320 UnitID:C3880 Location:1310 OBERLIN ST, PEN Operator:PP011613 OperNames:CMD
                  STANGRECKI, THOMAS
23:29:04 ONSCN    C320
[10/16/2013]
00:04:02 SCDOFF   C3532
00:04:04 CLEAR    C3532
00:04:25 SCDOFF   C3528
00:04:28 CLEAR    C3528
00:04:42 BACKER   C3528PM UnitID:C3587 Location:1310 OBERLIN ST, PEN
00:04:57 CLEAR    C3528PM
00:35:19 INV      C3521 InvType:INVV Priority:1 Plate:JCH0612 Year:2007 Make:HYUN
                  VIN:KMHFC46F97A242399 Category:V
00:35:54 MISC     Comment:RMKS TO WRONG CALL
00:39:26 CLEAR    C3880
00:39:33 CLEAR    C320
00:39:58 MISC     C3887 Comment:SCENE SECURE
00:40:31 BACKUP   C3532PM UnitID:C3585 Location:1310 OBERLIN ST, PEN
```

Police Event #P130901638

```
00:40:34  ONSCN   C3532PM
00:40:38  CLEAR   C3580
00:40:54  CHGLOS  C3532PM  Comment:-HEADQUARTERS
00:41:09  CLEAR   C352K
00:41:41  CLEAR   C3521
00:42:12  CLEAR   C3501NT
00:42:45  CLEAR   C3501
00:43:07  CLEAR   C3523
00:43:18  CLEAR   C3529
00:43:21  CLEAR   C351K
00:46:58  CLEAR   C3887
00:47:39  CLEAR   C341K
00:57:56  SCDOFF  C3530
00:57:56  SCDOFF  C3534
00:58:02  CLEAR   C3530  Dispo:PAST
00:58:04  CLEAR   C3534  Dispo:PAST
00:58:11  SCDOFF  C3585
00:58:14  CLEAR   C3585  Dispo:PAST
01:28:38  CLEAR   C3587
02:29:59  ONSCN   C3532PM
02:56:56  CLEAR   C3532PM
02:56:56 -CLEAR
02:56:56  CLOSE
```

CONTACT INFO:

| Name | Phone | RPaddr | WpnInvd? | WpnAcs? | WpnTyp? | WpnLoc? |
|------|-------|--------|----------|---------|---------|---------|
| JASMINE | REDACTED | | | | | |
| CARMACK, JAMES | REDACTED | | | | | |

# County of Allegheny

## Department of Emergency Services/9-1-1 Communications
### (412) 473-1000 (Telephone)   (412) 473-2589 (Fax)

## TAPE REQUEST FORM

TO:  9-1-1 Communications

FROM: Scott Schubert, Commander
AGENCY: Pittsburgh Police Homicide

TELEPHONE NUMBER: REDACTED
ADDRESS: REDACTED

REQUEST FOR:

☒ Playback of Incident
☐ Hold Tape
☒ Copy of Recording

☒ Telephone Calls
☒ Radio Transmissions
☐ Other (Specify Details Below)

Reason for request / *Information requested*:
Homicide Investigation shooting in 1300 bl of Oberlin Street.  H-38-13

Date of Incident: 10-15-13

Date Requested: 10-16-13

Time of Incident: 2235

Incident #: 13-208603

### Signature of Department Head

## DO NOT COMPLETE BELOW THIS LINE

Date of Call: _____    Time of Call: _____    Incident # _____

Call Taker Name: _____    Position # _____

Dispatcher Name: _____    Position # _____

Copied Tape/Supporting Documentation made by: _____

Signature of Department Head approval for release: _____

Check how Tape/Documentation released:  _____  Picked Up  _____  Delivered  _____  Mailed

Date released: _____    Signature of Person released to: _____

### CONFIDENTIALITY NOTICE
The information contained in this audio tape is privileged and confidential information intended for the use of the addressee listed above.  You are hereby notified that any disclosure, copying, or distributing of this audio tape is strictly prohibited.



TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 10/16/2013 10:14
                                    NAME  : PGH POLICE HOMICIDE
                                    FAX   : 4123237170
                                    TEL   : 4123237161
                                    SER.# : 000J8J210522
```

```
        DATE,TIME                   10/16  10:13
        FAX NO./NAME                94124732589
        DURATION                    00:00:24
        PAGE(S)                     01
        RESULT                      OK
        MODE                        STANDARD
                                    ECM
```





001178

| CITY OF PITTSBURGH BUREAU OF POLICE | | YEAR 13 | CCR# 208603 |
|---|---|---|---|
| OFFENSE / INCIDENT REPORT | | PAGE 1 OF 1 | |

## OFFENSE / INCIDENT

**OFFENSE / INCIDENT TITLE AND SECTION NUMBER**
2501 Criminal Homicide.

| DATE / TIME OCCURRED FROM | DATE / TIME OCCURRED TO | DATE / TIME REPORTED | | |
|---|---|---|---|---|
| 10/15/2013          2235 Hrs. | 10/15/2013          2239 Hrs. | 10/15/2013          2253 Hrs. | | |
| LOCATION OF OCCURRENCE (INCLUDE APT. # OR BUILDING NAME, IF APPLICABLE) 1310 Oberlin St  Pittsburgh, PA 15206 | | | CENSUS 1202 | ZONE 5 |
| REPORTING OFFICER / PERSON(S) AND I.D. NUMBER(S) Wood, Caytlin  4086 :: Sywyj, Steven Patrick 4138 | | ZONE / DIVISION 5 | VEHICLE / ASSIGNMENT 3532 :: 3501 | |

### NO ALARM INCIDENT
### NO ARRESTEE INFORMATION
### ADDITIONAL OFFICERS

| REPORTING OFFICER / PERSON(S) AND I.D. NUMBER(S) | ZONE / DIVISION | VEHICLE / ASSIGNMENT |
|---|---|---|
| Schweitzer, Louis R 4130 | 5 | 3530 |
| Spangler, Aaron 4228 | 5 | 3501 |
| Hoyson, Lance P 4125 | 5 | 3534 |
| Maddox, Harrision 4311 | 5 | 3523 |
| Swimkosky, Kevin J 3941 | 5 | 3521 |
| Waller, Todd M 4105 | 5 | 3511 |
| Smolinski, Robert Joseph 3901 | 5 | 3511 |
| Follette, Sandra M 3402 | 5 | 3501 |
| Thomas, Charles  4217 | 5 | 3501 |
| Merkel, Kevin  3971 | 5 | 352K |
| Paga Jr., Daniel Joseph 4040 | 5 | 351K |
| Henderson, Charles R 3329 | 5 | 3585 |
| Lando, Jason A 3812 | 5 | 3580 |
| Huerbin, Thomas P 3711 | 5 | 3585 |

### NARRATIVE

On above date and time, Officers responded to the above location for a male shot, possible DOA. See original 3.0 for additional information.

| SUPERVISOR REVIEW | | | DATE: |
|---|---|---|---|
| Reviewed and Accepted by  Sgt Ronald D. Griffin  2981 | | RDG 2981  001179 | 10/16/2013 |
| PDF Generated Date:    10/16/2013  1:35:42 | | APRS - PBP Offense 2.0 Rev. 11/14/2005 | |

# CITY OF PITTSBURGH BUREAU OF POLICE
## INVESTIGATIVE REPORT

| | | YEAR 13 | CCR# 208603 |
|---|---|---|---|
| | | PAGE 1 OF 2 | |

## OFFENSE

**OFFENSE / INCIDENT TITLE AND SECTION NUMBER - DETAIL**

2501 Criminal Homicide.

**UCR CODES:** 

**FILE CODE:**

**UCR STATUS:**
- [X] NOT CLEARED (00)
- [ ] UNFOUNDED (02)
- [ ] EXC. CLR. (03)
- [ ] INCIDENT ONLY
- [ ] ADULT ARREST (05)
- [ ] JUVENILE ARREST (051)
- [X] INVESTIGATION TO CONTINUE
- [ ] REFERRED TO MAGISTRATE
- [ ] P.O. TO OBTAIN SUMMONS
- [ ] P.O. TO OBTAIN WARRANT

| DATE / TIME OCCURRED FROM | DATE / TIME OCCURRED TO | DATE / TIME REPORTED |
|---|---|---|
| 10/15/2013          2235 Hrs. | 10/15/2013          2239 Hrs. | 10/15/2013          2253 Hrs. |

| REPORTING OFFICER / PERSON(S) AND I.D. NUMBER(S) | ZONE / DIVISION | VEHICLE / ASSIGNMENT |
|---|---|---|
| Wood, Caytlin  4086 :: Sywyj, Steven Patrick 4138 | 5 | 3532 :: 3501 |

| LOCATION OF OCCURRENCE (INCLUDE APT. # OR BUILDING NAME, IF APPLICABLE) | CENSUS | ZONE |
|---|---|---|
| 1310 Oberlin St  Pittsburgh, PA 15206 | 1202 | 5 |

| POINT OF ENTRY OR ATTEMPT | FORCED? [ ] YES [ ] NO | POINT OF EXIT | MEANS OF ESCAPE / DIRECTION OF FLIGHT |
|---|---|---|---|
| | | | |

| DESCRIBE ANY UNIQUE M.O. | LIST OF EVIDENCE AT SCENE (PRINTS, PRY MARKS, ETC.) |
|---|---|
| | |

| NAME OF DETECTIVE NOTIFIED | SQUAD | DATE AND TIME NOTIFIED | SCENE PROCESSED? |
|---|---|---|---|
| Shaw | Homicide | 10/15/2013     2255 Hrs. | [X] YES [ ] NO |

**WAS INCIDENT GANG RELATED** [ ] YES [ ] NO [ ] POSSIBLY [X] CAN'T DETERMINE

**IS THERE ANY COMPUTER OR OTHER DIGITAL EVIDENCE RELATED TO THIS INCIDENT?** [ ] YES [X] NO

## VICTIM # 1

| NAME OF VICTIM (Last, First Mi) (FIRM NAME IF BUSINESS) | SEX | RACE | D.O.B. | AGE | MARITAL STATUS |
|---|---|---|---|---|---|
| Doswell, Calvin G. | M | Black | 01/19/1983 | 30 | |

| ADDRESS OF VICTIM (INCLUDE APT. # OR BUILDING NAME, IF APPLICABLE) | PHONE NUMBER | OTHER PHONE |
|---|---|---|
| 7344 Stranahan St  Pittsburgh, PA 15206 | | |

| NAME OF EMPLOYER | OCCUPATION | BUSINESS PHONE |
|---|---|---|
| | | |

**BUSINESS ADDRESS:**

| INJURED? [X] YES [ ] NO | NATURE OF INJURIES Gunshot wounds | HOSPITAL ACME's office | CONDITION DOA | INDICATION OF [ ] DRUGS [ ] ALCOHOL [X] N/A |
|---|---|---|---|---|

## NO VICTIM VEHICLES

## ADDITIONAL PERSON(S)

| CODE AND LIST ANY ADDITIONAL PERSONS: | W - WITNESS | RP - REPORTING PERSON | O - OWNER | P - PARENT / GUARDIAN |
|---|---|---|---|---|

| CODE | NAME (Last, First Mi) | AGE | SEX | RACE | D.O.B. | PHONE NUMBER | OTHER NUMBER |
|---|---|---|---|---|---|---|---|
| W | Walker, Quintin | 24 | M | Black | REDACTED | | |
| | ADDRESS: REDACTED | | | | | | |
| W | McCracken, Sam | 26 | M | White | REDACTED | | |
| | ADDRESS: REDACTED | | | | | | |
| W | Carmack, James | 57 | M | Black | REDACTED | | |
| | ADDRESS: REDACTED | | | | | | |

## NO WEAPONS

## NO INCIDENT VEHICLES

## NO SUSPECTS

## NO ARRESTS

## NO PROPERTY

## ADDITIONAL OFFICERS

| REPORTING OFFICER / PERSON(S) AND I.D. NUMBER(S) | ZONE / DIVISION | VEHICLE / ASSIGNMENT |
|---|---|---|
| Schweitzer, Louis R 4130 | 5 | 3530 |
| Spangler, Aaron  4228 | 5 | 3501 |
| Hoyson, Lance P 4125 | 5 | 3534 |
| Maddox, Harrision  4311 | 5 | 3523 |
| Swimkosky, Kevin J 3941 | 5 | 3521 |
| Waller, Todd M 4105 | 5 | 3511 |
| Smolinski, Robert Joseph 3901 | 5 | 3511 |
| Follette, Sandra M 3402 | 5 | 3501 |
| Thomas, Charles  4217 | 5 | 3501 |
| Merkel, Kevin  3971 | 5 | 352K |

| SUPERVISOR REVIEW | | DATE: |
|---|---|---|
| Reviewed and Accepted by  Sgt Ronald D. Griffin  2981 | RDG 2981    #001180 | 10/16/2013 |

PDF Generated Date:     10/16/2013  1:35:06

APRS - PBP Investigative 3.0 Rev. 08/21/2006

# CITY OF PITTSBURGH BUREAU OF POLICE
## INVESTIGATIVE REPORT

| | | YEAR | CCR# |
|---|---|---|---|
| | | 13 | 208603 |
| | | PAGE 2 OF 2 | |

| REPORTING OFFICER / PERSON(S) AND I.D. NUMBER(S) | ZONE / DIVISION | VEHICLE / ASSIGNMENT |
|---|---|---|
| Wood, Caytlin  4086 :: Sywyj, Steven Patrick 4138 | 5 | 3532 :: 3501 |

### ADDITIONAL OFFICERS

| REPORTING OFFICER / PERSON(S) AND I.D. NUMBER(S) | ZONE / DIVISION | VEHICLE / ASSIGNMENT |
|---|---|---|
| Paga Jr., Daniel Joseph 4040 | 5 | 351K |
| Henderson, Charles R 3329 | 5 | 3585 |
| Lando, Jason A 3812 | 5 | 3580 |
| Huerbin, Thomas P 3711 | 5 | 3585 |

### NARRATIVE

I HAVE RECEIVED / SENT COPY OF THE VICTIM'S NOTIFICATION FORM:   ☐ YES   ☒ NO

On 10/15/13 at approximately 2239 hours, I (Officer Wood), responded to 1310 Oberlin Street for a report of a male shot. Upon arrival, I observed two males in the middle of Oberlin Street (identified as witnesses) pointing at a male lying on the sidewalk across the street from 1310 Oberlin Street.

I approached the male lying on the ground and did not observe any movements. I notified dispatch. Several other Zone Five Units arrived on scene, as well as Penn Hills Police Units. Penn Hills Medic Units 386 and 381 arrived on scene. Pittsburgh Medic 1 (Magdits) arrived on scene and pronounced the male lying on the ground deceased at 2253 hours.

Unit 3580 (Lando) notified Homicide Detectives and the Mobile Crime Unit Detectives. All Detective Units arrived on scene. The scene was processed.

We were able to positively identify the victim as Calvin Doswell through visual observation by family members and a photo ID.

The Medical Examiner arrived on scene and took custody of the deceased.

Investigation to continue by Homicide Detectives.

# CITY OF PITTSBURGH BUREAU OF POLICE
## SUPPLEMENTAL REPORT

| YEAR 13 | CCR# 208603 |
|---|---|
| PAGE 1 OF 2 | |

## OFFENSE

OFFENSE / INCIDENT TITLE AND SECTION NUMBER - DETAIL

2501 Criminal Homicide.

UCR CODES: | FILE CODE:

| UCR STATUS: | [X] NOT CLEARED (00) | [ ] EXCEPTIONALLY | [ ] ADULT ARREST (05) | [X] INVESTIGATION TO CONTINUE | [ ] P.O. TO OBTAIN SUMMONS |
|---|---|---|---|---|---|
| | [ ] UNFOUNDED (02) | CLEARED (03) | [ ] JUVENILE ARREST (051) | [ ] REFERRED TO MAGISTRATE | [ ] P.O. TO OBTAIN WARRANT |

| DATE / TIME OFFENSE / INCIDENT ORIGINALLY OCCURRED | DATE / TIME THIS REPORT | | OTN |
|---|---|---|---|
| 10/15/2013       2235 Hrs. | 10/16/2013       1534 Hrs. | | |

| REPORTING OFFICER / PERSON(S) AND I.D. NUMBER(S) | ZONE / DIVISION | VEHICLE / ASSIGNMENT |
|---|---|---|
| Spangler, Aaron  4228 :: Sywyj, Steven Patrick 4138 | 5 | 3501 |

| LOCATION OF OCCURRENCE (INCLUDE APT. # OR BUILDING NAME, IF APPLICABLE) | CENSUS | ZONE |
|---|---|---|
| 1310 Oberlin St  Pittsburgh, PA 15206 | 1202 | 5 |

| POINT OF ENTRY OR ATTEMPT | FORCED? [ ] YES [X] NO | POINT OF EXIT | MEANS OF ESCAPE / DIRECTION OF FLIGHT |
|---|---|---|---|

DESCRIBE ANY UNIQUE M.O. | LIST OF EVIDENCE AT SCENE (PRINTS, PRY MARKS, ETC.)

| NAME OF DETECTIVE NOTIFIED | SQUAD | DATE AND TIME NOTIFIED | SCENE PROCESSED? [X] YES [ ] NO |
|---|---|---|---|

| WAS INCIDENT GANG RELATED | [ ] YES | [ ] NO | [X] POSSIBLY | [ ] CAN'T DETERMINE |
|---|---|---|---|---|

IS THERE ANY COMPUTER OR OTHER DIGITAL EVIDENCE RELATED TO THIS INCIDENT? [ ] YES [ ] NO

## VICTIM # 1

| NAME OF VICTIM (Last, First MI) (FIRM NAME IF BUSINESS) | SEX | RACE | D.O.B. | AGE | MARITAL STATUS |
|---|---|---|---|---|---|
| Doswell, Calvin G. | M | Black | REDACTED | 30 | |

| ADDRESS OF VICTIM (INCLUDE APT. # OR BUILDING NAME, IF APPLICABLE) | PHONE NUMBER | OTHER PHONE |
|---|---|---|
| 7344 Stranahan St  Pittsburgh, PA 15206 | | |

| NAME OF EMPLOYER | OCCUPATION | BUSINESS PHONE |
|---|---|---|

BUSINESS ADDRESS:

| INJURED? [X] YES [ ] NO | NATURE OF INJURIES Gunshot wounds | HOSPITAL ACME's office | CONDITION DOA | INDICATION OF [ ] DRUGS [ ] ALCOHOL [X] N/A |
|---|---|---|---|---|

## NO VICTIM VEHICLES

## ADDITIONAL PERSON(S)

| CODE AND LIST ANY ADDITIONAL PERSONS: | W - WITNESS | RP - REPORTING PERSON | O - OWNER | P - PARENT / GUARDIAN |
|---|---|---|---|---|

| CODE | NAME (Last, First MI) | AGE | SEX | RACE | D.O.B. | PHONE NUMBER | OTHER NUMBER |
|---|---|---|---|---|---|---|---|
| W | Walker, Quintin | 24 | M | Black | REDACTED | REDACTED | |
| | ADDRESS REDACTED | | | | | | |
| W | McCracken, Sam | 26 | M | White | | REDACTED | |
| | ADDRESS REDACTED | | | | | | |
| W | Carmack, James | 57 | M | Black | | REDACTED | |
| | ADDRESS REDACTED | | | | | | |

## NO WEAPONS

## NO INCIDENT VEHICLES

## NO SUSPECTS

## NO ARRESTS

## NO PROPERTY

## NARRATIVE

On 10/15/13 at approximately 2239 hours, I Officer Spangler along with my partner Officer Sywyj responded to 1310 Oberlin Street for a report of a male shot.

Upon arrival, I observed a male lying on the sidewalk across the street from 1310 Oberlin Street.

At this time, I approached the male and held the scene along with my partner, while Penn Hills Medic Units 386 and 381 arrived. Pittsburgh Medic 1 arrived and pronounced the male lying on the ground deceased at 2253 hours.

| SUPERVISOR REVIEW | DATE: |
|---|---|
| Reviewed and Accepted by  Sgt Thomas P. Huerbin  3711 | 10/16/2013 |

| PDF Generated Date    10/16/2013  16:16:46 | APRS - PBP Supplemental Rev. 01/22/2009 |
|---|---|

001182

| | CITY OF PITTSBURGH BUREAU OF POLICE | | YEAR | CCR# |
|---|---|---|---|---|
| | **SUPPLEMENTAL REPORT** | | **13** | **208603** |
| | | | PAGE 2 OF 2 | |

| REPORTING OFFICER / PERSON(S) AND I.D. NUMBER(S) | ZONE / DIVISION | VEHICLE / ASSIGNMENT |
|---|---|---|
| Spangler, Aaron  4228 :: Sywyj, Steven Patrick 4138 | 5 | 3501 |

**NARRATIVE**

At this time, I observed that Doswell's right back pants pocket was pulled out from the inside out. I also observed a wallet laying underneath the male later identified as Calvin Doswell through photo ID.

Investigation to continue by Homicide Detectives.

E                                                                                                    E

001184

VICTIM 

```
JT009528-00000036 CHR 20131016 08:40:23 20131016 08:40:23 4B14000016
Destination DEV: JT009528
```

PENNSYLVANIA STATE POLICE
CENTRAL REPOSITORY
1800 ELMERTON AVENUE
HARRISBURG, PENNSYLVANIA 17110
(717) 787-9092

```
PAPPD0030                                          ATN : DET JAMI RAE MCGOVERN
RSN : 13208603                                     OPR : JRM
1203 WESTERN AVENUE
PITTSBURGH, PA, 15233
```

=================================================================
USE OF THE FOLLOWING CRIMINAL HISTORY RECORD *** SID REDACTED ***
REGULATED BY ACT 47, AS AMENDED.
III - SINGLE STATE OFFENDER
=================================================================

IDENTIFICATION

```
NAME: DOSWELL,CALVIN GEORGE JR
SID: REDACTED        FBI: REDACTED        DOB: REDACTED        SOC: REDACTED
SEX: MALE            RAC: BLACK           HAI: BLACK           EYE: BROWN
HGT: 5'11"           WGT: 270
POB:                 US CITIZEN: YES
COUNTRY OF CITIZENSHIP:
```

SCARS, MARKS, TATTOOS:
TATTOOS (TAT) - TAT RF ARM - OBJ MISCELLANEOUS

=================================================================
CRIMINAL HISTORY
*** POSSIBLE DOMESTIC VIOLENCE ***

```
NAME: DOSWELL,CALVIN GEORGE JR                    OTN: G126095-4
PHOTO AVAILABLE: YES  CPIN PHOTO NUMBER: 999999999
ARRESTED: 2003/03/19  PA0023700  PITTSBURGH HOUSING AUTHORITY PD    OCA: 334653
DISPO DATE: 2003/04/08
DISTRICT JUSTICE: 05001
```

| OFFENSE DATE | CHARGE | COUNT | GRADE | GRAV SCORE | DISP CHG | DISPOSITION |
|---|---|---|---|---|---|---|
| 2003/03/19 | CS13A31 PROHIBITS POSSESSION AND/OR DISTRIBUTION OF SMALL AMOUNTS OF MARIHUANA AND DEFINES SMALL AMOUNT | 1 | | | N | NOLLE PROSSED/ WITHDRAWN |
| 2003/03/19 | CC5503 DISORDERLY CONDUCT | 1 | | | N | PLEAD GUILTY/ FINES AND COSTS |

=================================================================
```
NAME: DOSWELL,CALVIN GEORGE                       OTN: G126644-4
PHOTO AVAILABLE: YES  CPIN PHOTO NUMBER: 999999999
ARRESTED: 2003/06/02  PA0023700  PITTSBURGH HOUSING AUTHORITY PD    OCA: 334653
DISPO DATE:
```

| OFFENSE DATE | CHARGE | COUNT | GRADE | GRAV SCORE | DISP CHG | DISPOSITION |
|---|---|---|---|---|---|---|
| 2003/06/02 | CS13A16 POSSESSION OF A CONTROLLED SUBSTANCE BY AN UNREGISTERED PERSON EXCEPT BY PRESCRIPTION IS UNLAWFUL | 1 | | | N | DISPOSITION UNREPORTED |

| OFFENSE DATE | CHARGE | COUNT | GRADE | GRAV SCORE | DISP CHG | DISPOSITION |
|---|---|---|---|---|---|---|
| 2003/06/02 | CS13A30 MANUFACTURE ETC. OF CONTROLLED SUBSTANCE BY PERSON NOT REGISTERED, OR A PRACTITIONER NOT REGISTERED CREATING, ETC. A COUNTERFEIT | 1 | | | N | DISPOSITION UNREPORTED |

001185




```
                    CONTROLLED
                    SUBSTANCE
==================================================================
NAME: DOSWELL,CALVIN GEORGE            OTN: H830397-1
PHOTO AVAILABLE: NO
ARRESTED: 2003/12/18  PAPSP0500  BELLE VERNON STATE POLICE      OCA: B31319908
DISPO DATE: 2004/02/10
DISTRICT JUSTICE: 05210

OFFENSE                                        GRAV  DISP
DATE       CHARGE              COUNT  GRADE     SCORE CHG   DISPOSITION
-------    ------              -----  -----     ----- ----- -----------
2003/04/18 CS13A31 PROHIBITS   1      M               N     NOLLE
           POSSESSION                                        PROSSED/
           AND/OR                                            WITHDRAWN
           DISTRIBUTION OF
           SMALL AMOUNTS
           OF MARIHUANA
           AND DEFINES
           SMALL AMOUNT
==================================================================
NAME: DOSWELL,CALVIN GEORGE            OTN: L196653-2
PHOTO AVAILABLE: YES  CPIN PHOTO NUMBER: 999999999
ARRESTED: 2004/06/08  PAPSP4200  INDIANA STATE POLICE         OCA: A3-138137
DISPO DATE:

OFFENSE                                        GRAV  DISP
DATE       CHARGE              COUNT  GRADE     SCORE CHG   DISPOSITION
-------    ------              -----  -----     ----- ----- -----------
2004/06/08 CS13A32 USE OF DRUG 1                      N     DISPOSITION
           PARAPHERNALIA                                    UNREPORTED
           FOR PURPOSES IN
           VIOLATION OF
           THIS ACT
==================================================================
NAME: DOSWELL,CALVIN                   OTN: H933460-3
PHOTO AVAILABLE: NO
ARRESTED: 2004/07/01  PAPSP7000  PUNXSUTAWNEY STATE POLICE     OCA: C10776159
DISPO DATE: 2005/07/27
DISTRICT JUSTICE: 40




OFFENSE                                        GRAV  DISP
DATE       CHARGE              COUNT  GRADE     SCORE CHG   DISPOSITION
-------    ------              -----  -----     ----- ----- -----------
2004/03/19 CS13A30 MANUFACTURE 1      F               N     NOLLE
           ETC. OF                                           PROSSED/
           CONTROLLED                                        WITHDRAWN
           SUBSTANCE BY
           PERSON NOT
           REGISTERED, OR
           A PRACTITIONER
           NOT REGISTERED
           CREATING, ETC.
           A COUNTERFEIT
           CONTROLLED
           SUBSTANCE

2004/03/19 CS13A16 POSSESSION 1       M               N     PLEAD GUILTY/
           OF A CONTROLLED                                   FINES AND COSTS
           SUBSTANCE BY AN
           UNREGISTERED
           PERSON EXCEPT
           BY PRESCRIPTION
           IS UNLAWFUL
==================================================================
NAME: DOSWELL,CALVIN G                 OTN: K271819-2
PHOTO AVAILABLE: YES  CPIN PHOTO NUMBER: 999999999
ARRESTED: 2005/04/21  PA0021600  MONROEVILLE                  OCA: UNKNOWN
DISPO DATE: 2008/04/28        COMMON PLEAS DOCKET: CP-02-CR-0000538-2006
```

001186

| OFFENSE DATE | CHARGE | COUNT | GRADE | GRAV SCORE | DISP CHG | DISPOSITION |
|---|---|---|---|---|---|---|
| 2005/04/21 | CS780-113 VIOLATION OF DRUG DEVICE AND COSMETIC ACT | 1 | F | | N | PLEAD GUILTY/ COSTS/ COUNTY PROBATION/ 002 YRS - 002 YRS/ INTERMEDIATE PUNISHMENT PROGRAM/ 001 YRS 11 MOS - 001 YRS 11 MOS |
| 2005/04/21 | CS13A30 MANUFACTURE ETC. OF CONTROLLED SUBSTANCE BY PERSON NOT REGISTERED, OR A PRACTITIONER NOT REGISTERED CREATING, ETC. A COUNTERFEIT CONTROLLED SUBSTANCE | 1 | | | N | DISPOSITION UNREPORTED |
| 2005/04/21 | CS13A31 PROHIBITS POSSESSION AND/OR DISTRIBUTION OF SMALL AMOUNTS OF MARIHUANA AND DEFINES SMALL AMOUNT | 1 | | | N | DISPOSITION UNREPORTED |

| OFFENSE DATE | CHARGE | COUNT | GRADE | GRAV SCORE | DISP CHG | DISPOSITION |
|---|---|---|---|---|---|---|
| 2005/04/21 | CS13A32 USE OF DRUG PARAPHERNALIA FOR PURPOSES IN VIOLATION OF THIS ACT | 1 | | | N | DISPOSITION UNREPORTED |
| 2005/04/21 | CC901 CRIMINAL ATTEMPT MANUFACTURE ETC. OF CONTROLLED SUBSTANCE BY PERSON NOT REGISTERED, OR A PRACTITIONER NOT REGISTERED CREATING, ETC. A COUNTERFEIT CONTROLLED SUBSTANCE (CS13A30) | 1 | | | N | DISPOSITION UNREPORTED |

===================================================================

NAME: DOSWELL,CALVIN                              OTN: G297526-5
PHOTO AVAILABLE: YES  CPIN PHOTO NUMBER: 999999999
ARRESTED: 2005/12/07  PAPPD0000  PITTSBURGH                    OCA: UNKNOWN
DISPO DATE: 2005/12/13
DISTRICT JUSTICE: 05003

| OFFENSE DATE | CHARGE | COUNT | GRADE | GRAV SCORE | DISP CHG | DISPOSITION |
|---|---|---|---|---|---|---|
| 2005/12/07 | VC1501A DRIVERS REQUIRED TO BE LICENSED | 1 | | | N | NOLLE PROSSED/ WITHDRAWN |
| 2005/12/07 | CS13A31 PROHIBITS POSSESSION AND/OR DISTRIBUTION OF SMALL AMOUNTS OF MARIHUANA | 1 | | | N | NOLLE PROSSED/ WITHDRAWN |

```
                     AND DEFINES
                     SMALL AMOUNT
==================================================================
NAME: DOSWELL,CALVIN GEORGE         OTN: G298836-6
PHOTO AVAILABLE: YES  CPIN PHOTO NUMBER: 999999999
ARRESTED: 2006/01/28  PAPPD0000  PITTSBURGH                OCA: UNKNOWN
DISPO DATE: 2006/02/07
DISTRICT JUSTICE: 05003

                                          GRAV   DISP
OFFENSE                                    SCORE  CHG   DISPOSITION
DATE       CHARGE          COUNT   GRADE   -----  ----  -----------
-------    ------          -----   -----
2006/01/28 CS13A31 PROHIBITS   1                    N   NOLLE
           POSSESSION                                   PROSSED/
           AND/OR                                       WITHDRAWN
           DISTRIBUTION OF
           SMALL AMOUNTS
           OF MARIHUANA
           AND DEFINES
           SMALL AMOUNT


==================================================================
                 PROBATION/PAROLE INFORMATION
                                  START    END            LIFE
                                  DATE     DATE           CODE
AGENCY            OCA             DATE     DATE   PAR/PRO  CODE
------            ---             -----    -----  -------  ----
PA002013G ALLEGHENY  CS13A16      2004/01/14 2005/01/14 PROBATION
CO ADULT PROBATION
APPLIES TO OTN: G129644-4

PA002013G ALLEGHENY  CS13A16      2005/10/06 2007/10/06 PROBATION
CO ADULT PROBATION
APPLIES TO OTN: H933460-3
==================================================================
                    ADDITIONAL IDENTIFIERS
AKAS:
DOBS:
SOCS:
MNUS:

*** DNA SAMPLE AND PROFILE ON FILE PURSUANT TO THE PA DNA ACT (44 PA.C.S., CHAPTER 23). ***
==================================================================
      F=FELONY, M=MISDEMEANOR, S=SUMMARY AND THE NUMERIC=DEGREE
            ARREST(S) SUPPORTED BY FINGERPRINT CARD(S) ON FILE

RESPONSE BASED ON COMPARISON OF REQUESTER FURNISHED INFORMATION AND/OR
FINGERPRINTS AGAINST A NAME INDEX AND/OR FINGERPRINTS CONTAINED IN THE FILES OF
THE PENNSYLVANIA STATE POLICE CENTRAL REPOSITORY ONLY, AND DOES NOT PRECLUDE
THE EXISTENCE OF OTHER CRIMINAL RECORDS WHICH MAY BE CONTAINED IN THE
REPOSITORIES OF OTHER LOCAL, STATE, OR FEDERAL CRIMINAL JUSTICE AGENCIES.

***************************** END OF RAP SHEET *****************************
```



001189

# CITY OF PITTSBURGH BUREAU OF POLICE
## MIRANDA RIGHTS FORM

| | YEAR | CCR# |
|---|---|---|
| | 13 | 208603 |
| | PAGE 1 OF | |

## ☒ INTERVIEWEE

| NAME (Last, First MI) | AGE | SEX | DOB REDACTED | SSN | PHONE NUMBER | OTHER PHONE |
|---|---|---|---|---|---|---|
| YOUNG, ANTHONY E | 25 | M | | L | | |

ADDRESS
REDACTED

EDUCATION LEVEL: 9th

## ☒ INTERVIEW INFORMATION

DATE OF INTERVIEW: 10/30/13

DATE / TIME RIGHTS READ: 10/30/13    1333 Hrs.

LOCATION OF INTERVIEW: 1203 WESTERN AVE PGH PA 15233

SUBJECT OF INTERVIEW: HOMICIDE INVESTIGATION

INTERVIEWING OFFICERS: REDDY, M / SHAW, R

ZONE / DIVISION: HOMICIDE

VEHICLE / ASSIGNMENT: 3874 / 38115

CHARGES UNDER INVESTIGATION: 2501

## ☒ RIGHTS AND ENTITLEMENTS

At this time, it is my duty to inform you of the rights that you possess under the law. You cannot be compelled to answer and you have the right to refuse to answer any questions asked of you during this interview or while you are in custody. If you do answer such questions, the answers given by you will be used against you in a trial in a Court of Law at some later date. Do you understand this?

**ANSWER:** Yes

(Answer to be recorded in the Interviewee's own words)

You are entitled to talk to a lawyer and to have a lawyer present before you decide whether or not to answer any questions and while you are answering questions. If you do not have the money to hire a lawyer, you are entitled to have a lawyer appointed, without cost, to consult with you and to have a lawyer present before you decide whether or not you will answer questions and while you are answering questions. Do you understand this?

**ANSWER:** Yes

(Answer to be recorded in the Interviewee's own words)

You can decide at any time, before or during the questioning, to exercise these rights by not answering any further questions or making any further statements. If you exercise the right not to answer, questioning will stop. Do you understand this?

**ANSWER:** Yes

(Answer to be recorded in the Interviewee's own words)

Knowing these rights, are you willing to waive your rights and answer questions without the presence of a lawyer?

**ANSWER:** I'm willing to talk

(Answer to be recorded in the Interviewee's own words)

SIGNATURE

## THIS SECTION TO BE FILLED OUT BY THE CUSTODIAL OFFICER

I hereby certify that the above statements were read to _____ before he / she was asked questions pertaining to this criminal investigation.

SIGNATURE OF OFFICER

TYPE / PRINT NAME / I.D. NUMBER OF OFFICER: MICHAEL S. REDDY  3842

SIGNATURE OF WITNESS

TYPE / PRINT NAME / I.D. NUMBER OF OFFICER (AND AGENCY IF NOT PBP): Robert Shaw  3909

001100





001191

<u>Print This Page</u> | 🔍 Larger text 🔍 Smaller text



# Man found dead from gunshot wound in Lincoln-Lemington

**By Michael Hasch**

**Published:** Tuesday, October 15, 2013 11:06 p.m.
*Updated 8 hours ago*

A man was reported shot and killed Tuesday night in Lincoln-Lemington. Pittsburgh and Penn Hills police were called by emergency dispatchers around 10:30 p.m. for the report of a man shot along Oberlin Street near the border of the two communities. When they arrived, they found a man who was pronounced dead at the scene by paramedics, dispatchers were told.

No other information about the shooting was available.

City homicide detectives were called to investigate.

### About Michael Hasch

Michael Hasch 412-320-7820
*Staff Reporter*
*Pittsburgh Tribune-Review*
Contact Us | Video | Photo Reprints

---

Copyright © 2013 — Trib Total Media

001192

H

H

001103

001194





# JNET

**EVENT#:**    506392479

**SID#:**    REDACTED

**NAME:**    CALVIN

DOSWELL

**ARREST DATE:**    Jan 29 2006 5:06AM

**AGE AT ARREST:**    23

**HEIGHT:**    511

**WEIGHT:**    270

**HAIR COLOR:**    BLACK

**EYE COLOR:**    BROWN

**CPIN DATABASE**



**FOR INVESTIGATION ONLY
NOT FOR IDENTIFICATION
DESTROY AFTER 90 DAYS**

***Driver Detail***                                                  *PA Department of Transportation*

---

**Driver Demographics**                                             *Source: PennDOT IMS*

**DOSWELL, CALVIN G**          REDACTED                    REDACTED
Driver Name                    Driver License Number     Date of Birth

**M**                          **71**                    **(BR) BROWN**
Gender                         Height (inches)           Eye Color

REDACTED                       **NO**                    _Driver History_        Emergency Contact
                               Organ Donor                                       Information

Address (View Map)

---

**Driver License**                                                  *Source: PennDOT IMS*

                                               **00**
Issue Date       Expiration Date               Duplicate Count           License Class

                                               Commercial                **(1) Revoked, Suspended,**
Endorsements     Restrictions                  Restrictions              **Cancelled, or Recalled.**
                                                                         Suspension Information

**(ID) PHOTO
ID.**            CDL Medical                   CDL Downgraded            CDL Medical Self
Record Type      Certificate Status            Date                      Certification

---

*Photo History*                                               *Source: Viisage Corporation Photo Repository*

*Photo Record (1 of 5)*

*Photo Capture Station Information*

**02/21/2013 10:06:03**        **(071) PENN HILLS**
Photo Date                     Location

**scwilliamson**               **02**             REDACTED
Operator ID                    Station ID  Viisage Control ID

*Driver Information*

REDACTED                       REDACTED
Driver License Number          Date of Birth

**ALLEGHENY**
County

**ID ONLY NOT A LICENSE**
License Card Type

*Photo Record (2 of 5)*
*Photo Capture Station Information*

https://www.jnet.state.pa.us/DriverInfoWebApp/DriverInfoProcessControl                    10/16/2013

**10/22/2011 12:08:54**
Photo Date

**(071) PENN HILLS**
Location

**akirkpatri**
Operator ID

**03**
Station ID

REDACTED
Viisage Control ID

*Driver Information*
REDACTED
Driver License Number

REDACTED
Date of Birth

**ALLEGHENY**
County

**ID ONLY NOT A LICENSE**
License Card Type



---

*Photo Record (3 of 5)*
*Photo Capture Station Information*

**12/12/2008 09:12:42**
Photo Date

**(071) PENN HILLS**
Location

**glcole**
Operator ID

REDACTED

Station ID    Viisage Control ID

*Driver Information*
REDACTED
Driver License Number

REDACTED
Date of Birth

**ALLEGHENY**
County

**ID ONLY NOT A LICENSE**
License Card Type

---

*Photo Record (4 of 5)*
*Photo Capture Station Information*

**08/26/2004 15:05:38**
Photo Date

**(071) PENN HILLS**
Location



REDACTED

Operator ID          Station IDViisage Control ID

*Driver Information*
REDACTED          REDACTED

Driver License Number          Date of Birth

**ALLEGHENY**
County

**ID ONLY NOT A LICENSE**
License Card Type



---

*Photo Record (5 of 5)*
*Photo Capture Station Information*

**04/15/2004 10:06:51**          **(068) STATE OFFICE BLD**
Photo Date          Location

REDACTED

**SAKEEFER**
Operator ID          Station IDViisage Control ID

*Driver Information*
REDACTED          REDACTED

Driver License Number          Date of Birth

**ALLEGHENY**
County

**ID ONLY NOT A LICENSE**
License Card Type



 

Content Provided by: PennDOT
Webmaster: JNET Webmaster

Update Schedule: As needed
Last Modified Date: May 08, 2013

All information provided is for authorized JNET users only. This information is provided in response
to the JNET user's request and is to be used exclusively by the requestor in the performance of their
criminal justice responsibilities only. Secondary disemmination is strictly prohibited. Although the
information may continue to be valid over a period of time it should be considered complete and
accurate only on the date of response.
©1998-2013 Pennsylvania Justice Network. All rights reserved.

# Google

**Address** **Oberlin St**
**Pittsburgh, PA 15206**



001200