# ALLEGHENY COUNTY POLICE DEPARTMENT

## ALLEGHENY COUNTY POLICE DEPARTMENT
## INTERVIEW

| | | | |
|---|---|---|---|
| **Case No.:** | CR-000785-16 | **Case Date:** | 3/9/2016 |
| **Event No.:** | EVENT-004404-16 | | |
| **Officer Name:** | DETECTIVE HITCHINGS, STEVEN | **Activity Date/Time:** | 3/12/2016 1:15:26 PM |
| **Shield No.:** | 511 | **Serial No.:** | 015258 |
| **Activity Type:** | INTERVIEW | **Hours:** 0 | **Cash** $0.00 |

**Activity Description:** Interview of Wilkinsburg Detective Michael Adams

On Saturday, March 12th 2016 at 1:15 pm I (Detective Hitchings) contacted Wilkinsburg Detective Michael Adams regarding the black male he observed getting into the white Lincoln in the 1400 block of Franklin Avenue while responding to scene.

Detective Adams explained to me that he was on routine patrol on Marlboro Street when he heard numerous gunshots fired in the area. Detective Adams said he reported hearing the gunshots fired and began driving towards the area. Detective Adams stated dispatch informed him that they had two calls for shots fired in the 1300 block of Franklin Avenue.

Detective Adams said he turned onto the 1400 block of Franklin Avenue and observed the male getting into the white Lincoln and as he drove past the vehicle he turned and got the license plate # PA - JBP2200.

I emailed two photographs of Cheron Shelton that were obtained from the Nolan Court video camera on March 9th 2016 at 10:29 pm by ACPD Detective James Holman.

Upon viewing the photographs Detective Adams informed me that Shelton was same male he observed getting into the white Lincoln after the shooting on Franklin Avenue.

ATTACHMENTS:

1.) Two Photographs of Cheron Shelton

| Status: | Signature of Reporting Officer: | Signature of Approving Officer: |
|---|---|---|
| OPEN | | |



000513