# ALLEGHENY COUNTY POLICE DEPARTMENT

## ALLEGHENY COUNTY POLICE DEPARTMENT
### INTERVIEW

| | | | |
|---|---|---|---|
| **Case No.:** | CR-000785-16 | **Case Date:** | 3/9/2016 |
| **Event No.:** | EVENT-004404-16 | | |
| **Officer Name:** | DETECTIVE HITCHINGS, STEVEN | **Activity Date/Time:** | 3/13/2016 3:00:47 AM |
| **Shield No.:** | 511 | **Serial No.:** | Redacted |
| **Activity Type:** | INTERVIEW | **Hours:** 0 | **Cash** $0.00 |

**Activity Description:**    Interview of Channel Falls B/F/29

On Sunday, March 13th 2016 at 3:00am, I (Detective Hitchings) interviewed Channel Falls at the ACPD Homicide Office regarding the Brittany Powell et. al. homicide investigation and the whereabouts of her boyfriend, Cheron Shelton on March 9th 2016 at or about 10:54 pm. Prior to beginning the interview Ms. Falls agreed to have her interviewed both audio & video recorded.

Ms. Falls stated that Cheron was released from the Allegheny County Jail on Wednesday, March 8th 2016. She said that they have been together for seven (7) years and they have two children together. She said they reside at 7167 Ross Garden Road Pittsburgh PA 15208.

Ms. Falls said on March 9th 2016 they went to Cheron's mother's residence at 1214 Nolan Court ("Hilltop") around 6:00 pm. She said while they were in "Hilltop" she stayed outside his mother's house and watched the kids and Cheron went and back and forth from Nolan Court & Farris Court to "hang out" with some friends. She said they remained there until approximately 9:00 pm and returned home.

Ms. Falls said after they returned home Cheron told her he was going to get lunchmeat & bread around 9:30 pm and left with her vehicle. She said that she owns a gold Buick sedan with a black hood. Ms. Falls said Cheron returned home at approximately 4:00 am at which time she met him outside in the driveway and drove him back to his mother's house and dropped him off because she was not dealing with him running around all night.

Ms. Falls said when Cheron returned home at 4:00 am she questioned him about why he was wearing different clothes (black sweatpants, blue thermal shirt and slippers) and she said he told her that he got sick and had to change. She said Cheron was wearing a black T-shirt, light colored jeans or sweatpants and black tennis shoes when he left at 9:30.

Ms. Falls said after hearing about shooting in Wilkinsburg she thought Cheron had something to do with it. She said the guy that lived, "Monte" (Lamont Powell) shot and killed Cheron's best friend, Calvin (Doswell) and Cheron always said he was going to get him.

Ms. Powell was shown a video we obtained from Nolan Court and she identified the male in the video as Cheron Shelton without hesitation. Ms. Falls said she has not seen Cheron since Friday morning when she left for work.

End rpt. SJH



| Status: | Signature of Reporting Officer: | Signature of Approving Officer: |
|---|---|---|
| OPEN | | |



000528