UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF PENNSYLVANIA

**Civil Division**

CHERON SHELTON/ROBERT THOMAS,

    Plaintiff(s),

vs.

COUNTY OF ALLEGHENY, et. al.,     Civil Action No.: 22 –CV-196/266

    Defendants.

**EXHIBIT 36 – Channel Falls Cellphone Download**

*\*\*Produced on external hard drive provided to the Court\*\**

1