# ALLEGHENY COUNTY POLICE DEPARTMENT

## Event Report

### Event Info

#### Basic Info

| | | | |
|---|---|---|---|
| Case Folder No.: | | Event No.: | **EVENT-004755-16** |
| Event Date: | **03/15/2016 09:24 AM** | Event Disposition: | |
| Created By: | **ROSENBERG, MATTHEW** | Is Juvenile: | |
| Desk Officer: | | Desk Officer Rank: | |
| Desk Officer Serial No.: | | Desk Officer Shield No.: | |
| Received Via: | **WALK-IN** | Event Type: | **CELL PHONE-MOBILE DEVICE DOWNLOAD** |
| Priority: | | | |
| Received Date: | **03/15/2016 09:24 AM** | Dispatch Date: | |
| Start Time: | End Time: **09:38 AM** | Total Time: | |

#### Location

| | | | |
|---|---|---|---|
| Organization Name: | | | |
| Address: | | | |
| City/Town/Village: | | Nearest Cross Street: | |
| Map: | | Grid: | |
| Latitude: | | Longitude: | |
| ISF: | | Sector: | |
| Precinct: | **HOMICIDE** | Post: | |
| Location Code: | | County: | |
| Coverage Area: | | Jurisdiction: | |
| Common Place Name: | | Between: | And: |

### Officer

| | | | |
|---|---|---|---|
| Name: | **MATTHEW ROSENBERG** | Last Rank: | |
| Serial No.: | **AP000010** | Shield No.: | |

### Event Caller

#### Basic Info

| | | | |
|---|---|---|---|
| Name: | | Restrict Print: | |
| Gender: | | Date of Birth: | |
| SSN: | | | |

#### Features

| | | | |
|---|---|---|---|
| Height: | | Eye Color: | |

#### Address

| | | | |
|---|---|---|---|
| Address Type: | | Description: | |
| Address: | | | |

*[signature: Matthew]*

Printed On: 3/15/2016 9:38:08 AM    EVENT-004755-16    Page 1 of 2

000486    000486

Highly Confidential: Attorney Eyes Only    DA001386

☑ Current:

## Phone

| | |
|---|---|
| Phone Type: | Description: |
| Phone Number: | |

☑ Current:

## Licenses

### Person

### Basic Info

| | | | |
|---|---|---|---|
| Name: | LEE, CARLA | Role: | |
| Gender: | F FEMALE | Date of Birth: | 7/19/1983 |
| SSN: | | | |

### Features

| | | |
|---|---|---|
| Height: | | Eye Color: |

### Address

| | | |
|---|---|---|
| Address Type: | HOME | Description: |
| Address: | 1306 FRANKLIN AVE<br>WILKINSBURG, PA 15221 | |

☑ Current:

### Phone

| | | |
|---|---|---|
| Phone Type: | CELL-PERSONAL | Description: |
| Phone Number: | ( 412 ) 593-7587 | |

☑ Current:

## Licenses

### Narrative

ROSENBERG, MATTHEW - AP000010 3/15/2016 9:25:06 AM

On Tuesday March 15th 2016, Det. Hitchings brought me a consent to search form signed by a Ms. Carla Lee, for an ZTE smart phone model number N9132 (imei 990006760790344). The phone upon initial exam was in good condition and showed NO visible signs of damage. The phone was NOT protected via and pin codes. I was able to turn on the developer options and then hook the phone up to the UFED 4pc analyzer via cable 100 and perform a LOGICAL Extraction of the device. All the data extracted was transferred to a DVD.

Highly Confidential: Attorney Eyes Only   DA001387