


# COUNTY OF ALLEGHENY

## OFFICE OF THE MEDICAL EXAMINER

1520 PENN AVENUE • PITTSBURGH, PENNSYLVANIA 15222
PHONE (412) 350-4800
EMAIL webmaster.me@alleghenycounty.us

**ABDULREZAK SHAKIR, M.D.**
DEPUTY MEDICAL EXAMINER

**KARL E. WILLIAMS, M.D., M.P.H.**
MEDICAL EXAMINER

ASCLD/LAB-INTERNATIONAL
ACCREDITED TESTING LABORATORY
SINCE 2014

**ROBERT HUSTON**
DIRECTOR OF LABORATORIES

# CONFIDENTIAL

Submitted herewith please find the confidential Report of Laboratory Findings of this laboratory's examination conducted in connection with the following case:

| | | | |
|---|---|---|---|
| **Lab Case No.** 16LAB02222 | **Report No.** 2 | **Case Name** JERRY MICHAEL SHELTON | **Report Date** March 15, 2016 |
| | **Agency Case No.** 16-0335 16COR01957 | **Agency** ALLEGHENY COUNTY POLICE ALLEGHENY COUNTY MEDICAL EXAMINER | **Case Officer** DOLFI, TODD D. |

**Victim(s)**
JERRY SHELTON
BRITTANY POWELL
CHANETTA POWELL
SHADA MAHONE
TINA SHELTON
TONJIA CUNNINGHAM
LAMONT POWELL
JOHN ELLIS

**Laboratory Cross Reference (if applicable)**

16LAB02224
16LAB02223
16LAB02245
16LAB02225

**The Crime Lab User Fee:** $562.50

## IMPORTANT NOTICE

The Division of Laboratories must be notified when an OTN becomes available for the suspect(s) / defendant(s) in this case.
Please call (412) 350-3734 or FAX (412) 350-3861 this information immediately.




COUNTY OF ALLEGHENY
OFFICE OF THE MEDICAL EXAMINER
DIVISION of FORENSIC LABORATORIES

REPORT of LABORATORY FINDINGS

ASCLD/LAB-INTERNATIONAL ACCREDITED TESTING LABORATORY SINCE 2014

| Lab Case No. | Report No. | Case Name | Agency Case No. |
|---|---|---|---|
| 16LAB02222 | 2 | JERRY MICHAEL SHELTON | 16-0335/16COR01957 |

## FIREARMS & TOOLMARKS SECTION REPORT

**NOTE:** Evidence from this incident was submitted under other laboratory case numbers. Refer to the laboratory case numbers referenced above for the results of testing on additional evidence related to this incident.

**Item**

**3 Eighteen spent 40 S&W caliber cartridge cases (MCU Items A-R)**

The cartridge cases matched each other and were discharged by the same firearm. The identifications were based on the agreement of individual characteristics observed during a microscopic comparison.

Cartridge cases were entered into ATF's NIBIN (National Integrated Ballistic Information Network) system. To date, no statewide links have been made.

The cartridge cases will be returned at a later date.

**6 Thirty spent 7.62x39 mm caliber cartridge cases (MCU Items V-AL, AO-AZ and 1)**

The cartridge cases matched each other and were discharged by the same firearm. The identifications were based on the agreement of individual characteristics observed during a microscopic comparison.

Cartridge cases were entered into ATF's NIBIN (National Integrated Ballistic Information Network) system. NIBIN indicated a potential "hit" with cartridge cases entered into the system. A microscopic comparison with the other cartridge cases resulted in identifications, which were based on the agreement of individual characteristics. The cartridge cases were discharged by the same firearm, and that firearm was involved in the incidents listed by the following table.

The cartridge cases will be returned at a later date.

| Case No.<br>Item | Agency<br>Agency No. | Incident<br>Incident Date | Case Name |
|---|---|---|---|
| 11LAB07952<br>1A | PGH PD - ZONE 3<br>11169493 | SHOTS FIRED<br>09/03/2011 | 2104 ARLINGTON AVE |
| 11LAB11661<br>10A | PGH PD - VCU/GVI (ZONE 3)<br>11247819 | HOMICIDE<br>12/31/2011 | DONALD RUSSELL |
| 16LAB02222<br>6 | ALLEGHENY COUNTY POLICE<br>16-0335 | HOMICIDE<br>03/09/2016 | JERRY MICHAEL SHELTON |

**NOTE:** Additional evidence from this incident will be examined at a later date.

JMW

**COUNTY OF ALLEGHENY**
**OFFICE OF THE MEDICAL EXAMINER**
DIVISION of FORENSIC LABORATORIES

**REPORT of LABORATORY FINDINGS**

ASCLD/LAB-*INTERNATIONAL*
ACCREDITED TESTING LABORATORY
SINCE 2014

| Lab Case No. | Report No. | Case Name | Agency Case No. |
|---|---|---|---|
| 16LAB02222 | 2 | JERRY MICHAEL SHELTON | 16-0335/16COR01957 |

## FIREARMS & TOOLMARKS SECTION REPORT

Respectfully submitted,

*[signature]*

Thomas M. Morgan
Scientist

The analysis was performed using laboratory-approved procedures or standards and this Report of Laboratory Findings accurately reflects the findings and opinions of the person(s) who performed the analysis or examination regarding the results reported.

The conclusions, interpretations and/or opinions in this Report of Laboratory Findings are those of the above signed author.

Report Page 3 of 3

001047