# CASE REPO[RT]

**ALLEGHENY COUNTY POLICE DEPARTMENT**
400 North Lexington Street
Pittsburgh, PA 15208
PH: 412-473-1200  FX: 412-473-1205

| Case Type | Case No. |
|---|---|
| NARCOTICS ARREST- | CR-000886-16 |

| Location of Offense | Case Supplemental No. |
|---|---|
| 1244 NOLAN CT, PITTSBURGH, PA 15208 | ORIG |

| Date Occurred | Time Occurred | Date Reported | Time Reported |
|---|---|---|---|
| 3/15/2016 | 1:30 PM | 3/15/2016 | 1:30 PM |

| Case Status | Event Number |
|---|---|
| AWAITING COURT ACTION | EVENT-004801-16 |

| Reporting Officer | Serial No. | How Reported |
|---|---|---|
| DETECTIVE HOFFMAN, MICHAEL | 017664 | ON PATROL |

**Additional Associated Record No.'s**
AR-000253-16, EVENT-004801-16

## INVOLVED ORGANIZATION

| Organization Involvement | Organization Name |
|---|---|
| | |

| Address (Include City, State, Zip) | Organization Phone |
|---|---|
| | |

## VICTIM INFORMATION

| Victim | Last Name | First Name | Middle Name | Sex |
|---|---|---|---|---|
| | | | | |

| Home Address (Include City, State, Zip) | Race | Age | DOB |
|---|---|---|---|
| | | | |

| Work Phone | Residence Phone | Cell Phone | E-mail Address |
|---|---|---|---|
| | | | |

Last Known Employer

Involvements

## SUSPECT INFORMATION

| Suspect | Last Name | First Name | Middle Name | Sex |
|---|---|---|---|---|
| | ROBERTS | SHAQUAN | TYREE | M |

| Home Address (Include City, State, Zip) | Race | Age | DOB |
|---|---|---|---|
| 1801 PATTERSON ST, MCKEESPORT, PA 15132 | | | 11/30/1994 |

| Work Phone | Residence Phone | Cell Phone | SSN | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|
| | | 412-926-9750 | | 6ft 0in | | | BRO |

| Last Known Employer | Drivers License/State ID | State |
|---|---|---|
| | | |

Distinguishing Characteristics (Tattoos, Piercing, Scars, Marks, Accent, Etc.)

Additional Involvements

## OTHER INVOLVED PERSON(S)

| Persons Involvement | Last Name | First Name | Middle Name |
|---|---|---|---|
| | | | |

| Address (Include City, State, Zip) | Sex | Race | Age | DOB |
|---|---|---|---|---|
| | | | | |

| Work Phone | Residence Phone | Cell Phone | Email Address |
|---|---|---|---|
| | | | |

Printed On: 3/16/2016 8:21 AM    CR-000886-16        Page 1 of 3

AC_000412

**VEHICLE INFORMATION**

**CHARGE(S) INFORMATION**

| Statute | Class |
|---|---|

| Charge Description | Attempted ☐ |
|---|---|

| Statute | Class |
|---|---|

| Charge Description | Attempted ☐ |
|---|---|

**PROPERTY INFORMATION**

**File Attachments**

**NARRATIVE**

DETECTIVE HOFFMAN, MICHAEL - AP017664  3/15/2016  5:27:34 PM

Arrest: Shaquan Roberts
Case: Narcotics Arrest

On Tuesday the 15th of March 2016, at approximately 1:30PM, Detective Hitchings along with other detectives of the Allegheny County Police, the Allegheny County Sheriff's Office (Feeney and Venezia), and Pittsburgh City Police were in the 1200 block of Nolan Court looking for an individual by the name of Dontay Reed (B/M/ 24) who had an outstanding parole violation warrant and was also wanted for questioning in a recent homicide case.

Detectives had received information that Reed has been known to frequent the residence of 1244 Nolan Court Pittsburgh, Pa 15208. Detectives knocked on the residence door and was met by the owner/occupier Gina Lewis. Detectives explained they were looking for Dontay Reed and that he had warrants and she stated that Reed wasn't there. She allowed the officers to check her residence at which time a black male had come from one of the back rooms, who was later identified as Shaquan Roberts. Detectives asked Roberts if he had anything on his person and he stated, "I have some weed in my pocket", and he proceeded to pat his right front pant pocket. Deputy Feeney of the Allegheny County Sheriff's Office went into the pocket and recovered one large "zip loc" plastic bag which contained 17 individually knotted baggy corners of marijuana inside. Roberts was arrested at that time and was transported to Allegheny County Police Headquarters Homicide Section. While at Police headquarters, Roberts was Mirandized and stated he understood his rights. During questioning he admitted to detectives that he was going to sell the marijuana for $5.00 a bag.

Shaquan Roberts was later transported to Allegheny County Jail and charged with Possession of a Controlled Substance and Possession With Intent to Deliver.

PC#16-0375

| Reporting Officer Rank and Name | Shield No. | Signature |
|---|---|---|
| DETECTIVE HOFFMAN, MICHAEL | 432 | m/ H/f 432 |
| Approving Supervisor Rank and Name | Shield No. | Signature |
| Sgt Scott E. Scherer | 638 | |