# ALLEGHENY COUNTY POLICE DEPARTMENT

## Record Agency: ALLEGHENY COUNTY POLICE DEPARTMENT

### Arrest Report

| Agency ORI Number | PA0022809 | | |
|---|---|---|---|

#### Arrest Information

##### Basic Info

| | | | |
|---|---|---|---|
| Case Folder No.: | CR-000886-16 | Arrest No.: | AR-000253-16 |
| Arrest Date/Time: | 03/15/2016 06:09 PM | Arrest Type: | UCR – ARRESTED AND TAKEN TO ACJ/SHUMAN UCR – ARRESTED AND INCARCERATED |
| Arrest Status: | 01 HELD | Previous Status: | PROBATION |
| Disposition: | | | |

##### Location

| | | | |
|---|---|---|---|
| Organization Name: | | | |
| Address: | 1244 NOLAN CT PITTSBURGH, PA 15208 | | |
| City/Town/Village: | | Nearest Cross Street: | |
| Map: | | Grid: | |
| Latitude: | 40.4597704857588 | Longitude: | -79.8867684602737 |
| ISF: | | Sector: | |
| Precinct: | HOMICIDE | Post: | |
| Location Code: | | County: | ALLEGHENY |

##### Fingerprint Information

| | | | |
|---|---|---|---|
| Fingerprint Date/Time: | | Fingerprint No.: | |
| Arrest Made as a Result of a SAFIS Latent Print ID? | | Criminal Justice No.: | |

##### Miranda Info

| | | | |
|---|---|---|---|
| Miranda Date/Time: | | Miranda No.: | |
| Read By: | | Serial No.: | |
| Shield No.: | | | |

##### Arraignment Info

| | | | |
|---|---|---|---|
| Arraignment Date/Time: | | Judge Name: | |
| Court Name: | | | |

##### Crime Stat Info

| | | | |
|---|---|---|---|
| Activity Category: | | Disposition of a juvenile arrestee: | |
| IBR Arrest Type: | | IBR Arrest Status: | |
| Juvenile Release Status: | | Multiple Clearance Indicator: | |

#### Arrested Person

##### Basic Info

| | | | |
|---|---|---|---|
| Name: | ROBERTS, SHAQUAN TYREE | Gender: | M MALE |
| Date of Birth: | 11/30/1994 | SSN: | |



| | | | |
|---|---|---|---|
| Race: | **BLACK BLACK** | Religion: | |
| Ethnicity: | **NON HISPANIC NON HISPANIC** | Marital Status: | **SINGLE SINGLE** |
| Juvenile: | **NO** | Index ID: | **314784** |

### Features

| | | | |
|---|---|---|---|
| Height: | **6 ft.** | Weight: | |
| Complexion: | **MEDIUM BROWN MEDIUM BROWN** | Build: | **MEDIUM MEDIUM** |
| Eye Color: | **BRO BROWN** | ☐ Wears Glasses | |
| ☐ Wears Contacts | | Hair Color: | **BLK BLACK** |
| Hair Type: | **WAVY WAVY** | Hair Shade: | **DARK** |
| Handed: | **RIGHT** | Facial Hair: | |

### Residency

| | | | |
|---|---|---|---|
| City of Birth: | **PITTSBURGH** | Citizen Of: | |
| Alien Registration No.: | | US Citizen: | **YES** |
| Residence Status: | | | |

### Condition At Arrest

☐ Impaired Drugs   ☐ Mental Disorder   ☑ Apparently Normal
☐ Impaired Alcohol   ☐ Injured/Ill

### Additional Information

Subject Wearing (Clothing):

Previous Record as Admitted by Subject:

### Notes

### Address

| | | | |
|---|---|---|---|
| Address Type: | **HOME** | Description: | |
| Address: | **1801 PATTERSON ST**<br>**MCKEESPORT, PA 15132** | | |

☑ Current:

| | | | |
|---|---|---|---|
| Address Type: | **HOME** | Description: | |
| Address: | **1235 MOHLER ST**<br>**PITTSBURGH, PA 15208** | | |

☑ Current:

### Phone

| | | | |
|---|---|---|---|
| Phone Type: | **CELL-PERSONAL** | Description: | |
| Phone Number: | **( 412 ) 926-9750** | | |

☑ Current:

### Agency Defined

### Aliases

Printed On: 3/16/2016 9:52:45 AM   AR-000253-16      Page 2 of 5

AC_000416

Distinguishing Characteristics

Education

Email Address

Employment

Gang Affiliations

Language

Licenses

Military Service

Narcotics

1. Charge

Charge Information

| | | | |
|---|---|---|---|
| Title: | **35** | Section: **780-113** | Sub Section: **A16** |
| Local Offense Code: | | Law Category: | Law Class: |

Law Description:   **CSDDCA-POSS SUB/COUNTERFEIT SUB BY UNAUTH PER-MARIJUANA**

Local Offense Code Description:

Offense Starting Date:                                    Offense Ending Date:

Offense Location:            ,

Case Number:                                              Event Number:

Command:                                                  Complaint Name:

Victim Name:                                              Victim Date of Birth:

Victim Gender:                                            Victim Race:

Brief Details:

☐ Incorporated Village         ☐ FOA              ☐ Business                 ☐ Attempt

Additional Details

Bail Amount                                               Photo No.:

Bondsman:                                                 Warrant No.:

Apprehended Date/Time:                                    Fingerprint Taken        **False**

Apprehended Location:            ,

☐ Court Info Prepared                                     Court Info Prepared By:

Return Date/Time:                                         Return Court:            **05-3-02**

Return Judge:                                             ID No.:

TOT Date/Time:                                            TOT Officer's Name:

TOT Agency:                                               Other Agency:

Crime Stat Info

Offense Code:                                             Larceny Type:

General Offense Character (GOC): State/Ordinance Number (STU):

Arrest Disposition Numeric (ADN):

## 2. Charge

### Charge Information

Title: **35**  Section: **780-113**  Sub Section: **A30**

Local Offense Code:  Law Category:  Law Class:

Law Description: **CSDDCA-MAN/DEL/POSS W INT TO DEL SUB, BEING UNREG-MARIJUANA**

Local Offense Code Description:

Offense Starting Date:  Offense Ending Date:

Offense Location: ,

Case Number:  Event Number:

Command:  Complaint Name:

Victim Name:  Victim Date of Birth:

Victim Gender:  Victim Race:

Brief Details:

☐ Incorporated Village  ☐ FOA  ☐ Business  ☐ Attempt

### Additional Details

Bail Amount  Photo No.:

Bondsman:  Warrant No.:

Apprehended Date/Time:  Fingerprint Taken  **False**

Apprehended Location: ,

☐ Court Info Prepared  Court Info Prepared By:

Return Date/Time:  Return Court: .  **05-3-02**

Return Judge:  ID No.:

TOT Date/Time:  TOT Officer's Name:

TOT Agency:  Other Agency:

### Crime Stat Info

Offense Code:  Larceny Type:

General Offense Character (GOC):  State/Ordinance Number (STU):

Arrest Disposition Numeric (ADN):

## 1. Officer

Name: **MICHAEL HOFFMAN**  Role: **PRIMARY OFFICER**

Serial No.: **017664**  Shield No.: **432**

Last Rank: **DETECTIVE**  Command: **HOMICIDE**

Squad:  Vacation Start:  Vacation End:

Statement:

## 2. Officer

| | | | |
|---|---|---|---|
| Name: | **MICHAEL CARUSO** | Role: | **PRIMARY OFFICER** |
| Serial No.: | **024804** | Shield No.: | **483** |
| Last Rank: | **DETECTIVE** | Command: | **HOMICIDE** |
| Squad: | | Vacation Start: | Vacation End: |
| Statement: | | | |

## 3. Officer

| | | | |
|---|---|---|---|
| Name: | **STEVEN HITCHINGS** | Role: | **PRIMARY OFFICER** |
| Serial No.: | **015258** | Shield No.: | **511** |
| Last Rank: | **DETECTIVE** | Command: | |
| Squad: | | Vacation Start: | Vacation End: |
| Statement: | | | |

## Associated Numbers

CASE REPORT    CR-000886-16-ORIG

## Narrative

DETECTIVE HOFFMAN, MICHAEL - AP017664 3/15/2016 5:27:34 PM

Arrest: Shaquan Roberts
Case: Narcotics Arrest

Actor found to have marijuana
Actor arrested taken to headquarters
Actor Mirandized admits to possessing and selling marijuana
Actor checked through NCIC for warrants with negative results
Actor transported to ACJ

Signature/Address/Subjects Handwriting

Arresting Officer:
X _[signature]_    Rank: _Det._    Name: _Michael Hoffman_    Command: _HQ/Homicide_

Approved By:
X _[signature]_    Rank: _Sgt._    Name: _Scott Scherer_    Command: _Homicide_