


# COUNTY OF ALLEGHENY
## OFFICE OF THE MEDICAL EXAMINER

1520 PENN AVENUE • PITTSBURGH, PENNSYLVANIA 15222
PHONE (412) 350-4800
EMAIL webmaster.me@alleghenycounty.us

ASCLD/LAB-*INTERNATIONAL*
ACCREDITED TESTING LABORATORY
SINCE 2014

**ABDULREZAK SHAKIR, M.D.**
DEPUTY MEDICAL EXAMINER

**KARL E. WILLIAMS, M.D., M.P.H.**
MEDICAL EXAMINER

**ROBERT HUSTON**
DIRECTOR OF LABORATORIES

# CONFIDENTIAL

Submitted herewith please find the confidential Report of Laboratory Findings of this laboratory's examination conducted in connection with the following case:

| | | | |
|---|---|---|---|
| **Lab Case No.** 16LAB02403 | **Report No.** 1 | **Case Name** 1214 NOLAN COURT | **Report Date** March 21, 2016 |
| | **Agency Case No.** PC#: 16-0335 CCR#: 04406-16 | **Agency** ALLEGHENY COUNTY POLICE | **Case Officer** DOLFI, TODD D. |

**The Crime Lab User Fee:**     $1,300.00

THE COMMONWEALTH INTENDS TO CALL
A NARCOTICS DETECTIVE,
CRIME LAB PERSONNEL AND/OR
OTHER EXPERT WITNESS IN THIS CASE

## IMPORTANT NOTICE

The Division of Laboratories must be notified when an OTN becomes available for the suspect(s) / defendant(s) in this case.
Please call (412) 350-3734 or FAX (412) 350-3861 this information immediately.

Report Page 1 of 6

Highly Confidential: Attorney Eyes Only                                                                 DA000303




**COUNTY OF ALLEGHENY**
OFFICE OF THE MEDICAL EXAMINER
DIVISION of FORENSIC LABORATORIES

REPORT of LABORATORY FINDINGS

ASCLD/LAB-INTERNATIONAL
ACCREDITED TESTING LABORATORY
SINCE 2014

| Lab Case No. | Report No. | Case Name | Agency Case No. |
|---|---|---|---|
| 16LAB02403 | 1 | 1214 NOLAN COURT | 16-0335A |

## LATENT PRINTS REPORT

### SUBJECT COMPARISON:

Cheron Lamont Shelton, SID#: 320-54-07-2

Justin Gomez, SID#: 283-07-90-0

Dontay Raymon Reed, SID#: 257-80-37-0

Brittany Darice Shelton, SID#: 376-37-72-6

### ITEM 1:

Sealed box containing one (1) Colt model: M4 Carbine, 22 Long Rifle caliber rifle with serial number: BP035241 with a fabric sling.

### ITEM 2:

Sealed paper bag containing the following items which were designated as items 2A and 2A1 by the latent prints section:

    **2A:** One (1) box magazine containing twenty-nine (29) cartridges of 22 LR caliber ammunition.

        **2A1:** Twenty-nine (29) cartridges of 22 LR caliber ammunition removed from item 2A.

### ITEM 3:

Sealed paper bag containing the following items which were designated as items 3A and 3A1 by the latent prints section:

    **3A:** One (1) box magazine containing nine (9) cartridges of 7.62x39mm caliber ammunition.

        **3A1:** Nine (9) cartridges of 7.62x39mm caliber ammunition removed from item 3A.

### ITEM 4:

Sealed paper bag containing the following items which were designated as items 4A and 4A1 by the latent prints section:

    **4A:** One (1) drum magazine containing thirty-six (36) cartridges of 7.62x39mm caliber ammunition.

        **4A1:** Thirty-six (36) cartridges of 7.62x39mm caliber ammunition removed from item 4A.

### PROCESSING METHOD(S) UTILIZED:

**Item 1:** Touch DNA collection (firearm swabbed using the wet/dry method; sling swabbed using the wet/wet method), visual examination, cyanoacrylate fuming, fluorescent dye staining, and alternate light source visualization.

Report Page 2 of 6

*grc*

Highly Confidential: Attorney Eyes Only

DA000304




**COUNTY OF ALLEGHENY**
**OFFICE OF THE MEDICAL EXAMINER**
DIVISION of FORENSIC LABORATORIES
REPORT of LABORATORY FINDINGS

ASCLD/LAB-INTERNATIONAL
ACCREDITED TESTING LABORATORY
SINCE 2014

| Lab Case No. | Report No. | Case Name | Agency Case No. |
|---|---|---|---|
| 16LAB02403 | 1 | 1214 NOLAN COURT | 16-0335A |

## LATENT PRINTS REPORT

**Items 3A, and 4A:** Touch DNA collection (swabbed using the wet/dry method), visual examination, cyanoacrylate fuming, fluorescent dye staining, and alternate light source visualization.
**Items 2A, 2A1, 3A1, and 4A1:** Visual examination, cyanoacrylate fuming, fluorescent dye staining, and alternate light source visualization.

### RESULTS OF PROCESSING EXAMINATION:

The swabs taken from the firearm in item 1 were designated as **item 1A** by the latent prints section. The swabs taken from the sling in item 1 were designated as **item 1B** by the latent prints section. The swabs taken from item 3A were designated as **item 3A2** by the latent prints section. The swabs taken from item 4A were designated as **item 4A2** by the latent prints section.

The requested latent print processing examination was completed on items 1, 2A, 2A1, 3A, 3A1, 4A, and 4A1. Friction ridge detail was developed on item 1 and one (1) digital photograph was taken. The one (1) digital photograph taken of the friction ridge detail developed on item 1 was designated as **item 1C** by the latent prints section. No friction ridge detail of value for identification purposes was developed on items 3A1 and 4A. Items 2A, 2A1, 3A, and 4A1 were void of friction ridge detail.

### ITEM 1C:
One (1) digital image (image #: 1602403.1.TIF) of friction ridge detail developed on the frame above the magazine slot (item 1).

### ITEM 9:
Sealed envelope containing two (2) DVDs containing Mobile Crime Unit photographic documentation. The following images are being utilized by the Latent Prints Section for comparison purposes:

    **9A:** One (1) digital image (image #: ME7_0233.TIF) of friction ridge detail developed on the exterior rear passenger side door (same area of friction ridge detail lifted in item 12C).
    **9B:** One (1) digital image (image #: ME7_0246.TIF) of friction ridge detail developed on the exterior driver side rear door (same as one (1) area of friction ridge detail lifted in item 12I).

Report Page 3 of 6




**COUNTY OF ALLEGHENY**
**OFFICE OF THE MEDICAL EXAMINER**
DIVISION of FORENSIC LABORATORIES
REPORT of LABORATORY FINDINGS

ASCLD/LAB-INTERNATIONAL
ACCREDITED TESTING LABORATORY
SINCE 2014

| Lab Case No. | Report No. | Case Name | Agency Case No. |
|---|---|---|---|
| 16LAB02403 | 1 | 1214 NOLAN COURT | 16-0335A |

## LATENT PRINTS REPORT

**9C:** One (1) digital image (image #: ME7_0247.TIF) of friction ridge detail developed on the exterior driver side rear door (same as one (1) area of friction ridge detail lifted in item 12I).

**ITEM 12:**

Sealed envelope containing nine (9) lifts which were designated as items 12A, 12B, 12C, 12D, 12E, 12F, 12G, 12H, and 12I by the latent prints section:

**12A:** One (1) lift from the exterior front passenger roof.

**12B:** One (1) lift from the exterior rear passenger side window.

**12C:** One (1) lift from the exterior rear passenger side door.

**12D:** One (1) lift from the trunk lid.

**12E:** One (1) lift from the exterior driver side rear door.

**12F:** One (1) lift from the exterior driver side rear door.

**12G:** One (1) lift from the exterior driver side rear door.

**12H:** One (1) lift from the exterior driver side rear door.

**12I:** One (1) lift from the exterior driver side rear door.

**RESULTS OF ANALYSIS EXAMINATION:**

Items 1C, 9A, 9B, 9C, 12A, 12B, 12C, 12D, 12E, 12F, 12G, 12H, and 12I were examined using the ACE-V comparison process. One (1) latent fingerprint of value is present in each of the following items: 1C, 9B, and 9C. One (1) latent palm print of value is present in each of the following items 9A, 12D, 12F, and 12H. The latent prints of value in items 1C, 9A, 9B, 9C, 12D, 12F, and 12H were compared to the known fingerprint and palm print exemplars, respectively, of Cheron Lamont Shelton, SID#: 320-54-07-2, Justin Gomez, SID#: 283-07-90-0, Dontay Raymon Reed, SID#: 257-80-37-0, and Brittany Darice Shelton, SID#: 376-37-72-6. As a result, the latent fingerprint of value in item 1C was identified as the #6 left thumb of Cheron Lamont Shelton, SID#: 320-54-07-2. Cheron Lamont Shelton, SID#: 320-54-07-2, Justin Gomez, SID#: 283-07-90-0, Dontay Raymon Reed, SID#: 257-80-37-0, and Brittany Darice Shelton, SID#: 376-37-72-6 are excluded as the source of the of the latent fingerprints of value in items 9B and 9C as well as the latent palm prints of value in items 9A, 12D, 12F, and 12H. An automated search was conducted on the latent fingerprint of value in item 9C. As a result, the latent fingerprint of value in item 9C was identified as the #3 right middle finger of:

Report Page 4 of 6

*gRC*

Highly Confidential: Attorney Eyes Only                                    DA000306



COUNTY OF ALLEGHENY
OFFICE OF THE MEDICAL EXAMINER
DIVISION of FORENSIC LABORATORIES

REPORT of LABORATORY FINDINGS



ASCLD/LAB-INTERNATIONAL
ACCREDITED TESTING LABORATORY
SINCE 2014

| Lab Case No. | Report No. | Case Name | Agency Case No. |
|---|---|---|---|
| 16LAB02403 | 1 | 1214 NOLAN COURT | 16-0335A |

## LATENT PRINTS REPORT

**Ashley Michelle Smith**
DOB: 09/19/1985
SID#: 290-55-10-6

The latent fingerprint of value in item 9B and the latent palm prints of value in items 9A, 12D, 12F, and 12H were compared to the known fingerprint and palm print exemplars, respectively, of Ashley Michelle Smith, SID#: 290-55-10-6. As a result, the latent fingerprint of value in item 9B was identified as the #4 right ring finger of Ashley Michelle Smith, SID#: 290-55-10-6. The latent palm print of value in item 12H was identified as the left palm of Ashley Michelle Smith, SID#: 290-55-10-6. Ashley Michelle Smith, SID#: 290-55-10-6 is excluded as the source of the latent palm prints of value in items 9A, 12D, and 12F. An automated search was conducted on the latent palm print of value in item 12F. No identification was made. The searched latent palm print of value in item 12F was registered into the unsolved latent database of the Automated Fingerprint Identification System (AFIS). Although sufficient for comparison/identification purposes, the latent palm prints of value in items 9A and 12D are not suitable for an automated search. No latent impressions of value for comparison/identification purposes are present in items 12A, 12B, 12C, 12E, 12G, and 12I.

**REQUEST FOR ADDITIONAL SUBMISSIONS:**

In the event of any criminal proceedings in this case, a set of clear and completely recorded inked fingerprints of Cheron Lamont Shelton, SID#: 320-54-07-2 should be submitted to the latent prints section and referenced to laboratory case number: 16LAB02403. The person recording these impressions should sign the fingerprint card and be available for court testimony.

In the event of any criminal proceedings in this case, a set of clear and completely recorded inked fingerprints and palm prints of Ashley Michelle Smith, SID#: 290-55-10-6 should be submitted to the latent prints section and referenced to laboratory case number: 16LAB02403. The person recording these impressions should sign the print cards and be available for court testimony.

**DISPOSITION OF EVIDENCE:**

Items 1C, 9, and 12 will be retained in the forensic laboratory for future comparison purposes and/or legal proceedings.

Report Page 5 of 6

Highly Confidential: Attorney Eyes Only                                                                 DA000307



**COUNTY OF ALLEGHENY**
**OFFICE OF THE MEDICAL EXAMINER**
DIVISION of FORENSIC LABORATORIES

**REPORT of LABORATORY FINDINGS**



ASCLD/LAB-*INTERNATIONAL*
ACCREDITED TESTING LABORATORY
SINCE 2014

| Lab Case No. | Report No. | Case Name | Agency Case No. |
|---|---|---|---|
| 16LAB02403 | 1 | 1214 NOLAN COURT | 16-0335A |

### LATENT PRINTS REPORT

Respectfully submitted,

*[signature]*

Jason R. Clark, M.S., CLPE, CCSA
Scientist

The analysis was performed using laboratory-approved procedures or standards and this Report of Laboratory Findings accurately reflects the findings and opinions of the person(s) who performed the analysis or examination regarding the results reported.

The conclusions, interpretations and/or opinions in this Report of Laboratory Findings are those of the above signed author.

[1] ACE-V – The acronym for a scientific method: Analysis, Comparison, Evaluation, and Verification.

**Report Page 6 of 6**

*JRC*