# ALLEGHENY COUNTY POLICE DEPARTMENT

## ALLEGHENY COUNTY POLICE DEPARTMENT
### INTERVIEW

| | | | |
|---|---|---|---|
| **Case No.:** | CR-000785-16 | **Case Date:** | 3/9/2016 |
| **Event No.:** | EVENT-004404-16 | | |
| **Officer Name:** | DETECTIVE MCCUE, KEVIN | **Activity Date/Time:** | 3/30/2016 8:42:57 PM |
| **Shield No.:** | 516 | **Serial No.:** | Redacted |
| **Activity Type:** | INTERVIEW | **Hours:** 0 | **Cash** $0.00 |

**Activity Description:**   Interview of Thomas Gill

Homicide Investigation - Powell, Brittany (et.al)
Wilkinsburg, PA

On March 30, 2016 Detectives received a call from Pennsylvania State Police Trooper Nathan Brown, Brown stated that he currently has an individual named Thomas Gill in custody. Brown stated that Gill informed him that he may have information pertaining to the Wilkinsburg homicide. While speaking with Trooper Brown via telephone Brown asked Gill which homicide in Wilkinsburg was he referring to, Gill stated the barbeque homicide. Gill also stated that he had information on another City of Pittsburgh homicide that he also wanted to talk about.

I, Detective Kevin L. McCue contacted the City of Pittsburgh Homicide Unit, Detective Chuck Hanlon and Detective David O'Neil stated that they were interested and accompanied me to Troop D, Butler Headquarters.

Upon arrival Trooper Brown stated that Gill had already been read Miranda and Gill agreed to speak with Detectives in regards to the homicide information. Trooper Brown stated that he had already set up the interview room, room was audio and video equipped.

Following is a brief synopsis of the audio/video interview

Gill stated that he had recently been in an outpatient rehab facility in Wilkinsburg called Pyramid rehab with a male named James Mankin. Gill said that he knows Mankin due to Mankin dating his (Gills) sister. Mankin saw a new clip of the investigation and said that was a retaliation for what he (Mankin) and Lamont did. Mankin said that he and Lamont killed a man over in the Northside up by the firehouse. Mankin stated that Lamont and Mankin chased a man down and that the male was on his knees after falling in the alley and Lamont shot him in the head. Gill stated that, that was all Mankin said about the homicide, just that it was retaliation for the other murder Lamont and Mankin did.

Detective Hanlon and O'Neil began to question Gill more due to receiving that information, Hanlon was not aware of any homicide near a firehouse in the Northside at that time. Hanlon stated he would look further into Gills information and do a fact check on any similar homicides near the Northside of Pittsburgh.

At the conclusion of the interview Trooper Brown provided Detectives a DVD recording of the interview, that DVD will be placed into Allegheny County Police Evidence Room.

End of rpt. KLM

| Status: | Signature of Reporting Officer: | Signature of Approving Officer: |
|---|---|---|
| OPEN | | |

Printed On: 4/15/2016 2:11:48 AM    CR-000785-16    Page 2 of 2

000712