| Commonwealth of Pennsylvania | | APPLICATION FOR SEARCH WARRANT AND AUTHORIZATION |
|---|---|---|
| COUNTY OF | ALLEGHENY | |

| Docket Number (Issuing Authority): | | Police Incident Number: | 4406-16 | Warrant Control Number: | |
|---|---|---|---|---|---|
| Venerando Costa | Allegheny County Police | | 412-473-1300 | | 03/29/2016 |
| **AFFIANT NAME** | **AGENCY** | | **PHONE NUMBER** | | **DATE OF APPLICATION** |

**IDENTIFY ITEMS TO BE SEARCHED FOR AND SEIZED** *(Be as specific as possible):*

Exact copies of letters and envelopes sent out by Cheron Lamont Shelton from the Allegheny County Jail to exclude all legal mail for the time frame of March 29, 2016 to April 4, 2016.

**SPECIFIC DESCRIPTION OF PREMISES AND/OR PERSON TO BE SEARCHED** *(Street and No., Apt. No., Vehicle, Safe Deposit Box, etc.):*
Social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.

Mail Sent by Cheron Lamont Shelton DOB- 1-27-1987 From the Allegheny County Jail

**NAME OF OWNER, OCCUPANT OR POSSESSOR OF SAID PREMISES TO BE SEARCHED** *(If proper name is unknown, give alias and/or description)*

Allegheny County Jail, 950 2nd Avenue, Pittsburgh Pa 15219

| VIOLATION OF *(Describe conduct or specify statute):* | DATE(S) OF VIOLATION: |
|---|---|
| Homicide | 3-9-2016 |

☒ **Warrant Application Approved by District Attorney – DA File No.** ___Kevin G. Chernosky___
(If DA approval required per Pa.R.Crim.P. 202(A) with assigned File No. per Pa.R.Crim.P. 507)

☐ **Additional Pages Attached** *(Other than Affidavit of Probable Cause)*

☐ **Probable Cause Affidavit(s) MUST be attached** *(unless sealed below)* Total number of pages: ___

**TOTAL NUMBER OF PAGES IS SUM OF ALL APPLICATION, PROBABLE CAUSE AND CONTINUATION PAGES EVEN IF ANY OF THE PAGES ARE SEALED**

The below named Affiant, being duly sworn (or affirmed) before the Issuing Authority according to law, deposes and says that there is probable cause to believe that certain property is evidence of or the fruit of a crime or is contraband or is unlawfully possessed or is otherwise subject to seizure, and is located at the particular premises or in the possession of the particular person as described above.

| /s/ Venie C. | Allegheny County Police | 498 |
|---|---|---|
| **Signature of Affiant** | **Agency of Address if private Affiant** | **Badge Number** |

Sworn to and subscribed before me this __1__ day of __April__, __2016__. Mag. Dist. No. __5__ Judicial

___Kevin Dunlap___  308 Courthouse  (SEAL)

| **Signature of Issuing Authority** | **Office Address** |
|---|---|

**SEARCH WARRANT TO LAW ENFORCEMENT OFFICER:** WHEREAS, facts have been sworn to or affirmed before me by written affidavit(s) attached hereto from which I have found probable cause, I do authorize you to search the premises or person described, and to seize, secure, inventory and make return according to the Pennsylvania Rules of Criminal Procedure.

☒ This Warrant shall be served as soon as practicable and shall be served only between the hours of 6AM to 10PM but in no event later than:*
__10:55A__. M, o'clock __April 3__, __2016__

☐ This Warrant shall be served as soon as practicable and may be served any time during the day or night but in no event later than: **

☐ This Warrant shall be returned to judicial officer _____.

* The issuing authority should specify a date not later than two (2) days after issuance. Pa.R.Crim.P. 205(4).
** If the issuing authority finds reasonable cause for issuing a nighttime warrant on the basis of additional reasonable cause set forth in the accompanying affidavit(s) and wishes to issue a nighttime warrant then this block shall be checked. Pa.R.Crim.P. 206(7).

Issued under my hand this __1__ day of __April__, __2016__ at __10:55A__. M, o'clock,

___Kevin Dunlap___ 5th Judicial (SEAL)

| **Signature of Issuing Authority** | **Mag. Dist. or Judicial Dist. No.** | **Date Commission Expires:** |
|---|---|---|

Title of Issuing Authority: ☐ Magisterial District Judge ☒ Common Pleas Judge ☐ __1-1-17__

☒ **For good cause stated in the affidavit(s) the Search Warrant Affidavit(s) are sealed for __60__ days by my certification and signature.** *(Pa.R.Crim.P. 2011)*

___Kevin Dunlap___   __4-1-16__ (Date) (SEAL)

**Signature of Issuing Authority** *(Judge of the Court of Common Pleas or Appellate Court Justice or Judge)*

AOPC 410A-10

006547

Highly Confidential: Attorney Eyes Only    DA002876

| Commonwealth of Pennsylvania |  | AFFIDAVIT OF PROBABLE CAUSE |
|---|---|---|
| COUNTY OF ALLEGHENY | | |

| Docket Number (Issuing Authority): | Police Incident Number: 4404-16 | Warrant Control Number: |
|---|---|---|

**PROBABLE CAUSE BELIEF IS BASED UPON THE FOLLOWING FACTS AND CIRCUMSTANCES:**
Social security numbers and financial information (e.g. PINS) should not be listed. If the Identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.

Affiants are Detectives Venerando Costa and Told Dolfi of the Allegheny County Police Department and are assigned to the Homicide Unit. Affiants are law enforcement officers of the Commonwealth of Pennsylvania and are empowered to make arrests for criminal offenses enumerated within this document. All of the information contained in this affidavit was learned directly by the affiants, or was communicated to them by other law enforcement officers, victims, witnesses, or medical clinicians and technicians.

Affiants have been police officers in excess of a combined thirty years and have attended and completed numerous training courses in reference to the investigation and prosecution of criminal acts. As patrol officers and as criminal investigators affiants have conducted hundreds of investigations and participated in the prosecution of criminal acts within the jurisdiction of Allegheny County and the District of Columbia.

On March 09, 2016 at approximately 10:54PM Wilkinsburg police were called to 1304 Franklin Ave in Wilkinsburg for numerous victims discovered deceased due to gunshot wounds. The Wilkinsburg Police Department requested the investigative assistance of the Allegheny County Police Homicide Unit. Numerous items of ballistic evidence were recovered at the scene. To include spent 7.62X39 caliber casing, .40 caliber casings and numerous projectiles. As of this time 5 adults 1 unborn child are deceased two adults are currently in the hospital and one adult was treated and released from the hospital.

Officer Adams of the Wilkinsburg Police Department was on routine patrol when he heard numerous gunshots in the area of Franklin Ave. He immediately drove to that area before being dispatched and as he arrived in the area he observed a black male, thin build and short or no hair walking casually on Franklin Ave. The male then got into a white Lincoln Continental and drive away. Officer Adams recorded the license plate number of the vehicle and it is PA JBP2200. A check of that registration reveals that the vehicle is registered to Brittany D Shelton & Desdrene M Smith 1214 Nolan Ct Pittsburgh Pa 15208.

During the course of the investigation Detectives received numerous anonymous tips in reference to the murders. Many of the tips indicated that the actors were from an area commonly referred to as "Hill Top" but it is the Homewood North Section of the City of Pittsburgh. The tips stated the actors lived on Nolan Ct. the tips indicated that the shooting was in retaliation for a previous murder that took place in the Homewood North section of the City of Pittsburgh.

Based on the knowledge of Officer Adams observations and the numerous anonymous tips Detective McCue observed surveillance video of Nolan Ct. While observing that video Detective McCue observed a sedan that pulls into Nolan Ct on March 9, 2016 at approximately 8:48AM. A Female gets out of the car and goes into 1214 Nolan Ct. the vehicle matches the description of the vehicle that Officer Adams observed the night of the murders. That vehicle remained in the parking lot until approximately 10:28PM on March 9, 2016 when a black male exits 1214 Nolan Ct and gets into the vehicle. The male moves the vehicle onto a concrete pad between 1200 and 1208 Mohler Street. The male then gets out of the car and runs behind 1214 Nolan Ct and into the back yard of 1214 Nolan Ct where he recovers a long, slender, ridged object that appears to be covered by something. 7.62 x39 caliber bullets are fired exclusively by long rifles. The male then gets back into the vehicle with the object and drives away at approximately 10:30PM. The vehicle does not return until 2:57AM on March 10, 2016 when the same black male observed before exits the vehicle and goes into 1214 Nolan Ct.

On March 12, 2016 Detectives showed Officer Adams a still image of the male observed on the Nolan Ct surveillance video. Officer Adams stated that the male in the video fits the same physical description and clothing of the male he observed get into the Lincoln Continental with PA Registration JBP2200.

It is your affiants experience that it is not out of the ordinary for people to conceal weapons they are about to use or used in a crime. Particularly, a rifle which is easily recognizable in the open, especially in an urban environment.

AOPC 410B-10

006548

Highly Confidential: Attorney Eyes Only

DA002877

During the course of the investigation your affiants learned that one of the victims, Lamont Powell was a suspect in a murder that occurred in the City of Pittsburgh on 10/15/13. The victim was Calvin Doswell and the murder occurred in the 1300 block of Oberlin Street in the Lincoln-Lemington section of the City of Pittsburgh. This information was confirmed by City of Pittsburgh Detective Robert Shaw. No arrest has been made in that murder.

On Saturday March 12, 2016 a search warrant was executed at 1214 Nolan Ct. recovered from the residence were:

1 – Colt Model : M4 carbine .22 long rifle semi –automatic rifle ser# BP035241- reported stolen recovered in 1214 Nolan Court.
2- 1 magazine with .22 long rifle ammunition
3- magazine with 7.62 X 39 ammunition
4- Drum magazine with 7.62 X 39 ammunition
5- Drum magazine with 12 gauge shot shells
6- Black bag with miscellaneous live rounds, rifle scope, and gun parts.
7- 1 bullet proof vest

In addition to the above items, various pieces of indicia were discovered throughout the house to include a piece of mail addressed to Cheron Shelton bearing the address 1214 Nolan Court.

On Saturday, March 12th 2016 ACPD Homicide Detectives Todd Dolfi & Scott Towne interviewed Brittney Shelton at the ACPD Homicide Office regarding the person captured on video coming from behind 1214 Nolan Court on Wednesday, March 9th 2015 at 10:29 pm. Upon viewing the video Ms. Shelton stated that the male in the picture appeared to be "my brother", Cheron Shelton.

A query of PA Department of Motor Vehicles revealed that Cheron Lamont Shelton, B/M/29, DOB: 01/27/1987, OLN# 28399695 address: 7167 Ross Garden Road Pittsburgh PA 15206. Cheron Lamont Shelton's residence was confirmed by his mother, Desdrene Michelle Smith.

On March 21, 2016 Detective Caruso of the Allegheny County Police Homicide Unit was informed by the Allegheny County Crime Lab that Cheron Lamont Shelton's left thumb print was discovered on the magazine well of the M4 carbine recovered in 1214 Nolan Court. Based on this information and on Cheron Lamont Shelton's criminal history which showed he has a conviction of Possession With The Intent to Deliver, a felony, which is a violation of the Controlled Substance Drug Device and Cosmetic Act, on June 30, 2009 in front of Common Pleas Court Judge Joe Williams making him a person ineligible to possess a firearm in Pennsylvania, an arrest warrant was obtained for Cheron Lamont Shelton for 18 3925A Receiving Stolen Property and 18 6105A1 Persons Not to Possess, Use Manufacture, Control, Sell or Transfer Firearms a felony.

On March 25, 2016 the Allegheny County Sheriff's Department Fugitive Task force received information that Cheron Lamont Shelton was located at 6914 Hartmans Lane, Pittsburgh 15206 in the City of Pittsburgh. Cheron Lamont Shelton was apprehended at this location.

Cheron Lamont Shelton was placed in the Allegheny County Jail on the above listed charges. While in the Allegheny County Jail, Cheron Lamont Shelton placed a phone call to 412-731-2607. In the phone call Cheron Lamont Shelton can be heard talking in code to a female he calls "Brit" who your affiants believe to be his sister, Brittney Shelton. Cheron Lamont Shelton explains that he will write a "Kite" ( "Kite" is a term used in jail settings to describe a letter) and "lay it all out". Based on the phone call it appears that Shelton is indicating that he intends to communicate about a crime and/or crimes by letter. Cheron Lamont Shelton stated that he receives his commisary on Thursday ( March 31, 2016) and that they should receive the "Kite" by Monday or Tuesday.

It is your affiants experience that individuals that have been charged with a crime and housed at the Allegheny County Jail communicate with individuals who assisted them with the crime or family members through letters to solicit them to assist with concealing of evidence to the crime or to intimidate witnesses to the crime.

This search warrant has been approved and reviewed by ADA Kevin A. Chernosky. Various facts learned during the course of this investigation are sensitive in nature and to protect the integrity of the investigation, as well as officers and the community's safety it is requested that this search warrant be sealed.

AOPC 410B-10

006549

Highly Confidential: Attorney Eyes Only                                                                                                 DA002878

Based on the above facts, your affiant requests that a search warrant be issued for exact copies of letters and envelopes sent out or received by Cheron Lamont Shelton from the Allegheny County Jail to exclude all legal mail for the time frame of March 29, 2016 to April 4, 2016.

| | | | |
|---|---|---|---|
| I, THE AFFIANT, BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF. ||||
| *[signature]* | 4-1-2016 | *[signature]* (SEAL) | 4-1-16 |
| Affiant Signature | Date | Issuing Authority Signature | Date |
| | Page    of    Pages | | 4-1-16 |

AOPC 410B-10

006550

Highly Confidential: Attorney Eyes Only

DA002879