IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA,    CRIMINAL DIVISION

CC NO. **2016-8963**
         2016-8964

      vs.

MOTION

**ROBERT THOMAS**
CHERON SHELTON

      Defendants.

BEFORE THE HONORABLE:
**DAVID CASHMAN**

Date: **November 7, 2017**

REPORTED BY:
**TERESA M. BENSON**
**OFFICIAL COURT**
**REPORTER**


COUNSEL OF RECORD:

FOR THE COMMONWEALTH:
**KEVIN CHERNOSKY, A.D.A.**
**ALICIA WERNER, A.D.A.**
**LISA PELLEGRINI, D.D.A.**

FOR DEFENDANT THOMAS:
**CASEY WHITE, ESQ.**
**MICHAEL MACHEN, ESQ.**

FOR DEFENDANT SHELTON:
**WENDY WILLIAMS, ESQ.**
**RANDALL MCKINNEY, ESQ.**


**TERESA M. BENSON, OFFICIAL COURT REPORTER**

2

1                         I-N-D-E-X

2    TRANSCRIPT OF INTERVIEW              3-50
     OF ROBERT THOMAS

3

4    WITNESSES                           PAGE

5        DETECTIVE TODD DOLFI
             Direct by Mr. Chernosky        50
6            Cross by Mr. White             54

7        DETECTIVE MICHAEL HOFFMAN
             Direct by Mr. Chernosky        59
8            Cross by Mr. White             65
             Redirect by Mr. Chernosky      70
9            Recross by Mr. White           76
             Redirect by Mr. Chernosky      80
10
         DETECTIVE STEVEN HITCHINGS
11           Direct by Mr. Chernosky        81
             Cross by Mr. White             92
12

13

14

15

16

17

18

19

20

21

22

23

24

25

**TERESA M. BENSON, OFFICIAL COURT REPORTER**

Highly Confidential: Attorney Eyes Only                                                    DA004075

3

```
 1                    P-R-O-C-E-E-D-I-N-G-S
 2                         - - - - -
 3               THE CLERK:  Now is the time set for
 4          pretrial motions of Robert Thomas and
 5          Cheron Shelton.  Counsel, please step
 6          forward.
 7                    - - - - -
 8          (Discussion off the record)
 9                    - - - - -
10      The following is a transcript of the tape that was
11                 reviewed in chambers)
12                    - - - - -
13               INTERVIEW OF ROBERT THOMAS
14                    - - - - -
15                    April 5, 2016
16                    - - - - -
17          QUESTIONS BY DETECTIVE STEVEN HITCHINGS
18                    - - - - -
19      Q.   What's happening, man?  Let me get your info
20           off you real quick.  What's your name?
21      A.   Robert Thomas.
22      Q.   What do they call you?
23      A.   What do they call me?
24      Q.   What's your nickname?
25      A.   Don't got one.
```

Highly Confidential: Attorney Eyes Only                                    DA004076

| | | |
|---|---|---|
| 1 | Q. | No nickname?  What about an address? |
| 2 | A. | 345 North Saint Clair. |
| 3 | Q. | Who do you live there with? |
| 4 | A. | That's my dad's house. |
| 5 | Q. | That's Pittsburgh? |
| 6 | A. | Pittsburgh, Pennsylvania, 15206. |
| 7 | Q. | And then your date of birth? |
| 8 | A. | 9/6/88. |
| 9 | Q. | 9/6? |
| 10 | A. | '88. |
| 11 | Q. | How old does that make you? |
| 12 | A. | 27. |
| 13 | Q. | 27.  And a phone number for you? |
| 14 | A. | 412-953-1023. |
| 15 | Q. | What is the other number you have? |
| 16 | A. | I don't know that number. |
| 17 | Q. | You don't?  All right. |
| 18 | A. | What is -- |
| 19 | Q. | We are coming to talk to you.  I have to run a |
| 20 | | couple things, and then we will be able to |
| 21 | | explain everything to you.  Do you want |
| 22 | | anything to drink or anything? |
| 23 | A. | No.  I'm fine.  Can I go to the bathroom? |
| 24 | Q. | Yeah.  One second. |
| 25 | | - - - - - |

TERESA M. BENSON, OFFICIAL COURT REPORTER

Highly Confidential: Attorney Eyes Only

```
 1              (Detective leaves interview room)

 2                      - - - - -

 3   Q.   What's your dad's name?

 4   A.   Howard.  My step dad.

 5   Q.   Howard, your step dad.  What's the last name?

 6   A.   Weaver.

 7   Q.   Weaver?  Howard Weaver.

 8                      - - - - -

 9              (Detective leaves interview room)

10              (Defendant escorted from interview room)

11                      - - - - -

12   Q.   Kick them shoes off.

13   A.   Why do I have to take them off?

14   Q.   What's that?

15   A.   Why I gotta take them off.

16   Q.   That way we won't get something on these.

17        Uncuff your pants.  What's all in your pockets

18        there?  Empty your pockets out.

19   A.   You took everything else.

20   Q.   Everything out?

21   A.   Yes.

22   Q.   You didn't have no belt or nothing?

23   A.   I don't.

24   Q.   All right.  Let me set this right out here.

25                      - - - - -
```

TERESA M. BENSON, OFFICIAL COURT REPORTER

Highly Confidential: Attorney Eyes Only

```
 1              (Detective leaves interview room)

 2                        - - - - -

 3    Q.    They are talking to your dad now.  Is that your

 4          step dad?

 5    A.    Uh-huh.

 6    Q.    Listen, Robert.  I gotta talk to you, okay.  So

 7          I at least want you to hear me out.  I have to

 8          read you your rights and then we will go from

 9          there, okay?

10                Did you ever have your rights read to

11          you before?

12    A.    Yeah.

13    Q.    So you know you have the right to remain

14          silent.  Anything you say can and will be used

15          against you in a court of law.  And you have

16          the right to have an attorney with you before,

17          during questioning.  And at any time, you can

18          stop and ask for an attorney during

19          questioning.  And then also if you can't afford

20          an attorney, one can be, um, afforded to you

21          free of cost.

22                There are two questions I want to ask.

23          Knowing these rights in mind -- did you

24          understand each of the rights?

25    A.    Yes.
```

TERESA M. BENSON, OFFICIAL COURT REPORTER

Highly Confidential: Attorney Eyes Only                     DA004079

1    Q.    *And knowing these rights, do you want to speak*
2          *to me now?*
3    A.    *Yes.*
4    Q.    *Okay.  All right.  Obviously we are here about*
5          *Cheron and about the Powell family and the*
6          *Shelton family.  Okay.  That's going back to*
7          *March 9th.*
8                *Now, I mean, this isn't going to be*
9          *easy for you, but listen.  As everyone knows,*
10         *the first one in with us is going to get*
11         *the -- going to get the deal.  All right?*
12               *And I can -- I'm going to show you*
13         *some things and -- to make you believe I'm not*
14         *trying to trick you.  I'm not trying to*
15         *bullshit you or anything like that, okay?*
16   A.    *Okay.*
17   Q.    *But let's start out -- I'm sure this is going*
18         *to maybe take a couple times.  Hopefully it*
19         *don't, but what's going on on the night.  What*
20         *happens?  Just tell me, honestly.  Because*
21         *honestly, I don't think you, I don't think*
22         *Cheron or anyone else that's involved, if there*
23         *is anyone else involved, meant to kill four*
24         *innocent people, one that's pregnant.*
25   A.    *I don't know nothing about none of that, sir.*

**TERESA M. BENSON, OFFICIAL COURT REPORTER**

Highly Confidential: Attorney Eyes Only

| | | |
|---|---|---|
| 1 | Q. | What's that? |
| 2 | A. | I don't know nothing about none of that.  I was |
| 3 | | (inaudible) doing other things. |
| 4 | Q. | What phone number did you have back then?  Now |
| 5 | | listen, I'm asking you these questions, I kind |
| 6 | | of think you should understand, I kind of know |
| 7 | | the answers already.  All right? |
| 8 | A. | Phone number? |
| 9 | Q. | Uh-huh. |
| 10 | A. | Ah. |
| 11 | Q. | Need me to help you? |
| 12 | A. | Yes. |
| 13 | Q. | 37 -- number started with a 3 -- 412-378? |
| 14 | A. | No. |
| 15 | Q. | Never you? |
| 16 | A. | No. |
| 17 | Q. | Okay.  When did you buy those shoes? |
| 18 | A. | I've had them for a while. |
| 19 | Q. | Uh-huh.  So if I show you a video of someone |
| 20 | | that looks just like you running in the back |
| 21 | | door of Justin -- or Cheron's mom's house -- |
| 22 | | there is a little more that I have that -- I |
| 23 | | don't want to see you. |
| 24 | A. | What do you have? |
| 25 | Q. | On the 9th into the 10th.  I have you jumping |

**TERESA M. BENSON, OFFICIAL COURT REPORTER**

Highly Confidential: Attorney Eyes Only

9

| | | |
|---|---|---|
| 1 | | over the fence down by 1244. |
| 2 | A. | I don't know.  I was doing other things, sir. |
| 3 | Q. | Why were you jumping over the fence?  Were you |
| 4 | | running from somebody? |
| 5 | A. | No. |
| 6 | Q. | Why were you jumping over the fence then? |
| 7 | A. | I came from the bottom of the hill; walked up |
| 8 | | through the woods. |
| 9 | Q. | Came from the bottom of the hill and walked up |
| 10 | | through the woods.  Where were you coming from? |
| 11 | A. | Partying with my girlfriend. |
| 12 | Q. | Who is your girlfriend? |
| 13 | A. | Tara. |
| 14 | Q. | Tara? |
| 15 | A. | Yeah.  She locked me out, so I was wondering |
| 16 | | around. |
| 17 | Q. | I mean, why would you -- when did you hook up |
| 18 | | with Cheron? |
| 19 | A. | He had dropped me off earlier that day. |
| 20 | Q. | No.  He jumped over the fence with you. |
| 21 | | Listen, brother, I have so much more.  It is |
| 22 | | almost like I don't want to spoon feed you or |
| 23 | | make it sound like I'm trying to tell you |
| 24 | | everything that I want you to say, but you need |
| 25 | | to tell me honestly. |

**TERESA M. BENSON, OFFICIAL COURT REPORTER**

Highly Confidential: Attorney Eyes Only

| | | |
|---|---|---|
| 1 | | *If there is a way to clear you in* |
| 2 | | *this, I will clear you in it.  I promise you* |
| 3 | | *that.  And I will move you far away from here;* |
| 4 | | *you never have to be seen or heard from again.* |
| 5 | A. | *I was just --* |
| 6 | Q. | *Bro, there times a time -- look, there comes a* |
| 7 | | *time, you know, if it was just Lamont that got* |
| 8 | | *killed.  You know, Lamont killed your best* |
| 9 | | *friend or one of your guy's best friends.  So* |
| 10 | | *it is kind of like an eye for an eye, you know* |
| 11 | | *what I mean?  We don't justify it.  We were* |
| 12 | | *going to work the case hard, but Lamont put* |
| 13 | | *himself in that situation.  Because I read the* |
| 14 | | *city homicide case for Calvin.  And I have know* |
| 15 | | *he was a suspect and I know he did it.  They* |
| 16 | | *just couldn't prove it.* |
| 17 | A. | *Right.  Right.* |
| 18 | Q. | *But now we come into this situation, fucking* |
| 19 | | *Lamont walks out of the hospital three days* |
| 20 | | *later, four days later?* |
| 21 | A. | *Right.* |
| 22 | Q. | *But, you know, four females and a male and an* |
| 23 | | *unborn child were killed.* |
| 24 | A. | *Right.  Right.* |
| 25 | Q. | *Dude, that's not you.  You're not built like* |

**TERESA M. BENSON,  OFFICIAL COURT REPORTER**

Highly Confidential: Attorney Eyes Only

| | | |
|---|---|---|
| 1 | | *that at all?* |
| 2 | A. | *No, sir.* |
| 3 | Q. | *I don't think Cheron is built like that at all.* |
| 4 | | *It is just a situation went bad. I'm sure* |
| 5 | | *Lamont had a gun that day. I'm sure he did.* |
| 6 | | *I'm positive he did. I know the way Lamont is.* |
| 7 | | *I know who he is. I know what he does.* |
| 8 | | *And the people just got caught up in a* |
| 9 | | *cross fire. It was an accident. There was no* |
| 10 | | *intent there. So you just need to tell me so* |
| 11 | | *we can clear up this up, dude?* |
| 12 | A. | *I didn't have nothing do with that, sir.* |
| 13 | Q. | *But you was there.* |
| 14 | A. | *I wasn't there.* |
| 15 | Q. | *Bro, you're not going to jump over the fence,* |
| 16 | | *run into the house with him right after.* |
| 17 | A. | *He is a good friend of mine. I didn't know* |
| 18 | | *nothing about that.* |
| 19 | Q. | *You just didn't happened across him in the* |
| 20 | | *woods at that time. That just doesn't happen* |
| 21 | | *that way.* |
| 22 | A. | *I was walking up -- I was walking up the hill.* |
| 23 | Q. | *You would have walked up Moller (phonetic)* |
| 24 | | *Street.* |
| 25 | A. | *No. I was (inaudible). There is a little cut.* |

**TERESA M. BENSON, OFFICIAL COURT REPORTER**

Highly Confidential: Attorney Eyes Only                                    DA004084

1    Q.   *I know Wheeling Street.  I know what happened.*

2          *Shit, I was pretty much born and raised in*

3          *Homewood.  Spent the first 20 years of my*

4          *career over there, Bro.*

5    A.   *Yes, sir.  Yes, sir.*

6    Q.   *I used to lay up there in on the hillside and*

7          *catch all the old-heads up there back in the*

8          *day.  Talk about different cops up there, used*

9          *to do crazy hit.  We used to lay up on the*

10         *weeds.*

11               *Now, listen.  Back to this.  I*

12         *did -- this is as straight up as it gets, Bro.*

13    A.   *All right.*

14    Q.   *This ain't going to go away.*

15    A.   *Right.*

16    Q.   *I have you.  I have Cheron.  Cheron wants to*

17         *play tough guy.  He has a lot more to lose.  I*

18         *have Cheron leaving with the gun.  He tell you*

19         *that?*

20    A.   *No.  I haven't -- I haven't talked to him.*

21    Q.   *And then we captured a letter from Cheron from*

22         *jail.  Guess he who is concerned about?  I'm*

23         *looking at him.*

24               *All right.  He put some things up*

25         *somewhere, you and him both put some things up*

**TERESA M. BENSON, OFFICIAL COURT REPORTER**

Highly Confidential: Attorney Eyes Only

```
 1              somewhere.
 2     A.       (Inaudible).  All I do is sell drugs.
 3     Q.       Where is the drugs at?
 4     A.       All gone.
 5     Q.       They are all gone.
 6     A.       All gone.
 7     Q.       Your nickname is "House".  They call you
 8              "Millhouse"?  Like the Simpsons character?
 9     A.       Something like that.
10     Q.       I have been doing my homework, Bro.  I ain't
11              slept.  My lieutenant won't let me leave.
12     A.       I understand.
13     Q.       I'm here right now looking at you, reaching out
14              saying, you need to know, I'm not pleasing.
15              All right.  I did my pleasing already.  I want
16              you to come with me, so I can -- we can cross
17              this path together and we can put this all to
18              bed.
19                    This is a nightmare.  This is a
20              nightmare for the City of Pittsburgh, for
21              Wilkinsburg, for you guys.  I know you can't
22              sleep.  You look at your kids.  I can show you
23              pictures of that eight month old, because it
24              ain't much older than your kid, younger than
25              your kids.  That child never had a chance.
```

**TERESA M. BENSON, OFFICIAL COURT REPORTER**

Highly Confidential: Attorney Eyes Only                                    DA004086

1         *That child took a bullet right to the head.*
2         *And it didn't see it coming.  It was alive*
3         *though.*
4                 *You got to show some compassion here,*
5         *dude.  If you was there, you were driving, tell*
6         *me that, and we will give you the ride.*
7    A.   *I wasn't there.*
8    Q.   *You were.  Bro, I'm not going to sit there and*
9         *let you say -- and insult me and insult you and*
10        *say you weren't there.  I know you were there.*
11   A.   *I wasn't there.  I wasn't.  I wasn't there.*
12   Q.   *I'm not even going to go back, you happened*
13        *upon Cheron walking through the woods.  That*
14        *story is to the point where I'm going to say it*
15        *is unbelievable.  A normal person is not going*
16        *to believe that.*
17   A.   *Why?*
18   Q.   *And then afterwards, I got you guys on video*
19        *coming out with a bag full of fucking goodies,*
20        *wearing different shit.  At least, the jackets*
21        *ain't on.  I know Cheron is changed for sure.*
22        *I can't tell about you, but I know one thing*
23        *you still have, right?*
24   A.   *What's that?*
25   Q.   *Them mother-fucking Air Maxes out there.  I*

1          know that for a fact, because I used to work
2          for Nike.
3                    When I was with the city, I was a
4          merchandise authenticator.  We can identify
5          different boot -- you know what I mean by
6          bootleg Uggs and bootleg Tims.  That's what we
7          did.  We go around busting all them stores
8          selling bootleg shit.  I did that on the side.
9                    As soon as I seen those shoes, I knew
10          what kind of shoes they were.  And I have been
11          looking for them.
12     A.   I had nothing to do with this.
13     Q.   Again, you put yourself into this because you
14          were there.  I'm not going to let you sit there
15          and hang yourself, dude.  Because they are
16          going to fucking hang you is what they are
17          going to do?
18     A.   Am I being arrested for this?
19     Q.   What's that?
20     A.   Am I being arrested for this?
21     Q.   You're being arrested.
22     A.   For murder, homicide?
23     Q.   What's that?
24     A.   For homicide.
25     Q.   Well, depends on which way you want to go here.

Highly Confidential: Attorney Eyes Only                    DA004088

```
 1              I don't want to arrest you for murder.
 2      A.     I don't have nothing -- I didn't have
 3              nothing --
 4      Q.     Dude, you were coming up through the woods and
 5              you were with him jumping over the fence at
 6              same exact time.  Running into -- not even
 7              running.  Walking pretty fast to the back of
 8              his house.  Why did you go to his house?
 9      A.     I just seen him, saying, "Yo, check it out."
10              I'm a good friend.
11      Q.     Oh, you're a good friend.  I know that.  So
12              don't bullshit me about the phone number
13              either.
14      A.     I don't have no -- I never had that phone
15              number in my life.
16      Q.     No.  What about "Re Re"?
17      A.     He is a good friend, too.
18      Q.     He list you in his phone as "Millhouse," you
19              think?
20      A.     (Inaudible).
21      Q.     What phone number does he have for you, before
22              he went to jail?  You ain't going to see that
23              mother fucker for a long time again.
24      A.     I don't know the name, man.  I don't know.
25      Q.     He have the 387-3461?
```

**TERESA M. BENSON, OFFICIAL COURT REPORTER**

Highly Confidential: Attorney Eyes Only                                    DA004089

1    A.    *Don't ring no bells to me.*

2    Q.    *No?  None at all?*

3    A.    *None at all.*

4    Q.    *Well, it is in that phone, then you're talking*

5          *to -- do you know who Brittany is?*

6    A.    *I know a couple Brittanys.*

7    Q.    *Someone that ran with Cheron?*

8    A.    *Yeah.*

9    Q.    *Do you know who Ashley is?*

10   A.    *Yeah.*

11   Q.    *Who is she?*

12   A.    *Ashley's sister.*

13   Q.    *Uh-huh.  They have your number in their phones,*

14         *too, to include Cheron.  Pretty good chance*

15         *that's your number, right?  Can we agree about*

16         *that?*

17   A.    *I guess so.*

18   Q.    *I don't want you to guess; I want you to be for*

19         *sure.  Again, what I'm doing is I'm not trying*

20         *to mind-fuck.*

21   A.    *I'm not --*

22   Q.    *Clearly it could have been your number on March*

23         *9th?*

24   A.    *Possibly.*

25   Q.    *Because everyone has that phone number listed*

**TERESA M. BENSON, OFFICIAL COURT REPORTER**

Highly Confidential: Attorney Eyes Only                                    DA004090

1          as either "House," "Millhouse" or "Rob."  All

2          right?  Where is that phone at?

3     A.   I don't know.

4     Q.   No?

5     A.   I don't know.  It was (Inaudible).

6     Q.   Is it at your dad's house?

7     A.   No.  It's in the garbage somewhere.

8     Q.   Then what do youns take from the house, put it

9          into Brittany's car or Ashley's car, whatever

10         one you want to say?

11    A.   I don't know what it was.

12    Q.   You don't know -- happened to your dad, that

13         you had it?

14    A.   I don't know.  I had -- I had --

15    Q.   I can show you the video so I know I'm not

16         bullshitting you.  I don't think you want to

17         see the video because it is bad.

18    A.   I left that jacket at the house.

19    Q.   You left that jacket at the house.  And then

20         youns get in that car.  And where do you go to?

21    A.   He dropped me off at some chick's house.

22    Q.   Who's that?

23    A.   Cheron.  I went to --

24    Q.   Who's house?  What's the girl's name?

25    A.   Some little -- some chick about my age.

**TERESA M. BENSON, OFFICIAL COURT REPORTER**

Highly Confidential: Attorney Eyes Only

| | | |
|---|---|---|
| 1 | Q. | *Where does she live at?* |
| 2 | A. | *She live at Regent Square.* |
| 3 | Q. | *Regent square.  I'm trying to pick through so I* |
| 4 | | *can make you realize.  Before the end of the* |
| 5 | | *night -- I have been doing this 27 years.* |
| 6 | | *You're going to trust me enough that you're* |
| 7 | | *going to tell me a lot of things you probably* |
| 8 | | *would never think you would tell me before.* |
| 9 | | *All right.  So you're doing the right* |
| 10 | | *thing and you're listening to me and following* |
| 11 | | *me and you know I'm not bullshitting you;* |
| 12 | | *right?  What do you know about cell phones?* |
| 13 | A. | *(Inaudible.)* |
| 14 | Q. | *No.  What if I told you -- now, you don't have* |
| 15 | | *your phone on you; they are out there.  But I* |
| 16 | | *have my phone right now.  Okay.  And whether* |
| 17 | | *this is a Smart phone, whether it is a flip* |
| 18 | | *phone, whatever, do you know what cell phones* |
| 19 | | *work off of?  How they connect calls?  If I* |
| 20 | | *punch in a number in New York, what happens?* |
| 21 | | *Once I punch that number, it happens real quick* |
| 22 | | *probably, because the phone rings.* |
| 23 | A. | *It hits off a cell tower.* |
| 24 | Q. | *Exactly.  Guess where cell phone towers are?* |
| 25 | | *Everywhere.  So you know about cell phones.  So* |

**TERESA M. BENSON, OFFICIAL COURT REPORTER**

Highly Confidential: Attorney Eyes Only

1        *what if I was to say I got Cheron's phone*
2        *number hitting off a tower over on Franklin,*
3        *and let's say I got your phone number hitting*
4        *off a tower off of Franklin, on March 9th in*
5        *around 10:41 is whenever he drives past, and*
6        *around 10:50 is when the shooting is.*
7                *Now, you can't lie about that.  You*
8        *can't lie about cell towers.  They are not*
9        *going to bounce from here -- if I'm here, my*
10       *phone is not going to hit on a tower over in*
11       *the Hill District.  It's going to hit off a*
12       *tower right here, because there is towers*
13       *everywhere.*
14  A.   *Yeah.*
15  Q.   *That's bad.  That's bad for you.  Because now I*
16       *have -- I'll tell you something that not too*
17       *many people -- want me to tell you something*
18       *that not a lot of people know about.  I'm sure*
19       *Cheron told you this.  Because if I went there*
20       *with you and it happened to me, I'll tell you,*
21       *too.*
22                *Who do you think seen him getting into*
23       *the car?  See, Cheron is fucked, because you*
24       *know why and I know why.  Because all this*
25       *stuff, plus who is coming down the street when*

**TERESA M. BENSON, OFFICIAL COURT REPORTER**

Highly Confidential: Attorney Eyes Only                                          DA004093

1          *he was getting into the car?*

2     A.   *I don't know.*

3     Q.   *He didn't tell you?*

4     A.   *No, sir. (Inaudible).*

5     Q.   *A Wilkinsburg policeman, seen him get in the*

6          *car and drive away.  Guess what he got?  You*

7          *now how he got on his mom's house so quick?*

8          *How do you think that happened?  Because the*

9          *policeman wrote down the license plate number.*

10         *White Lincoln.  Comes back to where?*

11             *Then guess what we did after that?*

12         *See, because what we do here is not rocket*

13         *science, dude.  I went to 12th grade, went to*

14         *the Army, became a policeman.  I don't have no*

15         *college, no nothing.*

16             *But common sense.  Check the cell*

17         *towers for Cheron.  Once we get Cheron's phone*

18         *number, check that.  See who he is talking to.*

19         *Check them.*

20             *Get the video.  That freaking hill top*

21         *is like freaking casino.  There is cameras*

22         *everywhere, right?  They capture everything.*

23             *So guess what we go get?  We get the*

24         *cameras and capture everything.  I'm not going*

25         *to tell you everything, because I need to hold*

**TERESA M. BENSON, OFFICIAL COURT REPORTER**

Highly Confidential: Attorney Eyes Only

1          *a couple things back, just so you know I'm not*

2          *bullshitting you.*

3                    *I know you probably talked this over*

4          *before we actually got our hands on Cheron.*

5          *Cheron not here with you right now.  Cheron is*

6          *already in jail.*

7     A.   *Right.*

8     Q.   *It's time for you to step up and do what you*

9          *have to do for yourself and not worry about*

10         *anyone else right now.  Nobody else but you.  I*

11         *know one thing you don't want to be for the*

12         *rest of your life; right?*

13    A.   *(Inaudible).*

14    Q.   *And in prison.  I can look at you.  You're like*

15         *me.  I ain't built for prison and I know you*

16         *ain't built for prison.  Cheron may talk a big*

17         *game, but he ain't been to prison yet.  County*

18         *jail is not prison.  When you're up in*

19         *Graterford, when you're up in Mahanoy, that's*

20         *prison.  That's where they separate the men*

21         *from the boys.  There is no guns; it is all*

22         *this (indicating).  I have been up there.  It*

23         *ain't nice.  It ain't pretty.*

24                    *So it is time for you to step up and*

25         *do what you have to do.  If all you did was*

**TERESA M. BENSON, OFFICIAL COURT REPORTER**

1              *drive over are there, just tell me that, dude.*

2   A.   *I was not there (inaudible).*

3   Q.   *Where were you at?  You told me you were on the*

4              *North Side, so I know you're lying already.  I*

5              *know you don't want to tell me this.  I know --*

6              *your girlfriend told me you weren't on the*

7              *North Side.  I know you wasn't on the North*

8              *Side because I know you were on the phone and I*

9              *know where your phone was pinging at.*

10   A.   *I wasn't on the phone.  I wasn't on the phone.*

11   Q.   *It doesn't matter.  My phone right now, it is*

12            *sending a signal so I have service in case*

13            *someone is trying to call me.  Your phone --*

14            *all these phones tell me, even if you're not*

15            *using it, they are sending a signal and it is*

16            *hitting the tower saying, Okay.  I recognize*

17            *you in case you get a call, it comes right to*

18            *you there.  It is crazy the way it works, but*

19            *that's the way it works.  Your phone is always*

20            *reaching out for a signal wherever you're at.*

21               *So I'm not saying you were on the*

22            *phone at that time.  Your phone was over there*

23            *though.  I can tell you that.  There is no*

24            *doubt.  There is no ifs, ands or buts about*

25            *that.*

Highly Confidential: Attorney Eyes Only

24

1              *What you need to tell me is if you*
2         *just drove over there, didn't know what the*
3         *fuck -- they were fucking going to get Lamont*
4         *and that was it, just tell me that.*
5    A.   *I wasn't there, sir.*
6    Q.   *Maybe you were parked around the bend so that*
7         *don't put you there.*
8    A.   *I wasn't driving (inaudible).*
9    Q.   *Rob, I don't know how to stress anymore how*
10        *much this means to you right now.  I mean,*
11        *listen.  One, we got numerous phone calls*
12        *before the murder to Cheron.  Then at one point*
13        *we got both of your phones over on Franklin*
14        *Avenue.  There is a tower right there.  You see*
15        *the school right across the street from there.*
16        *There is a tower right there.  That's Jackson*
17        *School.*
18             *Then I have you two jumping over the*
19        *fence together at the same exact time, one on*
20        *this time, one on this side of the house,*
21        *jumping over the fence at the same exact time.*
22        *You know what time it was?  Let me tell you,*
23        *11:45.*
24             *Then you walk this way; he comes this*
25        *way.  You cut down, go to the back.  He comes*

**TERESA M. BENSON, OFFICIAL COURT REPORTER**

Highly Confidential: Attorney Eyes Only                    DA004097

25

1        *in first.  You sit down by the wall.  You get*

2        *up and he opens the door, whatever, and then*

3        *you go in.  I know you agree that's the way it*

4        *went down because it is on video.*

5                *Youns are in there for a period of*

6        *time, reappear at the front door.  Different*

7        *clothes.  You know what that is?*

8    A.   *I didn't have different clothes on.*

9    Q.   *You didn't have the jacket on no more.*

10   A.   *I took it off.*

11   Q.   *You know what that is?*

12   A.   *What's that?*

13   Q.   *That's a consciousness of guilt.  I'm trying to*

14       *save your ass.  I'm telling you legal terms*

15       *that will come up in trial if we choose to go*

16       *that way.  I don't want to go that way with*

17       *you.  I want you to be with me.  I told you, I*

18       *want you to be right over there with me*

19       *(indicating).*

20   A.   *Yeah.  But I can't personally --*

21   Q.   *No.  You just didn't happen upon him in the*

22       *woods?*

23   A.   *I did, sir.  I did.*

24   Q.   *You did?*

25   A.   *I was coming from the bottom of the hill.*

**TERESA M. BENSON, OFFICIAL COURT REPORTER**

Highly Confidential: Attorney Eyes Only                                    DA004098

```
 1     Q.   The bottom of what hill?  There is no hill
 2          fucking back there.
 3     A.   Yes, there is.  On Willard.
 4     Q.   What's that?
 5     A.   You walk up the city steps on Willard.  And
 6          then you just walk into the woods.
 7     Q.   Dude, I'm just talking now.  Okay.  Do you know
 8          what -- do you know what a jury is, or do you
 9          know what a trial is or anything like that?
10          You ever heard of that?
11     A.   I heard about that.
12     Q.   You can walk up Moore and cut into Nolan.  1214
13          is about right here (indicating).  Now, if
14          you're saying you're at your girlfriend's
15          house, Tara's house, down on Tioga, that's all
16          the way over here (indicating).
17               So you walk up, come up and then --
18     A.   (Inaudible).
19     Q.   No shit.  I agree with you on that.
20     A.   Good.
21     Q.   But you come up, you could walk right in to the
22          Nolan right here.  You're right here.  Instead
23          you had to come all the way up Wheeler, all the
24          way up this way, then hit the fence -- meet him
25          somewhere.  What I'm saying is not believable
```

Highly Confidential: Attorney Eyes Only     DA004099

1          -- not at 11:45 on Sunday night.

2                  Because guess where I was before I

3          came here?  You seen me at your house; right?

4          I got a story off of Tara.  All right.  Guess

5          where Tara was and guess where Justin puts her

6          at that night?

7    A.    She was with my brother.

8    Q.    Okay.  Until after 10:00.

9    A.    Yeah.  I was arguing with her (inaudible).

10   Q.    Because you said she locked you out of the

11         house?

12   A.    Yeah, I did.

13   Q.    Listen, you're digging yourself into a deeper

14         hole here.  I don't want to sit there and go

15         over everything and uncover you from -- don't

16         let all this dirt pile up on you.  It is going

17         to collapse on you, and next thing you're going

18         to be saying, Oh, fuck.  Why didn't I listen to

19         him?

20                 I do this a lot.  I have been doing it

21         a long time with a lot of kids.  You're not

22         even a kid; you're little bit older.  So you

23         have some life experiences.  And I'm used to

24         dealing with 15, 16, 17 year old kids that

25         don't trust me, but at the end of the day, they

**TERESA M. BENSON, OFFICIAL COURT REPORTER**

Highly Confidential: Attorney Eyes Only

1    *shake my hand and we walk out of the room*

2    *together.*

3    *That's what I'm trying to do for you*

4    *right now. But you got to trust me. If you*

5    *don't trust me, I mean, it's -- I am going to*

6    *keep trying to prove to you that you need to*

7    *trust me, because there is a lot more. It is*

8    *not like I'm just making this shit up. You*

9    *know I'm not making it up, right?*

10    *You can agree that everything I'm*

11    *telling you is pretty much gospel. Do you*

12    *believe in church -- God?*

13    A.    *Yes, I do.*

14    Q.    *Do you read the Bible at all? Have you ever?*

15    A.    *Yes, I have.*

16    Q.    *So you believe the gospel; right? So if*

17    *someone tells you your name is Ryan or Robert*

18    *Thomas, that's pretty much gospel; right,*

19    *because that's your name.*

20    *I'm telling you that at 11:45, I got*

21    *you hopping the fence. I'm telling you I got*

22    *you going to the back of his house. I'm*

23    *telling you I got you wearing them shoes. I'm*

24    *telling you your phone is pinging over on*

25    *Franklin Avenue. That's gospel. To me, I'm*

**TERESA M. BENSON, OFFICIAL COURT REPORTER**

1                 *preaching to you.*

2      A.          *How did my phone ping?  I don't know nothing*

3                 *(inaudible).*

4      Q.          *I can tell you someone that knows the number,*

5                 *because you fucking knew the hell out of*

6                 *fucking Cheron's number and he knew your*

7                 *number.  And I can get you the cell records.*

8                 *Do you want to see them, so you know I'm not*

9                 *bullshitting you.*

10                     *Youns talk to each other a ton.  He*

11                *only gets out of the jail on the 8th.  I have*

12                *his phone records.  What's his number?  0447;*

13                *right?*

14     A.          *I don't know.*

15     Q.          *Come on, Bro.  I mean, you gotta agree with me.*

16                *I'm not just making this shit up.*

17     A.          *I'm being honest.  I don't know.*

18     Q.          *Well, I'm telling you, his last four digits of*

19                *his phone number are 0447.  I know how much you*

20                *two talked.  I know when and -- I know when and*

21                *what time you were together based on the video.*

22                *Video doesn't lie.*

23                     *I know two places you weren't.  You*

24                *weren't on the North Side, and you weren't with*

25                *Tara.*

**TERESA M. BENSON, OFFICIAL COURT REPORTER**

Highly Confidential: Attorney Eyes Only

```
1    A.   I was definitely on the North Side.  I had some
2         business.
3    Q.   What's that?
4    A.   I said I was definitely on the North Side.
5    Q.   You could have been on there, but you weren't
6         over there at the time of the shooting?
7    A.   Yes, I was.
8    Q.   No.
9    A.   I wasn't with Tara but she knew.
10   Q.   Where was you at?
11   A.   I was running around.  I told you I was around
12        on business that day.  I was doing a couple
13        things, run to the North Side, head up on East
14        Liberty, and I ran a couple places.  It's
15        something to do.
16   Q.   And I have no problem with that.  I know at one
17        point in time you hook up with Cheron and you
18        go up on Franklin Avenue.
19   A.   No, sir.
20   Q.   What car were you driving around in that day?
21   A.   I ride with jitneys.
22   Q.   In jitneys?
23   A.   Yes.
24   Q.   What jitney number you call?
25   A.   241-3198.
```

**TERESA M. BENSON, OFFICIAL COURT REPORTER**

Highly Confidential: Attorney Eyes Only

1    Q.   *34 --*

2    A.   *241-3198.*

3    Q.   *Because right now, you tell me you were on the*
4         *North Side.  I disproved that already.  We*
5         *agree with that; right?  On the 9th, what time*
6         *were you on the North Side until?*

7    A.   *I don't know what time it was.  I'm not sure of*
8         *the time.*

9    Q.   *Then I know you weren't at Tara's house.*

10   A.   *No, I wasn't.  She locked me out.*

11   Q.   *She wasn't there.  I mean, how can she lock you*
12        *out if she wasn't?  She didn't leave her home*
13        *in the middle of freaking Tioga Street?*

14   A.   *I never know she left.*

15   Q.   *And then you're walking through the woods; you*
16        *were running into Cheron; right?  That's what*
17        *you're telling me you want me to believe?  It*
18        *is an unbelievable story, dude.*

19   A.   *I'm not saying I never ran into Cheron that*
20        *night.*

21   Q.   *Well, you fucking jump over -- did you see him*
22        *jumping over the fence?*

23   A.   *No.*

24   Q.   *Did he see you jumping over the fence?*

25   A.   *No.*

**TERESA M. BENSON, OFFICIAL COURT REPORTER**

Highly Confidential: Attorney Eyes Only

1    Q.    *Then how did you know to go to his house?*

2    A.    *I just seen him coming and I said, "Hey, what's*

3          *up?"*

4    Q.    *You didn't see him coming.  You couldn't see*

5          *each other.*

6    A.    *In the little split (inaudible).*

7    Q.    *No.  I can show you the video.  Nowhere there.*

8          *Nowhere near.  He is well gone before you even*

9          *hit that split.  I know the split you're*

10         *talking about.  In between the 12 building;*

11         *whatever.*

12   A.    *Yes.*

13   Q.    *Where they split at.*

14   A.    *Yes.*

15   Q.    *It is your show, baby.  Come on.  I'm telling*

16         *you, I can take you and put you over here with*

17         *me.  I just need you to believe me.*

18               *And if all you did was drive, if all*

19         *you did was go there, you never got out of the*

20         *car, you didn't even drive; you didn't know*

21         *what the fuck was going on, that's what you*

22         *need to tell me.  Because you have need to save*

23         *your ass right now and not worry about nobody*

24         *else but you.*

25               *If all you did was say -- he said,*

**TERESA M. BENSON, OFFICIAL COURT REPORTER**

Highly Confidential: Attorney Eyes Only                                    DA004105

1          "Come on.  Go for a ride."  And you jump in the
2          car and go for a ride, the next thing you know,
3          they are coming back saying, "Oh, fuck."  Then
4          just tell me that.  I'll believe you.
5     A.   I wasn't there, sir.  I was not there.  I
6          didn't have nothing (inaudible).
7     Q.   How did -- was you in the car with him before
8          then and then you fucking left your phone in
9          there?
10    A.   I must have.  I don't have that phone.
11    Q.   Oh, you had the phone before and after, dude.
12         I can prove all that.  I mean, I'm not trying
13         to trick you here.  I can prove all that, that
14         you had the phone well after the shooting.  And
15         you're talking to him.
16              Because whatever they are trying
17         -- whatever they are trying in your head to
18         tell you not to tell me, now is the time --
19         that's the reason they are trying.  Because
20         before you know it, they are going to say,
21         "Well, you need to look at that mother fucker,"
22         because you're the easy mark.  He is worried
23         about you, dude.  He is 100 percent worried
24         about us getting to you, and guess what?  We
25         got to you.

**TERESA M. BENSON, OFFICIAL COURT REPORTER**

Highly Confidential: Attorney Eyes Only                                              DA004106

| | | |
|---|---|---|
| 1 | A. | *(Inaudible).* |
| 2 | Q. | *Listen, he -- listen to me, and I'll show you* |
| 3 | | *the letter.  He is worried about you.* |
| 4 | A. | *I'm fine.* |
| 5 | Q. | *No.  No.  He is worried about us getting to* |
| 6 | | *you, because he knows you -- you hold the keys.* |
| 7 | A. | *I'm lost.* |
| 8 | Q. | *Cheron, C-WIZ, whatever you want to call him,* |
| 9 | | *wrote a letter, all right?* |
| 10 | A. | *Okay.* |
| 11 | Q. | *In the letter, he is worried about "House."* |
| 12 | | *You need to get "House," is what he tells them.* |
| 13 | | *Because "House ain't going to stand up to it.* |
| 14 | | *You need to get him before they do."* |
| 15 | | *You know who "They" is?  "They" is me.* |
| 16 | | *Because he knows I'm right on -- I'm on that* |
| 17 | | *mother fucker's back quicker than shit.  And we* |
| 18 | | *are taking -- anyone in his path, we are* |
| 19 | | *taking.  If Cheron would have been in jail on* |
| 20 | | *March 9th, guess what?  You wouldn't be sitting* |
| 21 | | *here right now, and all them people wouldn't be* |
| 22 | | *dead.  Do you agree that?* |
| 23 | A. | *I don't know.* |
| 24 | Q. | *I'm asking you.  I mean, I know, you're -- how* |
| 25 | | *are you associated with Hill Top?* |

**TERESA M. BENSON, OFFICIAL COURT REPORTER**

Highly Confidential: Attorney Eyes Only                    DA004107

1    A.    *I lived up there.*

2    Q.    *You live at 1306?*

3    A.    *Yes.*

4    Q.    *Who did you live there with?*

5    A.    *My mom.*

6    Q.    *That's how you got to know all these dudes?*

7    A.    *Yes.*

8    Q.    *How good did you know Calvin?*

9    A.    *Seen him around a couple times.*

10   Q.    *How good do you know Cheron?*

11   A.    *Pretty good.*

12   Q.    *Obviously you knew Gomez good enough.  I mean,*

13         *you have kids with her sister and everything.*

14         *They are good kids.  They made it out; right?*

15         *At least Ryan did.  I don't know about Justin.*

16         *Justin might be right next door here for all*

17         *you know right now.*

18   A.    *(Inaudible).*

19   Q.    *But listen, you need to think about it.*

20         *Honestly.  I can get you a Bible.  You want a*

21         *Bible, you can pray and hold it.  But you need*

22         *to think about, No. 1, if you're a God-fearing*

23         *man and you believe in the Bible and you*

24         *believe in the scripture and everything in it,*

25         *you know what I'm spieling out of my mouth,*

**TERESA M. BENSON, OFFICIAL COURT REPORTER**

Highly Confidential: Attorney Eyes Only                          DA004108

1       *whether you like me, hate me, fuck the police,*

2       *whatever you think, you know what I'm preaching*

3       *to you is gospel.  It is exactly what happened.*

4              *And I got other pieces, but I'm not*

5       *going to tell you all my pieces, because that*

6       *ain't the way it works.  But I'm going to come*

7       *back at you with the same thing, go over things*

8       *again.*

9              *I want to get -- can I have consent to*

10      *get in your phones right now?*

11   A.  *Am I being arrested?*

12   Q.  *You are under arrest, yes.*

13   A.  *For what?*

14   Q.  *Not for the murder right now.  I can tell you*

15      *that.  For some firearms violations.*

16   A.  *Firearm violations?*

17   Q.  *I'll explain all that to you.  I'm not even*

18      *going to talk -- I don't want to talk to you*

19      *about that yet, but I will.*

20             *But what I want right now, can I have*

21      *consent to look at your phones that you had on*

22      *you?*

23   A.  *For what?*

24   Q.  *To see what's in them.  That's pretty much it.*

25      *I can bring them in here; we can go over them*

Highly Confidential: Attorney Eyes Only                                    DA004109

1           together.
2                    Is there something in there you don't
3           want me to see?  Is there any pass codes on
4           them or anything?
5    A.     You probably already looked at them.
6    Q.     We didn't look at them, dude.  We don't do
7           things like that.  It is just me and my partner
8           back here.  He is sitting here probably
9           watching this on video.
10   A.     I just don't understand.
11   Q.     I'm trying to let you understand.  Look at me.
12          I'm just trying to let you understand, dude,
13          that whether it is you, whether it is Cheron,
14          whether it is somebody else, somebody is going
15          to jump on the bus for -- and this ain't to
16          fucking -- this ain't no joke.  This ain't no
17          little stint somewhere.  This is as real as it
18          gets.  And I'm offering you that right now.
19   A.     I can't tell you because I wasn't there.
20   Q.     Did you ever have DNA?  Is there DNA on file
21          for you?
22   A.     Probably.  They have my fingerprints.
23   Q.     No.  DNA.  Did they ever -- like, say, you
24          know, you're cut and blood drops somewhere.
25          You smoke a cigarette.  Do you smoke

**TERESA M. BENSON, OFFICIAL COURT REPORTER**

Highly Confidential: Attorney Eyes Only                        DA004110

1              *cigarettes?*

2      A.     *Sometimes.*

3      Q.     *Let's say you smoke a cigarette and flick it on*

4             *the ground.  We can get DNA off of a cigarette.*

5             *Did you ever have a DNA test done to you at any*

6             *time?  Will you consent to one of them, too?*

7      A.     *No.*

8      Q.     *It is real easy.  Take a break.  You want*

9             *something to drink?*

10     A.     *No, sir.*

11     Q.     *Hang tight here.*

12                            - - - - -

13             **(Detective leaves the interview room)**

14                            - - - - -

15            (Whereupon, a luncheon recess was taken)

16                            - - - - -

17                THE COURT:  Before we resume the

18             video, I want to explain to you that I

19             asked Mr. Manko to fast-forward through

20             that portion of the video where there is

21             no statement taking place.  We will do

22             that.

23                It is my understanding there is

24             approximately another 20 minutes of the

25             video.  Okay.

**TERESA M. BENSON, OFFICIAL COURT REPORTER**

Highly Confidential: Attorney Eyes Only                                    DA004111

```
 1                        - - - - -
 2                     (In chambers)
 3                        - - - - -
 4              MR. MANKO:  We stopped at 7:25 and I'm
 5          going to fast-forward to 7:31 when the
 6          detective comes back into the room.  From
 7          there, it goes until 7:44, so 13 minutes.
 8                        - - - - -
 9          (Continuation of transcript)
10                        - - - - -
11    Q.    I want to go out and check on the video real
12          quick.  Hey, listen.  This is another one of
13          those fucking holes, all right.  Youns leave
14          Cheron's mom's house.  Do you follow me?  On
15          video at 12:24 a.m.  Okay.
16                     Where does he take you to?
17    A.    He took me to see some chick.
18    Q.    Where does she live at?
19    A.    Regent Square.
20    Q.    Regent Square.  You know how I know that's a
21          lie?
22    A.    No, it's not.
23    Q.    Because at 12:32, which would be 8 minutes, you
24          know where Regent Square is; right?
25    A.    Uh-huh.
```

**TERESA M. BENSON, OFFICIAL COURT REPORTER**

Highly Confidential: Attorney Eyes Only                                           DA004112

1    Q.    *Guess where Cheron is at and guess where you're*

2          *not at.*

3    A.    *Where?*

4    Q.    *At Josie's?*

5    A.    *At Josie's.*

6    Q.    *Uh-huh.*

7    A.    *Who is Josie?*

8    Q.    *Jocey, Josie.  Speak easy up on Harcourt with a*

9          *camera right in front of where Big Cheese is*

10         *at.  You know Big Cheese?*

11   A.    *No.*

12   Q.    *You don't.  You know where Harcourt is?*

13   A.    *Yes.*

14   Q.    *You know the girl over there that sells beer?*

15   A.    *Yes.*

16   Q.    *That's where he is.  On video, plain as day.*

17         *Pulls into that lot right to the garbage can*

18         *inside.  Brittany is asking, "Whose car is*

19         *that?"  Brittany is asking.*

20               *He jumps out.  You ain't there, but he*

21         *hangs with his boys for a while and walks up to*

22         *her door, gets himself a cold 45, comes back*

23         *and hangs out in the lot for a little bit.*

24         *Ain't no way he is making it to Regent Square*

25         *and back.*


**TERESA M. BENSON, OFFICIAL COURT REPORTER**

Highly Confidential: Attorney Eyes Only                                      DA004113

| | | |
|---|---|---|
| 1 | A. | *Well, that's Regent square (inaudible).* |
| 2 | Q. | *I know where we Regent Square is.  It ain't* |
| 3 | | *right there.* |
| 4 | A. | *That's where I was.* |
| 5 | Q. | *How did you get there?* |
| 6 | A. | *He dropped me off there.* |
| 7 | Q. | *Do you remember when we first started all this.* |
| 8 | | *I mean, I don't want to sit here in my pool* |
| 9 | | *like pulling hairs out of your head to try to* |
| 10 | | *get you to tell me something.* |
| 11 | | *I mean, you're in trouble right now.* |
| 12 | | *You understand that?  Do you understand you're* |
| 13 | | *under arrest?* |
| 14 | A. | *Okay.* |
| 15 | Q. | *And you're under arrest for some firearms and* |
| 16 | | *drugs?* |
| 17 | A. | *What firearms and what drugs?* |
| 18 | Q. | *What's that?* |
| 19 | A. | *What firearms and what drugs?* |
| 20 | Q. | *Let's just say it is something from your past* |
| 21 | | *we brought up again.* |
| 22 | A. | *How is that?* |
| 23 | Q. | *Because the charges were withdrawn at the* |
| 24 | | *magistrate.  They were never re-filed because* |
| 25 | | *the policeman retired.  Remember when your* |

**TERESA M. BENSON, OFFICIAL COURT REPORTER**

Highly Confidential: Attorney Eyes Only

1                *charges got dropped because the policeman never*

2                *showed up?*

3     A.   *That was never an issue.*

4     Q.   *There was never an issue; there was never a*

5                *hearing on it.*

6     A.   *(Inaudible) the officer didn't showed up.*

7     Q.   *Why was it dismissed?*

8     A.   *The Judge dismissed it.*

9     Q.   *What's that?*

10    A.   *The Judge dismissed the case.*

11    Q.   *The Judge dismissed the case.  You know why?*

12    A.   *She said -- she said it was something about*

13              *there wasn't enough evidence or something.*

14    Q.   *It's those charges.  We are going to hold you*

15              *guys.  They are getting re-filed?*

16    A.   *(Inaudible).*

17    Q.   *Huh?*

18    A.   *(Inaudible) Wow!  So how is that?  How is that?*

19    Q.   *How is that?*

20    A.   *Yeah.*

21    Q.   *Because it should never -- they should have*

22              *been re-filed way back then, and they weren't.*

23    A.   *Oh, okay.*

24    Q.   *So now we are here on this obviously.*

25    A.   *So I got an attorney on that case.*

**TERESA M. BENSON, OFFICIAL COURT REPORTER**

Highly Confidential: Attorney Eyes Only

43

1   Q.   *You do?*

2   A.   *Yes.  Yes.*

3   Q.   *Okay.  That's fine.  We won't talk about that*

4        *case then.  You still want to talk about this*

5        *case though?*

6   A.   *I don't feel like I need to.  I don't have*

7        *nothing to do with it.*

8   Q.   *Oh, dude.  I mean, how can you sit there and*

9        *even think about saying that?*

10  A.   *I don't have nothing to do with that.*

11  Q.   *I mean, you jumped over the fence with him.*

12       *You run into his house with him.  You come out*

13       *of the house changed.*

14  A.   *I never changed my clothes.*

15  Q.   *You took your jacket off.*

16  A.   *I left it there.*

17  Q.   *Why would you leave -- why would you take your*

18       *jacket off and leave it at his house?*

19  A.   *I was hot.  It wasn't like it was intentional.*

20  Q.   *Then your phone is pinging over on Franklin*

21       *Avenue.*

22  A.   *That's not me.  I don't know what to say,*

23       *because that's not me.*

24  Q.   *That's not you?  Who had your phone that day?*

25  A.   *I don't know.  I lost that phone.  I don't know*

**TERESA M. BENSON, OFFICIAL COURT REPORTER**

Highly Confidential: Attorney Eyes Only

```
 1              who --that phone was lost a long time ago.  I

 2              don't know nothing.

 3     Q.       Listen, I'm telling you right now, the phone

 4              might be off, the phone might be gone, but the

 5              records don't go away.

 6     A.       Okay, but I don't know nothing about nothing.

 7     Q.       What kind of phone was it?

 8     A.       I don't know.  An old flip phone.

 9     Q.       Just a little prepaid flip?

10     A.       Uh-huh.

11     Q.       Where did you buy that at?

12     A.       I bought it at Wal-Mart.

13     Q.       Which Wal-Mart?  The one at North Versailles?

14     A.       Yes.

15     Q.       How long you had that phone?

16     A.       About a month.

17     Q.       A month.  And then --

18     A.       I had a (inaudible).

19     Q.       Well, she was having a good time.  She was at

20              her family having a cookout.

21     A.       (Inaudible).

22     Q.       Who is the girl you went out with?  Was it Back

23              Page?

24     A.       Yeah.

25     Q.       Who is that?
```

TERESA M. BENSON, OFFICIAL COURT REPORTER

Highly Confidential: Attorney Eyes Only

1    A.    *I don't know (inaudible).  She looked real*
2          *good.  I wanted to have a good time.  I called*
3          *her up.*
4    Q.    *So that will be in your phone records, too?*
5    A.    *Yeah.*
6    Q.    *So yenz leave Cheron's mom's house in the*
7          *Impala; right?*
8    A.    *At that time, I'm not sure of that.*
9    Q.    *Who put what in the trunk?*
10   A.    *I don't know what was put in the trunk.*
11   Q.    *No.  Where do you sit at in your car?*
12   A.    *Front passenger.*
13   Q.    *Front passenger.  So front passenger seat.  And*
14         *then you're saying he drives you to Regent*
15         *Square.  Do you remember where at in Regent*
16         *Square?*
17   A.    *(Inaudible).*
18   Q.    *If you didn't go to Regent Square, you can*
19         *change it up on me.  Because there ain't no*
20         *possible way he drove from Nolan -- Nolan Court*
21         *to Regent Square and was back in Harcourt.  You*
22         *agree there is no way he can make it back there*
23         *in 8 minutes.*
24   A.    *I don't know that.  I don't know.  I'm not a*
25         *time expert.*

**TERESA M. BENSON, OFFICIAL COURT REPORTER**

Highly Confidential: Attorney Eyes Only

1    Q.    *It is not a time expert.   It is common sense.*
2          *Remember I said what I do is not -- not smart.*
3          *It is just common sense.   Let me ask you this.*
4    A.    *Regent Square is only about four minutes away.*
5    Q.    *Let me ask you this.   If you drive from -- we*
6          *drove from Tioga Street to here.*
7    A.    *(Inaudible) less than that.*
8    Q.    *Right.   And that's a couple streets away.*
9          *Regent Square is all the way down South*
10         *Braddock.*
11   A.    *No.   Regent Square is when you cross over*
12         *(inaudible).*
13   Q.    *That's Wilkinsburg.*
14   A.    *That's still Regent Square.*
15   Q.    *What's that?*
16   A.    *That's Regent Square.*
17   Q.    *Wilkinsburg don't turn into Regent Square, back*
18         *in there.*
19   A.    *Well, that's Regent Square.*
20   Q.    *She lives in Wilkinsburg?*
21   A.    *Possibly.*
22   Q.    *You don't remember what street?*
23   A.    *Some street off of West Street.   West 10th.*
24   Q.    *And then you talk to him several more times*
25         *that night.*

**TERESA M. BENSON, OFFICIAL COURT REPORTER**

Highly Confidential: Attorney Eyes Only

1   A.   *Uhhh --*

2   Q.   *Oh, yeah.  There are phone calls and then the*

3        *next morning you talk again.  I mean, you*

4        *usually talk a lot when you're together.*

5   A.   *(Inaudible), you know what I mean.  We both*

6        *have different type of (inaudible).*

7   Q.   *Let me go get these phone records.  If I tell*

8        *you you talked to him 23 times prior to the*

9        *shooting, would you agree with that?  Is that a*

10       *lot, or is that not a lot?*

11  A.   *That's a lot, but I know I didn't talk to him*

12       *that many times.*

13  Q.   *Could have been Tara?  She was with you though?*

14  A.   *No.  She wouldn't talk to him like that.*

15  Q.   *They are cousins; right?*

16  A.   *I guess so.*

17  Q.   *Now, when you come up through them woods, you*

18       *see the Lincoln parked there on Wheeling*

19       *Street?  No?  You was walking up that hillside*

20       *from Wheeling?*

21  A.   *Yeah.  Did you all arrest -- you all arrested*

22       *Tara, too?*

23  Q.   *Who?*

24  A.   *You all arrested Tara, too?*

25  Q.   *Tara?*

**TERESA M. BENSON, OFFICIAL COURT REPORTER**

Highly Confidential: Attorney Eyes Only                                    DA004120

```
1    A.    Yeah.  My girlfriend.  You all arrested her?
2    Q.    No.  We just talked to her.  And then you can't
3          understand why or how --
4    A.    I mean, the way it looks -- I understand the
5          way it looks, sir.
6    Q.    Listen.  It looks bad, and I'm not telling
7          you -- I'm just telling you what it looks --
8    A.    I'm telling you from me, I had nothing to do
9          with none of that.  I don't know nothing about
10         none of that.  I don't know nothing about no
11         guns.  I don't get into none of that stuff.
12   Q.    And I can agree with that, but on this night,
13         you were pulled into it.
14   A.    No, I wasn't, sir.
15   Q.    I can tell you this.  It looks bad from the
16         cover, the first couple pages.  I didn't even
17         start digging into the book, into the heart of
18         the book yet.
19   A.    Am I being charged with this?
20   Q.    No, you're not.
21   A.    I don't have nothing more to say about it.  Can
22         I go home?  There is nothing -- there is
23         nothing to tell you.  There is nothing I know
24         to tell you.
25   Q.    What about your phone?  Can we have your
```

TERESA M. BENSON, OFFICIAL COURT REPORTER

Highly Confidential: Attorney Eyes Only

```
 1              consent to look through your phones?
 2      A.      No.
 3      Q.      What about a buckle swab?
 4      A.      Huh?
 5      Q.      That a DNA swab?
 6      A.      No.
 7      Q.      Give me a few.  We are going to have to get a
 8              search warrant for your DNA?
 9      A.      I can't -- can I call my attorney?  I do have
10              an attorney.
11      Q.      Who is that?
12      A.      Casey White.
13      Q.      At this time, you cannot call your attorney
14              but --
15      A.      Why not?
16      Q.      Because that's not the way it works.  But I'll
17              honor that.  We have to get a search warrant
18              for your DNA.  That's going to take a little
19              bit, okay.
20                      You have Casey's number?  I'll call
21              Casey.  I know Casey.  Is he still your
22              attorney?
23      A.      Yes, he is.
24      Q.      Would you believe him if he comes in here and
25              tells you something?
```

TERESA M. BENSON, OFFICIAL COURT REPORTER

Highly Confidential: Attorney Eyes Only

1      A.    *Yes, I would.  I believe anything he tells me.*

2                        - - - - -

3                   *(END OF INTERVIEW)*

4                        - - - - -

5                    (Open court)

6            MR. CHERNOSKY:  Commonwealth would

7            call Detective Todd Dolfi.

8                        - - - - -

9                 **DETECTIVE TODD DOLFI**

10     having been duly cautioned and sworn, was examined

11     and testified as follows:

12                       - - - - -

13                **DIRECT EXAMINATION**

14                       - - - - -

15     BY MR. CHERNOSKY:

16     Q.    Detective Dolfi, state your first and last name

17            and spell your last name for the court

18            reporter.

19     A.    Todd Dolfi, D-O-L-F-I.

20     Q.    How are you currently employed?

21     A.    Detective with the Allegheny County police.

22     Q.    How long have you been employed with the

23            Allegheny County police?

24     A.    Going on my 11th year with the county police.

25     Q.    Are you in any particular division right now?

**TERESA M. BENSON, OFFICIAL COURT REPORTER**

Highly Confidential: Attorney Eyes Only