# ALLEGHENY COUNTY POLICE DEPARTMENT

## ALLEGHENY COUNTY POLICE DEPARTMENT
## INTERVIEW

| | | | |
|---|---|---|---|
| **Case No.:** | CR-000785-16 | **Case Date:** | 3/9/2016 |
| **Event No.:** | EVENT-004404-16 | | |
| **Officer Name:** | DETECTIVE HITCHINGS, STEVEN | **Activity Date/Time:** | 4/5/2016 7:50:53 PM |
| **Shield No.:** | 511 | **Serial No.:** | 015258 |
| **Activity Type:** | INTERVIEW | | |

**Activity Description:** Interview of Robert Thomas aka "Millhouze"

On Tuesday, April 5th 2016 Robert Thomas was inside of Redacted on an outstanding arrest warrant for firearms and narcotic's charges without incident. Thomas was transported to the Allegheny County Police Homicide Office and placed into interview room # 2.

Upon entering Interview Room #2 Thomas was informed and he understood that his interview was going to be both audio and video taped.

Prior to interviewing Thomas, I (Detective Hitchings) informed Thomas that he was under arrest for a 2013 drug and gun case out of Wilkinsburg. Thomas said that case was dismissed and he did not want to talk about it.

I informed Thomas that I wanted to speak with him about the recent Brittany Powell murder that in Wilkinsburg and Thomas stated that he had he would talk to us about that homicide. Prior to interviewing Thomas he was verbally read Miranda Warnings and agreed to speak to me without an attorney regarding the Powell / Shelton Homicides.

During the course of the interview Thomas stated that he lived with his father at Redacted and his nickname is "Millhouze". Thomas was asked if he recalled his whereabouts on Wednesday, March 9th 2016.

Thomas initially denied being in Homewood on March 9th 2016. Thomas said he was on North Side handling some business. He then stated that he was in Homewood at Tara (Gomez's) house Redacted arguing with her and she locked him out.

At that time I informed Thomas that I interviewed Tara Gomez and she told me that she was at her brother, Justin Gomez's house in Rankin at a cookout.

I then informed Thomas that we had him on video hopping the fence in the rear of Nolan Court with Cheron Shelton wearing the same Nike Air Max he was wearing today. Thomas then stated he walked up to "Hilltop" from Tara's house because he was locked out. Thomas said he walked up to Hilltop through the the woods because it was safer. Thomas said while he was walking through the woods he encountered Cheron Shelton who was also walking in the woods.

Thomas said after jumping the fence he walked to the rear door of Shelton's mom's house and Shelton let him inside. Thomas said while inside Shelton's mom's house he took off his jacket and then left with Shelton.

Thomas said after leaving "Hilltop" Cheron drove him to some black female's house in Regent Square that he met on the "back page".

During the interview Thomas denied being involved in the Powell / Shelton homicide. When asked what his phone number was on March 9th 2016 he could not remember. I asked Thomas if it was Redacted and he agreed that it

could have been.

Thomas was asked if he was with Calvin Doswell aka "Calie" and Thomas said he was good friends with Doswell and he said that he is certain that Lamont Powell killed Doswell.

Thomas was asked if he recalled talking to Shelton after he was released from jail on March 8th 2016. Thomas said he talked to Shelton but could not recall how many times.

During the interview asked Thomas why his cellular telephone Redacted was hitting off of the cell tower on Jackson Street in Wilkinsburg which is across from Franklin Street at the time of the shooting and Thomas said he must have left his cell phone in Shelton's car.

| Status: | Signature of Reporting Officer: | Signature of Approving Officer: |
|---|---|---|
| AWAITING COURT ACTION | | |