# ALLEGHENY COUNTY POLICE DEPARTMENT

## ALLEGHENY COUNTY POLICE DEPARTMENT
## INTERVIEW

| | | | |
|---|---|---|---|
| **Case No.:** | CR-000785-16 | **Case Date:** | 3/9/2016 |
| **Event No.:** | EVENT-004404-16 | | |
| **Officer Name:** | DETECTIVE MCCUE, KEVIN | **Activity Date/Time:** | 4/5/2016 5:30:12 PM |
| **Shield No.:** | 516 | **Serial No.:** | Redacted |
| **Activity Type:** | INTERVIEW | **Hours:** 0 | **Cash** $0.00 |

**Activity Description:** Second interview of Ashley Smith

Homicide Investigation - Wilkinsburg, PA

**Victim: Powell, Brittany (et.al)**

   On April 5, 2016, Ashley Smith was arrested on and outstanding arrest warrant and was transported to Allegheny County Police Homicide Unit. Smith was placed into Homicide interview room #2 and was advised that while she was seated inside the room the interview room was being audio/video recorded.

   The following is a brief synopsis of that interview.

   Smith is the biological sister of Cheron Shelton, Smith was questioned about her brother (Shelton), Smith stated that she knew nothing about her brother (Shelton) being involved with the Wilkinsburg murders.

   Detective Michael Caruso then went into the interview room and read Smith ACP Form R12 Rights/Warning and spoke with Smith about the arrest warrant and charges she was arrested on.

   (Refer to Detective Michael Carsuo's supplemental report)

The audio/video recorded interview of Ashley Smith will be provided for trial, a copy of the interview will be submitted to the Allegheny County Police Evidence Room for safe keeping.

End of rpt. KLM

| Status: | Signature of Reporting Officer: | Signature of Approving Officer: |
|---|---|---|
| OPEN | *[signature]* #516 | *[signature]* |