# ALLEGHENY COUNTY POLICE DEPARTMENT

## ALLEGHENY COUNTY POLICE DEPARTMENT
### FOLLOW UP

| | | | |
|---|---|---|---|
| **Case No.:** | CR-000785-16 | **Case Date:** | 3/9/2016 |
| **Event No.:** | EVENT-004404-16 | | |
| **Officer Name:** | DETECTIVE CARUSO, MICHAEL | **Activity Date/Time:** | 4/7/2016 11:30:58 AM |
| **Shield No.:** | 483 | **Serial No.:** | 024804 |
| **Activity Type:** | FOLLOW UP | **Hours:** 0 | **Cash** $0.00 |

**Activity Description:** INTERVIEW OF FREDRICK COLLINS, DOB: 11-3-80, 2410 IRWIN STREET MCKEESPORT, PA. 15132 (412)414-4430

POWELL, Brittany

   On Monday, April 7, 2016 at approximately 1130 hours, this reporting (Caruso) and Detective McCool conducted an interview of Fredrick Collins in reference to Wilkinsburg homicide that occurred on March 9, 2016. Detectives of the Allegheny County Police Homicide Section learned that Fredrick Collins had information related to the homicide investigation. A Court Order was obtained by detectives to transport Fredrick Collins from the Allegheny County Jail to the Allegheny County Police Headquarters Homicide Section to be interviewed.

   Upon arrival at Allegheny County Police Headquarters Homicide Section, Fredrick Collins was placed in Interview Room #2. He was advised that the room is audio and video recorded.

   The following is a brief synopsis of the interview of Fredrick Collins. Therefore this supplemental report will focus on key points of the interview. **(See DVD Statement of Fredrick Collins for the Complete Interview)**

   * Fredrick Collins said that he has been in the Allegheny County Jail since September 6, 2015. He is currently on Level 7/POD D, cell #124. Stated that he has been on Level 7/POD D since March 24, 2016, and moved there from DHU Level 8/POD E.

   * Fredrick Collins said that on March 26, approximately 3-4 in the morning he heard someone being moved into cell #121. He said that all the other cells are full, except for cell #121 and he knew when he heard the door that someone was being placed in that cell.

   * Fredrick Collins said that he began to speak to the person in cell #121, who at first said he was "OG" from "Hilltop". Fredrick Collins said that he used to hang up at Hilltop, and knows that there is no one by that name, and told the person. The person had asked who he was and he said that he was "Psyco" and he (person from cell #121) responded, "Psyco from St. Clair" and then said, that he was "C-WIZ".

   * Fredrick Collin knows "C-WIZ" to be Cheron from Hilltop. The two started talking, Fredrick Collins asked Cheron what he was in there for and he told him that he is in there for some guns and a parole violation. Cheron proceeded to tell Fredrick Collins that the police are trying to get him for that "Wilkinsburg shit that's been all over the news".

   * Fredrick Collins told Cheron that he did not know anything about the Wilkinsburg shooting, because he didn't watch the news, and has been in the "hole". Cheron asked him if he heard about that "Calio" shit. (Calvin Doswell is also know as Calio). Fredrick Collins said that "Calio" was "C-WIZ's man, and that he was robbed and killed approximately two years ago by "Murder". (One of the individuals who was shot in Wilkinsburg was "Lamont" AKA "Murder").

\* Fredrick Collins said that Cheron told him that they "got the drop" on him, meaning "Lamont". He said they got a call from someone who saw him on "Facebook" at a cookout in Wilkinsburg. He said that Cheron told him that he went over there with another person, and that they "ambushed them". He said Cheron told him that his "man" shot them with a handgun, and that he used a "Chopper" (Chopper is also known as an AK-47). He said that Cheron told him that he was hitting them with a "Chopper" and that he wanted everyone gone, and didn't give a fuck who got hit or who didn't get hit, because he wanted the family to go through what he went through.

\* Frederick Collins said that eventually, Cheron told him that he was tired and that he went to sleep. He said he didn't want to push Cheron in asking anymore questions. The next day he saw Cheron in the cell and woke him up. He said he tried to get Cheron to eat. Later on, Cheron was moved out of the cell.

\* Fredrick Collins asked a guard a couple days later what Cheron's last name was, and he said that he told him it was Shelton. He said that this information was "weighing on him" and on his conscious. He said he told the guard that he wanted to speak to Internal Affairs and eventually spoke with a Detective.

\* Fredrick Collins began to speak about another inmate Robert Thomas AKA "House" from Homewood who he had met yesterday before lunch. He said that "Rob" came on his POD yesterday. Frederick Collins introduced himself as "Psyco". Rob told him that he was from Homewood, Hilltop  He asked him what he was in there for and he told him that he was there for some old gun and drug possession charges from February 21, 2013, and that the police are trying to question him about something.

\* Fredrick Collins questioned "Rob" if he was down there for the Wilkinsburg case and if he was one of "C-WIZ's" CO-D's (Co-Defendant). He also asked "Rob" if he was "C-WIZ's" man. "Rob" told him that it was something like that.

\* Fredrick Collins then told "Rob" that "C-WIZ" was his (Fredrick Collins's) man. He said that he confirmed that he knows "C-WIZ and told "Rob" about Cheron's sisters, Ashley and Brittany. He also told "Rob" what Cheron had told him regarding the Wilkinsburg shooting. Fredrick Collins said that "Rob" felt comfortable enough with him, and told him what had happened.

\* Fredrick Collins said that "Rob" told him that they got a phone call from a girl who saw "Murder" Lamont on "Facebook" at a cookout in Wilkinsburg. He said "Murder" Lamont was blamed for robbing and killing "Calio" and that "C-WIZ wanted him dead for the last two years.

\* Fredrick Collin said that "Rob" told him that after he got the call they "suited up" meaning they got guns. He said they went over to the cookout and waited inside a garage that was nearby. He said that he saw 'Murder" in the back of the yard, and that he went out and began shooting at him. He said Cheron ran out behind him and ran up to neighbor's yard, and started shooting everyone with the "Chopper", and was "picking everyone off".

\* Fredrick Collins said that "Rob" told him that he only wanted to shot "Murder" and that he didn't want to kill all of those other people.

\* Fredrick Collins said that "Rob" told him that after the shooting, Cheron told him that he wanted all those mother fuckers dead, his whole blood line dead.

\*  Frederick Collins said that also after the shooting, him and Cheron went to the car. He said that a "cop" that was driving past saw Cheron's face, so he didn't get into the car. He said that he told Cheron that he would catch up with him later.

\* Fredrick Collins said that "Rob" told him that he was questioned by police regarding the shooting. He asked "Rob" what he told them, and he said that he only told them what they already knew. He said "Rob" told him that the police saw him and Cheron jump the fence up at Hilltop, one hour after the shooting, and go into a house, and that Cheron was carrying a bag. He said that "C-WIZ" changed his clothes, but he did not. Frederick Collins asked "Rob" what was

inside the bag. At first "Rob" did not tell him. He asked him if it was the "Chopper" that "C-WIZ" had for the Wilkinsburg shooting and "Rob" shook his head indicating that it was.

* Frederick Collins said that "Rob" told him that the police asked him about a phone number, and that the same number is in Cheron's, Brittany's and Ashley's phone as "House". He said he threw that phone away and got two new phones.

* Frederick Collins said that "Rob" told him that police had questioned him regarding him calling Cheron twenty-three times.

* Frederick Collins said that "Rob" told him that sometime after the shooting Cheron spoke about shooting up the victim's funeral, but he "Rob" had talked him out of it.

* Frederick Collins said that "Rob" told him that "C-WIZ" wrote a letter, and did not know that they (police) were monitoring him. He was talking indirectly and the detectives reading the mail would know he was involved in the shooting.

After the interview of Frederick Collins concluded he was returned to the Allegheny County Jail.

Again, See DVD Statement of Frederick Collins for the Complete Interview. Two copies of the DVD statement will be included in the Case File. The original was recovered from ACPD-Homicide DVR. The original was placed in evidence as **ITEM DI** under **Property Control #16-0335**.

Investigation to continue....

Attached to report: Copy of Court Order to retrieve Fredrick Collins from ACJ,

| Status: | Signature of Reporting Officer: | Signature of Approving Officer: |
|---|---|---|
| OPEN | | |