Affiants are Detectives Todd Dolfi and Thomas Foley of the Allegheny County Police Department and are assigned to the Homicide Unit. Affiants are law enforcement officers of the Commonwealth of Pennsylvania and are empowered to make arrests for criminal offenses enumerated within this document. All of the information contained in this affidavit was learned directly by the affiants, or was communicated to them by other law enforcement officers, victims, witnesses, or medical clinicians and technicians.

Affiants have been police officers in excess of a combined thirty eight years and have attended and completed numerous training courses in reference to the investigation and prosecution of criminal acts. As patrol officers and as criminal investigators affiants have conducted hundreds of investigations and participated in the prosecution of criminal acts within the jurisdiction of Allegheny County and the District of Columbia.

On March 09, 2016 at approximately 10:54PM Wilkinsburg police were called To 1304 Franklin Ave in Wilkinsburg for numerous victims discovered deceased due to gunshot wounds. The Wilkinsburg Police Department requested the investigative assistance of the Allegheny County Police Homicide Unit. Numerous items of ballistic evidence were recovered at the scene. To include spent Thirty (30) 7.62X39 caliber casing, and Eighteen (18) .40 caliber casings and numerous projectiles. As of this time 5 adults 1 unborn child are deceased one adult is currently in the hospital and two adults were treated and released from the hospital. 7.62 x 39 caliber bullets are fired either by long rifles or in a pistol set-up that requires a long 'recoil tube' to account for the recoiling action of the firearm.

All deceased victims were transported by the Allegheny County Office of the Medical Examiner where autopsies were performed as follows:

Dr. W. Ashton Ennis completed an autopsy on Brittany Powell, 27, on 3/10/16 and determined the cause of death to be multiple gunshot wounds and the manner of death to be homicide.

Dr. Baiyang Xu completed an autopsy on Tina Shelton, 37, on 3/10/16 and determined the cause of death to be multiple gunshot wounds of the head, trunk and extremity and the manner of death to be homicide.

Dr. Baiyang Xu completed an autopsy on Shada Mahone, 26, on 3/10/16 and determined the cause of death to be multiple gunshot wounds to the trunk and the manner of death to be homicide.

Dr. Baiyang Xu completed an autopsy on Chanetta Powell, 25, on 3/10/16 and determined the cause of death to be multiple gunshot wounds of the head and the manner of death to be homicide. It was determined that Chanetta Powell was in her third trimester of pregnancy at the time of her death. Her baby was determined to have died intra uterine as a direct result of the death of her mother.

Dr. Abdulrezak Shakir completed an autopsy on Jerry Shelton, 35, on 3/11/16 and determined the cause of death to be multiple gunshot of the head, trunk and extremities and the manner of death to be homicide.

At 10:53PM Officer Adams of the Wilkinsburg Police Department was on routine patrol when he heard numerous gunshots in the area of Franklin Ave. He immediately drove to that area before being dispatched and as he arrived in the area he observed a black male, thin build and short or no hair walking casually on Franklin Ave. This location is less than a tenth of a mile from the scene of the shooting. The male then got into a white Lincoln Continental and drove away. Officer Adams recorded the license plate number of the vehicle and it is PA JBP2200. A check of that registration reveals that the vehicle is registered to Brittany D Shelton & Desdrene M Smith 1214 Nolan Court Pittsburgh Pa 15208.

During the course of the investigation Detectives received numerous anonymous tips in reference to the murders. Many of the tips indicated that the actors were from an area commonly referred to as "Hill Top" but it is the Homewood North Section of the City of Pittsburgh. The tips stated the actors lived on Nolan Court. The tips indicated that the shooting was in retaliation for a previous murder that took place in the Homewood North section of the City of Pittsburgh.

Based on the knowledge of Officer Adams observations and the numerous anonymous tips Detective McCue obtained surveillance video in the area of Nolan Court for a period of time before and after the murders. That video was obtained and viewed by Detective McCue of the Allegheny County Police Homicide Unit and has been made a part of the evidence in this case. The video depicts a white Lincoln sedan pull into Nolan Court on March 9, 2016 at approximately 8:48AM. A Female exited the car and entered 1214 Nolan Court. The vehicle matches the description of the vehicle that Officer Adams observed the night of the murders. That vehicle remained in the parking lot until approximately 10:28PM on March 9, 2016 when a black male who has been identified as Cheron Shelton exited 1214 Nolan Court and entered the vehicle. Shelton moves the vehicle onto a concrete pad between 1200 and 1208 Mohler Street. Shelton then exited car and ran behind 1214 Nolan Court and into the back yard of 1214 Nolan Court where he recovered a long, slender, ridged object that appears to be covered by clothing. Shelton then got back into the vehicle with the object and drove away at approximately 10:30PM.

During the course of the investigation Detectives recovered video from a private residence on Franklin Ave. In that video, at 10:42PM a vehicle which matches the description of Shelton's white Lincoln sedan pulled onto Franklin Ave.

While continuing to view the video from Nolan Court Detective McCue observed two males who were identified as Cheron Shelton and Robert Thomas jump at fence at 1244 Nolan Court at 11:45PM on March 9, 2016. Shelton and Thomas came from the direction of the woods. The woods that abut the rear of this section of Nolan Court continue approximately 20 feet and connect to a dead end roadway with only one residence located on it. The video shows that at 11:46PM Shelton enters the rear of 1214 Nolan Court. At 11:47PM Robert Thomas then enters the rear of 1214 Nolan Court. It should be noted that the white Lincoln Continental was not observed on video at this time.

At 12:23AM on March 10, 2016 Cheron Shelton and Robert Thomas exit 1214 Nolan Court carrying a black bag. Shelton and Thomas place the bag in the trunk of a gold Chevy Impala and leave Nolan Court. At this time Cheron Shelton appeared to have changed his clothes and he is observed carring a black plastic bag which he places into the trunk of Brittany Shelton's Chevrolet Impala that was parked in front of 1214 Nolan Court.  Shelton and Thomas are then observed driving away in her vehicle.The Impala is next observed at 12:32AM pulling into Heart Court in the Hill Top section of the City of Pittsburgh. While observing the video on Heart Court Shelton and Thomas are observed drinking a beer at 12:34AM and they leave Heart Court at 12:37AM in the Impala.

On Saturday, March 12th 2016 ACPD Homicide Detectives Todd Dolfi & Scott Towne interviewed Brittney Shelton at the ACPD Homicide Office regarding the person captured on video coming from behind 1214 Nolan Court on Wednesday, March 9th 2015 at 10:29 pm.  Upon viewing the picture Ms. Shelton stated that the male in the picture appeared to be her brother, Cheron Shelton.

On March 10, 2016 at 2:18AM Cheron Shelton was encountered by the Penn Hills Police Department at 3017 Hebron Drive. Shelton was on foot and appeared to be talking on his cell phone. Just prior to the encounter, Penn Hills Police received a 911 call for suspicious persons in a yard. When police arrived, they encountered Shelton. He provides the Officers with an incorrect phone number.

At 2:57AM on March 10, 2016 Shelton returns to Nolan Court driving the white Lincoln Continental, he exited the vehicle and goes into 1214 Nolan Court.

During the course of the investigation your affiants learned that one of the victims, Lamont Powell was a suspect in a murder that occurred in the City of Pittsburgh on 10/15/13. The victim was Calvin Doswell and the murder occurred in the 1300 block of Oberlin Street in the Lincoln-Lemington section of the City of Pittsburgh.  No one has been arrested in connection with that crime and the case remains open. This information was confirmed by City of Pittsburgh Detective Robert Shaw. It was learned that Cheron Shelton and Calvin Doswell are related (??????????????????????)

On March 12, 2016 Detectives showed Officer Adams a still image of the male observed on the Nolan Ct surveillance video. Officer Adams stated that the male in the video fits the same physical description and clothing of the male he observed get into the Lincoln Continental with PA Registration JBP2200.

On Saturday March 12, 2016 a search warrant was executed at 1214 Nolan Court. recovered from the residence were:

1 – Colt Model : M4 carbine .22 long rifle semi –automatic rifle ser# BP035241- reported stolen recovered in 1214 Nolan Court.
2- 1 magazine with .22 long rifle ammunition
3- magazine with 7.62 X 39 ammunition
4- Drum magazine with 7.62 X 39 ammunition
5- Drum magazine with 12 gauge shot shells
6- Black bag with miscellaneous live rounds, rifle scope, and gun parts.
7- 1 bullet proof vest

In addition to the above items, various pieces of indicia were discovered throughout the house to include a piece of mail addressed to Cheron Shelton bearing the address 1214 Nolan Court.

A query of PA Department of Motor Vehicles revealed that Cheron Lamont Shelton, B/M/29, DOB: 01/27/1987, OLN# 28399695 address: 7167 Ross Garden Road Pittsburgh PA 15206. Cheron Lamont Shelton's residence was confirmed by his mother, Desdrene Michelle Smith.

On March 12, 2016 Detectives Hitchings and Dolfi applied for and were granted a search warrant at 7167 Ross Garden Road in the City of Pittsburgh. The search warrant was executed and the following items were recovered from the residence:

1. Indecia for Cheron Shelton
2. Indecia for Channel Falls
3. One box of 50 10mm PPU ammunition with 50 rounds still in the box.
4. One box of 20 Magnum Research Inc, 50 caliber ammunition with 14 rounds still in the box

On March 21, 2016 Detectives from the Homicide Unit went to 1214 Nolan Court PGH PA 15208 for the purpose of executing a search warrant on a gold 2007 Chevy Impala PA plate JMD-3543 VIN#2G1WT55N079254531. McGann & Chester towing #209 then transported this vehicle to The Allegheny County Police Headquarters secured garage area for processing.

On March 22, 2016 at 9:00am the gold Impala seen in the video which has PA registration JMD 3543 and is registered to Brittney Shelton. The Impala was processed pursuant to a search warrant. The Impala was processed for DNA evidence as well as other forensic evidence. In the trunk of the vehicle Detective Costa and Scientist Tom Morgan observed a pillow case with apparent red/brown staining on it and a multi-colored towel with apparent red/brown staining on it.

On March 21, 2016 Detective Caruso of the Allegheny County Police Homicide Unit was informed by the Allegheny County Crime Lab that Cheron Lamont Shelton's left thumb print was discovered on the magazine well of the M4 carbine recovered in 1214 Nolan Court. Based on this information and on Cheron Lamont Shelton's criminal history which showed he has a conviction of Possession With The Intent to Deliver, a felony, which is a violation of the Controlled Substance Drug Device and Cosmetic Act, on June 30, 2009 in front of Common Pleas Court Judge Joe Williams making him a person ineligible to possess a firearm in Pennsylvania, an arrest warrant was obtained for Cheron Lamont Shelton for 18 3925A Receiving Stolen Property and 18 6105A1 Persons Not to Possess, Use Manufacture, Control, Sell or Transfer Firearms a felony.

On March 25, 2016 the Allegheny County Sheriff's Department Fugitive Task force received information that Cheron Lamont Shelton was located at 6914 Hartmans Lane, Pittsburgh 15206 in the City of Pittsburgh. Cheron Lamont Shelton was apprehended at this location. In an interview with

Detectives Shelton said he did not have a phone at the time of the murders, however, in an interview with Detectives Shelton's girlfriend Channel Falls stated she bought Shelton a phone on March 8, 2016.

Cheron Lamont Shelton was placed in the Allegheny County Jail on the above listed charges. While in the Allegheny County Jail, Cheron Lamont Shelton placed a phone call to 412-731-2607. In the phone call Cheron Lamont Shelton can be heard talking in code to a female he calls "Brit" who your affiants believe to be his sister, Brittney Shelton. Cheron Lamont Shelton explains that he will write a "Kite" ( "Kite" is a term used in jail settings to describe a letter) and "lay it all out".

On April 1, 2016 Detectives executed a search warrant on Cheron Shelton's outgoing mail from the ACJ. The Allegheny County Jail was informed of the search warrant and informed Detective Costa that they had in their posession a letter from Cheron Lamont Shelton DOC#141788.  Detective Costa seized the letter pusuant to the search warrant on April 1, 2016. Detective Costa and Inspector Palmer examined the contents of the letter and obtained the following information. Cheron Shelton addressed the letter to (Pat "Annie" Taylor  6914 Hartman Lane Pgh, PA 15206).  6914 Hartmans Lane is the address where Cheron Lamont Shelton was arrested. When Cheron Shelton was arrested Adrien Shawn Falls a black male DOB 10/31/1952 and Channel Falls were located Inside 6914 Hartmans lane with Cheron Shelton. Channel Falls is the girlfriend and mother to Cheron Shelton's children. Adrien Shawn Falls is the father of Channel Falls. There were two individual letters inside the envelope, one letter was addressed to "Brown Sugar" the second letter was addressed to "Pops". Your affiants believe "Pops" is Adrien Shawn Falls.

In the letter addressed to "Pops" Cheron Shelton writes that he needs him to do "some real shit". He writes that "Round the corner at Bubbie house I got something there that I was workin on getn rid of". Cheron Shelton continues " you don't got to do nutn but open the door & guide my nigga to it. Its downstair next to the lawn mowers wrap & ready to be toss".  Cheron directs to call 513-6784 that he indicates is 'his #' or 651-5092 which he indicates is 'girl #" and ask for 'house'.  Through the course of this investigation, your affiant knows 412-513-6784 and the nickname 'millhouse' or 'house' (sometimes spelled with a 'z') and the number to be associated with  to be associated with Robert Thomas DOB 9/6/1988 and the number 412-651-5092 to be associated with Tara Gomez, Robert Thomas' girlfriend. Cheron Shelton continues on in the letter writing about money owed and for "Pops" to take care of his children and signs off on the letter with 'burn this when done reading LOL".

In January of 2013 East Pittsburgh Police Department arrested Robert Thomas on gun charges in Cheron Shelton's white Lincoln Continetal.

In February of 2013 Probation Officers along with Officers from the Wilkinsburg Police Department arrested Cheron Shelton, Robert Thomas, Justin Gomez and Aemond Knight for possession of narcotics and firearms. The following is a list of the firearms that were recovered: 7.62x39 mm caliber Romarm model GP WASR-10 rifle, serial # BR-2435-86, .223 Rem caliber Colt model Match Target Competition HBAR rifle, serial # CCH031947, 38 Special caliber Smith & Wesson model 640 revolver, serial #BKR4772, 38 Special caliber Smith & Wesson model 64-3 revolver, serial #AFL8131, .357 Magnum cailber Colt model Trooper Mk III revolver, serial # L96046, 10mm Auto cailber Glock model 20 pistol, serial #LVR368, 50AE caliber IMI model Desert Eagle pistol, serial #91232. These charges were dismissed at the Magistrate Level.

On April 5, 2016 Detectives Caruso and Hoffman obtained arrest warrants for Cheron Shelton (Dob: 01-27-1987), Ashley Smith (Dob: 09/19/1985), Justin Gomez (Dob: 06/01/1988) and Robert Thomas (Dob: 09/06/1988) based off of information received from Wilkinsburg Police reports, a search warrant from 02/21/2013, NCIC, and gun trace forms. The arrest warrants were presented, sworn and signed by Senior Magisterial District Judge Regis C. Welsh Jr.

On 04-05-2016 Detectives arrested Ashley Smith at 2029 Deraud Street Apt# B Pittsburgh, Pa 15219 without incident (**AR# 0340-16**). She was transported to the Allegheny County Police Headquarters Homicide Division for interview/ interrogation and then transported to the Allegheny County Jail.

Justin Gomez (B/M/27) was arrested on 04-05-2016 at 5 3rd Avenue Rankin, Pa 15104 (**AR# 0338-16**). Gomez was arrested without incident and taken back to the Allegheny County Police Headquarters Homicide Division where he was interviewed/interrogated and then transported to the Allegheny County Jail.

Robert Thomas (B/M/27) was arrested at 7754 Tioga Street Pittsburgh, Pa 15206 (**AR# 0341-16**). Thomas was transported to the Allegheny County Police Headquarters Homicide Division for interview/interrogation and then transported to the Allegheny County Jail.

On April 5, 2016 Detective Hitchings interviewed Robert Thomas at Allegheny County Police Headquarters. During the interview Robert Thomas stated that it was him on video jumping over the fence and entering 1214 Nolan Court with Cheron Shelton on the night of the murders.

On April 06, 2016, Allegheny County Police Detectives Patrick Kinavey and Venerando Costa applied for and were granted a search warrant for the placement of a small video recording device in the face to face Visitation Room 2 located on POD 8E at the Allegheny County Jail, for the purpose of capturing any non-verbal communication on the part of Cheron Shelton, during a pre-scheduled face to face meeting with his father, Robert Shelton.

On April 06, 2016 at approximately 9:39AM, Robert Shelton arrived at the Allegheny County Jail for the pre-scheduled visitation meeting with Cheron Shelton. Robert Shelton spent approximately 20 minutes in the common waiting area of the Allegheny County Jail, and was eventually escorted up to 8E, for Robert Shelton's scheduled visit. Throughout the course of the approximately hour-long visitation, Cheron Shelton uses various hand signals, and/or appears to mouth various things to Robert Shelton. The visitation room is equipped with a hand held telephone receiver that is essentially a two way talking device that is monitored by the Allegheny County Jail. During this visitation, Cheron Shelton picks up the receiver, wipes it off, and then sets it down, never entering his PIN number, essentially circumventing the security audio recording system by not using the "phones." The most pertinent information for purposes of this affidavit is as follows;

At approximately 10:14:16 into the video recording, Cheron Shelton appears to make a hand signal gesticulating writing with a pen. After waiting a short period, he begins to nod and stare intently at the person on the other side of the glass before getting and obvious shocked look on his face (eyes flashing widely open from their previously normal position) and mouthing a phrase. Cheron Shelton then becomes noticeably agitated (standing up quickly, and gesturing and appearing to throw things in the face to face visitation room). It should be noted that at the time of the capture of this interaction, your affiants believe Robert Shelton to be aware of the interception of the mail described above.

At 10:17:06 into the video recording, Cheron Shelton appears to pantomime the holding of a rifle, to include the squeezing of his right index finger, in the position that would be the trigger, multiple times.

At 10:19:08 into the video recording, Cheron Shelton can be seen pantomiming a lawn mower motion (two hands parallel in the air several inches apart as if holding on to something, then reaching down with one hand clenched as if making a pull-start motion). Just after completing that description, Cheron Shelton makes a tossing motion (two hands held parallel as if holding an object and moved directionally from left hip to right shoulder). It should be noted that the apparent message of this communication is similar to the letter intercepted on April 01, 2016, i.e. that there is some object, near a lawn mower, ready to be tossed. Combined with the previous pantomime, it is believed that that object is a rifle.

Once the visitation was completed, Robert Shelton left the POD area and was escorted down to the exit area of the Allegheny County Jail. Robert Shelton collected his belongings and proceeded to the First Avenue area where he got into a 2003 Chrysler Mini-Van. Surveillance Units trailed Robert Shelton to the Parkway East to the exit at Edgewood where Robert Shelton proceeded to Shouth Braddock Avenue and eventually to 1214 Nolan Court. Robert Shelton eventually left the "Hilltop" area of Homewood and travelled down to Franstown Road in Homewood where after four to five hours surveillance was terminated.

During the course of the investigation several witnesses provided information that will be contained in this affidavit.  The witness's identities have been specifically ascertained by officers and they are known to police and your affiants.  Your affiants have verified the witness's identity through positive proof of identification such as, PA Driver's license, PA Identification card, or social security number.  The witnesses as indicated below are either eyewitnesses to events that transpired and/or have personal knowledge regarding the criminal incident or information that they have relayed and provided to Detectives of the Homicide Section and police as more fully detailed below.    To provide for the safety of the witnesses and preserve the integrity of future investigation their identity is being withheld for the purpose of this affidavit. They shall be identified as Witness #1 and Witness #2

**********WITNESS 1 IS MIKHALL(FOLEY/GRILL). WITNESS 2 IS COLLINS(CARUSO/MCCOOL)*******************************

On April 7, 2016 Witness #1 was interviewed at Allegheny County Police Headquarters.
***************ADD STATEMENT**************************

Inmate Kendall Mikell attempted to contact Allegheny County Police Inspector Palmer of the Internal Investigations Division assigned to the Allegheny County Jail in the afternoon hours of 4/6/16. Detective Passaro who works with Inspector Palmer was given the information and spoke to Inmate Mikell. Detective Passaro related that Mikell told him that Inmate Thomas was up on the POD talking about the Wilkinsburg Homicide; specifically that he Inmate Thomas was concerned that police had DNA tested him. Inmate Mikell said that Inmate Thomas's concern was that he urinated in the garage near the scene. Mikell said that he was willing to speak with Homicide Detectives.  Mikell was transported to the Allegheny County Homicide Office to be interviewed on today's date.

Kendall Mikell was placed in Interview Room 1 and advised that the room is Audio and Video recorded. He said that he reached out to the Allegheny County Jail Investigative Staff about an encounter he had with a new member to POD 7-D.  Mikell said that he had been on 7-D for 2 or 2 1/2 weeks Mikell said that on 7D, he was in cell 122.  He said the new member was Rob Thomas.  He said that Thomas came to the POD yesterday morning 4/6/16 and was housed in cell 119.

Mikell said that on Wednesday April 6th in the early morning hours Robert Thomas was put on his POD. He said that when they came out to eat breakfast Thomas started talking to him and another inmate named Freddy Collins.  Mikell said that they asked Thomas where he was from and he told them Homewood, they asked what part of Homewood, and he told them Hilltop.  Mikell said Collins asked Thomas what he was there for, and he said that he was in on an old case that they just arrested him for.  He asked Thomas what POD he came from and Thomas said that he just came off the street.  He said he found it unusual that he didn't go through classification.

Mikell said that Thomas told him he was concerned because the Detectives took DNA from him on the Wilkinsburg case (referring to the Franklin Avenue shooting).  He said Collins asked Thomas, "So you had something to do with that?"  He said Thomas just froze up.  Mikell said back to him, "They came and got your DNA? I know you didn't leave your DNA at the scene."  He said Collins asked Thomas, "What you bled or something?" He said that Thomas told him No and said man I pissed.  Mikell said he asked him, "Did you piss your pants or something?"  He said that Thomas told him that he took a piss in the garage right next to the scene and he's worried.  He said that Thomas told him that he pissed in the corner of the garage.  He said Thomas described the garage as not having a roof and being right next to where the shooting occurred.  He said that he told Thomas he better figure out a defense for his DNA being left at the scene.

Mikell said that he looked at the camera and shook his head.  He said that he asked Thomas, "What about your conscience? Isn't it bothering you?"  Mikell said that he was tapping his head looking at the camera when he asked Thomas if his conscience was bothering him regarding the shooting.  He said that Thomas told him, "I'm cool."  Mikell said he was surprised how openly Thomas was talking about the shooting.  He said he told him to stop talking about it in front of people.  Mikell said he told Thomas again that they had to figure a defense for that urine.  He asked him if he knew anybody in that area so you can just say you were going to their crib?  Mikell said he told Thomas, "Don't put yourself at that scene, don't ever put yourself at the scene."  Mikell said that Thomas said, "No, I don't know nobody."

Mikell said the conversation became about how long urine, evidence from Urine could last, so they went to the "Law Library" on the POD. Mikell described the "Law Library" was a computer on the POD.  He said that they were looking up DNA topics and trying to find out information about DNA from Urine.  He said that they spent some time on the computer.  Mikell said that after he got Thomas some things to read he went in to make a phone call to the investigations office.  He said he wanted to let them know that this inmate was talking about the shooting.  Mikell said that he left several messages.  He estimated that he did this prior to 1400 hours.

Mikell said at approximately 1210 hours he asked Thomas again tapping the side of his own head, "So you mean to tell me that this isn't messing with you, killing six innocent people? It aint fucking with your head?" Mikell said that on this occasion, Thomas said, "Yeah it's killing me, crushing me every day, I'm trying not to think about it! I'm trying not to become a vegetable; I'm trying to wrap my head around it." Mikell said he went back in his cell and made a second phone call to investigations.

Mikell said that when Thomas came out at dinner he didn't talk a lot.  He said around 7 pm that he and Thomas were talking by the back window.  Mikell said that between 7 and 730 he was reenacting things as Thomas was telling him about the incident using hand gestures.   He said he told Thomas, "The charges are coming; they going to charge you all."   He said Thomas told him, "I don't know why my man would try to write me letters, I was cool. I would have got everything done!"  Mikell said that Thomas told him that "His man in the hole wrote him, tried to write him and the letter got intercepted, and he thinks that's how he became a suspect." He said Thomas said, "I was cool, I was off the radar."   I asked Mikell if Thomas said who his man in the hole was and he said that he forgot the guy's name.  Mikelll explained that the guy was just in the bubble with "us" a week before that.  I asked, "Who, the dude that he was talking about?"  Mikell said, "Yeah, he was only there for a couple of hour, then they took him to the hole."  I asked him if he remembered what day that was and he said, "No but Collins was talking to him, it was early in the morning.  I don't remember exactly what day.  It might have been last Thursday, around the time we got our commissary."

Mikell said that he told Thomas that he can't talk on the phones and that they'll be on his letters.  He said Thomas acknowledged saying he knew.  He said he told Thomas, "Once they charge you they're going to search high and low for those firearms."  Mikell said Thomas said, "I'm cool, I'm cool!  They goanna have to go deep sea diving for mines!  Mikell said he asked, "So what did you have, the handgun?"  He said he motioned with his hand as if he had a pistol in it.  He said Thomas said, "Yeah."  He said he asked Thomas "Is the Chop still out there?"  He said Thomas said, "Yeah."

Mikell said he told Thomas, "You have to think of something for that Urine, you can say that you fucked a female in there a week ago or get your girlfriend to say."  Mikell said he asked Thomas about the garage "Was it close, how close was it?"  He said Thomas said it was close.  Mikell said that Thomas said, "It was a

little garage, that didn't have any roof or nothing." Mikell said he asked him why he pissed, and he said he told him he was holding it for like half an hour. Mikell said he asked, "Then what happened?" He said that Thomas said, "Man this is crazy, that's what's eating at me man, it's crazy because, I aint the one that got all nasty, I aint the one that got all nasty with it!" Mikell said he said to him, "You aint the one who had the Chop huh?" He said Thomas responded, "No, I wanted to leave, I wanted to leave. Cuz said, nah, we've been here we might as well wait."

Mikell said he asked, "Facebook is that how you got the drop on them?" He said Thomas said, "That's what the news said, but we got a call, it wasn't no Facebook. We was there for like half an hour." Mikell said he said to him, "They're making it seem like the person with the handgun was the one that started firing first and pushed them toward the Chopper." He said Thomas said, "Yeah." He said he asked what happened and Thomas said, "I went out there, nobody died with the gun I had, I hit dude, I know I hit dude." Markell asked who? He said Thomas told him, "The one that just got released from the hospital, he got released a couple of days later. That's who we was trying to get!" He said Thomas said, "Cuz, we had, he had intentions on killing everybody but I didn't really think he was going to do it. Mikell said he had talked to Thomas earlier, he said he said, "So dude killed your man?" He said Thomas said, "Yeah, he killed, robbed him caught him outside, coming out of his crib, put the gun to him, robbed him, and killed him he said he didn't even get nothing." Mikell asked how long ago and who was he? He said Thomas answered,like 2 years ago. Mikell said he said so ya'll been on his (inaudible) for that long? He said Thomas said, "Yeah we've been hunting him." He said Thomas was making motions as if he were shooting and said, "I came out, I started dumping, I hit him in his neck, shoulder, I think his leg, and I think his hand." The motions are on camera. Mikell said he then paraphrased, saying, "So you came around start shooting and everybody started running?" He said Thomas said yeah, shaking his head on camera, he said he then asked him, "So then your man was waiting with the Chop and he started letting go with the Chop." He said Thomas was like, "Yeah, Yeah."

Markell said, "Man you got to figure out a way to get rid of that gun. (Trying to figure out if the gun is still out there). You got to get ahold of your peoples." He said Thomas said, "Man we almost got rid of it, I got rid of mines."

Markell asked afterwards where they ran. He said Thomas told him, "We ran, ran to the car, I didn't get in the car, I told him I wasn't getting in the car; I kept running, he pulls off and then I hit him later." Thomas said that when he met up with him (Chelton) later, he told Thomas, "I think someone seen me, I think a cop seen me." Markell said, "Ya'll could have got caught with all of those guns!" Markell said Thomas said, "Man he wanted to go shoot the funeral up." Markell told him that (Chelton, the other one in the hole) told him, "I'm trying to treat them like the Jews; I'm trying to eliminate their whole Blood lines." Thomas said he talked him out of it, saying, "It's going to be hot!"

Markell said Thomas told him, "We parked the whip, we got out, then we go somewhere in the woods, jumped a fence, and his man had a duffle bag, they went in the house and he said his man changed his clothes." He said Thomas told him, "I didn't change my shit. Then we came back out and we left." Markell asked where they went; he said Thomas froze up a little bit. Markell said he asked him why they didn't get rid of the Chopper, "What's wrong with Ya'll?" He said Thomas said, "We was about to get rid of it, like we chilled for a couple days and was about to get rid of it, we went to get rid of it, and I was sitting in the car he was about to go get it and a cop pulled up, and questioned him. I ducked down in the seat and the cop got to questioning him." Markell told him it was 2 in the morning. Thomas told him the cop asked what he was doing out there in the middle of the night. Thomas said (Chelton) told the

cop something and the cop let him go.  Markell said that the guns in that area in a duffle bag.  He explained that the gun is still in that area because they didn't get back to get it.

Detective Grill gave Markell a pen and paper and asked him to note anything that came to mind.  One of the things that Markell wrote down was that Thomas told him that the Detectives took his shoes.  Thomas told him that he had new shoes on, not the ones he had on that night.  Markell asked if he threw the shoes away, he said Thomas said no.

On Monday, April 7, 2016 at approximately 1130 hours, Detectives Caruso and McCool conducted an Interview of WITNESS #2.  WITNESS #2 said that on March 26, 2016 he spoke to an individual who he knows as Cheron AKA "C-WIZ" from Hilltop.   WITNESS #2 said that he learned later that Cheron's last name is Shelton.

WITNESS #2 said that he asked Cheron what he was down there for and he told him that he was down there for gun charges and a parole violation.  WITNESS #2 said that Cheron then told him they, (meaning the police) were trying to get him for the "Wilkinsburg shit that's been all over the news".  WITNESS #2 told Cheron that he did not know anything about that because he did not watch the news, and has been in the hole and was not able to.

WITNESS #2 said that Cheron asked him if he heard about the "Calio shit" (Calio Doswell was murdered in the City of Pittsburgh in 2013).  WITNESS #2 said that "Calio" was "C-WIZ's" man.  The individual suspected of shooting "Calio" was Lamont AKA Murder.  Lamont Powell was one of the victim's identified in the Wilkinsburg Shooting that ocurred on March 9, 2016.

WITNESS #2 said that Cheron told him that they got the drop on him, (meaning Lamont).  He said they got a phone call from someone who saw him on "Facebook" and that he was at a cookout in Wilkinsburg.  He said that Cheron told him that he and another individual went over there and "ambushed them".  He said Cheron told him that his man shot them with a handgun, and that he used a "Chopper". (Chopper is also known as an AK-47).  He said that Cheron told him that he was "hitting them" with the "Chopper" and that he wanted everyone gone, and didn't give a fuck who got hit or who didn't get hit.  WITNESS #2 said that Cheron told him that he wanted the family to go through what he went through.

WITNESS #2 also said that he spoke to a second indvidual named Robert Thomas AKA House.  WITNESS #2 said that Robert Thomas arrived on his POD yesterday (April 6, 2016).  WITNESS #2 said that "Rob" told him he was from Homeweood-Hilltop.  WITNESS #2 asked "Rob" what he was down there for and he told him that he was there for some old gun and possession charges and that they (meaning the police) were trying to question him about something.

WITNESS #2 asked "Rob" if he was down there for the Wilkinsburg case and if he was C-WIZ's  CO D (meaning Co-Defendant).  WITNESS #2 also asked "Rob" if he was "C-WIZ's" man.  WITNESS #2 told "Rob" what Cheron had told him regarding the Wilkinsburg shooting.  WITNESS #2 said that after some time, "Rob" felt comfortable enough with him and told him what happened.
WITNESS #2 said that "Rob" told him that they got a call from a chick who saw "Murder" on "Facebook" at a cookout in Wilkinsburg.  WITNESS #2 after getting the call they "suited up" (meaning they got guns) and went over to the cookout and waited in a garage that was nearby.

WITNESS #2 said that "Rob" told him that they waited there for a long time and eventually, "Rob" saw "Murder" in the back yard.  WITNESS #2 said "Rob" told him that he went out and began shooting at

"Murder" and that Cheron ran out behind him and ran up to the nighbor's yard and started shooting everyone with the "Chopper" and was picking everyone off.

WITNESS #2 said that "Rob" told him that after the shooting they went to the car.  A cop who was driving past them saw Cheron's fac , so "Rob" didn't want to get in the car and told Cheron that he would catch up to him later.

Witness #2 said that "Rob" told him that he was questioned by the police regarding the shooting.  WITNESS #2 asked "Rob" what he told the police, and he said he only told them what they already knew.  The police knew that he and Cheron jumped the fence up at Hilltop one hour after the shooting, and went into a house, and that Cheron was carrying a bag.

WITNESS #2 asked "Rob" what was inside the bag and at first he didn't answer.  WITNESS #2 asked him if it was the "Chopper" that C-WIZ had in the shooting and "Rob" shook his head indicating that it was.

WITNESS #2 said that "Rob" told him that the police questined him regarding a phone number, and that the same phone number was in Cheron's, Brittany's and Ashleys phones, listed as "House".  WITNESS #2 said that "Rob" told him that he threw that phone away and got two new phones.

WITNESS #2 said that "Rob" told him that Cheron wanted to shoot the funerals, but he "Rob" had talked him out of it.

WITNESS #2 said that "Rob" also told him that C-WIZ wrote a letter, and he didn't know they were monitoring him.  WITNESS #2 said that he was talking indirectly and the detectives who read the letter would know that he was involved in the shooting.