T-Mobile US, Inc.