

# COUNTY OF ALLEGHENY
## OFFICE OF THE MEDICAL EXAMINER

1520 PENN AVENUE • PITTSBURGH, PENNSYLVANIA 15222
PHONE (412) 350-4800
EMAIL webmaster.me@alleghenycounty.us



ASCLD/LAB-*INTERNATIONAL*
ACCREDITED TESTING LABORATORY
SINCE 2014

**ABDULREZAK SHAKIR, M.D.**
DEPUTY MEDICAL EXAMINER

**KARL E. WILLIAMS, M.D., M.P.H.**
MEDICAL EXAMINER

**ROBERT HUSTON**
DIRECTOR OF LABORATORIES

# CONFIDENTIAL

Submitted herewith please find the confidential Report of Laboratory Findings of this laboratory's examination conducted in connection with the following case:

| | | | | |
|---|---|---|---|---|
| **Lab Case No.** 16LAB02222 | **Report No.** 7 | **Case Name** JERRY MICHAEL SHELTON | | **Report Date** April 21, 2016 |
| | **Agency Case No.** 16-0335 | **Agency** ALLEGHENY COUNTY POLICE | | **Case Officer** HITCHINGS, STEVEN J. |
| | 16COR01957 | ALLEGHENY COUNTY MEDICAL EXAMINER | | |

**Victim(s)**
JERRY SHELTON
BRITTANY POWELL
CHANETTA POWELL
SHADA MAHONE
TINA SHELTON
TONJIA CUNNINGHAM
LAMONT POWELL
JOHN ELLIS

**The Crime Lab User Fee:** $2,125.00

## IMPORTANT NOTICE

The Division of Laboratories must be notified when an OTN becomes available for the suspect(s) / defendant(s) in this case.
Please call (412) 350-3734 or FAX (412) 350-3861 this information immediately.

Report Page 1 of 10

ERW

001072




**COUNTY OF ALLEGHENY**
OFFICE OF THE MEDICAL EXAMINER
DIVISION of FORENSIC LABORATORIES

**REPORT of LABORATORY FINDINGS**

ASCLD/LAB-INTERNATIONAL
ACCREDITED TESTING LABORATORY
SINCE 2014

| Lab Case No. | Report No. | Case Name | Agency Case No. |
|---|---|---|---|
| 16LAB02222 | 7 | JERRY MICHAEL SHELTON | 16-0335 |

## FORENSIC BIOLOGY SECTION REPORT

| Item No. | Description |
|---|---|
| 4 | ITEM T: SUNGLASSES FROM HAZEL WAY |
| 17 | ITEM A: 9 MM LEINAD MODEL M-11 PISTOL SN 94-0033221 WITH MAG AND CTGS FROM 1321 CHELSEA |

**41**    One sealed plastic tube which contained one reference sample from Jerry Shelton
The following method(s) was/were utilized to examine this item:
  - Visual Exam

**51**    One sealed paper bag which contained one black ANABIL USA t-shirt
The following method(s) was/were utilized to examine this item:
  - Visual Exam
Two stained areas were selected for serological analysis.

This item was processed using moistened swabs for touch collection.

**51A**    Swabbing of the black t-shirt

A portion of the item was removed for further serological testing.

**51B**    numerous irregularly shaped red-brown stains, approximately 0.4 cm by 0.6 cm in size, on the majority of the shirt

A portion of the item was removed for further serological testing.

**51C**    several crusty red-brown stains, ranging in size from approximately 0.1 cm by 0.2 cm to 0.4 cm by 0.3 cm, on the bottom front of the shirt

A portion of the item was removed for further serological testing.

**55**    One sealed envelope which contained one Buccal Collector from Cheron Shelton
The following method(s) was/were utilized to examine this item:
  - Visual Exam



ERW

001073




**COUNTY OF ALLEGHENY**
**OFFICE OF THE MEDICAL EXAMINER**
DIVISION of FORENSIC LABORATORIES

**REPORT of LABORATORY FINDINGS**

ASCLD/LAB-*INTERNATIONAL*
ACCREDITED TESTING LABORATORY
SINCE 2014

| Lab Case No. | Report No. | Case Name | Agency Case No. |
|---|---|---|---|
| 16LAB02222 | 7 | JERRY MICHAEL SHELTON | 16-0335 |

## FORENSIC BIOLOGY SECTION REPORT

**57**  **One sealed envelope which contained one white envelope addressed to 'Pat "Annie" Taylor'**
The following method(s) was/were utilized to examine this item:
   - Visual Exam
A portion of the item was removed for further serological testing.

**57A**  **Cutting of the envelope flap (possible saliva)**

**59**  **One sealed paper bag which contained one blue, white, and grey left Nike sneaker**
The following method(s) was/were utilized to examine this item:
   - Visual Exam
Two stained areas were selected for serological analysis.

**59A**  **one irregularly shaped red-brown stain, approximately 0.7 cm by 0.3 cm in size, on the left side of the sneaker**

The item was processed using moistened swabs for sample collection.

**59B**  **irregularly shaped orange-brown staining on the sole of the sneaker**

The item was processed using moistened swabs for sample collection.

**60**  **One sealed paper bag which contained one blue, white, and grey right Nike sneaker**
The following method(s) was/were utilized to examine this item:
   - Visual Exam
One stained area was selected for serological analysis.

**60A**  **one irregularly shaped red-brown stain, approximately 0.7 cm by 0.4 cm in size, on the sole of the sneaker**

The item was processed using moistened swabs for sample collection.

**61**  **One sealed envelope which contained one Buccal Collector from Det. McKenith**
The following method(s) was/were utilized to examine this item:
   - Visual Exam

001074




**COUNTY OF ALLEGHENY**
**OFFICE OF THE MEDICAL EXAMINER**
DIVISION of FORENSIC LABORATORIES

**REPORT of LABORATORY FINDINGS**

ASCLD/LAB-INTERNATIONAL
ACCREDITED TESTING LABORATORY
SINCE 2014

| Lab Case No. | Report No. | Case Name | Agency Case No. |
|---|---|---|---|
| 16LAB02222 | 7 | JERRY MICHAEL SHELTON | 16-0335 |

## FORENSIC BIOLOGY SECTION REPORT

**62**  One sealed envelope which contained one Buccal Collector from Sgt. Cuiffi
The following method(s) was/were utilized to examine this item:
  - Visual Exam

**63**  One sealed envelope which contained one Buccal Collector from Det. Rourke
The following method(s) was/were utilized to examine this item:
  - Visual Exam

**64**  One sealed envelope which contained one Buccal Collector from Sgt. Morrison
The following method(s) was/were utilized to examine this item:
  - Visual Exam

**65**  One sealed envelope which contained one Buccal Collector from Officer Don Hamlin
The following method(s) was/were utilized to examine this item:
  - Visual Exam

**66**  One sealed envelope which contained one Buccal Collector from Det. Mike Adams
The following method(s) was/were utilized to examine this item:
  - Visual Exam

**74**  One sealed envelope which contained one Buccal Collector from John Ellis
The following method(s) was/were utilized to examine this item:
  - Visual Exam

**\*16LAB02223-11**  One sealed plastic tube which contained one reference sample from Chanetta Powell
The following method(s) was/were utilized to examine this item:
  - Visual Exam

**\*16LAB02224-21**  One sealed plastic tube which contained one reference sample from Brittany Powell
The following method(s) was/were utilized to examine this item:
  - Visual Exam

ERW

001075




**COUNTY OF ALLEGHENY**
**OFFICE OF THE MEDICAL EXAMINER**
DIVISION of FORENSIC LABORATORIES

**REPORT of LABORATORY FINDINGS**

ASCLD/LAB-*INTERNATIONAL*
ACCREDITED TESTING LABORATORY
SINCE 2014

| Lab Case No. | Report No. | Case Name | Agency Case No. |
|---|---|---|---|
| 16LAB02222 | 7 | JERRY MICHAEL SHELTON | 16-0335 |

## FORENSIC BIOLOGY SECTION REPORT

**\*16LAB02225-14**   One sealed plastic tube which contained one reference sample from Tina Shelton
  The following method(s) was/were utilized to examine this item:
    - Visual Exam

**\*16LAB02245-14**   One sealed plastic tube which contained one reference sample from Shada Mahone
  The following method(s) was/were utilized to examine this item:
    - Visual Exam

**\*16LAB02403-10**   One sealed envelope which contained

**\*16LAB02403-10A**   One sealed envelope which contained two swab heads with grey staining
  The following method(s) was/were utilized to examine this item:
    - Visual Exam

**\*16LAB02403-10B**   One sealed envelope which contained two swab heads with grey staining
  The following method(s) was/were utilized to examine this item:
    - Visual Exam

**\*16LAB02403-10C**   One sealed envelope which contained two swabs heads with grey staining
  The following method(s) was/were utilized to examine this item:
    - Visual Exam

**\*16LAB02403-10D**   One sealed envelope which contained two swab heads with grey staining
  The following method(s) was/were utilized to examine this item:
    - Visual Exam

**\*16LAB02403-10E**   One sealed envelope which contained two swab heads with grey staining
  The following method(s) was/were utilized to examine this item:
    - Visual Exam

**\*16LAB02403-15**   One sealed paper bag which contained one multicolored towel with a floral pattern
  The following method(s) was/were utilized to examine this item:
    - Visual Exam
  Three stained areas were selected for serological analysis.

**\*16LAB02403-15A**   two near circular dark red-brown stains, approximately 1.5 cm by 1.0 cm in size, on the towel

  A portion of the item was removed for further serological testing.

ERW

001076



**COUNTY OF ALLEGHENY**
OFFICE OF THE MEDICAL EXAMINER
DIVISION of FORENSIC LABORATORIES

**REPORT of LABORATORY FINDINGS**



ASCLD/LAB-INTERNATIONAL
ACCREDITED TESTING LABORATORY
SINCE 2014

| Lab Case No. | Report No. | Case Name | Agency Case No. |
|---|---|---|---|
| 16LAB02222 | 7 | JERRY MICHAEL SHELTON | 16-0335 |

## FORENSIC BIOLOGY SECTION REPORT

**\*16LAB02403-15B**   numerous irregularly shaped lighter red-brown stains covering the majority of the towel

A portion of the item was removed for further serological testing.

**\*16LAB02403-15C**   several irregularly shaped red-brown stains, ranging in size from approximately 3.5 cm by 7.0 cm to 8.0 cm by 12.5 cm, along the edges of the towel

A portion of the item was removed for further serological testing.

**\*16LAB02403-16**   One sealed paper bag which contained one light blue pillowcase
The following method(s) was/were utilized to examine this item:
  - Visual Exam
One stained area was selected for serological analysis.

**\*16LAB02403-16A**   numerous irregularly shaped light red-brown stains covering the majority of the pillowcase

A portion of the item was removed for further serological testing.

**\*16LAB02403-17**   One sealed paper bag which contained one off white pillowcase
The following method(s) was/were utilized to examine this item:
  - Visual Exam
Three stained areas were selected for serological analysis.

**\*16LAB02403-17A**   several near circular light red-brown stains, ranging in size from approximately 0.4 cm by 0.6 cm to 2.0 cm by 2.2 cm, on the center of the pillowcase

A portion of the item was removed for further serological testing.

**\*16LAB02403-17B**   one irregularly shaped red-brown stain, approximately 4.0 cm by 4.5 cm in size, on the pillowcase

A portion of the item was removed for further serological testing.

**\*16LAB02403-17C**   one linear red-brown stain, approximately 0.5 cm by 3.4 cm in size, on the pillowcase

A portion of the item was removed for further serological testing.

Report Page 6 of 10

ERW

001077




**COUNTY OF ALLEGHENY**
OFFICE OF THE MEDICAL EXAMINER
DIVISION of FORENSIC LABORATORIES

**REPORT of LABORATORY FINDINGS**

ASCLD/LAB-*INTERNATIONAL*
ACCREDITED TESTING LABORATORY
SINCE 2014

| Lab Case No. | Report No. | Case Name | Agency Case No. |
|---|---|---|---|
| 16LAB02222 | 7 | JERRY MICHAEL SHELTON | 16-0335 |

## FORENSIC BIOLOGY SECTION REPORT

**\*16LAB02403-18**  One sealed paper bag which contained one portion of a multicolored essential home brand towel

The following method(s) was/were utilized to examine this item:
- Visual Exam
- Oblique Lighting

One stained area was selected for serological analysis.

**\*16LAB02403-18A**  irregularly shaped faint red-brown staining, measuring approximately 4.5 cm by 6.5 cm overall, on the underside of the towel

A portion of the item was removed for further serological testing.

**\*16LAB02404-1**  ITEMS A-D: FOUR SETS OF WET/DRY SWABS FROM BUICK LACROSSE

**\*16LAB02404-2**  ITEM B: WATER BOTTLE FROM CUP HOLDER BUICK LACROSSE

| Item Number | Not Examined | BLOOD (Presumptive) Phenol | BLOOD (Presumptive) TMB | BLOOD (Presumptive) Luminol | BLOOD (Species) Ouchterlony | SEMEN (Presumptive) AP | SEMEN (Presumptive) PSA | SEMEN (Confirmatory) Microscopy | SALIVA (Presumptive) RSID | Sampled for DNA |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | X | | | | | | | | | |
| 17 | X | | | | | | | | | |
| 41 | | | | | | | | | | X |
| 51 | | | | | | | | | | |
| 51A | | Neg | | | | | | | | |
| 51B | | Neg | | | | | | | | |
| 51C | | Neg | | | | | | | | |
| 55 | | | | | | | | | | X |
| 57 | | | | | | | | | | |
| 57A | | | | | | | | | | Pos | X |

Report Page 7 of 10



FRW

001078



**COUNTY OF ALLEGHENY**
OFFICE OF THE MEDICAL EXAMINER
DIVISION of FORENSIC LABORATORIES

**REPORT of LABORATORY FINDINGS**



ASCLD/LAB-INTERNATIONAL
ACCREDITED TESTING LABORATORY
SINCE 2014

| Lab Case No. | Report No. | Case Name | Agency Case No. |
|---|---|---|---|
| 16LAB02222 | 7 | JERRY MICHAEL SHELTON | 16-0335 |

## FORENSIC BIOLOGY SECTION REPORT

| Item Number | Not Examined | BLOOD (Presumptive) Phenol | BLOOD (Presumptive) TMB | BLOOD (Presumptive) Luminol | BLOOD (Species) Ouchterlony | SEMEN (Presumptive) AP | SEMEN (Presumptive) PSA | SEMEN (Confirmatory) Microscopy | SALIVA (Presumptive) RSID | Sampled for DNA |
|---|---|---|---|---|---|---|---|---|---|---|
| 59 | | | | | | | | | | |
| 59A | | Neg | | | | | | | | |
| 59B | | Neg | | | | | | | | |
| 60 | | | | | | | | | | |
| 60A | | Neg | | | | | | | | |
| 61 | | | | | | | | | | X |
| 62 | | | | | | | | | | X |
| 63 | | | | | | | | | | X |
| 64 | | | | | | | | | | X |
| 65 | | | | | | | | | | X |
| 66 | | | | | | | | | | X |
| 74 | | | | | | | | | | X |
| *16LAB02223-11 | | | | | | | | | | X |
| *16LAB02224-21 | | | | | | | | | | X |
| *16LAB02225-14 | | | | | | | | | | X |
| *16LAB02245-14 | | | | | | | | | | X |
| *16LAB02403-10 | | | | | | | | | | |
| *16LAB02403-10A | | | | | | | | | | X |
| *16LAB02403-10B | | | | | | | | | | X |
| *16LAB02403-10C | | | | | | | | | | X |
| *16LAB02403-10D | | | | | | | | | | X |
| *16LAB02403-10E | | | | | | | | | | X |
| *16LAB02403-15 | | | | | | | | | | |
| *16LAB02403-15A | | Pos | | | | | | | | X |
| *16LAB02403-15B | | Pos | | | | | | | | X |
| *16LAB02403-15C | | Pos | | | | | | | | X |
| *16LAB02403-16 | | | | | | | | | | |
| *16LAB02403-16A | | Pos | | | | | | | | |
| *16LAB02403-17 | | | | | | | | | | |
| *16LAB02403-17A | | Pos | | | | | | | | X |
| *16LAB02403-17B | | Pos | | | | | | | | X |
| *16LAB02403-17C | | Neg | | | | | | | | |
| *16LAB02403-18 | | | | | | | | | | |
| *16LAB02403-18A | | Neg | | | | | | | | |
| *16LAB02404-1 | X | | | | | | | | | |
| *16LAB02404-2 | X | | | | | | | | | |



Report Page 8 of 10

ERW

001079



**COUNTY OF ALLEGHENY**
OFFICE OF THE MEDICAL EXAMINER
DIVISION of FORENSIC LABORATORIES

**REPORT of LABORATORY FINDINGS**



ASCLD/LAB-INTERNATIONAL
ACCREDITED TESTING LABORATORY
SINCE 2014

| Lab Case No. | Report No. | Case Name | Agency Case No. |
|---|---|---|---|
| 16LAB02222 | 7 | JERRY MICHAEL SHELTON | 16-0335 |

## FORENSIC BIOLOGY SECTION REPORT

| Abbreviation | Description |
|---|---|
| Pos | Positive Test Result |
| Neg | Negative Test Result |
| Inc | Inconclusive Test Result (Insufficient information to draw a definitive conclusion) |
| Phenol | Phenolphthalein |
| TMB | Tetramethylbenzidine |
| AP | Acid Phosphatase |
| PSA | Prostate Specific Antigen |
| RSID Saliva | Rapid Stain Identification (Saliva) |
| NOTE: If a test field in the above table does not have a result, the test was not performed. | |

The item(s) indicated above are suitable for DNA testing. The following item(s) will be used for DNA testing at this time:
16LAB02222: 41, 55, 57A, 74
16LAB02223: 11
16LAB02224: 21
16LAB02225: 14
16LAB02245: 14
16LAB02403: 10A through 10E, 15A through 15C, 17A, 17B

Please contact the Forensic Biology Unit (412-350-3742 or 412-350-3743) for updates regarding the progress of the DNA analysis in this case.

The following item(s) were submitted to the laboratory with assignments for Forensic Biology and additional laboratory sections, and will not be examined by any section at this time:
16LAB02222: 4 (Latent Prints); 17 (Latent Prints and Firearms)
16LAB02404: 2 (Latent Prints)

Additional information may be obtained through comparison to the following reference(s):
**Lamont Powell**
**Tonjia Cunningham**



001080




**COUNTY OF ALLEGHENY**
OFFICE OF THE MEDICAL EXAMINER
DIVISION of FORENSIC LABORATORIES

**REPORT of LABORATORY FINDINGS**

ASCLD/LAB-INTERNATIONAL
ACCREDITED TESTING LABORATORY
SINCE 2014

| Lab Case No. | Report No. | Case Name | Agency Case No. |
|---|---|---|---|
| 16LAB02222 | 7 | JERRY MICHAEL SHELTON | 16-0335 |

## FORENSIC BIOLOGY SECTION REPORT

Respectfully submitted,

*Elizabeth R. Wisbon* (signature)

Elizabeth R. Wisbon
Scientist

The analysis was performed using laboratory-approved procedures or standards and this Report of Laboratory Findings accurately reflects the findings and opinions of the person(s) who performed the analysis or examination regarding the results reported.

The conclusions, interpretations and/or opinions in this Report of Laboratory Findings are those of the above signed author.

ERW

001081